**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Blitman Saratoga LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4897437** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **222 Bloomingdale Rd**<br>**White Plains, NY 10605-1513**<br>Number, Street, City, State & ZIP Code | **102 Christopher Ln**<br>**Altamont, NY 12009-4200**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**Saratoga Springs, NY**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Blitman Saratoga LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | **Blitman Saratoga LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 11. | Why is the case filed in **this district?** | *Check all that apply:* |
|---|---|---|

    ☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

### ▰ Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

---

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Blitman Saratoga LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2020**
MM / DD / YYYY

X **/s/ Thomas P. Keaney**
Signature of authorized representative of debtor

**Thomas P. Keaney**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Kevin J. Nash**
Signature of attorney for debtor

Date **November  5, 2020**
MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**    Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                          Chapter 11

Blitman Saratoga LLC,                                           Case No.

                              Debtor.
------------------------------------------------------------x

### DEBTOR'S DECLARATION
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

   Thomas P. Keaney declares the following under penalties of perjury pursuant to

28 U.S.C. § 1746:

   1.  I am currently the managing member of Blitman Saratoga, LLC (the

"Debtor"), a New York limited liability company, which is engaged in the business of owning

and constructing a residential single-home community in Saratoga Springs, New York, known as

Beaver Pond Village.

   2.  I am duly authorized, by resolution of 85% of the members to act on the

Debtor's behalf in seeking Chapter 11 relief, which is needed to enable the Debtor to be in a

position to complete eight (8) remaining contracts with third-party buyers.

   3.  In furtherance of the Chapter 11 filing, I respectfully submit this

Declaration pursuant to Local Rule 1007-2 to outline the Debtor's background history, the

Debtor's debt and capital structure, and the Debtor's plans to emerge from bankruptcy.

### Background

   4.  The Debtor was formed in 2012 to develop and build a residential

community consisting of at least 77 single-family homes spread over approximately 149 acres on

Geyser Road in Saratoga County, New York.  The development has been largely successful, as

the Debtor has already completed construction and sold 56 residential one-family houses to third

1

party buyers.  The Debtor is currently under contract to complete and sell eight additional one-family residential homes, for base prices (without extras) ranging from the mid-$400,000's to the low $600,000's.  The Debtor also owns twelve (12) remaining vacant lots, which are potentially available for further building and construction as well.  The eight homes are in various stages of construction, as per the schedule and plans collectively annexed hereto as Exhibit "A".

5.       The Debtor finds itself in need of Chapter 11 protection for multiple reasons.  First, the existing construction and acquisition mortgage loans made by Ballston Spa National Bank ("Ballston") are due to mature at the end of November, 2020.  Ballston has refused prior efforts by the Debtor's majority investors to pay-off the indebtedness, based upon an assignment of the underlying guaranties.  Instead, Ballston seems intent on pursuing a maturity default and instituting a foreclosure action, which will only further hinder the Debtor's ability to complete constructions.

6.       Second, part of Ballston's resistance is attributable to an internal struggle between the Debtor's majority investors, holding eighty-five (85%) percent of the equity, and the former operating partner, Howard Blitman, who holds the remaining fifteen (15%) percent.

7.       Mr. Blitman is in his 90s, and lost control over the situation after turning the project over to his daughter, Robin Winter.  It is alleged that Ms. Winter proved to be a poor steward and there is a pending lawsuit contending that Mr. Blitman and his daughter made poor business decisions, refused to turn over books and records, and otherwise breached their fiduciary duties, all of which contributed to delays in completing construction of the eight remaining homes under contract.

8.       Specifically, the Debtor is pursuing state court litigation against Mr. Blitman and his daughter, Robin Winter, in Supreme Court, Suffolk County, asserting direct and

2

derivative claims for breach of fiduciary duty, faithless servant doctrine, breach of contract and an accounting.

9.     The majority members exercised their right under the Debtor's Amended Operating Agreement to remove Mr. Blitman as managing member earlier this year. I have since replaced his immediate successor. I have wide construction and development experience. I am committed to overseeing the completion of the project in conjunction with the majority members.

10.     Indeed, I am in communication with the home buyers, and fully appreciate their desire and concern to see construction completed so they can move into their new homes. Certain of the buyers' deposits have been bonded, and each contract vendee is listed as a potential creditor in the Chapter 11 case. A schedule of the existing sale contracts is also attached hereto as part of the Schedule of Executory Contracts.

11.     An entity controlled by the Blitman family, known as Changebridge Construction Corp. ("Changebridge"), served as the general contractor for the project. Changebridge is also liable for a number of contractual breaches, misdeeds and other wrongdoing. Changebridge is listed as a disputed creditor in the Chapter 11 case.

12.     We understand many of the Debtor's accounting and SAGE files remain in the possession of Mr. Blitman and his daughter. The Chapter 11 petition has been compiled from the best information currently available. The bankruptcy filing will also enable the Debtor to seek to compel Mr. Blitman and his daughter to return all of the Debtor's books and records in their possession. This will allow the Debtor to properly reconcile all trade, vendor and contractor claims.

13.     In the interim, the majority members are prepared to loan funds necessary to complete construction on the remaining eight contracts. The Debtor intends to move

expeditiously for authorization to obtain necessary DIP loans after commencement of the Chapter 11 case.

14.    In fact, the paramount goal of the Chapter 11 case is to complete construction of the eight (8) homes under contract as soon as possible based on the attached total budget of $3,272,490 covering all soft and hard costs on a unit by unit basis. This budget is annexed hereto as <u>Exhibit</u> "B". Indeed, it is anticipated that bankruptcy will provide the framework for the advance of additional loans with proper count supervision to complete construction over the next several months and hopefully to the satisfaction of the existing buyers.

### Local Rule 1007-2 Disclosures

15.    Pursuant to Local Rule 1007-2(a)(3), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

16.    Pursuant to Local Rule 1007-4(a)(4), a list of the Debtor's twenty largest creditors is included as part of the Debtor's bankruptcy schedules, being filed herewith.

17.    Pursuant to Local Rule 1007-4(a)(5), the Debtor has one main secured creditor, Ballston, with a first mortgage lien in the total amount of $1,994,000, including principal, interest, fees and expenses.

18.    Pursuant to Local Rule 1007-4(a)(6), the Debtor's assets and liabilities are set forth in schedules being filed herewith.

19.    Pursuant to Local Rule 1007-4(a)(7), the membership interests in the Debtor are not publicly held. A list of the Debtor's equity holders is filed herewith.

20.    Pursuant to Local Rule 1007-4(a)(8), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

4

21.     Pursuant to Local Rule 1007-4(a)(9), the Debtor owns the development property in Saratoga County.  The Debtor is not a party to any leases, but the Debtor is a party to the eight (8) pending real estate sale contracts.

22.     Pursuant to Local Rule 1007-4(a)(10), the Debtor's available books and records are either in my possession or the possession of Howard Blitman or Robin Winter.

23.     Pursuant to Local Rule 1007-4(a)(11), a list of all pending lawsuits is filed herewith.

24.     Pursuant to Local Rule 1007-4(a)(12), I am the current managing member of the Debtor pursuant to resolution dated October 28, 2020, a copy of which is annexed hereto.

25.     Pursuant to Local Rule 1007-4(b)(1), the Debtor has no current employees, and the construction services will be provided by third-party contractors.

26.     Pursuant to Local Rule 1007-4(b)(2) and (3), the Debtor intends to resume construction of the eight (8) homes pursuant to the attached budget once Bankruptcy Court approval of the DIP loans is obtained.

Dated:   New York, New York
          November 5, 2020

Blitman Saratoga LLC

By:     /s/ Thomas P. Keaney, Managing Member

5

EXHIBIT  A

SCHEDULE OF EXECUTORY SALE CONTRACTS
BEAVER POND VILLAGE

| Purchaser Name | Purchaser Address | Date of Contract | Model | Lot No. | Base Purchase Price | Net with Extra Lease Deposit |
|---|---|---|---|---|---|---|
| Eastin, Graig & Giovanna | 94 Maxwell Road, Latham, NY | 8/30/2018 | Rosewood | 718 | $425,000.00 | $433,747.00 |
| Colone, Frank G. & Margaret E. | 11 Furlong Street, Saratoga Springs, NY 12866 | 10/10/2018 | Rosewood II | 713 | $481,000.00 | $503,410.00 |
| Guiffre, Tom & Marlene | 113 Cedar Lane, Broadalbin, NY | 12/17/2018 | Rosewood | 714 | $438,000.00 | $484,043.00 |
| Bennice, Richard & Catherine | 4 Arrowhead Road, Saratoga Springs, NY 12866 | 5/16/2019 | Rosewood | 719 | $438,000.00 | $447,828.00 |
| Dorsey, Stephen & Susan | 17 Tiffany Place, Saratoga Springs, NY | 1/27/2019 | Rosewood II | 779 | $548,000.00 | $598,984.00 |
| Akker, Michael & Lisa | 60 Sprucetop Drive, Mahopac, NY 10541 | 6/14/2019 | Rosewood II | 767 | $625,000.00 | $638,875.00 |
| Lesiak, Ruszard & Beata | 2092 Donnan Rd, Galway, NY | 5/25/2019 | Sage | 776 | $532,000.00 | $507,000.00 |
| Lyeth, Eric & Laura | 517 East 6th Street, Unit 1, Boston, MA 02127 | 8/5/2019 | Arcadia | 768 | $559,000.00 | $575,792.00 |
| | | | | | $4,046,000.00 | $4,189,679.00 |



EXHIBIT B

| Uses: | 11/30/2020 | 12/30/2020 | 1/30/2021 | 3/1/2021 | 4/1/2021 | 5/2/2021 | 5/30/2021 | 6/30/2021 | 7/30/2021 | 8/30/2021 | 9/29/2021 | 10/30/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HC for Lot 718 - Einstin | $0 | $60,500 | $11,050 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $71,... |
| HC for Lot 713 - Colone | $0 | $28,850 | $9,000 | $50,475 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $88,... |
| HC for Lot 714 - Gniffce | $0 | $23,558 | $45,458 | $70,058 | $55,958 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $195,... |
| HC for Lot 719 - Bennice | $0 | $5,220 | $20,720 | $56,620 | $60,720 | $40,400 | $0 | $0 | $0 | $0 | $0 | $0 | $183,... |
| HC for Lot 777 - Dorsey | $0 | $24,138 | $55,658 | $59,188 | $70,138 | $57,888 | $14,000 | $0 | $0 | $0 | $0 | $0 | $280,... |
| HC for Lot 767 - Akker | $0 | $0 | $73,500 | $35,500 | $12,143 | $46,693 | $62,143 | $49,893 | $20,143 | $0 | $0 | $0 | $300,... |
| HC for Lot 776 - Lythe | $0 | $0 | $98,800 | $34,500 | $14,000 | $37,400 | $51,000 | $40,400 | $14,000 | $0 | $0 | $0 | $290,... |
| HC for Lot 768 - Lestak | $0 | $27,851 | $60,225 | $22,425 | $38,425 | $16,925 | $43,475 | $58,925 | $46,675 | $16,925 | $0 | $0 | $331,... |
| General Conditions | $ 38,762.50 | 38,762.50 | $ 38,762.50 | $ 38,762.50 | 38,762.50 | 38,762.50 | $ 38,762.50 | 38,762.50 | $ 38,762.50 | 38,762.50 | 38,762.50 | 38,762.50 | $465,... |
| National Grid | $80,000 | $0 | $20,000 | | | | | | | | | | $100,... |
| Other Site Costs | | | | | | | | | | | | | $740,... |
| Other Soft Cost | $ 18,766.67 | 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $ 18,766.67 | $225,2... |
| | | | | | | | | | | | | Budget | $3,272,4... |

## BLITMAN SARATOGA, LLC

### WRITTEN CONSENT AND WAIVER OF NOTICE IN LIEU OF MEETING
### BY SUPER-MAJORITY OF THE MEMBERS
### TO PASS THE FOLLOWING COMPANY RESOLUTIONS

WHEREAS, the corporate affairs of Blitman Saratoga LLC (the "Company") are governed by certain Amended and Restated Operating Agreement dated January 1, 2016 (the "Operating Agreement") which permits a super-majority of the members (66% or more) to remove the managing member and a simple majority to take actions on behalf of the Company by written consent in lieu of a special meeting pursuant to Article V thereof; and

WHEREAS, in accordance with the Operating Agreement, a special meeting of the Members was duly convened remotely on October 28, 2020 pursuant to request for written consent and waiver of notice thereof as acknowledged below, and upon motion duly made and carried by the members, the following resolutions were unanimously adopted:

> **RESOLVED**, that Thomas P. Keaney is reconfirmed as the managing member of the Company, replacing Scott Varley;

> **RESOLVED**, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED,** Thomas P. Keaney is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other accompanying documents, and cause the same to be filed with the Bankruptcy Court; (b) cause to be filed all schedules, statements, lists, motions, applications and other papers or documents necessary or desirable to prosecute the Chapter 11 case; and (c) pursue completion of the residential home development project in Saratoga, NY; and it is further

1

          **RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   New York, New York
         October 28, 2020

                          CONSENT TO THE FOREGOING AND WAIVER OF NOTICE

                          GOREN BROTHERS LP

                          By: _____
                               Alexander Goren (50%)

                          _____
                          Gary Peresiper (15%)

                          _____
                          Scott Varley (15%)

                          _____
                          Thomas P. Keahey (5%)

2

RESOLVED, that the Company is authorized to retain the law firm
of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter
11 case under a general retainer.

Dated:    New York, New York
          October 28, 2020

CONSENT TO THE FOREGOING AND
WAIVER OF NOTICE

GOREN BROTHERS LP

By:    _____
              Alexander Goren (50%)

_____
Gary Peresiper (15%)

_____
Scott Varley (15%)

_____
Thomas P. Keaney (5%)

2

DocuSign Envelope ID: DF9371A5-7BA6-4DDA-BCE9-F817A50D26E3

RESOLVED, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:    New York, New York
          October 28, 2020

CONSENT TO THE FOREGOING AND WAIVER OF NOTICE

GOREN BROTHERS LP

By:    _____
       Alexander Goren (50%)


       _____
Gary Peresiper (15%)

*Scott Varley*                                    10/28/2020 | 4:24 PM ED
_____
Scott Varley (15%)


       _____
Thomas P. Keaney (5%)

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No.

                        Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

| | |
|---|---|
| Saratoga Goren Trust | 50% |
| Howard Blitman | 15% |
| Gary Peresiper | 15% |
| Scott Varley | 15% |
| Thomas P. Keaney | 5% |

Dated:    New York, New York
          November 5, 2020

                        Blitman Saratoga LLC


                        By:    /s/ Thomas P. Keaney, Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      Chapter 11

Blitman Saratoga LLC,                                       Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

1. Blitman Saratoga LLC et al., v. Howard N. Blitman et el.
   Index No. 611885/2020
   Supreme Court of the State of New York
   County of Suffolk
   Hon. Elizabeth Emerson

   Attorneys for Plaintiff
   Russ & Russ
   Attn: Jay Russ, Esq.
   543 Broadway
   Massapequa, NY 11758

   Attorneys for Defendants
   Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP
   Attn: Eric J. Mandell, Esq.
   1 North Lexington Avenue
   White Plains, NY 10601

   Yankwitt LLP
   Attn: Benjamin C. Fishman, Esq.
   140 Grand Street, Suite 705
   White Plains, NY 10601

2. Eastin v. Blitman Saratoga LLC
   Index No. EF20203554
   Supreme Court of the State of New York
   County of Saratoga

   Attorneys for Plaintiff
   E. Stewart Jones Hacker Murphy LLP
   Attn: Benjamin Neidl Esq.
   28 Second Street
   Troy, NY 12180

Dated:    New York, New York
          November 5, 2020

                    Blitman Saratoga LLC


                    By:    /s/ Thomas P. Keaney, Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No.

                              Debtor.
--------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

    Pursuant to Bankruptcy Rule 7007.1, Blitman Saratoga LLC certifies that it is a
private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which
are publicly held.


Dated: New York, New York
    November 5, 2020

          Blitman Saratoga LLC




         By:  /s/ Thomas P. Keaney, Managing Member

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Blitman Saratoga LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **518 Contracting LLC 1082 S Schodack Rd Castleton On Hudson, NY 12033-9660** | | **Services** | | | | $7,425.00 |
| **Appolo Heating Inc. 868 Burdeck St Schenectady, NY 12306-1218** | | **Services** | | | | $38,928.50 |
| **Boswell Engineering 799 Madison Ave Albany, NY 12208-3319** | | **Services** | | | | $25,000.00 |
| **Casella Waste Services 25 Green Hill Ln Rutland, VT 05701-3804** | | **Services** | | | | $6,075.46 |
| **Clemente Callanan Industries PO Box 15097 Albany, NY 12212-5097** | | **Services** | | | | $26,582.04 |
| **Curtis Lumber 885 NY Route 67 Ballston Spa, NY 12020** | | | | | | $246,231.61 |
| **Erie Materials 99 Railroad Ave Albany, NY 12205-5913** | | **Goods and Services** | | | | $48,162.03 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor **Blitman Saratoga LLC**
_____          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Evans Architects AIA 470 Chamberlain Ave Paterson, NJ 07522-1031 | | Services | Unliquidated Disputed | | | $5,000.00 |
| Floor Source Inc. 1466 US HIGHWAY 9 Clifton Park, NY 12065 | | Goods and Services | | | | $45,212.92 |
| Granite and Marble Works Inc. 8 Commerce Park Dr Wilton, NY 12831-2240 | | Goods and Services | | | | $10,201.06 |
| Lucarelli Sand and Gravel 117 Vosburgh Rd Mechanicville, NY 12118-3620 | | Goods and Services | | | | $8,300.00 |
| Mazars 60 Crossways Park Dr W Woodbury, NY 11797-2018 | | Accounting | | | | $4,175.00 |
| Northway Tile LLC 313 Ushers Rd Ballston Lake, NY 12019-1552 | | Goods and Services | | | | $27,215.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Taxes | | | | $13,089.70 |
| Pro Tech Automatic 59 Exchange St Albany, NY 12205-3326 | | Goods and Services | | | | $9,145.00 |
| Ross Concrete 15 Gilbert St Mechanicville, NY 12118-1203 | | Goods and Services | | | | $18,349.50 |
| Saratoga Springs School District PO Box 378 Saratoga Springs, NY 12866-0378 | | Taxes | | | | $32,288.66 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **Blitman Saratoga LLC**                                          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Snyder's Drywall 1555 Route 9 Fort Edward, NY 12828-2454** | | **Goods and Services** | | | | $98,710.00 |
| **Sunshine Landscaping 612 Tanner Rd Clifton Park, NY 12065-1500** | | **Services** | | | | $13,040.00 |
| **TPK Development Inc. 102 Christopher Ln Altamont, NY 12009-4200** | | **Services** | | | | $53,265.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Blitman Saratoga LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 5, 2020**    X **/s/ Thomas P. Keaney**

Signature of individual signing on behalf of debtor

**Thomas P. Keaney**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Blitman Saratoga LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Ballston Spa National Bank** | **Operating** | **5549** | $44,015.00 |
| 3.2. | **Ballston Spa National Bank** | **Interest escrow** | **0796** | $51,933.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $95,948.00 |
|---|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. | **Bonded deposits** | $371,661.00 |
|---|---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    __Blitman Saratoga LLC_____    Case number *(if known)* _____
          Name

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $371,661.00 |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **Blitman Saratoga LLC**

Case number *(If known)*

Name

| 55.1. | Development property in Saratoga Springs NY including eight houses under construction with a net contract price of $4,189,679 and twelve vacant lots valued at $100,000 each | | $5,389,679.00 | | $5,389,679.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$5,389,679.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    __Blitman Saratoga LLC_____    Case number *(If known)* _____
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $95,948.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $371,661.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................> | | $5,389,679.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $467,609.00 + 91b. | $5,389,679.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,857,288.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Blitman Saratoga LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1  Ballston Spa National Bank**<br>Creditor's Name<br><br>**990 State Route 67<br>Ballston Spa, NY<br>12020-3603**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Ballston Spa National Bank**<br><br>_____<br>Describe the lien<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,994,000.00      $5,441,612.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,994,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Peter L. Burgess, Esq.<br>Burgess & Associates P.C.<br>646 Plank Rd Ste 103<br>Clifton Park, NY 12065-4800 | Line  2.1 | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name **Blitman Saratoga LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Debtor  **Blitman Saratoga LLC**                                    Case number (if known) _____
    Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,089.70 | $0.00 |
|---|---|---|---|---|

**NYS Dept of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.70 | $0.00 |
|---|---|---|---|---|

**Saratoga City Comm. of Finance**

**PO Box 328**
**Saratoga Springs, NY 12866-0328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,288.66 | $0.00 |
|---|---|---|---|---|

**Saratoga Springs School District**

**PO Box 378**
**Saratoga Springs, NY 12866-0378**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,425.00 |
|---|---|---|---|

**518 Contracting LLC**

**1082 S Schodack Rd**
**Castleton On Hudson, NY 12033-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alerdice Building Supply Inc.**

**41 Walworth St**
**Saratoga Springs, NY 12866-3011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Appolo Heating Inc.**

868 Burdeck St
Schenectady, NY 12306-1218

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$38,928.50**

---

**3.4** | Nonpriority creditor's name and mailing address
**Arthur J. Gallagher Risk Management**

4000 Midlantic Dr Ste 200
Mount Laurel, NJ 08054-1580

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address
**Beaver Pond Village HOA, Inc.**

4 Pamela Ln
Saratoga Springs, NY 12866-9070

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Boswell Engineering**

799 Madison Ave
Albany, NY 12208-3319

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Casella Waste Services**

25 Green Hill Ln
Rutland, VT 05701-3804

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,075.46**

---

**3.8** | Nonpriority creditor's name and mailing address
**Changebridge Construction Corp.**

222 Bloomingdale Rd
White Plains, NY 10601

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Clemente Callanan Industries**

PO Box 15097
Albany, NY 12212-5097

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$26,582.04**

---

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246,231.61 |
|---|---|---|---|

**Curtis Lumber**

885 NY Route 67
Ballston Spa, NY 12020

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.65 |
|---|---|---|---|

**Daigle Cleaning Systems Inc.**

20 Center St
Albany, NY 12204-2605

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eagle Associates Concrete**

PO Box 250
Hannacroix, NY 12087-0250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric & Laura Lyeth**

517 E 6th St
Boston, MA 02127-3002

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,162.03 |
|---|---|---|---|

**Erie Materials**

99 Railroad Ave
Albany, NY 12205-5913

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Evans Architects AIA**

470 Chamberlain Ave
Paterson, NJ 07522-1031

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,212.92 |
|---|---|---|---|

**Floor Source Inc.**

1466 US HIGHWAY 9
Clifton Park, NY 12065

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank G. & Margaret E. Colone**

11 Furlong St
Saratoga Springs, NY 12866-5047

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Graig & Giovanna Eastin**

94 Maxwell Rd
Latham, NY 12110-5131

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,201.06 |
|---|---|---|---|

**Granite and Marble Works Inc.**

8 Commerce Park Dr
Wilton, NY 12831-2240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Howard N. Blitman**

3 Elmdorf Dr
Scarsdale, NY 10583-4203

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,277.02 |
|---|---|---|---|

**John D. Marcella Appliances**

560 Broadway
Schenectady, NY 12305-2701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,730.00 |
|---|---|---|---|

**Lance Plumbing**

363 COUNTY ROAD 68
Saratoga Springs, NY 12866

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,720.00 |
|---|---|---|---|

**Lazio Masonry LLC**

63 Nott Rd
Rexford, NY 12148-1312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.24** | Nonpriority creditor's name and mailing address
**Lucarelli Sand and Gravel**

117 Vosburgh Rd
Mechanicville, NY 12118-3620

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,300.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Lucio DeCarlo Trimming**

PO Box 299
Clarksville, NY 12041-0299

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,477.50**

---

**3.26** | Nonpriority creditor's name and mailing address
**Madsen Overhead Doors Inc.**

673 Route 203
Spencertown, NY 12165

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,860.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Mazars**

60 Crossways Park Dr W
Woodbury, NY 11797-2018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,175.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Michael & Lisa Akker**

60 Sprucetop Dr
Mahopac, NY 10541-7002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**National Grid**

636 Quaker Rd
Queensbury, NY 12804-3952

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Northway Tile LLC**

313 Ushers Rd
Ballston Lake, NY 12019-1552

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27,215.00**

---

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office of Attorney General**
**Bureau of Consumer Fraud**
**44 S Broadway**
**White Plains, NY 10601-4425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  For notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,591.00 |
|---|---|---|---|

**Precision Concrete Pumping Inc.**

**90 Industrial Park Road Dr**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,376.37 |
|---|---|---|---|

**Precision Upstate**

**115 Freemans Bridge Rd**
**Schenectady, NY 12302-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,145.00 |
|---|---|---|---|

**Pro Tech Automatic**

**59 Exchange St**
**Albany, NY 12205-3326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard & Catherine Bennice**

**4 Arrowhead Rd**
**Saratoga Springs, NY 12866-8733**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,349.50 |
|---|---|---|---|

**Ross Concrete**

**15 Gilbert St**
**Mechanicville, NY 12118-1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruszard & Beata Lesiak**

**2092 Donnan Rd**
**Galway, NY 12074-2509**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Blitman Saratoga LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Saratoga Sod Farm**

**1670 State Route 4**
**Stillwater, NY 12170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$1,814.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Sheft Electric**

**260 Thimbleberry Rd**
**Ballston Spa, NY 12020-4386**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
**SMC Carpentry**

**7 Oxford Pl**
**Albany, NY 12203-4707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**
**Snyder's Drywall**

**1555 Route 9**
**Fort Edward, NY 12828-2454**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$98,710.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
**SPHS - Saratoga Springs Co.**

**5 Finley St**
**Saratoga Springs, NY 12866-4717**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
**Staples, Inc**
**Dept NY**
**PO Box 415256**
**Boston, MA 02241-5256**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$76.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**
**Stephen & Susan Dorsey**

**17 Tiffany Pl**
**Saratoga Springs, NY 12866-9059**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Blitman Saratoga LLC**                                    Case number *(if known)* _____
         _____
         Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.15 |

**Stone Industries LLC**

4305 Route 50
Saratoga Springs, NY 12866-2914

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,040.00 |

**Sunshine Landscaping**

612 Tanner Rd
Clifton Park, NY 12065-1500

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Time Warner Cable/Spectrum**

8 Circular St
Saratoga Springs, NY 12866-4278

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tom & Marlene Guiffre**

113 Cedar Ln
Broadalbin, NY 12025-2169

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,265.00 |

**TPK Development Inc.**

102 Christopher Ln
Altamont, NY 12009-4200

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.70 |

**Williams Scotsman Inc.**

1609 US Route 9
Clifton Park, NY 12065

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

| Debtor | **Blitman Saratoga LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benjamin Neidl, Esq.**<br>**E. Stewart Jones Hacker Murphy**<br>**28 2nd St**<br>**Troy, NY 12180-3955** | Line __3.18__<br><br>☐  Not listed. Explain _____ | __ |
| 4.2 | **Eric J. Mandell, Esq.**<br>**Delbello, Donnellan, et al**<br>**1 N Lexington Ave**<br>**White Plains, NY 10601-1712** | Line __3.20__<br><br>☐  Not listed. Explain _____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 45,825.06 |
| **5b. Total claims from Part 2** | 5b. + | $ | 715,759.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 761,584.32 |

Fill in this information to identify the case:

Debtor name     **Blitman Saratoga LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and **mailing** address for all other **parties** with whom the debtor **has an** executory contract **or unexpired** lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest       .   | |
| State the term remaining | |
| List the contract number of any government contract _____ | **See list Att. to Local Rule Declaration** _____ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Blitman Saratoga LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alexander Goren** | **1175 Park Ave**<br>**New York, NY 10128-1211** | **Ballston Spa**<br>**National Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Howard N. Blitman** | **3 Elmdorf Dr**<br>**Scarsdale, NY 10583-4203** | **Ballston Spa**<br>**National Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **James Goren** | **125 Maple Ave**<br>**Chester, NJ 07930-2521** | **Ballston Spa**<br>**National Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **Blitman Saratoga LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $    5,389,679.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $    467,609.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $    5,857,288.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    1,994,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $    45,825.06

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    715,759.26

4.   **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b                                                     $    2,755,584.32

**United States Bankruptcy Court**
**Southern District of New York, White Plains Division**

IN RE:                                                    Case No. _____

<u>Blitman Saratoga LLC</u>_____    Chapter <u>11</u>_____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: <u>November  5, 2020</u>_____    Signature: <u>*/s/ Thomas P. Keaney*</u>_____
                                        **Thomas P. Keaney, Managing Member**              Debtor


Date: _____    Signature: _____
                                                                                    Joint Debtor, if any

518 Contracting LLC
1082 S Schodack Rd
Castleton On Hudson, NY   12033-9660


Alerdice Building Supply Inc.
41 Walworth St
Saratoga Springs, NY   12866-3011


Alexander Goren
1175 Park Ave
New York, NY   10128-1211


Appolo Heating Inc.
868 Burdeck St
Schenectady, NY   12306-1218


Arthur J. Gallagher Risk Management
4000 Midlantic Dr Ste 200
Mount Laurel, NJ   08054-1580


Ballston Spa National Bank
990 State Route 67
Ballston Spa, NY   12020-3603


Beaver Pond Village HOA, Inc.
4 Pamela Ln
Saratoga Springs, NY   12866-9070

Benjamin Neidl, Esq.
E. Stewart Jones Hacker Murphy
28 2nd St
Troy, NY  12180-3955


Boswell Engineering
799 Madison Ave
Albany, NY  12208-3319


Casella Waste Services
25 Green Hill Ln
Rutland, VT  05701-3804


Changebridge Construction Corp.
222 Bloomingdale Rd
White Plains, NY  10601


Clemente Callanan Industries
PO Box 15097
Albany, NY  12212-5097


Curtis Lumber
885 NY Route 67
Ballston Spa, NY  12020


Daigle Cleaning Systems Inc.
20 Center St
Albany, NY  12204-2605

Eagle Associates Concrete
PO Box 250
Hannacroix, NY  12087-0250


Eric & Laura Lyeth
517 E 6th St
Boston, MA  02127-3002


Eric J. Mandell, Esq.
Delbello, Donnellan, et al
1 N Lexington Ave
White Plains, NY  10601-1712


Erie Materials
99 Railroad Ave
Albany, NY  12205-5913


Evans Architects AIA
470 Chamberlain Ave
Paterson, NJ  07522-1031


Floor Source Inc.
1466 US HIGHWAY 9
Clifton Park, NY  12065


Frank G. & Margaret E. Colone
11 Furlong St
Saratoga Springs, NY  12866-5047

Graig & Giovanna Eastin
94 Maxwell Rd
Latham, NY  12110-5131


Granite and Marble Works Inc.
8 Commerce Park Dr
Wilton, NY  12831-2240


Howard N. Blitman
3 Elmdorf Dr
Scarsdale, NY  10583-4203


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


James Goren
125 Maple Ave
Chester, NJ  07930-2521


John D. Marcella Appliances
560 Broadway
Schenectady, NY  12305-2701


Lance Plumbing
363 COUNTY ROAD 68
Saratoga Springs, NY  12866

Lazio Masonry LLC
63 Nott Rd
Rexford, NY  12148-1312


Lucarelli Sand and Gravel
117 Vosburgh Rd
Mechanicville, NY  12118-3620


Lucio DeCarlo Trimming
PO Box 299
Clarksville, NY  12041-0299


Madsen Overhead Doors Inc.
673 Route 203
Spencertown, NY  12165


Mazars
60 Crossways Park Dr W
Woodbury, NY  11797-2018


Michael & Lisa Akker
60 Sprucetop Dr
Mahopac, NY  10541-7002


National Grid
636 Quaker Rd
Queensbury, NY  12804-3952

Northway Tile LLC
313 Ushers Rd
Ballston Lake, NY  12019-1552


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Office of Attorney General
Bureau of Consumer Fraud
44 S Broadway
White Plains, NY  10601-4425


Peter L. Burgess, Esq.
Burgess & Associates P.C.
646 Plank Rd Ste 103
Clifton Park, NY  12065-4800


Precision Concrete Pumping Inc.
90 Industrial Park Road Dr
Albany, NY  12201

Precision Upstate
115 Freemans Bridge Rd
Schenectady, NY  12302-3513


Pro Tech Automatic
59 Exchange St
Albany, NY  12205-3326


Richard & Catherine Bennice
4 Arrowhead Rd
Saratoga Springs, NY  12866-8733


Ross Concrete
15 Gilbert St
Mechanicville, NY  12118-1203


Ruszard & Beata Lesiak
2092 Donnan Rd
Galway, NY  12074-2509


Saratoga City Comm. of Finance
PO Box 328
Saratoga Springs, NY  12866-0328


Saratoga Sod Farm
1670 State Route 4
Stillwater, NY  12170

Saratoga Springs School District
PO Box 378
Saratoga Springs, NY  12866-0378


Sheft Electric
260 Thimbleberry Rd
Ballston Spa, NY  12020-4386


SMC Carpentry
7 Oxford Pl
Albany, NY  12203-4707


Snyder's Drywall
1555 Route 9
Fort Edward, NY  12828-2454


SPHS - Saratoga Springs Co.
5 Finley St
Saratoga Springs, NY  12866-4717


Staples, Inc
Dept NY
PO Box 415256
Boston, MA  02241-5256


Stephen & Susan Dorsey
17 Tiffany Pl
Saratoga Springs, NY  12866-9059

Stone Industries LLC
4305 Route 50
Saratoga Springs, NY  12866-2914


Sunshine Landscaping
612 Tanner Rd
Clifton Park, NY  12065-1500


Time Warner Cable/Spectrum
8 Circular St
Saratoga Springs, NY  12866-4278


Tom & Marlene Guiffre
113 Cedar Ln
Broadalbin, NY  12025-2169


TPK Development Inc.
102 Christopher Ln
Altamont, NY  12009-4200


Williams Scotsman Inc.
1609 US Route 9
Clifton Park, NY  12065