UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

Blitman Saratoga LLC,                                           Case No.

                                    Debtor.
-------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF THOMAS P. KEANEY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER AUTHORIZING REPLACEMENT AND NEW POST-PETITION DIP FINANCING

Thomas P. Keaney declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am currently the managing member of Blitman Saratoga, LLC (the "Debtor"), a New York limited liability company, which is engaged in the business of completing a single-home residential community in Saratoga Springs, New York, known as Beaver Pond Village.

2.      I respectfully submit this Supplement Declaration to provide evidentiary support for the Debtor's motion to obtain DIP financing filed simultaneously herewith (the "DIP Financing Motion")[1]. This Declaration also incorporates the information previously provided in my Local Rule 1007-2 Declaration [ECF #1].

## Background

3.      The Debtor sought Chapter 11 relief with the goal of completing construction on the remaining eight (8) homes under purchase contracts as outlined in the DIP Financing Motion.

---

[1] All capitalized terms used herein have the same meaning as defined in the DIP Loan Motion.

1

4.      With the maturity of the existing BSNB bank loans coming due, the Debtor had no realistic alternative except to seek financing from the Debtor's lead financial investors, which organized Saratoga Funding LLC to make the DIP Loans as the DIP Lender. Despite this affiliation, every reasonable effort was made to obtain financing on terms beneficial to the Debtor, including reduced interest rates, extended maturity date and accrual of payments.

5.      The primary purpose of the proposed DIP Loans is two-fold; first, to refinance and replace the existing bank debt with Ballston Spa National Bank ("BSNB"), and second, to fund the completion of the Remaining Project with respect to the eight remaining contracts, so that the sales can close.

6.      The proposed DIP Lender, Saratoga Funding LLC, is controlled by James Goren and Alex Goren, the Debtor's largest beneficial equity holders. Nevertheless, the terms of the DIP Loans are favorable, and provide needed liquidity. Accordingly, the fact that the DIP Lender is an affiliate should not adversely impact approval of the proposed financing.

**My Background and Involvement**

7.      I became the managing member of the Debtor following internal disputes between Howard Blitman and his daughter, Robin Winer, and the majority equity holders of the Debtor. Mr. Blitman was removed as managing member earlier this year, and ultimately I was named me as the managing member, replacing Scott Varney, who served for a short while.

8.      I am an engineer by training, with over 25-years of experience in construction and real estate development. I have been involved in the project from the beginning, although my role has increased after the removal of Mr. Blitman. Over the last several months, I have taken the lead in communicating with the eight homebuyers, who are anxious to see the project completed.

**The Budgets**

9.      Based upon my knowledge of the remaining work needed to be done, I have prepared completion Budgets for each of the units, together with a master cash-flow analysis, collectively annexed to the motion as Exhibit "D".

10.      The Budgets reflect that the homes are in various stages of construction, and once sales are completed on the first four units by May 2021, the net sale proceeds can then be used to fund construction on the balance of the units.

**The Proposed Financing**

11.      As shown in the Budgets, the Debtor intends to use the DIP Loans to jump start the resumption of construction.  The Debtor proposes to borrow $500,000 from the DIP Lender in each of the next two months, with another $200,000 in the third month.  By that time, or shortly thereafter, certain net proceeds will become available to fund construction of the remaining four homes.  Thus, the projected total cost of $3,272,490 to complete construction can be accomplished with DIP borrowing outlays of approximately $1.2 million, because the balance of funds will come "recycling" of sale proceeds from existing contracts.

12.      As part of the DIP financing, the Debtor also intends to replace the existing bank debt held by BSNB pursuant to an assignment of all loan and collateral documents. The BSNB debt consists of two credit facilities: (i) Building Mortgage Loan with a current balance of $638,479.82; and (ii) Operating/Construction Revolving Loan with a current balance of $1,254,959.10.  The BSNB loans mature on November 27, 2020.  The assignment of the BSNB bank debt to the DIP Lender is the only condition to the proposed DIP funding.

13.      Debtor's counsel, Kevin J. Nash and I negotiated the terms of the DIP Loans, which are better than the existing BSNB loans in the following ways: (i) the interest rate

3

under the BSNB loans shall be reduced from 1% over Prime to straight Prime; (ii) all interest on the DIP Loans shall accrue pending completion of construction and related home closings, whereupon the net proceeds shall first be used to fund the balance of construction expenses and then pay down the DIP Loans; and (iii) the maturity date of the DIP Loans shall be extended to be coterminous with the sale of the last home and vacant lots, or one year from now, whichever occurs first.

14.   I contacted Connor Preece of M&T Bank and Daniel Fariello of Capital Bank on or about November 16, 2020 about potential outside financing.   Each bank representative advised me that his financial institution is unable to provide unsecured financing or a junior mortgage at prime in order to complete the project.   Accordingly, it is the Debtor's business judgment that the terms of the DIP Loans are not only better than the existing BSNB loans, but that no other lender is willing to finance the Remaining Project under terms more favorable as the DIP Loans.

Dated:   New York, New York
            November 18, 2020

/s/ Thomas P. Keaney

4