UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Chapter 11

Blitman Saratoga LLC, Case No. 20-23177 (RDD)

Debtor.
-----------------------------------------------------------x

**ORDER SCHEDULING INTERIM HEARING TO CONSIDER DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 362, 364 AND 507 FOR AN ORDER AUTHORIZING DEBTOR TO OBTAIN REPLACEMENT AND NEW POST-PETITION DIP FINANCING**

Upon the motion (the "DIP Financing Motion") of Blitman Saratoga LLC (the "Debtor"), pursuant to Sections 362, 364(c) and 507 of title 11 of the United States Code, (the "Bankruptcy Code"), and Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an interim order (the "Interim Order") and final order, *inter alia*, (i) authorizing the Debtor to borrow the total sum of up to $3,100,000(the "DIP Loans") from Saratoga Funding LLC, an entity affiliated with James Goren and Alex Goren, majority members of the Debtor (the "DIP Lender") on a rolling basis pursuant to 11 U.S.C. §364(c) for the purposes of (i) replacing the existing first mortgage lien held by Ballston Spa National Bank ("BSNB") pursuant to an assignment of all loan and collateral documents and guarantees and (ii) advancing funds to enable the Debtor to resume construction of the eight residential one-family homes under contract; (iii) modifying the automatic stay to perfect and record mortgage liens relating to the DIP Orders; and (iv) scheduling a final hearing to consider the relief requested in the DIP Motion and approving the form of notice with respect to the Final Hearing; and upon the Supplemental Declaration of Thomas Keaney filed in support of the DIP Financing Motion; and after due deliberation, good cause appearing therefor; it is hereby:

ORDERED, that an interim hearing shall be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, via Court Solutions on _____ __, 2020 at __:__ __.m. (the "Interim Hearing") to consider interim approval of the DIP Financing Supplemental Motion; and it is further

ORDERED, that any party wishing to participate in and/or listen to the Interim Hearing can register through Court Solutions at www.court-solutions.com, in accordance with General Order M-543; and it is further

ORDERED, that notice of the Interim Hearing shall be sufficient if a copy of this Order and the DIP Financing Motion and all exhibits annexed thereto, together with the Supplemental Declaration of Thomas Keaney, are sent by overnight delivery or before _____ __, 2020 to (i) the Office of the United States Trustee; (ii) Ballston Spa National Bank; (iii) counsel for the DIP Lender; (iv) all other scheduled creditors; and (v) all other parties who filed requests for service of notices; and it is further

ORDERED, that objections, if any, to the interim relief sought in the DIP Financing Motion shall be filed in writing with the Clerk of the Bankruptcy Court through the Bankruptcy Court's electronic case filing system, with a copy emailed to counsel for the Debtor at knash@gwfglaw.co; counsel for the DIP Lender at jayruss@russrusspc.com; and the Office of the U.S. Trustee at greg.zipes@usdoj.gov, so as to the received on or before _____ ___, 2020.

Dated: White Plains, NY
November __, 2020

________________________

Hon. Robert D. Drain