UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

Blitman Saratoga LLC,

                              Debtor.

-----------------------------------------------------------x

Hearing Date and Time:
December 2, 2020 at 10:00 a.m.

Chapter 11

Case No. 20-23177 (RDD)

## DECLARATION OF GARY PERESIPER RELATING
## TO DEBTOR'S MOTION TO APPROVE DIP LOAN

Gary Peresiper declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a minority member of Blitman Saratoga LLC (the "Debtor"), holding a 15% membership interest.  I have no active management role in the day-to-day affairs of the Debtor, but was part of the group of majority members which authorized the Chapter 11 filing.

2.    I am submitting the Declaration in connection with the Debtor's motion for approval of a proposed DIP Loan (ECF #6) and the opposition (ECF #11) (the "Opposition") filed by Howard Blitman and his daughter, Robin Winter. Specifically, while I have no involvement with the proposed DIP Lender, Saratoga Funding LLC (although I believe that the proposed financing is in the best interests of all concerned), I submit this Declaration in response to the reference made in the Opposition regarding my separate criminal legal matter, which is completely unrelated to the Debtor.  I am disappointed that this reference was made in the Opposition in an obvious effort to sully the proposed financing.

3.    By way of brief background, I am a certified public accountant and I have provided in-house accounting services on a part time basis to Howard Blitman and his companies since the 1990's.  I also maintain a separate private accounting practice, currently servicing

approximately sixty clients.  I became involved with the Debtor at Mr. Blitman 's invitation as an outgrowth of my prior accounting work for him.

4.      The criminal indictment relates to services that I rendered to a private client involving a health care facility, under which I signed certain rent checks at the client's request. The payments were in violation of various federal regulations, and I became subject to criminal proceedings.

5.      Because this involves a pending criminal matter, I am limited as to my ability to discuss the matter in detail, but I note that I have cooperated with federal authorities, and have reached an agreement in principle on restitution and related matters.

6.      Moreover, the indictment was reported by me in 2018 to the other members of the Debtor, including Mr. Blitman.  At the time, Mr. Blitman did not believe that it impacted my ability to remain involved with the Debtor.

7.      I regret the episode, but it has nothing to do with the Debtor or the proposed financing.  Going forward, I do not envision having any involvement with the payment of bills or the completion of construction.

Dated: New York, NY
      December 1, 2020

                                              Gary Peresiper