**On Jul 27, 2020, at 9:57 AM, Robin Winter <[RWinter@hv-cs.com](mailto:RWinter@hv-cs.com)> wrote:**

**Dear Alex and James,**

**I agree that it would be preferable to work together to try to rescue the project, and that is what led to the proposal I made last Thursday.**

**Howard is turning 94 years old soon. He has not been in the office since early March. As a result, he does not have at his fingertips the details of every deal he is involved with.** So when, in a four or five minute conversation with him, you present the very high points of what you believe the deal to be, naturally, he will try to be agreeable and tend to confirm, particularly when he doesn't have the details or documents before him. You are reading far too much into his "confirmation".

The documents that were signed include other members in addition to Howard and you, and those others all have responsibilities to the project. It is not just Howard and you.

When one looks at the documents and your narrative of the deal, they don't match up.

Regarding your statements about mismanagement, in April 2019, when I was asked to help with sales and marketing and I tried to make needed personnel changes, James blocked them, and I was quickly removed from the project. **When I stepped in on May 1, 2020, there had not been a sale since August 2019. There were substantial discrepancies in the numbers from what had previously been provided (which have never been explained), including approximately $700,000 in accounts payable. At the local project level, unauthorized promises were made to buyers and subcontractors which were inaccurate and costly, and homes were sold with money at closing held in escrow for incomplete work which was not timely completed and the escrowed funds lost. I could go on, but this is why I had suggested that the current management team would not work.**

You talk about Howard and you as being good, dependable and honorable partners, yet, without warning, you summarily removed Howard as Manager without a word, and you accuse me, and without reading too far between the lines, him of mismanagement. Given the history you describe, I would ask you: How do *you* want the relationship to end?

Starting in late June, I explained to James that the Pond View and Mahopac consents needed to be signed so you and we could move forward with completing the White Birch project and begin substantive discussions concerning the Saratoga project. I moved forward with those Saratoga discussions when it appeared that the consents would, after weeks of delay, be delivered. However, at the last minute, Gary (part of your management team) did not deliver the consents and instead, he launched a series of accusations and attacks. Sadly, Gary's delay and actions have jeopardized both the White Birch and Saratoga projects and everyone's investments in them.

I welcome the opportunity for a constructive discussion on Saratoga once the consents have been quickly delivered so that the White Birch project does not need to be shut down for lack of funds.

Robin Winter

**From: Robin Winter <RWinter@hv-cs.com>**
**Date: Tue, Jul 21, 2020 at 2:35 PM**
**Subject: RE: Files on Shared Drive**
**To: Scott Varley <svarley13@gmail.com>**
**Cc: Gary <gperesiper@gmail.com>, James Goren <james@gorenbros.com>, Thomas
Keaney (gmail) <thomas.p.keaney@gmail.com>, Howard Blitman <HBlitman@hv-
cs.com>, John Hayko <JHayko@mvattorneys.com>**

**Thank you, Scott.**

**I have not received a request for specific documents or information, and your email refers
to requested access. The access which has been requested is access to Sage.**

**As Gary and you know, Sage is the accounting program which was used to maintain the
financial records for Blitman Saratoga and Changebridge Saratoga. It also was and is used
to maintain accounting records for unrelated matters.**

**As I have previously explained, I cannot give you access to Sage because I cannot restrict
your access to Blitman Saratoga and Changebridge Saratoga. Please tell me what financial
information or reports you are looking for.**

Robin Winter