## Resolution of Blitman Saratoga LLC and Consent of Members

WHEREAS, Section 5.1 of the Blitman Saratoga LLC Amended and Restated Operating Agreement, dated January 1, 2016 between **BLITMAN SARATOGA LLC**, with an address of 118 North Bedford Road, Suite 102, Mount Kisco, New York 10549, **HOWARD N. BLITMAN**, with an address at 118 North Bedford Road, Suite 102, Mount Kisco, New York 10549, ("Blitman"), **GARY PERESIPER**, with an address of 118 North Bedford Road, Suite 102, Mount Kisco, New York, 10549 ("Peresiper"), **SCOTT VARLEY**, with an address at 13 Joshua Road, Saratoga Springs, New York 12866, ("Varley"), and **GOREN BROTHERS**, a New York General Partnership, with an address at c/o Mitchell Bredefeld, CPA, 163 Washington Valley Road, Suite 103, Warren, New Jersey 07059, ("Goren"), (hereinafter the "Operating Agreement"), provides that the Members owning two-thirds or more of the Percentages held by all Members, may remove the Managing Member and, if they so elect, appoint a new Managing Member; and

WHEREAS, Section 5.2.3 of the Operating Agreement provides that: In lieu of holding a meeting, the Members may vote or otherwise take action by a written instrument indicating the consent of Members holding such Percentages then held by Members as would be required for Members to take action under this operating agreement. If such consent is not unanimous, prompt notice shall be given to those Members who have not consented in writing but who would have been entitled to vote thereon had such action been taken at a meeting; and

WHEREAS the Members owning two-thirds or more of the Percentages held by all Members desire to terminate the current Managing Member, Blitman, and appoint a new Managing Member;

## NOW, THEREFORE, IT IS HEREBY RESOLVED:

THAT effective as of the date that the last of the Members approving this Resolution affixes his/its signature hereto, the Members hereby terminate and remove Blitman, and any other Person to whom Blitman has or may have delegated some or all of his authority as the Member responsible to manage the affairs of Blitman Saratoga LLC, (the "Managing Member"), as set forth in Article V of the Operating Agreement, including but not limited to Robin Blitman;

THAT the Members hereby elect and appoint SCOTT VARLEY as the Member responsible to manage the affairs of Blitman Saratoga LLC, (the "Managing Member");

THAT SCOTT VARLEY, as the incoming Managing Member, shall take such actions as are necessary to effectuate this Resolution including, but not limited to, taking immediate possession and control of all books, records, accounts, contracts, assets, etc. of, relating or pertaining to Blitman Saratoga LLC, and that Howard N. Blitman, and any Person(s) or entities to whom he has or may delegate any of his authority as Managing Member, including but not limited to Robin Blitman, shall immediately surrender to SCOTT VARLEY possession and control of all books, records, accounts, contracts, assets, etc. of Blitman Saratoga LLC;

THAT all other provisions of the Operating Agreement be and shall remain in full force and effect unless and until such time as the Operating Agreement is amended by the Parties thereto; and

THAT this Resolution of Blitman Saratoga LLC and Consent of Members may be executed simultaneously in two or more counterparts, each of which shall be deemed an original and all of which, when taken together, shall constitute one and the same document.

The following Members hereby execute and vote in favor of, and hereby adopt the terms of the foregoing Resolution:

**By signing below, I hereby express my consent to, vote in favor of, and approve the foregoing Resolution.**

**GOREN BROTHERS,**
**A General Partnership (50%)**

By: General Partner _____    06/24/20
                                       Date

**GARY PERESPIER (17.5%)**

_____    06. 24 20
                           Date

**SCOTT VARLEY (15%)**

Scott Varley    dotloop verified
                06/25/20 12:40 PM EDT
                XHL3-T0V7-HN7Z-F5SP

_____
                           Date