UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re

BLITMAN SARATOGA LLC,

Debtor.
---------------------------------------------------------------x

Chapter 11
Case No. 20-23177 (RDD)

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Blitman Saratoga LLC:

1. Appolo Heating
   868 Burdeck Street
   Schenectady, New York 12306
   Attn: Phil Cuddy, Controller
   Phone Number 518 355 0433

2. Curtis Lumber Co. Inc.
   885 Route 67
   Balston Spa, New York 12020
   Attn: Linda Golden
   Phone Number: 518 490 1356

3. Northway Tile LLC
313 Ushers Road
Ballston Lake, New York 12019
Attn: Robert Falkenburgh
518 888 2191

Dated: New York, New York
December 21, 2020

Sincerely,
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

*By:* *<u>/s/ Greg M. Zipes</u>*

Greg M. Zipes
Trial Attorney
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
Fax (212) 668-2255