**Hearing Date and Time: 01/28/2021 at 10:00 a.m.**

WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

*Attorneys for Robin Winter, as nominated Executor
of the estate of Howard N. Blitman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLITMAN SARATOGA LLC, | Case No. 20-23177-rdd |
| Debtor. |  |

**RESPONSE OF ROBIN WINTER, AS NOMINATED EXECUTOR OF
THE ESTATE OF HOWARD N. BLITMAN, TO
DEBTOR'S MOTION PURSUANT TO §§ 362, 364 AND 507 FOR
A FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN
REPLACEMENT AND NEW POSTPETITION DIP FINANCING**

Robin Winter, as nominated Executor of the estate of Howard N. Blitman, by her attorneys, Whiteford, Taylor & Preston LLP, respectfully submits this Response to the Debtor's Motion, Pursuant to §§ 362, 364 and 507, For a Final Order Authorizing Debtor to Obtain Replacement and New Postpetition DIP Financing [Docket No. 6].

1. On November 27, 2020, Howard N. Blitman filed an Objection to the DIP Financing Motion [Docket No. 11]. At the interim hearing held on December 2, 2020, this Court addressed and resolved, *inter alia*, Mr. Blitman's Objection on an interim basis. Following the hearing, the Debtor and Mr. Blitman, through counsel, agreed to the form of proposed order

approving the DIP Financing Motion on an interim basis. On December 8, 2020, the Court entered the *Interim Order Approving and Authorizing the Debtor to Obtain Replacement and New Postpetition Financing Pursuant To 11 U.S.C. §§ 362 and 364(c)* [Docket No. 21] (the "Interim Order").

2. On January 3, 2021, Mr. Blitman passed away. On January 16, 2021, Robin Winter filed a petition with the Surrogate's Court of the State of New York, County of Westchester, to serve as Executor of Mr. Blitman's estate, in addition to an application to be appointed as Preliminary Executor. Those applications are currently pending. Robin Winter currently serves as Trustee of the Howard N. Blitman Revocable Trust, created by Agreement dated November 5, 2009, as amended and restated. This trust is the residuary beneficiary of Mr. Blitman's estate.

3. As the provisions contained in the Interim Order, including, but not limited to the Clarifications (as defined in the Interim Order), resolved Mr. Blitman's Objection, Ms. Winter, as nominated Executor of the estate of Howard N. Blitman, has no objection to the entry of a Final Order approving the DIP Financing Motion, provided such Order incorporates all of the terms and conditions of the Interim Order, including, but not limited to the Clarifications.

4. Robin Winter, as nominated Executor of the estate of Howard N. Blitman, reserves all of her rights, including, but not limited to amending this Objection.

[Remainder of page intentionally left blank.]

WHEREFORE, Robin Winter, as nominated Executor of the estate of Howard N. Blitman, respectfully requests that the Final Order approving the DIP Financing Motion incorporates the terms and conditions of the Interim Order, and that the Court grant the estate such other and further relief as is just and proper.

Dated: Tarrytown, New York
January 20, 2021

WHITEFORD, TAYLOR & PRESTON LLP

By: */s/ Kenneth M. Lewis*
Kenneth M. Lewis

220 White Plains Road
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com

*Attorneys for Robin Winter, as nominated Executor of the estate of Howard N. Blitman*