UNITED STATES BANKRUPTCY COURT       Presentment Date and Time:
SOUTHERN DISTRICT OF NEW YORK     February 5, 2021 at 12:00 noon

---------------------------------------------------------x

In re:                                       Chapter 11

Blitman Saratoga LLC,               Case No. 20-23177 (RDD)

                              Debtor.

---------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER
## ESTABLISHING BAR DATE FOR THE FILING OF CLAIMS

     **PLEASE TAKE NOTICE** that the annexed is a true copy of a Proposed Order Establishing a Bar Date for the filing of proofs of claim which shall be presented for settlement to the Honorable Robert D. Drain at the U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, New York on February 5, 2021 at 12:00 noon.  A copy of the application for the Proposed Order, together with a proposed notice, is likewise appended hereto.

     **PLEASE TAKE FURTHER NOTICE** that any Objection to the proposed order must be filed with the Court in accordance with the Court's ECF system, and served upon the undersigned counsel for the Debtor at tdonovan@gwfglaw.com, so as to be received no later February 5, 2021 at 11:30 a.m.

Dated: New York, New York
      January 27, 2021

                              **GOLDBERG WEPRIN**
                              **FINKEL GOLDSTEIN LLP**
                              Attorneys for the Debtor
                              1501 Broadway – 22nd Floor
                              New York, New York 10036
                              (212) 221-5700

                        By:    /s/ J. Ted Donovan, Esq.