UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Blitman Saratoga LLC

**Debtor**

**Case No.** 20-23177-RDD

**Reporting Period:** 12/01/2020-12/31/2020

**Federal Tax I.D. #** 45-4897437

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Thomas Keaney

Signature of Debtor        Date

       1/28/2021

Signature of Authorized Individual*        Date

       Thomas Keaney

Printed Name of Authorized Individual        Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Blitman Saratoga LLC                                                  **Case No.** 20-23177
    **Debtor**                                                          **Reporting Period:** 12/1/2020-12/31/2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | |
|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | 5549 | 0769 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING  OF MONTH** | $21,129.10 | $49,655.00 | $70,784.10 |
| **RECEIPTS** | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | | | #REF! |
| INTEREST | | | |
| COBRA PAYMENT FROM EMPLOYEE | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | |
| **TOTAL  RECEIPTS** | $0.00 | $0.00 | $0.00 |
| **DISBURSEMENTS** | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | $800.00 | | $800.00 |
| UTILITIES | | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | | | |
| ADMINISTRATIVE | $52.62 | | $52.62 |
| SELLING | | | |
| OTHER  *(ATTACH  LIST)* | $5,000.00 | | $5,000.00 |
| OWNER DRAW * | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | |
| COURT COSTS | | | |
| **TOTAL DISBURSEMENTS** | $5,852.62 | $0.00 | $5,852.62 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -$5,852.62 | | -$5,852.62 |
| | | | |
| CASH – END OF MONTH | $15,276.48 | $49,655.00 | $64,931.48 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

Note:  The beginning balance for account 5549 does not match the final balance shown in the November report because of an error in reporting the $52.62 service charge made on December 8, 2020.

**In re** Blitman Saratoga LLC                          **Case No.** 20-23177
    **Debtor**                          **Reporting Period:** 12/1/2020-12/31/2020

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $5,852.62 |
|    LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
|    PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $5,852.62 |

**In re** Blitman Saratoga LLC          **Case No.** 20-23177
　　　　**Debtor**　　　　　　　　　**Reporting Period:** 12/1/2020-12/31/2020

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**In re** Blitman Saratoga LLC                                    **Case No.** 20-23177
    **Debtor**                                    **Reporting Period:** 12/1/2020-12/31/2020

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

FORM MOR-7
2/2008
PAGE 7 OF 7



Ballston Spa National Bank
PO Box 70
Ballston Spa NY 12020-0070

Customer Service
518-885-6781
BankLink 24
518-885-6782
www.bsnb.com

**BLITMAN SARATOGA, LLC**
**11 HERBERT DR STE 3**
**LATHAM NY 12110-3801**

Page:        1

Account Number:  █████5549
Statement Date:   12/31/20
Enclosures:            3

| Account Name | Account Number | Balance |
|---|---|---|
| FREE SMALL BUSINESS | █████5549 | 15,276.48 |
| FREE SMALL BUSINESS | BLITMAN SARATOGA, LLC | Acct █████5549 |

| | | |
|---|---|---|
| Beginning Balance | 12/01/20 | 21,129.10 |
| Deposits / Misc Credits | 0 | .00 |
| Withdrawals / Misc Debits | 4 | 5,852.62 |
| ** Ending Balance | 12/31/20 | 15,276.48 ** |
| Service Charge | | 52.62 |
| Average Balance | | 19,449 |
| Average Collected Balance | | 19,449 |
| Minimum Balance | | 15,276 |
| Enclosures | | 3 |

TRANSACTION HISTORY

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/08 | ACCOUNT ANALYSIS SERVICE CHARGE | | 52.62 | 21,076.48 |
| 12/22 | CHECK #87656 | | 5,000.00 | 16,076.48 |
| 12/31 | CHECK #89338 | | 400.00 | 15,676.48 |
| 12/31 | CHECK #89339 | | 400.00 | 15,276.48 |

CHECKS

\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/22 | 87656 | 5,000.00 | 12/31 | 89338* | 400.00 | 12/31 | 89339 | 400.00 |



EQUAL HOUSING
LENDER

Member FDIC



087656

Name Blitman Saratoga LLC   Date 12/15/2020   50-467/213

Pay to the
Order of  Riggs Concrete                      $ 5,000 ⁰⁰

Five thousand and xx/100                     Dollars

**Ballston Spa National Bank**

Account Number

█████5549   TCeP Uel                    AP

⑈0213046 75⑈

12/22/2020   87656   $5,000.00

---

089338

Name Blitman Saratoga LLC   Date 12/14/2020   50-467/213

Pay to the
Order of Commissioner of Finance            $ 400.⁰⁰

Four hundred xx/100                          Dollars

**Ballston Spa National Bank**

Account Number

█████5549   TCePUet                     AP

⑈0213046 75⑈

12/31/2020   89338   $400.00

---

089339

Name Blitman Saratoga LLC   Date 12/14/2020   50-467/213

Pay to the
Order of Commissioner of Finance            $ 400.⁰⁰

Four hundred xx/100                          Dollars

**Ballston Spa National Bank**

Account Number

█████5549   TCePUet                     AP

⑈0213046 75⑈

12/31/2020   89339   $400.00