UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Blitman Saratoga LLC,

Debtor.
-----------------------------------------------------------x

Presentment Date and Time:
February 5, 2021 at 12:00 noon

Chapter 11

Case No. 20-23177 (RDD)

**NOTICE OF SETTLEMENT OF FINAL ORDER APPROVING AND AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 362 AND 364(C)**

**PLEASE TAKE NOTICE** that the annexed is a true copy of a proposed Order that will be presented for settlement Blitman Saratoga LLC (the ñDebtorò) to the Honorable Robert D, Drain, United States Bankruptcy Judge, in his Chambers at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601 on February 5, 2021 at 12:00 noon (the ñPresentment Dateò).

**PLEASE TAKE FURTHER NOTICE** that objections and proposed counterorders, if any, must be filed on with the Clerk of the Court on the ECF system or before the Presentment Date, with a copy served on the undersigned counsel for the Debtor at knash@gwfglaw.com.

Dated: New York, New York
January 29, 2021

GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP
Attorneys for the Debtor
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

By: /s/ Kevin J. Nash, Esq.