**Presentment Date and Time: 02/05/2021 at 12:00 p.m.**

WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

*Attorneys for Robin Winter, as nominated Executor*
*of the estate of Howard N. Blitman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLITMAN SARATOGA LLC, | ) | Case No. 20-23177-rdd |
| | ) | |
| Debtor. | ) | |

**RESPONSE OF ROBIN WINTER, AS NOMINATED EXECUTOR OF
THE ESTATE OF HOWARD N. BLITMAN, TO DEBTOR'S APPLICATION
FOR AN ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF
CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Robin Winter, as nominated Executor of the estate of Howard N. Blitman, by her attorneys, Whiteford, Taylor & Preston LLP, respectfully submits this Response to the Debtor's Application For an Order Establishing Deadline For Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 30].

1.  On January 3, 2021, Howard Blitman passed away. At the time of his death, Mr. Blitman was a Member of the Debtor, and was previously the Managing Member of the Debtor. Mr. Blitman, and now his estate, have claims against the Debtor arising out of, *inter alia*, (i) funds that Mr. Blitman lent to the Debtor and (ii) on account of a personal guaranty (or guarantees) provided to third party lenders.

2. On January 16, 2021, Robin Winter filed a petition with the Surrogate's Court of the State of New York, County of Westchester, to serve as Executor of Mr. Blitman's estate, in addition to an application to be appointed as Preliminary Executor. Those applications are currently pending. Robin Winter currently serves as Trustee of the Howard N. Blitman Revocable Trust, created by Agreement dated November 5, 2009, as amended and restated. This trust is the residuary beneficiary of Mr. Blitman's estate.

3. While Joseph B. Rosenberg, Ms. Winter's estate counsel, has reached out to the Surrogate's Court to attempt to expedite the granting of the Executor applications, to date, he has received no indication as to how quickly the applications will be granted. Accordingly, it is respectfully requested that Mr. Blitman's estate not be required to file any claims against the Debtor's estate until such time that an estate representative with authority to file proofs of claim is duly appointed by the Surrogate's Court, and the representative has an opportunity to prepare and file claims against the Debtor.

4. Accordingly, it is respectfully requested that a decretal paragraph be added to the Order that provides that notwithstanding anything to the contrary set forth in this Order and/or the Notice of Deadline Requiring Filing of Proofs of Claim on or Before March 19, 2021, the estate of Howard N. Blitman may file proofs of claim on the later of March 19, 2021 and 20 days following the date that an estate representative for Mr. Blitman's estate with authority to file proofs of claim with this Court, is duly appointed by the Surrogate's Court of the State of New York.

5. In the interim, Ms. Winter will attempt to determine the claims that Mr. Blitman's estate has against the Debtor, and will provide such information to Debtor's counsel.

6. Robin Winter, as nominated Executor of the estate of Howard N. Blitman, reserves all of her rights, including, but not limited to amending this Response.

WHEREFORE, Robin Winter, as nominated Executor of the estate of Howard N. Blitman, respectfully requests that Howard Blitman's estate be provided with additional time to file claims against the Debtor, and that the Court grant Mr. Blitman's estate such other and further relief as is just and proper.

Dated: Tarrytown, New York
February 5, 2021

        WHITEFORD, TAYLOR & PRESTON LLP

        By: */s/ Kenneth M. Lewis*
           Kenneth M. Lewis

        220 White Plains Road
        Tarrytown, NY 10591
        (914) 761-8400
        klewis@wtplaw.com

        *Attorneys for Robin Winter, as nominated Executor*
        *of the estate of Howard N. Blitman*