UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Blitman Saratoga LLC, | Case No. 20-23177 (RDD) |
| Debtor. | |

-----------------------------------------------------------x

**DECLARATION OF SERVICE**

I, Kerri Cambria, declare the following under the penalties of perjury pursuant to 28 U.S.C. 1746:

On February 11, 2021, I caused to be served the Debtor's Notice of Deadlines Requiring Filing of Proofs of Claim, together with a Proof of Claim form thereon on those creditors and parties set forth in the attached Schedule "A", by regular mail, by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Dated: New York, New York
February 11, 2021

/s/ Kerri Cambria

SERVICE LIST

518 Contracting LLC
1082 S Schodack Rd
Castleton On Hudson, NY 12033-9660

Alerdice Building Supply Inc.
41 Walworth St
Saratoga Springs, NY 12866-3011f

Alexander Goren
1175 Park Ave
New York, NY 10128-1211

Appolo Heating Inc.
868 Burdeck St
Schenectady, NY 12306-1218

Arthur J. Gallagher Risk Management
4000 Midlantic Dr Ste 200
Mount Laurel, NJ 08054-1580

Ballston Spa National Bank
990 State Route 67
Ballston Spa, NY 12020-3603

Beaver Pond Village HOA, Inc.
4 Pamela Ln
Saratoga Springs, NY 12866-9070

Benjamin Neidl, Esq.
E. Stewart Jones Hacker Murphy
28 2nd St
Troy, NY 12180-3955

Boswell Engineering
799 Madison Ave
Albany, NY 12208-3319

Casella Waste Services
25 Green Hill Ln
Rutland, VT 05701-3804

Changebridge Construction Corp.
222 Bloomingdale Rd
White Plains, NY 10601

Clemente Callanan Industries
PO Box 15097
Albany, NY 12212-5097

Curtis Lumber
885 NY Route 67
Ballston Spa, NY 12020

Daigle Cleaning Systems Inc.
20 Center St
Albany, NY 12204-2605

Eagle Associates Concrete
PO Box 250
Hannacroix, NY 12087-0250

Eric & Laura Lyeth
517 E 6th St
Boston, MA 02127-3002

Eric J. Mandell, Esq.
Delbello, Donnellan, et al
1 N Lexington Ave
White Plains, NY 10601-1712

Erie Materials
99 Railroad Ave
Albany, NY 12205-5913

Evans Architects AIA
470 Chamberlain Ave
Paterson, NJ 07522-1031

Floor Source Inc.
1466 US HIGHWAY 9
Clifton Park, NY 12065

Frank G. & Margaret E. Colone
11 Furlong St
Saratoga Springs, NY 12866-5047

Graig & Giovanna Eastin
94 Maxwell Rd
Latham, NY 12110-5131

Granite and Marble Works Inc.
8 Commerce Park Dr
Wilton, NY 12831-2240

Howard N. Blitman
3 Elmdorf Dr
Scarsdale, NY 10583-4203

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

James Goren
125 Maple Ave
Chester, NJ 07930-2521

John D. Marcella Appliances
560 Broadway
Schenectady, NY 12305-2701

Lance Plumbing
363 COUNTY ROAD 68
Saratoga Springs, NY 12866

Lazio Masonry LLC
63 Nott Rd
Rexford, NY 12148-1312

Lucarelli Sand and Gravel
117 Vosburgh Rd
Mechanicville, NY 12118-3620

Lucio DeCarlo Trimming
PO Box 299
Clarksville, NY 12041-0299

Madsen Overhead Doors Inc.
673 Route 203
Spencertown, NY 12165

Mazars
60 Crossways Park Dr W
Woodbury, NY 11797-2018

Michael & Lisa Akker
60 Sprucetop Dr
Mahopac, NY 10541-7002

National Grid
636 Quaker Rd
Queensbury, NY 12804-3952

Northway Tile LLC
313 Ushers Rd
Ballston Lake, NY 12019-1552

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Office of Attorney General
Bureau of Consumer Fraud
44 S Broadway
White Plains, NY 10601-4425

Peter L. Burgess, Esq.
Burgess & Associates P.C.
646 Plank Rd Ste 103
Clifton Park, NY 12065-4800

Precision Concrete Pumping Inc.
90 Industrial Park Road Dr
Albany, NY 12201

Precision Upstate
115 Freemans Bridge Rd
Schenectady, NY 12302-3513

Pro Tech Automatic
59 Exchange St
Albany, NY 12205-3326

Richard & Catherine Bennice
4 Arrowhead Rd
Saratoga Springs, NY 12866-8733

Ross Concrete
15 Gilbert St
Mechanicville, NY 12118-1203

Ruszard & Beata Lesiak
2092 Donnan Rd
Galway, NY 12074-2509

Saratoga City Comm. of Finance
PO Box 328
Saratoga Springs, NY 12866-0328

Saratoga Sod Farm
1670 State Route 4
Stillwater, NY 12170

Saratoga Springs School District
PO Box 378
Saratoga Springs, NY 12866-0378

Sheft Electric
260 Thimbleberry Rd
Ballston Spa, NY 12020-4386

SMC Carpentry
7 Oxford Pl
Albany, NY 12203-4707

Snyder's Drywall
1555 Route 9
Fort Edward, NY 12828-2454

SPHS - Saratoga Springs Co.
5 Finley St
Saratoga Springs, NY 12866-4717

Staples, Inc
Dept NY
PO Box 415256
Boston, MA 02241-5256

Stephen & Susan Dorsey
17 Tiffany Pl
Saratoga Springs, NY 12866-9059

Stone Industries LLC
4305 Route 50
Saratoga Springs, NY 12866-2914

Sunshine Landscaping
612 Tanner Rd
Clifton Park, NY 12065-1500

Time Warner Cable/Spectrum
8 Circular St
Saratoga Springs, NY 12866-4278

Tom & Marlene Guiffre
113 Cedar Ln
Broadalbin, NY 12025-2169

TPK Development Inc.
102 Christopher Ln
Altamont, NY 12009-4200

Williams Scotsman Inc.
1609 US Route 9
Clifton Park, NY 12065

Kenneth M. Lewis, Esq.
Whiteford Taylor Preston
220 White Plains Road
Tarrytown, NY 10591

Greg Zipes, Esq.
Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Saratoga Funding LLC
c/o Jay Russ, Esq.
Russ and Russ
543 Broadway
Massapequa, NY 11758

Thomas Keaney
Blitman Saratoga LLC
222 Bloomingdale Road
White Plains, NY 10605

Mr. and Mrs. Frank Colone
c/o Rosemarie Matera, Esq.
Kurztman Matera PC
80 Red Schoolhouse Rd, Suite 110
Chestnut Ridge, NY 10977

Ballston Spa National Bank
c/o Peter L. Burgess, Esq.
646 Plank Road, Suite 103
Clifton Park, NT 12065

Mr. and Mrs. Stephen Dorsey
c/o Kevin Laurilliard, Esq.
O'Connell & Aronowitz
54 State Street, 9th Floor
Albany, NY 12207

Callanan Industries
c/o Edward Marinstein, Esq.
22 First Street
P.O. Box 155
Troy, NY 12181-0155

Mr. and Mrs. Graig Eastin
c/o John Frederick Harwick, Esq.
E. Stewart Jones Hacker Murphy, LLP
28 Second Street
Troy, NY 12180