UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Blitman Saratoga LLC                              Case No. 20-23177-RDD
Debtor                                                  Reporting Period: 1/01/2021-1/31/2021

Federal Tax I.D. #  45-4897437

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Thomas Keaney
Signature of Debtor                                             Date
                                                                3/2/2021
Signature of Authorized Individual*                             Date
              Thomas Keaney
Printed Name of Authorized Individual                           Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Blitman Saratoga LLC  
　　　Debtor

Case No. 20-23177  
Reporting Period: 1/1/2021-1/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

BANK ACCOUNTS

| ACCOUNT NUMBER (LAST 4) | 5549 | 0769 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $15,276.48 | $49,655.85 | $64,932.33 |
| RECEIPTS | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | | | #REF! |
| INTEREST | | | |
| OTHER | | | |
| TRANSFERS (FROM DIP ACCTS) | | $49,655.85 | |
| TOTAL RECEIPTS | $49,655.85 | $0.00 | $49,655.85 |
| DISBURSEMENTS | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | | | $0.00 |
| UTILITIES | | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | | | |
| ADMINISTRATIVE | $394.56 | | $394.56 |
| CONSTRUCTION | $24,956.17 | | |
| OTHER (ATTACH LIST) | | | $0.00 |
| OWNER DRAW | | | |
| TRANSFERS (TO DIP ACCTS)* | | $49,655.85 | $49,655.85 |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | |
| COURT COSTS | | | |
| TOTAL DISBURSEMENTS | $25,350.73 | $49,655.85 | $75,006.58 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $24,305.12 | -$49,655.85 | -$25,350.73 |
| | | | |
| CASH – END OF MONTH | $39,581.60 | $0.00 | $39,581.60 |

\* Account closed 1/5/21 and entire final bnalance transferred to DIP account.

FORM MOR-1  
2/2008  
PAGE 1 OF 2

In re **Blitman Saratoga LLC**                                            Case No. **20-23177**
    **Debtor**                                                    Reporting Period: **1/1/2021-1/31/2021**

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $75,006.58 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $49,655.85 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $25,350.73 |

In re  Blitman Saratoga LLC  
**Debtor**

Case No. 20-23177  
Reporting Period: 1/1/2021-1/31/2021

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 Are any post petition payroll taxes past due? | | x |
| 9 Are any post petition State or Federal income taxes past due? | | x |
| 10 Are any post petition real estate taxes past due? | x | |
| 11 Are any other post petition taxes past due? | | x |
| 12 Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 Are any amounts owed to post petition creditors delinquent? | | x |
| 14 Are any wage payments past due? | | x |
| 15 Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | x |



Ballston Spa National Bank
PO Box 70
Ballston Spa NY 12020-0070

Customer Service
518-885-6781
BankLink 24
518-885-6782
www.bsnb.com

BLITMAN SARATOGA, LLC
PO BOX 1506
GUILDERLAND NY 12084-1506

Page: 1

Account Number: 5549
Statement Date: 1/29/21
Enclosures: 5

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FREE SMALL BUSINESS | 5549 | .00 | 39,581.60 |

FREE SMALL BUSINESS           BLITMAN SARATOGA, LLC                    Acct    5549

```
        Beginning Balance       1/01/21              15,276.48
        Deposits / Misc Credits       1              49,655.85
        Withdrawals / Misc Debits     7              25,350.73
     ** Ending Balance          1/31/21              39,581.60 **
        Service Charge                                     .00

        Average Balance                              52,068
        Average Collected Balance                    52,068
        Minimum Balance                              15,276
        Enclosures                                        5
```

TRANSACTION HISTORY

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 1/05 | DEPOSIT | 49,655.85 | | 64,932.33 |
| 1/11 | CASELLA/WEB_PAY | | 725.00 | 64,207.33 |
| 1/11 | CHECK #89341 | | 364.00 | 63,843.33 |
| 1/12 | CHECK #89340 | | 5,000.00 | 58,843.33 |
| 1/20 | HARLAND CLARKE/CHK ORDER | | 30.56 | 58,812.77 |
| 1/28 | CHECK #1083 | | 13,700.00 | 45,112.77 |
| 1/28 | CHECK #1081 | | 5,231.17 | 39,881.60 |
| 1/28 | CHECK #80237 | | 300.00 | 39,581.60 |

CHECKS

\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/28 | 1081 | 5,231.17 | 1/28 | 80237* | 300.00 | 1/11 | 89341 | 364.00 |
| 1/28 | 1083* | 13,700.00 | 1/12 | 89340* | 5,000.00 | | | |



EQUAL HOUSING LENDER

Member FDIC

**Check 1081** — BLITMAN SARATOGA LLC, 11 NEW KARNER RD, GUILDERLAND, NY 12084-1506, 518-369-5166. Pay to the order of: Erie Materials, Inc. - Albany, 99 Railroad Ave, PO Box 5546, Albany, NY 12205. Amount: $5,231.17. Date: 1/26/2021.
01/28/2021  1081  $5,231.17

**Check 1083** — BLITMAN SARATOGA, LLC, P.O BOX 1506, GUILDERLAND NY 12084-1506. Date: 1/27/21. Pay to the Order of: TPK Development. $13,700.00. Thirteen thousand seven hundred 00/100 Dollars. Ballston Spa National Bank.
01/28/2021  1083  $13,700.00

**Check 080237** — Name: BLITMAN SARATOGA, LLC. Date: 1/24/2021. Pay to the Order of: Daisle Cleaning. $300.—. Three hundred xx/100 Dollars. Ballston Spa National Bank.
01/28/2021  80237  $300.00

**Check 089340** — Name: Blitman Saratoga LLC. Date: 1/8/2020. Pay to the Order of: Ross Concrete. $5,000.xx. Five thousand xx/100 Dollars. Ballston Spa National Bank.
01/12/2021  89340  $5,000.00

**Check 089341** — Name: Blitman Saratoga LLC. Date: 1/6/2021. Pay to the Order of: USPS. $364.00. Three hundred sixty four xx/100 Dollars. Ballston Spa National Bank.
01/11/2021  89341  $364.00