UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of

BLITMAN SARATOGA LLC,                               **NOTICE OF APPEARANCE**

        Debtor                                   Case No.: 20-23177

---

**PLEASE TAKE NOTICE** that, I have been retained by and appear for TOM GUIFFRE AND MARLENE GUIFFRE in this action and demand that a copy of any and all pleadings, notice and other papers be served upon me at 480 Broadway, Suite 316, Saratoga Springs, New York 12866, msgambettera@gmail.com.

Dated: January 14, 2021

                                                    Tom Guiffre and
                                                    Marlene Guiffre
                                                    By their attorney,

                                                    _____
                                                  Matthew J. Sgambettera
                                                  N.D.N.Y. Bar No. MS5678
                                                  The Sgambettera Law Firm
                                                  480 Broadway, Suite 316
                                                  Saratoga Springs, New York 12866
                                                  msgambettera@gmail.com
                                                  518-505-4962 (phone)
                                                  518-587-0575 (facsimile)

To:    Bankruptcy Court Clerk
         All Counsel of Record
         United States Trustee