# Attachment A to Proof of Claim

Reservation of rights: This proof of claim is being filed without prejudice and claimant does not intend to impair any of its legal rights that exist, in law or equity, prior to filing this proof of claim, including but not limited the claimant's right to contest the bankruptcy court's personal and/or subject matter jurisdiction. This proof of claim should not result in any claims of waiver or estoppel against claimant.

The down payment(s) paid by claimant are not property of the bankruptcy estate and are being held in an attorney escrow account and/or are "secured" by a down payment bond.

Upon information and belief, claimant also possesses a contract vendee's lien against the real property that is the subject of the contract between claimant and the debtor.

{O0790479.1}