Michael J. Catalfimo, Esq.
**ROWLANDS, LEBROU & GRIESMER, PLLC**
480 Broadway, Suite 250
Saratoga Springs, New York 12866
Telephone: (518) 587-8112
Facsimile: (518) 587-4140
Email: MCatalfimo@RLGLawny.com

*Counsel for Eric Lyeth and Laura Lyeth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-23177 (RDD) |
| | Chapter 11 |
| BLITMAN SARATOGA LLC, | |
| Debtor. | |

**NOTICE OF APPEARANCE AND RESQUEST FOR NOTICES AND SERVICE OF PAPERS BY ERIC LYETH AND LAURA LYETH**

  **PLEASE TAKE NOTICE**, that **Eric Lyeth** and **Laura Lyeth**, by and through their undersigned counsel, hereby appear in the above-titled proceeding pursuant to 11 U.S.C.§§ 102(1), 342(a) and 1109(b), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that the undersigned have been retained as attorneys for the said **Eric Lyeth** and **Laura Lyeth** for the purpose of appearing in this proceeding for any and all matters in which they have an interest.

  **PLEASE TAKE FURTHER NOTICE**, that request is hereby made that copies of all notices (including those required by Bankruptcy Rule 2002), papers, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case or any related adversary proceeding be given and served upon the undersigned at the office, postal address, telephone number and electronic mail address set forth below:

> Michael J. Catalfimo, Esq.
> **ROWLANDS, LEBROU & GRIESMER, PLLC**
> 480 Broadway, Suite 250
> Saratoga Springs, New York 12866
> Telephone: (518) 587-8112
> Facsimile: (518) 587-4140
> Email: MCatalfimo@RLGLawny.com

  **PLEASE TAKE FURTHER NOTICE**, that this Notice is filed without submitting to the jurisdiction of this Court, and neither this Notice, nor any subsequent appearance, pleading, claim, or suit, is intended as, nor shall it be deemed or construed to be, a waiver of any rights to which **Eric Lyeth** and **Laura Lyeth** may be entitled, including, but not limited to: (i) their right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) their right to trial by jury in any proceeding related to these cases; (iii) their right to have the District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

  **PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R. Civ. P. or Rule 7004 F.R. Bank. P., nor shall it result in undersigned counsel being deemed to be the agent of **Eric Lyeth** and **Laura Lyeth** for such purpose.

Dated:  March 30, 2021

               Yours, etc.

               **ROWLANDS, LEBROU & GRIESMER, PLLC**

               /s/  *Michael J. Catalfimo*_____
               Michael J. Catalfimo, Esq.
               480 Broadway, Suite 250
               Saratoga Springs, New York 12866
               Telephone: (518) 587-8112
               Facsimile: (518) 587-4140
               Email:  MCatalfimo@RLGLawny.com

               *Counsel for Eric Lyeth and Laura Lyeth*