UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Blitman Saratoga LLC  
    Debtor

Case No. 20-23177-RDD  
Reporting Period: 2/01/2021-2/28/2021

Federal Tax I.D. # 45-4897437

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Thomas Keaney  
Signature of Debtor                                                      Date  
                                                                                                       3/30/2021

Signature of Authorized Individual*                               Date  
                  Thomas Keaney  
Printed Name of Authorized Individual                             Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Blitman Saratoga LLC  
    Debtor

Case No. 20-23177  
Reporting Period: 2/1/2021-2/28/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

BANK ACCOUNTS

| ACCOUNT NUMBER (LAST 4) | 5549 | 0769 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $39,581.60 | $0.00* | $39,581.60 |
| **RECEIPTS** | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | | | |
| INTEREST | | | |
| OTHER | | | |
| TRANSFERS (FROM DIP ACCTS) | | | |
| TOTAL RECEIPTS | $0.00 | $0.00 | $0.00 |
| **DISBURSEMENTS** | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | | | |
| UTILITIES | $1,790.01 | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | | | |
| ADMINISTRATIVE | $617.34 | | $617.34 |
| CONSTRUCTION | $35,963.36 | | |
| OTHER (ATTACH LIST) | | | |
| OWNER DRAW | | | |
| TRANSFERS (TO DIP ACCTS) | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE QUARTERLY FEES | $325.00 | | |
| COURT COSTS | | | |
| TOTAL DISBURSEMENTS | $38,695.71 | $0.00 | $38,695.71 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -$38,695.71 | $0.00 | -$38,695.71 |
| | | | |
| CASH – END OF MONTH | $885.89 | $0.00 | $885.89 |

* Account closed 1/5/21 and entire final bnalance transferred to DIP account.

In re Blitman Saratoga LLC  
    Debtor

Case No. 20-23177  
Reporting Period: 2/1/2021-2/28/2021

**THE FOLLOWING SECTION MUST BE COMPLETED**  
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $38,695.71 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $38,695.71 |

20-23177-rdd    Doc 51    Filed 03/31/21    Entered 03/31/21 12:41:33    Main Document
Pg 4 of 8

In re  Blitman Saratoga LLC  
**Debtor**

Case No. 20-23177  
Reporting Period: 2/1/2021-2/28/2021

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4  Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5  Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6  Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7  Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8  Are any post petition payroll taxes past due? | | x |
| 9  Are any post petition State or Federal income taxes past due? | | x |
| 10  Are any post petition real estate taxes past due? | x | |
| 11  Are any other post petition taxes past due? | | x |
| 12  Have any pre-petition taxes been paid during this reporting period? | | x |
| 13  Are any amounts owed to post petition creditors delinquent? | | x |
| 14  Are any wage payments past due? | | x |
| 15  Have any post petition loans been been received by the Debtor from any party? | | x |
| 16  Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18  Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

FORM MOR-7
2/2008
PAGE 4 OF 4



Ballston Spa National Bank
PO Box 70
Ballston Spa NY 12020-0070

Customer Service
518-885-6781
BankLink 24
518-885-6782
www.bsnb.com

BLITMAN SARATOGA, LLC
PO BOX 1506
GUILDERLAND NY 12084-1506

Page: 1

Account Number: 
Statement Date: 2/26/21
Enclosures: 12

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FREE SMALL BUSINESS | | .00 | 885.89 |
| FREE SMALL BUSINESS | BLITMAN SARATOGA, LLC | Acct | |

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 2/01/21 | 39,581.60 | |
| Deposits / Misc Credits | 0 | .00 | |
| Withdrawals / Misc Debits | 21 | 38,695.71 | |
| ** Ending Balance | 2/28/21 | 885.89 | ** |
| Service Charge | | .00 | |
| Average Balance | | 25,181 | |
| Average Collected Balance | | 25,181 | |
| Minimum Balance | | 885 | |
| Enclosures | | 12 | |

**TRANSACTION HISTORY**

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 2/03 | CHECK #1085 | | 764.10 | 38,817.50 |
| 2/03 | CHECK #1086 | | 729.45 | 38,088.05 |
| 2/04 | NationalGrid/NatlGrid | | 908.48 | 37,179.57 |
| 2/04 | NationalGrid/NatlGrid | | 97.91 | 37,081.66 |
| 2/04 | NationalGrid/NatlGrid | | 95.62 | 36,986.04 |
| 2/04 | NationalGrid/NatlGrid | | 10.34 | 36,975.70 |
| 2/04 | NationalGrid/NatlGrid | | 9.52 | 36,966.18 |
| 2/10 | CHECK #1084 | | 617.34 | 36,348.84 |
| 2/10 | CHECK #1082 | | 325.00 | 36,023.84 |
| 2/16 | CHECK #1087 | | 1,850.00 | 34,173.84 |
| 2/17 | CHECK #1088 | | 1,250.00 | 32,923.84 |
| 2/17 | CHECK #1092 | | 280.00 | 32,643.84 |
| 2/18 | CURTIS LUMBER CO/9236760900 | | 13,274.12 | 19,369.72 |
| 2/19 | National Grid -/CHECK PYMT Check Number: 1091 | | 404.33 | 18,965.39 |
| 2/19 | National Grid -/CHECK PYMT Check Number: 1090 | | 263.81 | 18,701.58 |
| 2/19 | CHECK #1093 | | 5,000.00 | 13,701.58 |
| 2/19 | CHECK #1095 | | 538.71 | 13,162.87 |
| 2/22 | CHECK #1089 | | 7,755.00 | 5,407.87 |


EQUAL HOUSING LENDER

Member FDIC

Customer Service
518-885-6781
BankLink 24
518-885-6782
www.bsnb.com

Page: 2

BLITMAN SARATOGA, LLC

Account Number:
Statement Date:   2/26/21

**TRANSACTION HISTORY**

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 2/24 | CHECK #1096 | | 33.16 | 5,374.71 |
| 2/26 | CURTIS LUMBER CO/9236760900 | | 688.82 | 4,685.89 |
| 2/26 | CHECK #1098 | | 3,800.00 | 885.89 |

**CHECKS**

\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 2/10 | 1082 | 325.00 | 2/16 | 1087 | 1,850.00 | 2/19 | 1093 | 5,000.00 |
| 2/10 | 1084* | 617.34 | 2/17 | 1088 | 1,250.00 | 2/19 | 1095* | 538.71 |
| 2/03 | 1085 | 764.10 | 2/22 | 1089 | 7,755.00 | 2/24 | 1096 | 33.16 |
| 2/03 | 1086 | 729.45 | 2/17 | 1092* | 280.00 | 2/26 | 1098* | 3,800.00 |

Account     **Ballston Spa National Bank**    Page 3 of 4

| Check | Date | Pay to | Amount | For |
|---|---|---|---|---|
| 1082 | 1/27/21 | U.S. Trustees | $325.00 | Quarter 4 2020 Fee |
| 1084 | 2/1/21 | Staples | $617.34 | 11x17 Printer/Ink |
| 1085 | 2/1/21 | Winn Supply | $764.10 | 57 Jane Rough |
| 1086 | 2/1/21 | Winn Supply | $729.45 | 47 Jane Rough |
| 1087 | 2/10/2021 | Shaft Electric | $1,850.00 | 57 Jane - Panel/Breakers |
| 1088 | 2/10/2021 | Boswell Engineering | $1,250.00 | Eng Svcs 12/18/20 |
| 1089 | 2/10/2021 | Lance Plumbing | $7,755.00 | 47 Jane Rough |
| 1092 | 2/15/2021 | Brian White | $280.00 | Brian 47 49 57 59 2x |
| 1093 | 2/15/2021 | USA's Concrete | $5,000.00 | Snow - Roads Feb |
| 1095 | 2/17/21 | Security Supply | $538.71 | 47 Jane Master Shower backordered |

02/10/2021 1082 $325.00
02/17/2021 1088 $1,250.00
02/10/2021 1084 $617.34
02/22/2021 1089 $7,755.00
02/03/2021 1085 $764.10
02/17/2021 1092 $280.00
02/03/2021 1086 $729.45
02/19/2021 1093 $5,000.00
02/16/2021 1087 $1,850.00
02/19/2021 1095 $538.71

Ballston Spa National Bank    age 4

**Check 1096**
BLITMAN SARATOGA, LLC
P.O BOX 1506
GUILDERLAND NY 12084-1506
518 269-5966
Date: 2/22/21
Pay to the Order of: Atlantic Hardware — $33.16
Thirty three and 16/100 Dollars
For: 47 Jane - Insulation - bz shower
02/24/2021    1096    $33.16

**Check 1098**
BLITMAN SARATOGA, LLC
P.O BOX 1506
GUILDERLAND NY 12084-1506
Date: 2/25/21
Pay to the Order of: 518 Contracting LLC — $3800.00
Three thousand eight hundred xx/100 Dollars
For: 8 Katie - Roof
02/26/2021    1098    $3,800.00