UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Blitman Saratoga LLC
Debtor

Case No. 20-23177-RDD
Reporting Period: 3/01/2021-3/31/2021
Federal Tax I.D. # 45-4897437

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Thomas Keaney
Signature of Debtor                                    Date

Signature of Authorized Individual*  *[signature]*     Date 4/29/2021
                    Thomas Keaney
Printed Name of Authorized Individual                  Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 OF 1

In re Blitman Saratoga LLC  
    Debtor

Case No. 20-23177  
Reporting Period: 3/1/2021-3/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | |
|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | 3440 | 5549 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $0.00 | $885.89 | $885.89 |
| **RECEIPTS** | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | $250,000.00 | | $250,000.00 |
| INTEREST | | | |
| OTHER | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | |
| **TOTAL RECEIPTS** | $250,000.00 | $0.00 | $250,000.00 |
| **DISBURSEMENTS** | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | $1,500.00 | | |
| UTILITIES | $245.47 | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | | | |
| ADMINISTRATIVE | $127.58 | | $127.58 |
| CONSTRUCTION | $70,786.39 | | |
| OTHER *(ATTACH LIST)* | | | |
| OWNER DRAW | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | |
| COURT COSTS | | | |
| **TOTAL DISBURSEMENTS** | $72,659.44 | $0.00 | $72,659.44 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $177,340.56 | $0.00 | $177,340.56 |
| | | | |
| CASH – END OF MONTH | $177,340.56 | $0.00 | $177,340.56 |

**THE FOLLOWING SECTION MUST BE COMPLETED**  
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $72,659.44 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $72,659.44 |

In re: Blitman Saratoga LLC  
Debtor

Case No. 20-23177  
Reporting Period: 3/1/2021-3/31/2021

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | x | |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

# M&T Bank — Checking Account Statement

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM 017

000002153 FIDS1548D01703312103 02 000000      P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 03/01/21 - 03/31/21 |
| BEGINNING BALANCE | $250,000.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 72,659.44 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $177,340.56 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2021 | BEGINNING BALANCE | | | $250,000.00 |
| 03/03/2021 | NYS DTF PIT Tax Paymnt   000000065536385 | | $1,500.00 | 248,500.00 |
| 03/04/2021 | CHECK NUMBER   1001 | | 532.86 | 247,967.14 |
| 03/05/2021 | CURTIS LUMBER CO 9236760900  46964417 | | 8,602.00 | 239,365.14 |
| 03/12/2021 | CHECK NUMBER   1004 | | 13,700.00 | 225,665.14 |
| 03/17/2021 | CHECK NUMBER   1003 | | 127.58 | 225,537.56 |
| 03/18/2021 | CHECK NUMBER   1006 | | 5,000.00 | |
| 03/18/2021 | CHECK NUMBER   1007 | | 5,000.00 | 215,537.56 |
| 03/19/2021 | CHECK NUMBER   1005 | | 6,267.50 | 209,270.06 |
| 03/23/2021 | CHECK NUMBER   1008 | | 7,755.00 | |
| 03/23/2021 | CHECK NUMBER   1010 | | 2,050.00 | 199,465.06 |
| 03/26/2021 | CHECK NUMBER   1011 | | 7,612.50 | 191,852.56 |
| 03/29/2021 | Spectrum Cable Bill   8138793 | | 245.47 | 191,607.09 |
| 03/30/2021 | CURTIS LUMBER CO 9236760900  47315183 | | 9,266.53 | 182,340.56 |
| 03/31/2021 | CHECK NUMBER   1013 | | 5,000.00 | 177,340.56 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 10 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1001 | 03/04/21 | 532.86 | 1006 | 03/18/21 | 5,000.00 | 1010* | 03/23/21 | 2,050.00 |
| 1003* | 03/17/21 | 127.58 | 1007 | 03/18/21 | 5,000.00 | 1011 | 03/26/21 | 7,612.50 |
| 1004 | 03/12/21 | 13,700.00 | 1008 | 03/23/21 | 7,755.00 | 1013* | 03/31/21 | 5,000.00 |
| 1005 | 03/19/21 | 6,267.50 | | | | | | |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 10 |
|---|---|
| AMOUNT OF CHECKS PAID | $53,045.44 |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

# M&T Bank    Checking Account Statement

FOR INQUIRIES CALL:   TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████3440 | 03/01/21 - 03/31/21 |



**BLITMAN SARATOGA LLC**
**DIP ACCOUNT**

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

| Check # | Date | Pay To | Amount | For |
|---|---|---|---|---|
| 1001 | 3/3/21 | ASAP Rentals Inc | $532.80 | Dumpster & Kubota |
| 1004 | 3/12/21 | TPK Development | $13,700.00 | Feb 2021 |
| 1003 | 3/8/21 | Staples | $127.58 | |
| 1006 | 3/16/21 | Apollo Heating & Cooling | $5,000.00 | 47 Jane - Rough |
| 1007 | 3/16/21 | Apollo Heating & Cooling | $5,000.00 | 52 Jane - Rough |
| 1005 | 3/16/21 | Shuft Electric | $6,267.50 | 47 Rough |

All checks drawn on Blitman Saratoga LLC, P.O. Box 1506, Guilderland, NY 12084, M&T Bank, signed T. Epley.

**Check 1008** — BLITMAN SARATOGA LLC, P.O. BOX 1506, GUILDERLAND, NY 12084
Date: 3/16/21
Pay to the order of: Lance Plumbing — $7755
Seven thousand seven hundred fifty-five 00/100 DOLLARS
M&T Bank
For: 52 Rush
Signed: TCopley
"001008" :022000046:

**Check 1010** — BLITMAN SARATOGA LLC
Date: 3/18/21
Pay to the order of: SMC Carpentry — $2050.00
Two thousand and fifty 00/100 DOLLARS
M&T Bank
For: 48 Jane Cohoes
Signed: TCopley
"001010" :022000046:

**Check 1011** — BLITMAN SARATOGA LLC
Date: 3/23/21
Pay to the order of: Shift Electric — $7612.50
Seven thousand six hundred twelve 50/100 DOLLARS
M&T Bank
For: 52 Jane - Rush
Signed: TCopley
"001011" :022000046:

**Check 1013** — BLITMAN SARATOGA LLC
Date: 3/29/21
Pay to the order of: B&S Concrete — $5,000
Five thousand 00/100 DOLLARS
M&T Bank
For: Final Snow 20-21
Signed: TCopley
"001013" :022000046: