UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

BLITMAN SARATOGA LLC,

Debtor.

Chapter 11
Case No. 20-23177 (RDD)

**ORDER AUTHORIZING THE EMPLOYMENT OF NOLAN HELLER KAUFFMAN LLP AS COUNSEL FOR THE COMMITTEE**

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (the "**Committee**") in the case of Blitman Saratoga LLC ("**Debtor**") praying for authority to employ and appoint Nolan Heller Kauffman LLP for the purposes of this proceeding to represent them as counsel to the Committee herein, and it appearing that NHK are attorneys duly admitted to practice in this Court, and the Court being satisfied that the employees and partners of NHK represent no interest adverse to the Committee or its members herein in the matters upon which it is to be engaged, and that its employment is necessary and would be in the best interest of the estates, it is

**ORDERED,** that the Committee be and hereby is authorized to employ NHK to represent it in connection with the within proceeding under Chapter 11 of the Bankruptcy Code, as provided for in the Committee's application to retain counsel.

**ORDERED,** that the compensation and disbursement reimbursement of NHK for services rendered to the Committee shall be fixed by this Court after due application based upon contemporaneous time records and hearing pursuant to the rules of this Court; and it is further

**ORDERED,** that payment of any fees and expenses allowed by the Court shall be paid first from the carveout of $10,000.00 agreed upon by respective counsel for Saratoga Lending LLC as DIP lender and the Debtor, with fees and expenses allowed in an amount greater than the

NH2021-2106082335-765081_0.10

carveout allowed as an administrative expense of the Debtor's estate pursuant to 11 U.S.C. §503; and it is further

**ORDERED**, that paragraph 7 of the Final Order Authorizing the Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§362 and 364(c) is deemed amended to include the within carveout for counsel to the Committee.

# # #

NH2021-2106082335-765081_0.10