UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                          Chapter 11

Blitman Saratoga LLC,                                Case No. 20-23177 (RDD)

                            Debtor.
---------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION
## TO EXTEND EXCLUSIVE PERIODS

Upon the timely motion (ECF # 43) (the "Motion") of Blitman Saratoga LLC, the debtor and debtor in possession herein (the "Debtor") for an order under 11 U.S.C. § 1121(d)(1) extending the Debtor's exclusive periods under 11 U.S.C. § 1121(b) and (c) to file and solicit acceptances of a chapter 11 plan; and good and proper service of the Motion having been made; and no opposition having been filed or asserted in connection with the Motion; and upon the record of the hearing held by the Court on the Motion on April 5, 2021 and all of the proceedings herein; and, after due deliberation, the Court having determined that the Debtor has established sufficient cause for the requested relief, it is hereby

ORDERED, that the Motion is granted and pursuant to 11 U.S.C. § 1121(d)(1) and Local Bankruptcy Rule 9006-2, the exclusive period during which only the Debtor may file a chapter 11 plan is extended for ninety (90) days from March 8, 2021 to and including June 7, 2021, and the corresponding exclusive period in which the only Debtor may solicit acceptances of a chapter 11 plan is extended for sixty (60) days after the first extension period, to and including August 5, 2021.

Dated: White Plains, New York
            May 11, 2021

                                                                    /s/Robert D. Drain
                                                                    United States Bankruptcy Judge