UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

BLITMAN SARATOGA LLC,

Debtor.

Chapter 11
Case No. 20-23177 (RDD)

**ORDER AUTHORIZING THE EMPLOYMENT OF NOLAN HELLER KAUFFMAN LLP AS COUNSEL FOR THE COMMITTEE AND GRANTING AGREED RELATED RELIEF**

Upon the Application, served May 3, 2021 (the "Application") of THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (the "**Committee**") in the case of Blitman Saratoga LLC (the "**Debtor**") for authority under 11 U.S.C. § 1103 to employ and appoint Nolan Heller Kauffman LLP ("**NHK**") as counsel to the Committee; and upon the accompanying affirmation of Francis J. Brennan, Esq.; and, after due and sufficient notice and the opportunity for a hearing thereon, there being no objections to the Application; and no additional notice or a hearing being required; and it appearing that NHK does not represent any other entity having an adverse interest to the Committee in connection with this case; and good and sufficient cause appearing, it is hereby

**ORDERED,** that the Application is granted and the Committee is authorized to employ NHK to represent it in connection with this case; and it is further

**ORDERED,** that NHK shall be compensated and reimbursed reasonable and necessary expenses pursuant to 11 U.S.C. §§ 330 and 331, as the case may be, and the applicable Bankruptcy Rules, Local Bankruptcy Rules, and fee and expense guidelines and orders of the Court; and it is further

NH2021-2106082335-765081_0.10

**ORDERED,** that payment of any fees and expenses of NHK allowed by the Court shall be paid first from the carveout of $10,000.00 agreed upon by respective counsel for Saratoga Lending LLC as DIP lender and the Debtor, with fees and expenses allowed in an amount greater than such carveout allowed as an administrative expense of the Debtor's estate pursuant to 11 U.S.C. § 503; and it is further

**ORDERED**, that paragraph 7 of the Final Order Authorizing the Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 362 and 364(c) is deemed amended to include the foregoing carveout for counsel to the Committee.

Dated:  White Plains, New York
June 1, 2021

/s/Robert D. Drain
United States Bankruptcy Judge