UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Blitman Saratoga LLC

**Debtor**

**Case No.** 20-23177-RDD

**Reporting Period:** 4/01/2021-4/30/2021

**Federal Tax I.D. #** 45-4897437

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____   Date _____

Signature of Authorized Individual* *Thomas P Keaney*   Date 6/1/2021

       Thomas Keaney

Printed Name of Authorized Individual _____   Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Blitman Saratoga LLC

**Debtor**

**Case No.** 20-23177

**Reporting Period:** 4/1/2021-4/30/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | |
| --- | --- | --- | --- |
| | 3440 | 5549 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **ACCOUNT NUMBER (LAST 4)** | | | |
| **CASH BEGINNING  OF MONTH** | $177,340.56 | $885.89 | $178,226.45 |
| **RECEIPTS** | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | | | $0.00 |
| INTEREST | | | |
| OTHER | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | |
| TOTAL  RECEIPTS | $0.00 | $0.00 | $0.00 |
| **DISBURSEMENTS** | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | | | |
| UTILITIES | | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | $52,922.70 | | |
| ADMINISTRATIVE | | | $0.00 |
| CONSTRUCTION | $90,648.00 | | |
| OTHER  *(ATTACH  LIST)* | | | |
| OWNER DRAW | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE  QUARTERLY FEES | $975.00 | | |
| COURT COSTS | | | |
| **TOTAL DISBURSEMENTS** | $144,545.70 | $0.00 | $144,545.70 |
| | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | -$144,545.70 | $0.00 | -$144,545.70 |
| | | | |
| CASH – END OF MONTH | $32,794.86 | $0.00 | $32,794.86 |

**In re** Blitman Saratoga LLC
    **Debtor**

**Case No.** 20-23177
**Reporting Period:** 4/1/2021-4/30/2021

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $144,545.70 |
|   LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
|   PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $144,545.70 |

**In re** Blitman Saratoga LLC      **Case No.** 20-23177

     **Debtor**      **Reporting Period:** 4/1/2021-4/30/2021

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | x | |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

# M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM 017

000000                                              P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
| --- | --- |
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 04/01/21 - 04/30/21 |

| | |
| --- | --- |
| BEGINNING BALANCE | $177,340.56 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 144,545.70 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $32,794.86 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 04/01/2021 | BEGINNING BALANCE | | | $177,340.56 |
| 04/01/2021 | CURTIS LUMBER CO 9236760900 47356398 | | $186.98 | 177,153.58 |
| 04/09/2021 | THE HOME DEPOT #1241  ALBANY | | 64.78 | 177,088.80 |
| 04/12/2021 | CHECK NUMBER     1015 | | 2,750.00 | |
| 04/12/2021 | CHECK NUMBER     1016 | | 11,813.50 | |
| 04/12/2021 | CHECK NUMBER     1019 | | 5,845.00 | |
| 04/12/2021 | CHECK NUMBER     1020 | | 204.01 | 156,476.29 |
| 04/13/2021 | PALLETTE STONE CORP   518-6649855 | | 1,643.46 | |
| 04/13/2021 | CHECK NUMBER     1021 | | 3,903.94 | |
| 04/13/2021 | CHECK NUMBER     1022 | | 1,066.53 | |
| 04/13/2021 | CHECK NUMBER     1023 | | 2,440.62 | |
| 04/13/2021 | CHECK NUMBER     1024 | | 2,212.61 | 145,209.13 |
| 04/14/2021 | IN *PRECISION CONCRETE518-4359292 | | 3,356.26 | |
| 04/14/2021 | CHECK NUMBER     1017 | | 52,922.70 | 88,930.17 |
| 04/15/2021 | CURTIS LUMBER CO 9236760900 47570947 | | 1,767.73 | |
| 04/15/2021 | CHECK NUMBER     1028 | | 742.58 | |
| 04/15/2021 | CHECK NUMBER     1029 | | 214.28 | 86,205.58 |
| 04/16/2021 | PALLETTE STONE CORP   518-6649855 | | 2,281.38 | |
| 04/16/2021 | CURTIS LUMBER CO 9236760900 47581335 | | 195.36 | |
| 04/16/2021 | CHECK NUMBER     1026 | | 599.20 | 83,129.64 |
| 04/19/2021 | CHECK NUMBER     1031 | | 13,700.00 | 69,429.64 |
| 04/20/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 750.00 | |
| 04/20/2021 | CURTIS LUMBER CO 9236760900 47634546 | | 14,532.88 | 54,146.76 |
| 04/23/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 5,000.00 | |
| 04/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 2,028.71 | |
| 04/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 142.05 | 46,976.00 |
| 04/26/2021 | CHECK NUMBER     1033 | | 1,360.00 | |
| 04/26/2021 | CHECK NUMBER     1034 | | 1,615.00 | 44,001.00 |
| 04/27/2021 | CHECK NUMBER     1035 | | 975.00 | 43,026.00 |
| 04/28/2021 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,160.00 | |
| 04/28/2021 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,295.00 | 40,571.00 |
| 04/29/2021 | IN *PRECISION CONCRETE518-4359292 | | 687.53 | |
| 04/29/2021 | IN *PRECISION CONCRETE518-4359292 | | 687.53 | |
| 04/29/2021 | PALLETTE STONE CORP   518-6649855 | | 3,401.08 | 35,794.86 |

PAGE 1 OF 3

# M&T Bank

FOR INQUIRIES CALL:   TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |  |
| --- | --- |
| COMMERCIAL CHECKING |  |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ▓▓▓3440 | 04/01/21 - 04/30/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 04/30/2021 | PALLETTE STONE CORP  518-6649855 |  | 3,000.00 | 32,794.86 |
|  | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 16 |  |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1015 | 04/12/21 | 2,750.00 | 1022 | 04/13/21 | 1,066.53 | 1029 | 04/15/21 | 214.28 |
| 1016 | 04/12/21 | 11,813.50 | 1023 | 04/13/21 | 2,440.62 | 1031* | 04/19/21 | 13,700.00 |
| 1017 | 04/14/21 | 52,922.70 | 1024 | 04/13/21 | 2,212.61 | 1033* | 04/26/21 | 1,360.00 |
| 1019* | 04/12/21 | 5,845.00 | 1026* | 04/16/21 | 599.20 | 1034 | 04/26/21 | 1,615.00 |
| 1020 | 04/12/21 | 204.01 | 1028* | 04/15/21 | 742.58 | 1035 | 04/27/21 | 975.00 |
| 1021 | 04/13/21 | 3,903.94 |  |  |  |  |  |  |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 16 |
| --- | --- |
| AMOUNT OF CHECKS PAID | $102,364.97 |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND
CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES
WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR
ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL
DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT
MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES
ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

BLITMAN SARATOGA LLC
P.O. BOX 1504
GUILDERLAND, NY 17084

1019

DATE 4/9/21

PAY TO THE ORDER OF  LuCarelli Sand & Gravel            $ 5845⁰⁰

Five thousand eight hundred forty five 00/100 Dollars

M&T Bank

FOR Lot clean 49 47 5759            TCellel

⑈001019⑈ ⑈022000046⑈            3440⑈

---

>021301115<
Chemung Canal Trust 053
2021-04-09
0053233234
Batch 266731252

0053233894

---

BLITMAN SARATOGA LLC
P.O. BOX 1508
GUILDERLAND, NY 17084

1016

DATE 4/6/21

PAY TO THE ORDER OF  Boswell Eng.            $ 11,813.⁵⁰

eleven thousand eight hundred thirteen 50/100 Dollars

M&T Bank

FOR Eng Adm Hts Phse 6/7            TCellel

⑈001016⑈ ⑈022000046⑈            3440⑈

---

BLITMAN SARATOGA LLC
P.O. BOX 1508
GUILDERLAND, NY 17084

1015

DATE 4/6/21

PAY TO THE ORDER OF  Boswell Engineering            $ 2750

two thousand seven hundred fifty 00/100 Dollars

M&T Bank

FOR SWOPP 1/19 - 2/26/21            TCellel

⑈001015⑈ ⑈022000046⑈            3440⑈

---

BLITMAN SARATOGA LLC
P.O. BOX 1508
GUILDERLAND, NY 17084

518 369-5906

1020

DATE 4/9/21

PAY TO THE ORDER OF  Curtis Lumber            $ 204.01

two hundred and four 01/100 Dollars

M&T Bank

FOR 57 Jane - Lumber Fill in            TCellel

⑈001020⑈ ⑈022000046⑈            3440⑈

---

BLITMAN SARATOGA LLC
P.O. BOX 1508
GUILDERLAND, NY 17084

1023

DATE 4/9/21

PAY TO THE ORDER OF  Winn Supply            $ 2440⁶²

two thousand four hundred and forty 62/100 Dollars

M&T Bank

FOR 57 Trim order            TCellel

⑈001023⑈ ⑈022000046⑈            3440⑈

---

DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO.
00595
4942477753

---

BLITMAN SARATOGA LLC
P.O. BOX 1508
GUILDERLAND, NY 17084

1022

DATE 4/9/21

PAY TO THE ORDER OF  Winn Supply            $ 1066⁵³

one thousand and sixty-six 53/100 Dollars

M&T Bank

FOR 8 Katie Rush            TCellel

⑈001022⑈ ⑈022000046⑈            3440⑈

---

DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO.
00595
4942477753

cta-1wbv009.prod.mtb.com/inquiry/servlet/inquiry

**Check 1031**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1031

DATE 4/16/21        10-4/220

PAY TO THE ORDER OF    TPK Development        $ 13700.00

thirteen thousand seven hundred xx/100 ——— DOLLARS

M&T Bank

FOR March 2021

#001031# :022000046: 3440#

**Check 1033**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1033

DATE 4/19/21        10-4/220

PAY TO THE ORDER OF    Ross Concrete        $ 1360.00

one thousand three hundred sixty xx/100 ——— DOLLARS

M&T Bank

FOR 9 Jane Footing

#001033# :022000046: 3440#

**Check 1034**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1034

DATE 4/19/21        10-4/220

PAY TO THE ORDER OF    Ross Concrete        $ 1615.00

one thousand six hundred and fifteen ——— DOLLARS

M&T Bank

FOR 6 Katie Footing

#001034# :022000046: 3440#

**Check 1035**

0872023177

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1035

DATE 4/19/21        10-4/220

PAY TO THE ORDER OF    U.S. Trustees        $ 975.00

one hundred seventy five xx/100 ——— DOLLARS

M&T Bank

FOR Quarter 1 2021 Fee

#001035# :022000046: 3440#