UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Blitman Saratoga LLC  
Debtor

Case No. 20-23177-RDD  
Reporting Period: 5/01/2021-5/31/2021

Federal Tax I.D. # 45-4897437

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Authorized Individual* *Thomas P Keaney*  Date 6/16/2021

Thomas Keaney  
Printed Name of Authorized Individual  Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Blitman Saratoga LLC                                          Case No. 20-23177
       Debtor                                                       Reporting Period: 5/1/2021-5/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

BANK ACCOUNTS

| ACCOUNT NUMBER (LAST 4) | 3440 | 5549 Closed Jan. 2021 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $32,794.86 | $0.00 | $32,794.86 |
| RECEIPTS | | | |
| SALES | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| DRAW AGAINST DIP LOAN | $500,000.00 | | $500,000.00 |
| INTEREST | | | |
| OTHER | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | |
| TOTAL RECEIPTS | $500,000.00 | $0.00 | $500,000.00 |
| DISBURSEMENTS | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| OTHER TAXES | | | |
| UTILITIES | | | |
| SECURED/ RENTAL/ LEASES | | | $0.00 |
| INSURANCE | | | |
| ADMINISTRATIVE | $43.66 | | $43.66 |
| CONSTRUCTION | $159,724.61 | | |
| OTHER *(ATTACH LIST)* | | | |
| OWNER DRAW | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | |
| COURT COSTS | | | |
| TOTAL DISBURSEMENTS | $159,768.27 | | $159,768.27 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $340,231.73 | $0.00 | $340,231.73 |
| | | | |
| CASH – END OF MONTH | $373,026.59 | $0.00 | $373,026.59 |

In re Blitman Saratoga LLC  
    Debtor

Case No. 20-23177  
Reporting Period: 5/1/2021-5/31/2021

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $159,768.27 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $159,768.27 |

In re Blitman Saratoga LLC                                Case No. 20-23177
        Debtor                                  Reporting Period: 5/1/2021-5/31/2021

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | x | |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

6/16/2021

FORM MOR-7
2/2008
PAGE 4 OF 4



**FOR INQUIRIES CALL:** TARRYTOWN CRE
(914) 366-8500

00  0 00917M NM  017

000000                                    P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 05/01/21 - 05/31/21 |
| BEGINNING BALANCE | $32,794.86 |
| DEPOSITS & CREDITS | 500,000.00 |
| LESS CHECKS & DEBITS | 159,724.61 |
| LESS SERVICE CHARGES | 43.66 |
| ENDING BALANCE | $373,026.59 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2021 | BEGINNING BALANCE | | | $32,794.86 |
| 05/03/2021 | PALLETTE STONE CORP  518-6649855 | | $1,947.45 | 30,847.41 |
| 05/07/2021 | PALLETTE STONE CORPORA518-6649855 | | 4,000.00 | |
| 05/07/2021 | CHECK NUMBER    1036 | | 6,375.00 | |
| 05/07/2021 | CHECK NUMBER    1037 | | 1,900.00 | 18,572.41 |
| 05/10/2021 | STAPLES    00118885CLIFTON PARK | | 63.10 | |
| 05/10/2021 | STAPLES    00118885CLIFTON PARK | | 18.36 | |
| 05/10/2021 | PALLETTE STONE CORPORA518-6649855 | | 3,484.17 | |
| 05/10/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 43.66 | 14,963.12 |
| 05/12/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 212.46 | 14,750.66 |
| 05/13/2021 | INCOMING FEDWIRE FUNDS TRANSFER SARATOGA FUNDING LLC | $500,000.00 | | 514,750.66 |
| 05/14/2021 | IN *PRECISION CONCRETE518-4359292 | | 667.50 | |
| 05/14/2021 | IN *PRECISION CONCRETE518-4359292 | | 20.03 | 514,063.13 |
| 05/17/2021 | CURTIS LUMBER CO 9236760900 48039953 | | 10,872.27 | |
| 05/17/2021 | CHECK NUMBER    1043 | | 11,780.30 | 491,410.56 |
| 05/18/2021 | CHECK NUMBER    1038 | | 7,465.00 | |
| 05/18/2021 | CHECK NUMBER    1039 | | 2,818.20 | |
| 05/18/2021 | CHECK NUMBER    1041 | | 11,570.00 | |
| 05/18/2021 | CHECK NUMBER    1042 | | 1,710.00 | 467,847.36 |
| 05/19/2021 | CURTIS LUMBER CO 9236760900 48095629 | | 25,412.50 | 442,434.86 |
| 05/20/2021 | CURTIS LUMBER CO 9236760900 48108794 | | 17,991.53 | 424,443.33 |
| 05/21/2021 | CHECK NUMBER    1050 | | 6,000.00 | 418,443.33 |
| 05/24/2021 | WOLBERG SARATOGA SPRIN518-8860446 | | 772.42 | |
| 05/24/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 123.05 | |
| 05/24/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 123.05 | |
| 05/24/2021 | CHECK NUMBER    1025 | | 7,670.81 | 409,754.00 |
| 05/25/2021 | SPECTRUM         855-707-7328 | | 246.47 | |
| 05/25/2021 | CHECK NUMBER    1053 | | 11,570.00 | 397,937.53 |
| 05/26/2021 | CHECK NUMBER    1051 | | 2,340.00 | |
| 05/26/2021 | CHECK NUMBER    1054 | | 2,595.00 | |
| 05/26/2021 | CHECK NUMBER    1055 | | 13,700.00 | 379,302.53 |
| 05/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 78.75 | |
| 05/27/2021 | USPS PO 3534500084   GUILDERLAND | | 15.90 | 379,207.88 |
| 05/28/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,181.29 | |

PAGE 1 OF 3

# M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 3440 | 05/01/21 - 05/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/28/2021 | CHECK NUMBER 1056 | | 2,500.00 | |
| 05/28/2021 | CHECK NUMBER 1057 | | 2,500.00 | 373,026.59 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 15 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1025 | 05/24/21 | 7,670.81 | 1041* | 05/18/21 | 11,570.00 | 1053* | 05/25/21 | 11,570.00 |
| 1036* | 05/07/21 | 6,375.00 | 1042 | 05/18/21 | 1,710.00 | 1054 | 05/26/21 | 2,595.00 |
| 1037 | 05/07/21 | 1,900.00 | 1043 | 05/17/21 | 11,780.30 | 1055 | 05/26/21 | 13,700.00 |
| 1038 | 05/18/21 | 7,465.00 | 1050* | 05/21/21 | 6,000.00 | 1056 | 05/28/21 | 2,500.00 |
| 1039 | 05/18/21 | 2,818.20 | 1051 | 05/26/21 | 2,340.00 | 1057 | 05/28/21 | 2,500.00 |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 15 |
|---|---|
| AMOUNT OF CHECKS PAID | $92,494.31 |





