UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:                                                      **Chapter 11**

BLITMAN SARATOGA LLC,                        **Case No.: 20-23177-RDD**

                              Debtor.

_____

## **OBJECTION**

**TO THE HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE:**

Stephen Dorsey and Susan Dorsey ("Homeowners") by their attorneys, O'Connell &

Aronowitz P.C., Kevin Laurilliard, Esq. of counsel, as and for their objection to the Debtor's

motion for an order further extending the Debtor's exclusive period to file a plan of reorganization

for ninety (90) days from June 7, 2021 until September 7, 2021, hereby respectfully asserts as

follows:

1.  Pursuant to a written contract dated January 27, 2019, Debtor agreed to construct a new house for the Homeowners and Homeowners agreed to pay $548,000 to Debtor. Homeowners have paid $109,600

2.  The house was to be completed and the closing was to occur withing 180 days from the issuance of the building permit. Although construction commenced on the house in January 2020, the house is not yet close to completion: no siding on the house; no rough in of the plumbing system; no rough in of the electrical system. The closing date has long since expired.

3.  Debtor filed the above-captioned bankruptcy case on November 8, 2020. On March 8, 2021, Debtor filed its first motion to extending the exclusive period to file a plan of reorganization. Debtor has made little progress on the house since filing its bankruptcy case. Beyond the installation of windows, the front door, the rough-in for the HV/AC system the basement and porch floors, little else has been done.

4.  There are long periods when no work has been done. From April 27 – May 13, a total of 13 workdays, no work was done. From May 24 – June 24, a total of 23 workdays.

{O0862742.1}

Despite pouring the basement and porch floors, Debtor failed to install the garage floor, which remains uninstalled.

5. In Debtor's motion for an order authorizing replacement and new post-petition DIP Financing, at paragraph 10, it was represented to this court that the Homeowners' house was 20% complete and projected to finish by June 30, 2021. As previously stated, the house is still not close to completion.

6. Upon information and belief, a second extension will only further delay completion of the house. This year, Mr. Dorsey has had multiple conversations with Tom Keaney, Debtor's managing member, who had admitted great difficulty getting Debtor's subcontractors to return to work and getting Debtor's vendors to supply materials because they are owed substantial sums of money and cannot get paid for past work and materials until the Debtor's reorganization plan is submitted and approved. Homeowners' house and the other houses that Debtor is building will be built on a more timely basis, thereby leading to a successful reorganization by promptly filing a plan of reorganization. Debtor has had ample time to prepare and submit a proposed plan of reorganization and should do so immediately.

7. In addition to not completing the eight homes, Debtor has done nothing in the last 18 months to complete the common areas, such as by installing sidewalks, trees and street lights, in the development.

8. Homeowners' house is being constructed in an isolated section of Beaver Pond Village and is adjacent to the Geyser Crest community of Saratoga Springs, New York which has hundreds of homes and families with children. Stairs to the second floor of the house have been installed, but not to the basement which is an open hazard. Mrs. Dorsey has personally had to request children who were playing on the second floor of the house to leave the building. The house in its present condition presents an ongoing danger to children, and at a minimum needs to be fully and immediately secured and closed up.

{O0862742.1}                                                    2

WHEREFORE, it is respectfully submitted that this Court should deny the motion and should direct the Debtor to (a) complete the Homeowners' house by no later than November 15, 2021 (b) provide Homeowners with a closing date and (c) provide a detailed timeline for completion of the house, along with such other and further relief as this Court deems just and proper.

DATED:        July 16, 2021

O'CONNELL & ARONOWITZ P.C.

By: _____
        *Kevin Laurilliard*
        Kevin Laurilliard, Esq.
        Bar Roll No. KL6981
Attorneys for Stephen Dorsey and Susan Dorsey
54 State Street, 9th Floor
Albany, NY 12207
(518) 462-5601
klaurilliard@oalaw.com