UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date and Time:
August 23, 2021 at 2:00 p.m.

-------------------------------------------------------------x

In re:

Chapter 11

Blitman Saratoga LLC,

Case No. 20-23177 (RDD)

Debtor.

-------------------------------------------------------------x

**DEBTOR'S RESPONSE TO OBJECTION TO
MOTION TO FURTHER EXTEND EXCLUSIVE PERIODS**

Blitman Saratoga LLC (the "Debtor"), as and for its Reply to the Objection (ECF #60)

filed by Steven and Susan Dorsey (the "Dorseys") to the Debtor's motion for a further extension

of exclusivity (ECF #58), respectfully states and alleges that:

1.     While the Objection improperly conflates plan confirmation scheduling issues

with the status of the project, the Debtor nevertheless recognizes the need to address concerns of

would-be buyers regarding the timing for completion of the project.  According, and even though

the hearing on the instant motion has been adjourned to August 23, 2021, the Debtor is

submitting the attached updated construction/schedule, annexed hereto as Exhibit "A" (the

"Updated Schedule") so that everyone has the most current information available.

2.     The Updated Scheduled sets forth, on a house-by-house basis, the work which has

been completed and the work which remains outstanding.  In submitting this Updated Schedule,

certain matters are important to note which were not anticipated by the Debtor in its original

forecasts and projections.

3.     Specifically, in the new post-pandemic environment, with PPP monies being

readily available, the Debtor, like many other businesses, has encountered difficulties in finding

and attracting laborers to come to work on the project.  A good deal of effort has been

undertaken to get workers to the project, but this is a constant struggle and has delayed

construction.

4.     The lack of available labor is unfortunately the "new normal" at least for the immediate future.  Moreover, it is also important to note that the cost of building materials (particularly lumber) has increased dramatically.  Furthermore, supplies are not readily available regardless of the cost.  In fact, the Debtor has been forced to wait weeks for certain deliveries, many of which are still outstanding.  The delays are especially frustrating since the Debtor has funds available to pay for all necessary items, and simply cannot get a full crew of workers or timely deliveries.

5.     However, the point to emphasize is that while buyer concerns are certainly legitimate, they have nothing to do with exclusivity.  None of the would-be purchasers has suggested that they would be interested in filing a competing plan.  Accordingly, the Debtor submits that the Objection should be overruled.  The Debtor intends to proceed as best as possible to complete the updated schedule although the status quo in terms of plan formulation should be maintained.

Dated: New York, NY
       July 21, 2021

                                        Goldberg Weprin Finkel Goldstein LLP
                                        Attorneys for the Debtor
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        (212) 221-5700


                                        By:    /s/ Kevin J. Nash, Esq.

2

# EXHIBIT A

**<u>Status Report for June Filing</u>**                    Work Completed / Ongoing as of      7.21.21

49 Jane Street -
        Plumbing - Fixtures delivered / installed.
        Electric - Lights ordered - to be delivered
        HVAC - COMPLETED
        Floors - COMPLETED
        Front Steps - COMPLETED
        Street Sidwalk - COMPLETED
        Granite Counters - to be installed Friday, July 23rd
        Sprinkler install - ongoing...
        Landscaping - ongoing ...

59 Jane Street -         Colone
        Plumbing - Fixtures delivered / installed.
        Electric - Lights ordered - to be delivered
        HVAC - COMPLETED
        Floors - COMPLETED
        Front Steps - ongoing
        Street Sidwalk - COMPLETED
        Granite Counters - need to schedule install
        Sprinkler install - ongoing...

57 Jane Street         Guiffre
        Garage and Front Porch - Concrete - COMPLETE
        Framing - COMPLETED
        HVAC - Plumb - Elec - Rough in - COMPLETED
        Insulation and Drywall - COMPLETED
        HVAC - Furnace Duct work - ongoing
        Painting - ongoing
        Doors and Trim - to be delivered...
        Kitchen Cabinets - confirm delivery date - Curtis Lumber
        Tile - materials available ... - confirm delivery date
        Garage Door - installed

47 Jane Street         Bennice
        Garage and Front Porch - Concrete - COMPLETE
        Framing - COMPLETED
        HVAC - Plumb - Elec - Rough in - COMPLETED
        Insulation and Drywall - COMPLETED
        Painting - Ongoing
        Doors and Trim - Delivered
        Kitchen Cabinets - to be delivered
        Garage Door - installed

PHASE 6 and 7

Tree Clearing for National Grid - Van Auken - ongoing
fill for National Grid Easement ... Lucarelli

8 Katie Lane         Dorsey

Roof - COMPLETE
Concrete Basement and Front Porch Slab - COMPLETE
Concrete Garage slab - ongoing
Exterior Doors and Windows - COMPLETE
Siding - ordered, schedule for delivery
HVAC Rough in - COMPLETE
Plumbing Rough in - ordered, confirm delivery
Kitchen Cabinets - ordered

9 Jane Street
Grading and Excavation - COMPLETE
Footings and Foundation - COMPLETE
Framing - COMPLETE
Roof - COMPLETE
Exterior Doors and Windows - ongoing
Concrete Basement Garage Porch - scheduling

6 Katie
Grading and Excavation - COMPLETE
Footings and Foundation - COMPLETE
Framing - ongoing
Roof - being scheduled

11 Jane Street
no work progressing