Hearing Date:    September 1, 2021
Hearing Time:    10:00 a.m.

Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Frank Colone and Margaret Colone
80 Red Schoolhouse Road
Suite 110
Chestnut Ridge, New York 10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

      BLITMAN SARATOGA, LLC,                Chapter 11

                Debtor                Case No. 20-23177(RDD)

------------------------------------------------------------x

**JOINDER OF FRANK COLONE AND MARGARET COLONE
IN THE PARTIAL OBJECTION FILED BY GRAIG EASTIN AND
GIOVANNA EASTIN TO THE PROPOSED SETTLEMENT**

Frank Colone and Margaret Colone, creditors and parties in interest in the above captioned Chapter 11 case, by and through their attorneys, Kurtzman Matera PC, respectfully submit this joinder to the partial objection to the proposed settlement with the Akker family filed by Graig Eastin and Giovanna Eastin ("Eastins") and set forth as follows:

**BACKGROUND**

1.      Blitman Saratoga, debtor and debtor in possession herein ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code") on November 6, 2020 ("Filing. Date"). The Debtor remains in possession of its assets and operation of its business.

2.      A committee of unsecured creditors was appointed by the Office of the United States Trustee and is represented by counsel.

3.      On the return date, along with approval of the Akker settlement, the Debtor seeks to again extend exclusivity. It is unfortunate, but noteworthy, that the extension is sought without the Debtor having met deadlines previously presented to the Court.

**ARGUMENT**

4.      Under circumstances similar to those of the Eastins, Mr. and Mrs. Colone, whose contract terminated prior to the Filing Date, were presented with a stipulation by the Debtor many months ago. After attempting to contact Debtor counsel to discuss, Mr. and Mrs Colone revised the stipulation and returned it to Debtor counsel in June, 2020. Receiving no reply, efforts were made to reach counsel, without success, until August 16, 2021.  During that conversation, the undersigned was advised by counsel that Tom Keane had spoken to Mr. and Mrs. Colone the immediately prior weekend. Unfortunately, such was not the case, with Mr and Mrs Colone noting they had not had a conversation with Tom Keane in months.

5.      Like the Eastins, Mr. and Mrs Colone do not oppose the settlement with the Akker family but request that prior to approval of such settlement, the Debtor report and move forward with regards to the status of all properties.

**WHEREFORE**, it is respectfully requested that approval of the settlement be adjourned pending a resolution of other creditor issues and property status, particularly where as in the instant situation, the contract terminated prior pre petition.

Dated: Spring Valley, New York
       August 25, 2021

Kurtzman Matera, P.C.
Attorneys for Frank and Margaret Colone


    /s/ Rosemarie E. Matera
Rosemarie E. Matera
