UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                              Chapter 11

Blitman Saratoga LLC,                                                    Case No. 20-23177 (RDD)

                                            Debtor.
------------------------------------------------------------X

## ORDER ADJOURNING HEARING ON DEBTOR'S EXCLUSIVITY MOTION AND GRANTING A BRIDGE EXTENSION UNTIL THE DATE OF THE HEARING

Upon the motion, dated June 7, 2011 (ECF #58) (the "Exclusivity Motion") of Blitman Saratoga LLC, debtor and debtor in possession (the "Debtor"), seeking entry of an order pursuant to 11 U.S.C. § 1121(d)(1) extending for an additional ninety (90) days (i) the one hundred and twenty (120) day exclusive period during which only the Debtor may file a chapter 11 plan and (ii) the related one hundred and eighty (180) day exclusive period during which only the Debtor may solicit acceptances or rejections to a chapter 11 plan, until September 7, 2021 and November 8, 2021 respectively (collectively, the "Exclusive Periods"); and it appearing that the Exclusivity Motion was filed before the expiration of the Debtor's Exclusive Periods and is scheduled to be heard by this Court on September 1, 2021 at 10:00 a.m.; and the Court having determined that the hearing to consider the Exclusivity Motion should be adjourned to September 22, 2021 for administrative reasons; and it appearing that it is appropriate to preserve the *status quo* until the Court has made a final determination on the Exclusivity Motion and entry of certain interim relief is proper under the circumstances, it is hereby

ORDERED that the hearing to consider the Exclusivity Motion is hereby adjourned to September 22, 2021 at 10:00 a.m.; and it is further

ORDERED, that pursuant to 11 U.S.C. §1121(d), the Exclusive Periods be are hereby extended through and including one business day after the Hearing Date without prejudice to any party's rights and remedies as to the merits of the Exclusivity Motion.

Dated: White Plains, New York
      August 31, 2021

                                                */s/Robert D. Drain*
                                                United States Bankruptcy Judge

H:\Georgiana\word\Madison 92nd Street Associates LLC - FISMI.30329\Bankruptcy\Motion Exclusivity Extension - Proposed Bridge Order (12.12.11).doc

2