# M&T Bank

FOR INQUIRIES CALL:  TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM  017

000000                                              P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $326,712.00 |
| DEPOSITS & CREDITS | 637.17 |
| LESS CHECKS & DEBITS | 170,753.02 |
| LESS SERVICE CHARGES | 61.34 |
| ENDING BALANCE | $156,534.81 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $326,712.00 |
| 07/01/2021 | CURTIS LUMBER COMPANY 518-4901323 | | $958.72 | 325,753.28 |
| 07/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 91.26 | 325,662.02 |
| 07/06/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 95.70 | |
| 07/06/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 409.75 | |
| 07/06/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 393.70 | |
| 07/06/2021 | CHECK NUMBER      1080 | | 18,672.37 | 306,090.50 |
| 07/07/2021 | CHECK NUMBER      1075 | | 3,400.00 | |
| 07/07/2021 | CHECK NUMBER      1077 | | 1,548.87 | |
| 07/07/2021 | CHECK NUMBER      1078 | | 1,398.85 | |
| 07/07/2021 | CHECK NUMBER      1079 | | 1,398.85 | 298,343.93 |
| 07/08/2021 | Return-CURTIS LUMBER C518-4901323 | $183.36 | | |
| 07/08/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 166.66 | |
| 07/08/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 87.31 | |
| 07/08/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 87.31 | |
| 07/08/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,728.88 | |
| 07/08/2021 | CHECK NUMBER      1081 | | 15,321.72 | 281,135.41 |
| 07/09/2021 | STAPLES      00102558SARATOGA SPRI | | 13.08 | |
| 07/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 61.34 | 281,060.99 |
| 07/12/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 25.64 | |
| 07/12/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 78.28 | |
| 07/12/2021 | CHECK NUMBER      1086 | | 1,500.00 | |
| 07/12/2021 | CHECK NUMBER      1088 | | 8,000.00 | |
| 07/12/2021 | CHECK NUMBER      1089 | | 4,750.00 | |
| 07/12/2021 | CHECK NUMBER      1090 | | 3,150.00 | 263,557.07 |
| 07/14/2021 | CHECK NUMBER      1091 | | 3,000.00 | |
| 07/14/2021 | CHECK NUMBER      1092 | | 3,157.50 | 257,399.57 |
| 07/15/2021 | CHECK NUMBER      1093 | | 6,566.46 | |
| 07/15/2021 | CHECK NUMBER      1094 | | 4,350.00 | |
| 07/15/2021 | CHECK NUMBER      1095 | | 2,250.00 | |
| 07/15/2021 | CHECK NUMBER      1096 | | 2,250.00 | |
| 07/15/2021 | CHECK NUMBER      1097 | | 13,229.51 | 228,753.60 |
| 07/16/2021 | Return-CURTIS LUMBER C518-4901323 | 91.81 | | |
| 07/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 364.57 | |
| 07/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 271.50 | |

PAGE 1 OF 4

# M&T Bank

FOR INQUIRIES CALL:   TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 3440 | 07/01/21 - 07/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 790.20 | |
| 07/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 791.87 | |
| 07/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,172.19 | 225,455.08 |
| 07/19/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 317.57 | 225,137.51 |
| 07/20/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 109.08 | |
| 07/20/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 3,967.56 | |
| 07/20/2021 | CHECK NUMBER     1085 | | 594.00 | |
| 07/20/2021 | CHECK NUMBER     1098 | | 8,500.00 | 211,966.87 |
| 07/21/2021 | Return-CURTIS LUMBER C518-4901323 | 362.00 | | |
| 07/21/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 07/21/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 83.44 | |
| 07/21/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 45.21 | |
| 07/21/2021 | CHECK NUMBER     1082 | | 456.98 | |
| 07/21/2021 | CHECK NUMBER     1099 | | 1,965.32 | |
| 07/21/2021 | CHECK NUMBER     1100 | | 13,700.00 | 195,831.82 |
| 07/23/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 96.11 | |
| 07/23/2021 | CHECK NUMBER     1101 | | 13,356.50 | |
| 07/23/2021 | CHECK NUMBER     1102 | | 13,801.00 | 168,578.21 |
| 07/26/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,601.34 | 166,976.87 |
| 07/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 119.80 | |
| 07/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 530.72 | |
| 07/27/2021 | APEX SEWER AND DRAIN  LATHAM | | 267.50 | 166,058.85 |
| 07/29/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 368.06 | |
| 07/29/2021 | CHECK NUMBER     1083 | | 1,160.00 | |
| 07/29/2021 | CHECK NUMBER     1084 | | 1,295.00 | |
| 07/29/2021 | CHECK NUMBER     1105 | | 55.00 | 163,180.79 |
| 07/30/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 6,645.98 | 156,534.81 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 27 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1075 | 07/07/21 | 3,400.00 | 1081 | 07/08/21 | 15,321.72 | 1086 | 07/12/21 | 1,500.00 |
| 1077* | 07/07/21 | 1,548.87 | 1082 | 07/21/21 | 456.98 | 1088* | 07/12/21 | 8,000.00 |
| 1078 | 07/07/21 | 1,398.85 | 1083 | 07/29/21 | 1,160.00 | 1089 | 07/12/21 | 4,750.00 |
| 1079 | 07/07/21 | 1,398.85 | 1084 | 07/29/21 | 1,295.00 | 1090 | 07/12/21 | 3,150.00 |
| 1080 | 07/06/21 | 18,672.37 | 1085 | 07/20/21 | 594.00 | 1091 | 07/14/21 | 3,000.00 |

*  - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

# M&T Bank

FOR INQUIRIES CALL:   TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
| --- | --- |
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▓▓▓▓3440 | 07/01/21 - 07/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1092 | 07/14/21 | 3,157.50 | 1096 | 07/15/21 | 2,250.00 | 1100 | 07/21/21 | 13,700.00 |
| 1093 | 07/15/21 | 6,566.46 | 1097 | 07/15/21 | 13,229.51 | 1101 | 07/23/21 | 13,356.50 |
| 1094 | 07/15/21 | 4,350.00 | 1098 | 07/20/21 | 8,500.00 | 1102 | 07/23/21 | 13,801.00 |
| 1095 | 07/15/21 | 2,250.00 | 1099 | 07/21/21 | 1,965.32 | 1105* | 07/29/21 | 55.00 |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 27 |
| --- | --- |
| AMOUNT OF CHECKS PAID | $148,827.93 |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

**Check 1080**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

518-369-5966
1080

DATE 7/2/21

PAY TO THE ORDER OF Curtis Lumber ____ $18,672.37

eighteen thousand six hundred seventy two 27/100 DOLLARS

M&T Bank

FOR 6 Knote 1st Floor deck    T. Pelkey

#001080# #022000046#

---

**Check 1075**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

518 369-5966
1075

Thomas Kenny

DATE 7/2/21

PAY TO THE ORDER OF Emp'r State Stone ____ $3,400.00

three thousand four hundred %/00 DOLLARS

M&T Bank

FOR 44 Jane Granite    T. Pelkey

#001075# #022000046#

---

**Check 1077**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1077

DATE 7/2/21

PAY TO THE ORDER OF Win Supply ____ $1,548.87

one thousand five hundred forty eight 87/100 DOLLARS

M&T Bank

FOR 57 Jane Tub Plumbing    T. Pelkey

#001077# #022000046#

DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO
00595
4942477753

---

**Check 1078**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1078

DATE 7/2/21

PAY TO THE ORDER OF Win Supply ____ $1,398.85

one thousand three hundred ninety eight 85/100 DOLLARS

M&T Bank

FOR 57 Jane - hot water heater    T. Pelkey

#001078# #022000046#

DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO
00595
4942477753

---

**Check 1079**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1079

DATE 7/2/21

PAY TO THE ORDER OF Win Supply ____ $1,398.85

one thousand three hundred ninety eight 85/100 DOLLARS

M&T Bank

FOR 47 Jane - hot water heater    T. Pelkey

#001079# #022000046#

DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO
00595
4942477753

---

**Check 1081**

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

518-369-5966
1081

DATE 7/7/21

PAY TO THE ORDER OF Curtis Lumber ____ $15,321.72

Fifteen thousand three hundred twenty one 72/100 DOLLARS

M&T Bank

FOR 6 Knote 1st Fl walls    T. Pelkey

#001081# #022000046#

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1086

DATE 7/6/21

PAY TO THE ORDER OF Sunshine Landscaping _____ $ 1500

one thousand five hundred xx/100 _____ DOLLARS

M&T Bank

FOR 55 Jane - Warranty Landscaping

#001086# :022000046:

---

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1088

DATE

PAY TO THE ORDER OF 518 Contracting _____ $ 8,000

eight thousand xx/100 _____ DOLLARS

M&T Bank

FOR 9 Jane - 3rd payment

#001088# :022000046:

---

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1089

DATE 7/6/21

PAY TO THE ORDER OF 518 Contracting _____ $ 4750

Four thousand seven hundred fifty xx/100 DOLLARS

M&T Bank

FOR 9 Jane Roof

#001089# :022000046:

---

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1090

DATE 7/6/21

PAY TO THE ORDER OF Sunshine Landscaping _____ $ 3150

three thousand one hundred eighty xx/100 _____ DOLLARS

M&T Bank

FOR 49 Jane - Front Walkway

#001090# :022000046:

---

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1091

DATE 7/13/21

PAY TO THE ORDER OF Boswell Engineering _____ $ 3,000

three thousand xx/100 _____ DOLLARS

M&T Bank

FOR SWPPP March - June

#001091# :022000046:

---

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1092

DATE 7/13/21

PAY TO THE ORDER OF Boswell Engineering _____ $ 3,157.50

three thousand one hundred fifty seven xx/100 _____ DOLLARS

M&T Bank

FOR Survey March - June

#001092# :022000046:





BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

J2    1084

DATE 7/6/21

PAY TO THE ORDER OF  Hudson Overhead door    $ 1295.00

one thousand two hundred ninety five xx    DOLLARS

M&T Bank

FOR 57 June

#001084# :022000046:

Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
07-26-2021 >221317046<
2120917194603S-1121 22131704E7
5170 9000 520141075

---

#121944    1083

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

J2    DATE 716/21

PAY TO THE ORDER OF  Hudson Overhead Doors    $ 1160

one thousand one hundred sixty xx    DOLLARS

M&T Bank

FOR 47 June

#001083# :022000046:

Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
07-26-2021 >221317046<
2120917194603S-1121 22131704E7
5170 9000 520141075

---

518-369-5966    790 0B 478 R
#125

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1105

DATE 7/23/21

PAY TO THE ORDER OF  USPS    $ 55.00

fifty five xx    DOLLARS

M&T Bank

FOR Stamps

#001105# :022000046: