| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br><br>Blitman Saratoga LLC,<br><br>                           Debtor.<br>------------------------------------------------------------x | Hearing Date and Time:<br>September 22, 2021 at 10:00 a.m.<br><br>Chapter 11<br><br>Case No. 20-23177 (RDD) |

## SUPPLEMENT TO THE DEBTOR'S
## MOTION FOR AN ORDER APPROVING DEBTOR'S
## SETTLEMENT WITH AKKER FAMILY

      Blitman Saratoga LLC (the "Debtor") submits, as Exhibit "A" hereto, an updated chart showing the status of construction.

Dated: New York, New York
       September 20, 2021

                                                  Goldberg Weprin Finkel Goldstein LLP
                                                  *Attorneys for the Debtor*
                                                  1501 Broadway, 22nd Floor
                                                  New York, NY 10036
                                                  (212) 221-5700

                                                  By:    /s/ J. Ted Donovan, Esq.

# EXHIBIT A

| Location | % Complete | Items needed to complete | Expected Completion Date | Expected CO | Expected Sales Price |
|---|---|---|---|---|---|
| 49 Jane Street | 95% | Trim Carpentry<br>Final Painting<br>Final Elec / Plumb / HVAC<br>Exterior / Landscaping | October 1st | October 15th | $ 650,000 |
| 59 Jane Street | 90% | Granite Counters<br>Trim Carpentry<br>Final Painting<br>Final Elec / Plumb / HVAC<br>Exterior / Deck | November 15th | December 1st | $ 583,410 |
| 47 Jane Street | 80% | Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Paving<br>Exterior / Landscaping | December 1st | December 15th | $ 470,000 |
| 57 Jane Street | 70% | Tile<br>Doors and Trim<br>Cabinets<br>Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Concrete / Paving<br>Exterior / Landscaping | December 15th | December 31st | $ 484,043 |

*for houses in Phase 6 and 7 - NEED NATIONAL GRID … walk through scheduled for OCT 6th*

| Location | % Complete | Items needed to complete | Expected Completion Date | Expected CO | Expected Sales Price |
|---|---|---|---|---|---|
| 8 Katie Lane | 45% | Exterior Siding<br>Plumbing / Elec Rough In<br>Drywall<br>Paint<br>Tile<br>Doors and Trim<br>Cabinets<br>Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Paving<br>Exterior / Landscaping | February 1st | February 15th | $ 648,984 |
| 9 Jane Street | 32% | Exterior Doors<br>Exterior Siding<br>Concrete Slabs<br>HVAC / Plumbing / Elec Rough In<br>Drywall<br>Paint<br>Tile<br>Doors and Trim<br>Cabinets<br>Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Paving<br>Exterior / Landscaping | March 1st | March 15th | $ 600,792 |

| Property | % | Tasks | Start | End | Amount |
|---|---|---|---|---|---|
| 6 Katie Lane | 30% | Windows / Doors<br>Exterior Siding<br>Concrete Slabs<br>HVAC / Plumbing / Elec Rough In<br>Drywall<br>Paint<br>Tile<br>Doors and Trim<br>Cabinets<br>Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Paving<br>Exterior / Landscaping | March 15th | April 1st | $ 532,000 |
| 11 Jane Street | 13% | Framing<br>Roofing<br>Windows / Doors<br>Exterior Siding<br>Concrete Slabs<br>HVAC / Plumbing / Elec Rough In<br>Drywall<br>Paint<br>Tile<br>Doors and Trim<br>Cabinets<br>Painting<br>Flooring<br>Granite Counters<br>Final Elec / Plumb / HVAC<br>Final Painting<br>Paving<br>Exterior / Landscaping | April 1st | April 15th | $ 650,000 |