Hearing Date and Time:
September 21, 2021 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

    BLITMAN SARATOGA LLC,

                      Debtor.

Chapter 11
Case No. 20-23177 (RDD)

# WITHDRAWAL OF OPPOSITION TO DEBTOR'S MOTION TO APPROVE DEBTOR'S SETTLEMENT WITH AKKER FAMILY

**FRANCIS J. BRENNAN, ESQ.**, an attorney admitted to practice law in the State of New York and the United States District Court for the Southern District of New York affirms under penalty of perjury as follows in with respect to the Debtor's Motion to Approve Debtor's Settlement with Akker Family (the "Motion"), and respectfully submits the following:

1. I am a partner in the law firm of Nolan Heller Kauffman, LLP ("NHK") and am counsel to the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 case of Blitman Saratoga LLC ("Debtor").

2. Based upon the Committee's review of the deposit bond in favor of the Akker Family, discussion with respective counsel for the Debtor and Akker Family and in consultation with the chair of the Committee, the Objection filed by the Committee to the Motion is hereby withdrawn.

Dated: September 21, 2021
      Albany, New York

**NOLAN HELLER KAUFFMAN LLP**
*Attorneys for Counsel for the Official Committee of Unsecured Creditors*

By:     /s/Francis J. Brennan
Francis J. Brennan, Esq,
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300
Bar Roll No.: FB0170
fbrennan@nhkllp.com