4:15 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
# Balance Sheet
## As of July 31, 2021

| | | Jul 31, 21 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Ballston Spa Checking 5549** | | 885.89 |
| **M&T Checking 3440** | | 156,534.81 |
| **Total Checking/Savings** | | 157,420.70 |
| **Total Current Assets** | | 157,420.70 |
| **Other Assets** | | |
| **Deferred Construction Costs** | | |
| **47 Jane Street** | 64,566.82 | |
| **49 Jane Street** | 39,436.23 | |
| **57 Jane Street** | 71,679.98 | |
| **59 Jane Street** | 50,854.20 | |
| **6 Katie Lane** | 123,754.10 | |
| **8 Katie Lane** | 53,500.38 | |
| **9 Jane Street** | 176,792.81 | |
| **Total Deferred Construction Costs** | | 580,584.52 |
| **Nat Grid Electric Deposit 6&7** | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | 75,050.92 |
| **Total Other Assets** | | 743,247.08 |
| **TOTAL ASSETS** | | **900,667.78** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Long Term Liabilities** | | |
| **Due to Saratoga Funding LLC** | | 1,100,000.00 |
| **Total Long Term Liabilities** | | 1,100,000.00 |
| **Total Liabilities** | | 1,100,000.00 |
| **Equity** | | |
| **Opening Balance Equity** | | 64,932.33 |
| **Net Income** | | -264,264.55 |
| **Total Equity** | | -199,332.22 |
| **TOTAL LIABILITIES & EQUITY** | | **900,667.78** |