**4:14 PM**
**08/25/21**
**Cash Basis**

# Blitman Saratoga, LLC
## Profit & Loss
### January through July 2021

| | | Jan - Jul 21 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Expense** | | |
| **Bank Service Charges** | | 191.42 |
| **Bankruptcy Fees** | | 1,300.00 |
| **Business Licenses and Permits** | | 400.00 |
| **Common Area Expenses** | | |
| **Electricity** | 45,638.30 | |
| **Engineering** | 24,566.00 | |
| **Gas** | 25,773.91 | |
| **Maintenance** | 2,031.10 | |
| **Miscellaneous Allocable Expense** | 6,184.24 | |
| **Snowplowing** | 15,000.00 | |
| **Total Common Area Expenses** | | 119,193.55 |
| **Insurance Expense** | | 52,922.70 |
| **Management Fees** | | 82,200.00 |
| **Model Home Expenses** | | 3,717.74 |
| **Office Supplies** | | 904.24 |
| **Postage** | | 434.90 |
| **State Income Tax** | | 1,500.00 |
| **Warranty Expenses** | | 1,500.00 |
| **Total Expense** | | 264,264.55 |
| **Net Ordinary Income** | | -264,264.55 |
| **Net Income** | | **-264,264.55** |