M&T Bank

**FOR INQUIRIES CALL:** TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000001424 FIDS154HG70108312108 01 010000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 08/01/21 - 08/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $156,534.81 |
| DEPOSITS & CREDITS | 1,957.61 |
| LESS CHECKS & DEBITS | 110,466.62 |
| LESS SERVICE CHARGES | 39.51 |
| ENDING BALANCE | $47,986.29 |

00001424-0006174-Page 1 of 8-DIDS090121112116326-00001424

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $156,534.81 |
| 08/02/2021 | STAPLES 00104331ALBANY | | $62.62 | |
| 08/02/2021 | CHECK NUMBER 1103 | | 5,275.00 | |
| 08/02/2021 | CHECK NUMBER 1108 | | 625.00 | |
| 08/02/2021 | CHECK NUMBER 1109 | | 245.94 | 150,326.25 |
| 08/03/2021 | CHECK NUMBER 1104 | | 642.00 | |
| 08/03/2021 | CHECK NUMBER 1110 | | 1,862.00 | |
| 08/03/2021 | CHECK NUMBER 1111 | | 800.00 | |
| 08/03/2021 | CHECK NUMBER 1112 | | 200.00 | |
| 08/03/2021 | CHECK NUMBER 1113 | | 2,506.00 | 144,316.25 |
| 08/04/2021 | CHECK NUMBER 1107 | | 575.18 | 143,741.07 |
| 08/06/2021 | SHERWIN WILLIAMS 70540SARATOGA SPGS | | 60.72 | |
| 08/06/2021 | PALLETTE STONE CORPORA518-6649855 | | 1,899.28 | |
| 08/06/2021 | CHECK NUMBER 1124 | | 8,500.00 | 133,281.07 |
| 08/09/2021 | CHECK NUMBER 1121 | | 165.35 | |
| 08/09/2021 | CHECK NUMBER 1122 | | 56.06 | |
| 08/09/2021 | CHECK NUMBER 1125 | | 5,000.00 | |
| 08/09/2021 | CHECK NUMBER 1126 | | 13,700.00 | |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 39.51 | 114,320.15 |
| 08/10/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 27.70 | |
| 08/10/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 1,117.60 | |
| 08/10/2021 | CHECK NUMBER 1119 | | 1,826.00 | 111,348.85 |
| 08/11/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 136.95 | |
| 08/11/2021 | CURTIS LUMBER CO 9236760900 49353536 | | 13,432.57 | |
| 08/11/2021 | CHECK NUMBER 1123 | | 520.00 | 97,259.33 |
| 08/12/2021 | CHECK NUMBER 1115 | | 190.76 | |
| 08/12/2021 | CHECK NUMBER 1116 | | 119.78 | |
| 08/12/2021 | CHECK NUMBER 1118 | | 632.56 | |
| 08/12/2021 | CHECK NUMBER 1120 | | 48.44 | 96,267.79 |
| 08/13/2021 | Return-CURTIS LUMBER C518-4901323 | $1,244.20 | | 97,511.99 |
| 08/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 132.47 | |
| 08/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 132.47 | |
| 08/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 123.25 | |
| 08/16/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 123.25 | 97,000.55 |
| 08/17/2021 | CHECK NUMBER 1114 | | 560.00 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]3440 | 08/01/21 - 08/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

00001424-0006175-Page 2 of 8-DIDS09012111121166326-00001424

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/17/2021 | CHECK NUMBER 1117 | | 119.51 | 96,321.04 |
| 08/18/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | 96,074.94 |
| 08/19/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 3,535.46 | |
| 08/19/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 748.14 | |
| 08/19/2021 | CHECK NUMBER 1139 | | 585.00 | 91,206.34 |
| 08/20/2021 | CHECK NUMBER 1128 | | 625.00 | |
| 08/20/2021 | CHECK NUMBER 1129 | | 980.60 | |
| 08/20/2021 | CHECK NUMBER 1140 | | 4,500.00 | |
| 08/20/2021 | CHECK NUMBER 1141 | | 1,125.00 | |
| 08/20/2021 | CHECK NUMBER 1143 | | 935.00 | |
| 08/20/2021 | CHECK NUMBER 1144 | | 2,700.00 | |
| 08/20/2021 | CHECK NUMBER 1145 | | 3,200.00 | |
| 08/20/2021 | CHECK NUMBER 1146 | | 970.00 | |
| 08/20/2021 | CHECK NUMBER 1147 | | 745.00 | 75,425.74 |
| 08/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 2,000.00 | |
| 08/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 562.56 | |
| 08/24/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 84.03 | |
| 08/24/2021 | CHECK NUMBER 1127 | | 486.00 | |
| 08/24/2021 | CHECK NUMBER 1142 | | 2,250.00 | 70,043.15 |
| 08/25/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 176.18 | |
| 08/25/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 96.19 | |
| 08/25/2021 | CHECK NUMBER 1130 | | 9,790.00 | 59,980.78 |
| 08/26/2021 | Return-ERIE MATERIALS ALBANY | 713.41 | | |
| 08/26/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 33.66 | |
| 08/26/2021 | CHECK NUMBER 1133 | | 127.96 | 60,532.57 |
| 08/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 425.99 | |
| 08/27/2021 | DELUXE BUS SYS. BUS PRODS 10364081 | | 199.84 | 59,906.74 |
| 08/30/2021 | 1515 BROADWAY GARAGE LNEW YORK | | 45.00 | 59,861.74 |
| 08/31/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 378.62 | |
| 08/31/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 308.02 | |
| 08/31/2021 | CHECK NUMBER 1137 | | 51.58 | |
| 08/31/2021 | CHECK NUMBER 1138 | | 60.23 | |
| 08/31/2021 | CHECK NUMBER 1148 | | 1,662.00 | |
| 08/31/2021 | CHECK NUMBER 1150 | | 9,415.00 | 47,986.29 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 40 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 08/01/21 - 08/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1103 | 08/02/21 | 5,275.00 | 1119 | 08/10/21 | 1,826.00 | 1137* | 08/31/21 | 51.58 |
| 1104 | 08/03/21 | 642.00 | 1120 | 08/12/21 | 48.44 | 1138 | 08/31/21 | 60.23 |
| 1107* | 08/04/21 | 575.18 | 1121 | 08/09/21 | 165.35 | 1139 | 08/19/21 | 585.00 |
| 1108 | 08/02/21 | 625.00 | 1122 | 08/09/21 | 56.06 | 1140 | 08/20/21 | 4,500.00 |
| 1109 | 08/02/21 | 245.94 | 1123 | 08/11/21 | 520.00 | 1141 | 08/20/21 | 1,125.00 |
| 1110 | 08/03/21 | 1,862.00 | 1124 | 08/06/21 | 8,500.00 | 1142 | 08/24/21 | 2,250.00 |
| 1111 | 08/03/21 | 800.00 | 1125 | 08/09/21 | 5,000.00 | 1143 | 08/20/21 | 935.00 |
| 1112 | 08/03/21 | 200.00 | 1126 | 08/09/21 | 13,700.00 | 1144 | 08/20/21 | 2,700.00 |
| 1113 | 08/03/21 | 2,506.00 | 1127 | 08/24/21 | 486.00 | 1145 | 08/20/21 | 3,200.00 |
| 1114 | 08/17/21 | 560.00 | 1128 | 08/20/21 | 625.00 | 1146 | 08/20/21 | 970.00 |
| 1115 | 08/12/21 | 190.76 | 1129 | 08/20/21 | 980.60 | 1147 | 08/20/21 | 745.00 |
| 1116 | 08/12/21 | 119.78 | 1130 | 08/25/21 | 9,790.00 | 1148 | 08/31/21 | 1,662.00 |
| 1117 | 08/17/21 | 119.51 | 1133* | 08/26/21 | 127.96 | 1150* | 08/31/21 | 9,415.00 |
| 1118 | 08/12/21 | 632.56 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 40 |
| AMOUNT OF CHECKS PAID | $84,377.95 |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

00001424-0006176-Page 3 of 8-DIDS09012112116326-0001424

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 4 OF 13 |

00001424-0006177-Page 4 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1103

DATE 7/21/21

PAY TO THE ORDER OF Bredefeld & Associates $ 5,275

five thousand two hundred seventy five xx/100 DOLLARS

M&T Bank

FOR Acct. thru June

⑈001103⑈ ⑆022000046⑆ [redacted]

PAY TO THE ORDER OF BANK OF AMERICA MALIBU, CA 90265-4964 FOR DEPOSIT ONLY BREDEFELD & ASSOCIATES, P.C.

Check #1103 Paid :08/02/2021 $5275.00

Check #1103 Paid :08/02/2021 $5275.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1104

DATE 7/21/21

PAY TO THE ORDER OF Avery Concrete Placement $ 642.00

six hundred forty two xx/100 DOLLARS

M&T Bank

FOR 8 Katie Concrete Ramp basement

⑈001104⑈ ⑆022000046⑆ [redacted]

ENDORSE HERE

DEPOSIT TO THE CREDIT OF KIRK J AVERY DBA AVERY CONCRETE PLACEMENT

Check #1104 Paid :08/03/2021 $642.00

Check #1104 Paid :08/03/2021 $642.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1107

DATE July 29, 2021

PAY TO THE ORDER OF Twin Bridges Waste $ 575 18/100

Five hundred seventy five and 18/100 DOLLARS

M&T Bank

FOR 8 Katie 55-3260

⑈001107⑈ ⑆022000046⑆ [redacted]

ENDORSE HERE

FOR DEPOSIT ONLY CONSOLIDATED WASTE SERVICES LLC

Check #1107 Paid :08/04/2021 $575.18

Check #1107 Paid :08/04/2021 $575.18

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1108

DATE July 29, 2021

PAY TO THE ORDER OF Bredefeld Associates P.C. $ 625.

Six hundred twenty five 00/100 DOLLARS

M&T Bank

FOR July

⑈001108⑈ ⑆022000046⑆ [redacted]

ENDORSE HERE

PAY TO THE ORDER OF BANK OF AMERICA MALIBU, CA 90265-4964 FOR DEPOSIT ONLY BREDEFELD & ASSOCIATES, P.C.

Seq: 8
Batch: 791747
Date: 08/02/21

Check #1108 Paid :08/02/2021 $625.00

Check #1108 Paid :08/02/2021 $625.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 5 OF 13 |

00001424-0005177-Page 4 of 8-DIDS0801211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1109
DATE July 29, 2021
PAY TO THE ORDER OF Spectrum $ 245.94
Two hundred forty five & 94/100 DOLLARS
M&T Bank
FOR Blitman Saratoga 4 Families
⑈001109⑈ ⑆022000046⑆ [redacted]

FOR DEPOSIT ONLY
J.P.Morgan Bank N.A.

Check #1109 Paid :08/02/2021 $245.94
Check #1109 Paid :08/02/2021 $245.94

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1110
DATE July 29, 2021
PAY TO THE ORDER OF Northeast Stairs, Corp $ 1862.00/100
Eighteen hundred sixty Two & 00/100 DOLLARS
M&T Bank
FOR 47 Jane Railing/Garage
⑈001110⑈ ⑆022000046⑆ [redacted]

FNBScotia021310711 1685-1-016
8/2/2021 firstscotia

PAY TO THE ORDER OF FIRST NATIONAL BANK OF SCOTIA FOR DEPOSIT ONLY NORTHEAST STAIRS CORP.

Check #1110 Paid :08/03/2021 $1862.00
Check #1110 Paid :08/03/2021 $1862.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1111
DATE July 29, 2021
PAY TO THE ORDER OF Northeast Stairs Corp $ 800.00/100
Eight hundred and 00/100 DOLLARS
M&T Bank
FOR 8 Katie Stairs
⑈001111⑈ ⑆022000046⑆ [redacted]

FNBScotia021310711 1685-1-016
8/2/2021 firstscotia

PAY TO THE ORDER OF FIRST NATIONAL BANK OF SCOTIA FOR DEPOSIT ONLY NORTHEAST STAIRS CORP.

Check #1111 Paid :08/03/2021 $800.00
Check #1111 Paid :08/03/2021 $800.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1112
DATE July 29, 2021
PAY TO THE ORDER OF Northeast Stairs, Corp $ 200.00/100
Two hundred and 00/100 DOLLARS
M&T Bank
FOR 57 Jane Garage
⑈001112⑈ ⑆022000046⑆ [redacted]

FNBScotia021310711 1685-1-016
8/2/2021 firstscotia

PAY TO THE ORDER OF FIRST NATIONAL BANK OF SCOTIA FOR DEPOSIT ONLY NORTHEAST STAIRS CORP.

Check #1112 Paid :08/03/2021 $200.00
Check #1112 Paid :08/03/2021 $200.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 13 |

00001424-0006178-Page 5 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1113
DATE July 29, 2021
PAY TO THE ORDER OF Northeast Stairs Corp $ 2506.00/100
Twenty five hundred and six 00/100 DOLLARS
M&T Bank
FOR 9 Jane
⑈001113⑈ ⑆022000046⑆ [redacted]

FNBScota021310711 1666-1-016
8/2/2021 firstscotiain_m
PAY TO THE ORDER OF FIRST NATIONAL BANK OF SCOTIA FOR DEPOSIT ONLY NORTHEAST STAIRS CORP.

Check #1113 Paid :08/03/2021 $2506.00
Check #1113 Paid :08/03/2021 $2506.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1114
DATE Aug. 1, 2021
PAY TO THE ORDER OF National Grid $ 560.00/100
Five hundred sixty 00/100 DOLLARS
Deposit as $ 560.00
M&T Bank
FOR 59 Jane St. Lot 13 (2018)
⑈001114⑈ ⑆022000046⑆ [redacted]

08/17/21 416062 001 4015 NiMohawk
1234567 04 001 NGRID 0000000000600782016
Credit the account of the within named payee
without prejudice PEG-REGULUS >7771496424
080921 224015 0809 076153 0578141 058 25

Check #1114 Paid :08/17/2021 $560.00
Check #1114 Paid :08/17/2021 $560.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1115
DATE Aug 1, 2021
PAY TO THE ORDER OF National Grid $ 190.76/100
One hundred ninety 76/100 DOLLARS
M&T Bank
FOR 29 Jane St. (1024)
⑈001115⑈ ⑆022000046⑆ [redacted]

08/12/21 417837 006 4015 NiMohawk
1234567 04 001 NGRID 0000000002440171024
Credit the account of the within named payee
without prejudice PEG-REGULUS >7771496424
080921 224015 0809 076153 0578141 059 25

Check #1115 Paid :08/12/2021 $190.76
Check #1115 Paid :08/12/2021 $190.76

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1116
DATE Aug 1, 2021
PAY TO THE ORDER OF National Grid $ 119.78/100
One hundred nineteen 78/100 DOLLARS
M&T Bank
FOR 57 Jane lot 14 (5018)
⑈001116⑈ ⑆022000046⑆ [redacted]

08/12/21 417837 007 4015 NiMohawk
1234567 04 001 NGRID 0000000006740225018
Credit the account of the within named payee
without prejudice PEG-REGULUS >7771496424
080921 224015 0809 076153 0578141 060 25

Check #1116 Paid :08/12/2021 $119.78
Check #1116 Paid :08/12/2021 $119.78

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 7 OF 13 |

00001424-0006178-Page 5 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084
1117
DATE Aug 1, 2021
PAY TO THE ORDER OF National Grid $ 119.51/100
One hundred nineteen + 51/100 DOLLARS
Deposit as $ 119.51
M&T Bank
FOR 47 Jane St lot 19 (5036)
⑈001117⑈ ⑆022000046⑆ [redacted]

08/17/21 416062 003 4015 NiMohawk
1234567 04 001 NGRID 000000004120225036
Credit the account of the within named payee
without prejudice PEG-REGULUS >777149642<
080921 224015 0809 076153 0578141 061 25

Check #1117 Paid :08/17/2021 $119.51

Check #1117 Paid :08/17/2021 $119.51

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084
1118
DATE Aug 1, 2021
PAY TO THE ORDER OF National Grid $ 632.56/100
Six hundred thirty two + 56/100 DOLLARS
M&T Bank
FOR 49 Jane St. Lot 18 (2019)
⑈001118⑈ ⑆022000046⑆ [redacted]

08/12/21 417637 003 4015 NiMohawk
1234567 04 001 NGRID 000000005120582019
Credit the account of the within named payee
without prejudice PEG-REGULUS >777149642<
080921 224015 0809 076153 0578141 057 25

Check #1118 Paid :08/12/2021 $632.56

Check #1118 Paid :08/12/2021 $632.56

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084
1119
DATE 8/1/21
PAY TO THE ORDER OF U.S. Trustees $ 1826.00/100
Eighteen hundred twenty six + 00/100 DOLLARS
M&T Bank
FOR 0872023179
⑈001119⑈ ⑆022000046⑆ [redacted]

CHAPTER 11 QUARTERLY FEES

Check #1119 Paid :08/10/2021 $1826.00

Check #1119 Paid :08/10/2021 $1826.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084
1120
DATE 8/1/21
PAY TO THE ORDER OF National Grid $ 48.44/100
Forty eight + 44/100 DOLLARS
M&T Bank
FOR 98 Geuper St lt 49803-12010
⑈001120⑈ ⑆022000046⑆ [redacted]

08/12/21 417841 204 4015 NiMohawk
1234567 04 001 NGRID 000000004980312010
Credit the account of the within named payee
without prejudice PEG-REGULUS >777149642<
080921 224015 0809 076153 0578141 062 25

Check #1120 Paid :08/12/2021 $48.44

Check #1120 Paid :08/12/2021 $48.44

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 8 OF 13 |

00001424-0006179-Page 6 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1121
DATE 8/1/21 10-4/220
PAY TO THE ORDER OF National Grid $ 165 35/00
Onehundred sixtyfive + 35/00 DOLLARS
M&T Bank
FOR 4 Pamela 6/29 2820414026
⑈001121⑈ ⑆022000046⑆ [redacted]

08/09/21 076148 142 4015 NiMohawk
1234567 04 001 NGRID 0000000002820414026
Credit the account of the within named payee without prejudice PEG-REGULUS >777149642<

Check #1121 Paid :08/09/2021 $165.35
Check #1121 Paid :08/09/2021 $165.35

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1122
DATE 8/1/21 10-4/220
PAY TO THE ORDER OF National Grid $ 56 06/00
Fifty six and 06/00 DOLLARS
M&T Bank
FOR 3 Pamela lights 0700176012
⑈001122⑈ ⑆022000046⑆ [redacted]

08/09/21 076148 144 4015 NiMohawk
1234567 04 001 NGRID 0000000000700176012
Credit the account of the within named payee without prejudice PEG-REGULUS >777149642<

Check #1122 Paid :08/09/2021 $56.06
Check #1122 Paid :08/09/2021 $56.06

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1123
DATE 8/5/21 10-4/220
PAY TO THE ORDER OF Commissioner of Finance $ 520 00
Five hundred and twenty 00/00 DOLLARS
M&T Bank
FOR 4 Pamela Permit - Extensions 4/6 month
⑈001123⑈ ⑆022000046⑆ [redacted]

€810821 307 1000067813 3021382884< ATC 0825

Check #1123 Paid :08/11/2021 $520.00
Check #1123 Paid :08/11/2021 $520.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1124
DATE 8/5/21 10-4/220
PAY TO THE ORDER OF 518 Contracting $ 8500 00
eight thousand five hundred 00/00 DOLLARS
M&T Bank
FOR 6 Katie - 3rd Framing
⑈001124⑈ ⑆022000046⑆ [redacted]

060521 1536 1536000126211-221371372<

0128025282

Check #1124 Paid :08/06/2021 $8500.00
Check #1124 Paid :08/06/2021 $8500.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 9 OF 13 |

00001424-0006179-Page 6 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084

1125
518-369-5546
DATE 8/6/21
PAY TO THE ORDER OF Curtis Lumber $5,000.00
Five thousand xx/100 DOLLARS
M&T Bank
FOR 6 Katie Windows Dep.
⑈001125⑈ ⑆022000046⑆ [redacted]

PAY TO THE ORDER OF KEY BANK OF NEW YORK
FOR DEPOSIT ONLY
CURTIS LUMBER, NO. 1000

Check #1125 Paid :08/09/2021 $5000.00
Check #1125 Paid :08/09/2021 $5000.00

BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084

1126
DATE 8/6/21
PAY TO THE ORDER OF TPK Development $13700.00
thirteen thousand seven hundred xx/100 DOLLARS
M&T Bank
FOR July 2021
⑈001126⑈ ⑆022000046⑆ [redacted]

>021303618<
NBT Bank #920
6641
0800890197
IP8314 260508/06/2114:10:06"61853007007605743 13700.0008/06/21

Check #1126 Paid :08/09/2021 $13700.00
Check #1126 Paid :08/09/2021 $13700.00

BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084

1127
DATE 8/16/21
PAY TO THE ORDER OF Allen's Landscaping $486.00
Four hundred eighty six xx/100 DOLLARS
M&T Bank
FOR Model Home + Jobsite
⑈001127⑈ ⑆022000046⑆ [redacted]

>021307559< 20210823
Community Bank, NA
Drawer#/Trans#: 36148/0004
HIN: 780324090000011

Check #1127 Paid :08/24/2021 $486.00
Check #1127 Paid :08/24/2021 $486.00

BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084

1128
DATE 8/17/21
PAY TO THE ORDER OF Bredefeld & Associates $625.00/100
Six hundred twenty five 00/100 DOLLARS
M&T Bank
FOR Aug 1 Bill
⑈001128⑈ ⑆022000046⑆ [redacted]

PAY TO THE ORDER OF
BANK OF AMERICA

Check #1128 Paid :08/20/2021 $625.00
Check #1128 Paid :08/20/2021 $625.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 10 OF 13 |

00001424-0006180-Page 7 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1129

55-3267-2

DATE Aug 17 2021

PAY TO THE ORDER OF Twin Bridges Waste $ 980.60

Nine hundred eighty and 60/100 DOLLARS

M&T Bank

FOR 140126 7/22

⑈001129⑈ ⑆022000046⑆ [redacted]

001421 1309 ... Ballston Spa

Check #1129 Paid :08/20/2021 $980.60

Check #1129 Paid :08/20/2021 $980.60

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1130

DATE Aug 17, 2021

PAY TO THE ORDER OF Tick and Co. Inc. $ 9790.00

Ninety seven hundred ninety & 00/100 DOLLARS

M&T Bank

FOR 290927

⑈001130⑈ ⑆022000046⑆ [redacted]

Check #1130 Paid :08/25/2021 $9790.00

Check #1130 Paid :08/25/2021 $9790.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1133

DATE Aug 20 2021

PAY TO THE ORDER OF Spectrum $ 127.96

One hundred twenty seven + 96/100 DOLLARS

M&T Bank

FOR [illegible]

⑈001133⑈ ⑆022000046⑆ [redacted]

>FOR DEPOSIT ONLY
J.P.Morgan Bank N.A
Charter959
973959702

Check #1133 Paid :08/26/2021 $127.96

Check #1133 Paid :08/26/2021 $127.96

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1137

DATE Aug. 20 2021

PAY TO THE ORDER OF National Grid $ 51.58

Fifty one + 58/100 DOLLARS

M&T Bank

FOR 49803 12010 51.58

⑈001137⑈ ⑆022000046⑆ [redacted]

08/31/21 413450 031 4015 NiMohawk
1234567 04 001 N6RIO00000000004980312010
082721 224015 0827 143731 0641725 038 29
Credit the account of the within named payee
without prejudice PEG-REGULUS >777149642<

Check #1137 Paid :08/31/2021 $51.58

Check #1137 Paid :08/31/2021 $51.58

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 11 OF 13 |

00001424-0006180-Page 7 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1138

DATE 8/20/21

PAY TO THE ORDER OF National Grid $ 60.23/100

Sixty and 23/100 DOLLARS

M&T Bank

FOR 0701-76012

⑈001138⑈ ⑆022000046⑆ [redacted]

08/31/21 413450 033 4015 NiMohawk
134567 04 001 NGRID 000000000007C0176012
082721 224015 8827 443731 0643725 036 29
Credit the account of the within named payee
without prejudice PEG-REGULUS >777149642<

Check #1138 Paid :08/31/2021 $60.23

Check #1138 Paid :08/31/2021 $60.23

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1139

DATE 8/18/21

PAY TO THE ORDER OF Evan Job $ 585.00

Five hundred eighty five xx/100 DOLLARS

M&T Bank

FOR Contract - Trim + Framing

⑈001139⑈ ⑆022000046⑆ [redacted]

0681159569

V0213036185<
ZOT BANK #681
0681159569
Batch 285026393

Check #1139 Paid :08/19/2021 $585.00

Check #1139 Paid :08/19/2021 $585.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1140

DATE 8-18-21

PAY TO THE ORDER OF 518 Framing Contracting $ 4500.00

four thousand five hundred xx/100 DOLLARS

M&T Bank

FOR 6 Kate Loaf

⑈001140⑈ ⑆022000046⑆ [redacted]

ENDORSE HERE
012800582

Check #1140 Paid :08/20/2021 $4500.00

Check #1140 Paid :08/20/2021 $4500.00

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1141

DATE 8-18-21

PAY TO THE ORDER OF 518 Framing Contracting $ 1125.00

one thousand one hundred twenty five xx/100 DOLLARS

M&T Bank

FOR 6 Kate Framing diff

⑈001141⑈ ⑆022000046⑆ [redacted]

ENDORSE HERE
012800582

Check #1141 Paid :08/20/2021 $1125.00

Check #1141 Paid :08/20/2021 $1125.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 12 OF 13 |

00001424-0006181-Page 8 of 8-DIDS0901211121166326-00001424


BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084
1142
DATE 8/18/21
PAY TO THE ORDER OF Lazlo Majoros $ 2250
two thousand two hundred fifty xx/100 DOLLARS
M&T Bank
FOR 51 Jane
⑈001142⑈ ⑆022000046⑆ [redacted]


08/23/2021-15:14 HOCANMA 426664014400 KeyBank NA >021300077< DEP

Check #1142 Paid :08/24/2021 $2250.00

Check #1142 Paid :08/24/2021 $2250.00


BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084
1143
DATE 8/18/21
PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 935.00
DOLLARS
M&T Bank
FOR 8 Katie: Site work - driveway prep
⑈001143⑈ ⑆022000046⑆ [redacted]


0053691025
>021301115<
Chemung Canal Trust 053
2021-08-19
0053691025
Batch 285213255

Check #1143 Paid :08/20/2021 $935.00

Check #1143 Paid :08/20/2021 $935.00


BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084
1144
DATE 8/18/21
PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 2700.00
two thousand seven hundred xx/100 DOLLARS
M&T Bank
FOR Street Sidewalk Prep -
⑈001144⑈ ⑆022000046⑆ [redacted]


0053691028
>021301115<
Chemung Canal Trust 053
2021-08-19
0053691028
Batch 285213255

Check #1144 Paid :08/20/2021 $2700.00

Check #1144 Paid :08/20/2021 $2700.00


BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084
1145
DATE 8/18/21
PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 3200.00
three thousand two hundred xx/100 DOLLARS
M&T Bank
FOR 49 Jane - Topsoil - Grade Final
⑈001145⑈ ⑆022000046⑆ [redacted]


0053691027
>021301115<
Chemung Canal Trust 053
2021-08-19
0053691027
Batch 285213255

Check #1145 Paid :08/20/2021 $3200.00

Check #1145 Paid :08/20/2021 $3200.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 13 OF 13 |

00001424-0006181-Page 8 of 8-DIDS0901211121166326-00001424

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1146

DATE 8/18/21

PAY TO THE ORDER OF Lucarelli Sand Gravel $970.00

nine hundred seventy xx/100 DOLLARS

M&T Bank

FOR

⑈001146⑈ ⑆022000046⑆ [redacted]

Back: 0053591026 — >021301115< Chemung Canal Trust 053 2021-08-19 0053691026 Batch 285213255 — Endorse here: Deposit Only

| Check #1146 | Paid :08/20/2021 | $970.00 |
| --- | --- | --- |
| Check #1146 | Paid :08/20/2021 | $970.00 |

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1147

DATE 8/18/21

PAY TO THE ORDER OF Lucarelli Sand & Gravel $745.00

seven hundred forty five xx/100 DOLLARS

M&T Bank

FOR Site Clean up - Granite washout

⑈001147⑈ ⑆022000046⑆ [redacted]

Back: 0053691024 — >021301115< Chemung Canal Trust 053 2021-08-19 0053691024 Batch 285213255 — Endorse here: Deposit Only

| Check #1147 | Paid :08/20/2021 | $745.00 |
| --- | --- | --- |
| Check #1147 | Paid :08/20/2021 | $745.00 |

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1148

DATE Aug 24, 2021

PAY TO THE ORDER OF Northeast Stairs, Corp $1662.00

Sixteen hundred sixty two 00/100 DOLLARS

M&T Bank

FOR 57 Jane Rail

⑈001148⑈ ⑆022000046⑆ [redacted]

Back: FNBScotia021310711 1686-1-022... 8/30/2021 firstscotiaVAK — Pay to the order of First National Bank of Scotia, for deposit only, Northeast Stairs Corp

| Check #1148 | Paid :08/31/2021 | $1662.00 |
| --- | --- | --- |
| Check #1148 | Paid :08/31/2021 | $1662.00 |

BLITMAN SARATOGA LLC
P.O. BOX 1506
GUILDERLAND, NY 12084

1150

DATE 8/31/21

PAY TO THE ORDER OF R & B Building and Renovations $9415.00

nine thousand four hundred fifteen xx/100 DOLLARS

M&T Bank

FOR 40 Jane Doors + Cabinets 6615 2800

⑈001150⑈ ⑆022000046⑆ [redacted]

Back: Seq: 160 Batch: 287873 Date: 08/31/21 — Credited to the Account Of The Within Named Payee — Endorsement Guaranteed — Bank of America, NA

| Check #1150 | Paid :08/31/2021 | $9415.00 |
| --- | --- | --- |
| Check #1150 | Paid :08/31/2021 | $9415.00 |