**4:18 PM**

**08/25/21**

**Cash Basis**

# Blitman Saratoga, LLC
# General Ledger
## As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Ballston Spa Checking-Old** | | | | | | | | | 0.00 |
| Deposit | 01/01/2021 | | | Opening Balance | Prior Ballston a/c transferred to 5549 | Opening Balance Eq... | 49,655.85 | | 49,655.85 |
| Check | 01/05/2021 | 1 | | Blitman Saratoga, LLC | tfer from old checking | Ballston Spa Checki... | | 49,655.85 | 0.00 |
| Total Ballston Spa Checking-Old | | | | | | | 49,655.85 | 49,655.85 | 0.00 |
| **Ballston Spa Checking 5549** | | | | | | | | | 0.00 |
| Deposit | 01/01/2021 | | | Opening Balance | opening balance in ck on 1/1/21 per stmt | Opening Balance Eq... | 15,276.48 | | 15,276.48 |
| Check | 01/05/2021 | 1 | | Blitman Saratoga, LLC | tfer from old checking | Ballston Spa Checki... | 49,655.85 | | 64,932.33 |
| Check | 01/06/2021 | 89341 | | USPS | | Postage | | 364.00 | 64,568.33 |
| Check | 01/08/2021 | 89340 | | Ross Concrete | | Snowplowing | | 5,000.00 | 59,568.33 |
| Check | 01/11/2021 | DM | | Casella web pay | | Maintenance | | 725.00 | 58,843.33 |
| Check | 01/20/2021 | DM | | Harland Clarke | check order | Bank Service Charges | | 30.56 | 58,812.77 |
| Check | 01/24/2021 | 80237 | | Daigle Cleaning | | Model Home Expens... | | 300.00 | 58,512.77 |
| Check | 01/25/2021 | 1081 | | Erie Materials Inc. - Albany | | 8 Katie Lane | | 5,231.17 | 53,281.60 |
| Check | 01/27/2021 | 1083 | | TPK Development | | Management Fees | | 13,700.00 | 39,581.60 |
| Check | 02/01/2021 | 1082 | | US Trustees | | Bankruptcy Fees | | 325.00 | 39,256.60 |
| Check | 02/01/2021 | 1084 | | Staples | | Office Supplies | | 617.34 | 38,639.26 |
| Check | 02/01/2021 | 1085 | | Winn Supply | | 57 Jane Street | | 764.10 | 37,875.16 |
| Check | 02/01/2021 | 1086 | | Winn Supply | | 47 Jane Street | | 729.45 | 37,145.71 |
| Check | 02/01/2021 | 1087 | | Sheft Electric | | 57 Jane Street | | 1,850.00 | 35,295.71 |
| Check | 02/04/2021 | DM | | National Grid | | Electricity | | 908.48 | 34,387.23 |
| Check | 02/04/2021 | DM | | National Grid | | Electricity | | 97.91 | 34,289.32 |
| Check | 02/04/2021 | DM | | National Grid | | Electricity | | 95.62 | 34,193.70 |
| Check | 02/04/2021 | DM | | National Grid | | Electricity | | 10.34 | 34,183.36 |
| Check | 02/04/2021 | DM | | National Grid | | Electricity | | 9.52 | 34,173.84 |
| Check | 02/10/2021 | 1088 | | Boswell Engineering | | Engineering | | 1,250.00 | 32,923.84 |
| Check | 02/10/2021 | 1089 | | Lance Plumbing | | 47 Jane Street | | 7,755.00 | 25,168.84 |
| Check | 02/15/2021 | 1090 | | Brian White | snow | -SPLIT- | | 280.00 | 24,888.84 |
| Check | 02/15/2021 | 1093 | | Ross Concrete | | Snowplowing | | 5,000.00 | 19,888.84 |
| Check | 02/17/2021 | 1095 | | Security Supply | | 47 Jane Street | | 538.71 | 19,350.13 |
| Check | 02/18/2021 | DM | | Curtis Lumber | | 59 Jane Street | | 13,274.12 | 6,076.01 |
| Check | 02/19/2021 | 1091 | | National Grid | | Electricity | | 404.33 | 5,671.68 |
| Check | 02/19/2021 | 1090 | | National Grid | | Electricity | | 263.81 | 5,407.87 |
| Check | 02/22/2021 | 1096 | | Allerdice Hardware | | 47 Jane Street | | 33.16 | 5,374.71 |
| Check | 02/25/2021 | 1098 | | 518 Contracting LLC | | 8 Katie Lane | | 3,800.00 | 1,574.71 |
| Check | 02/26/2021 | DM | | Curtis Lumber | | 8 Katie Lane | | 688.82 | 885.89 |
| Total Ballston Spa Checking 5549 | | | | | | | 64,932.33 | 64,046.44 | 885.89 |
| **M&T Checking 3440** | | | | | | | | | 0.00 |
| Deposit | 02/17/2021 | | | Saratoga Funding LLC | Deposit | Due to Saratoga Fun... | 250,000.00 | | 250,000.00 |
| Check | 03/03/2021 | DM | | NYS PIT Tax Pmt | | State Income Tax | | 1,500.00 | 248,500.00 |
| Check | 03/03/2021 | 1001 | | ASAP Rentals Inc. | check illegible | 8 Katie Lane | | 532.86 | 247,967.14 |
| Check | 03/05/2021 | DM | | Curtis Lumber | | 8 Katie Lane | | 8,602.00 | 239,365.14 |
| Check | 03/08/2021 | 1003 | | Staples | | Office Supplies | | 127.58 | 239,237.56 |
| Check | 03/12/2021 | 1004 | | TPK Development | | Management Fees | | 13,700.00 | 225,537.56 |
| Check | 03/16/2021 | 1006 | | Appolo Heating & Cooling | | 47 Jane Street | | 5,000.00 | 220,537.56 |
| Check | 03/16/2021 | 1007 | | Appolo Heating & Cooling | | 57 Jane Street | | 5,000.00 | 215,537.56 |
| Check | 03/16/2021 | 1005 | | Sheft Electric | | 47 Jane Street | | 6,267.50 | 209,270.06 |
| Check | 03/16/2021 | 1008 | | Lance Plumbing | | 57 Jane Street | | 7,755.00 | 201,515.06 |
| Check | 03/18/2021 | 1010 | | SMC Carpentry | | 49 Jane Street | | 2,050.00 | 199,465.06 |
| Check | 03/23/2021 | 1011 | | Sheft Electric | | 57 Jane Street | | 7,612.50 | 191,852.56 |
| Check | 03/29/2021 | DM | | Spectrum cable | | Model Home Expens... | | 245.47 | 191,607.09 |
| Check | 03/29/2021 | 1013 | | Ross Concrete | | Snowplowing | | 5,000.00 | 186,607.09 |
| Check | 03/30/2021 | DM | | Curtis Lumber | | 8 Katie Lane | | 9,266.53 | 177,340.56 |

4:18 PM
08/25/21
Cash Basis

## Blitman Saratoga, LLC
# General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 04/01/2021 | DM | | Curtis Lumber | | 8 Katie Lane | | 186.98 | 177,153.58 |
| Check | 04/06/2021 | 1016 | | Boswell Engineering | | Engineering | | 11,813.50 | 165,340.08 |
| Check | 04/06/2021 | 1015 | | Boswell Engineering | | Engineering | | 2,750.00 | 162,590.08 |
| Check | 04/07/2021 | 1017 | | Tick & Co Inc. | | Insurance Expense | | 52,922.70 | 109,667.38 |
| Check | 04/07/2021 | 1025 | | Granite and Marble Works | | 59 Jane Street | | 7,670.81 | 101,996.57 |
| Check | 04/09/2021 | DM | | Home Depot | | Office Supplies | | 64.78 | 101,931.79 |
| Check | 04/09/2021 | 1019 | | Lucavelli Sand & Gravel | | -SPLIT- | | 5,845.00 | 96,086.79 |
| Check | 04/09/2021 | 1020 | | Curtis Lumber | | 57 Jane Street | | 204.01 | 95,882.78 |
| Check | 04/09/2021 | 1023 | | Winn Supply | | 57 Jane Street | | 2,440.62 | 93,442.16 |
| Check | 04/09/2021 | 1022 | | Winn Supply | | 8 Katie Lane | | 1,066.53 | 92,375.63 |
| Check | 04/09/2021 | 1021 | | Winn Supply | | 57 Jane Street | | 3,903.94 | 88,471.69 |
| Check | 04/09/2021 | 1024 | | Winn Supply | | 47 Jane Street | | 2,212.61 | 86,259.08 |
| Check | 04/12/2021 | 1026 | | KJM Landscapes | | Model Home Expens... | | 599.20 | 85,659.88 |
| Check | 04/13/2021 | DM | | Pallette Stone Corp. | | 9 Jane Street | | 1,643.46 | 84,016.42 |
| Check | 04/14/2021 | DM | | In Precision Concrete | | -SPLIT- | | 3,356.26 | 80,660.16 |
| Check | 04/14/2021 | 1028 | | Curtis Lumber | | 47 Jane Street | | 742.58 | 79,917.58 |
| Check | 04/14/2021 | 1029 | | Curtis Lumber | | 57 Jane Street | | 214.28 | 79,703.30 |
| Check | 04/15/2021 | DM | | Curtis Lumber | | 59 Jane Street | | 1,767.73 | 77,935.57 |
| Check | 04/16/2021 | DM | | Pallette Stone Corp. | | -SPLIT- | | 2,281.38 | 75,654.19 |
| Check | 04/16/2021 | DM | | Curtis Lumber | | -SPLIT- | | 195.36 | 75,458.83 |
| Check | 04/16/2021 | 1031 | | TPK Development | | Management Fees | | 13,700.00 | 61,758.83 |
| Check | 04/19/2021 | 1033 | | Ross Concrete | | 9 Jane Street | | 1,360.00 | 60,398.83 |
| Check | 04/19/2021 | 1034 | | Ross Concrete | | 6 Katie Lane | | 1,615.00 | 58,783.83 |
| Check | 04/19/2021 | 1035 | | US Trustees | | Bankruptcy Fees | | 975.00 | 57,808.83 |
| Check | 04/20/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 750.00 | 57,058.83 |
| Check | 04/20/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 14,532.88 | 42,525.95 |
| Check | 04/23/2021 | DM | | Erie Materials Inc. - Albany | | 8 Katie Lane | | 5,000.00 | 37,525.95 |
| Check | 04/23/2021 | DM | | Curtis Lumber | | 47 Jane Street | | 2,028.71 | 35,497.24 |
| Check | 04/23/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 142.05 | 35,355.19 |
| Check | 04/28/2021 | DM | | Madsen Overhead Doors | | 47 Jane Street | | 1,160.00 | 34,195.19 |
| Check | 04/28/2021 | DM | | Madsen Overhead Doors | | 57 Jane Street | | 1,295.00 | 32,900.19 |
| Check | 04/29/2021 | DM | | In Precision Concrete | | 9 Jane Street | | 687.53 | 32,212.66 |
| Check | 04/29/2021 | DM | | In Precision Concrete | | 9 Jane Street | | 687.53 | 31,525.13 |
| Check | 04/29/2021 | DM | | Pallette Stone Corp. | | 9 Jane Street | | 3,401.08 | 28,124.05 |
| Check | 04/30/2021 | DM | | Pallette Stone Corp. | | 9 Jane Street | | 3,000.00 | 25,124.05 |
| Check | 05/02/2021 | 1036 | | Ross Concrete | | 9 Jane Street | | 6,375.00 | 18,749.05 |
| Check | 05/03/2021 | DM | | Pallette Stone Corp. | | -SPLIT- | | 1,947.45 | 16,801.60 |
| Check | 05/07/2021 | DM | | Pallette Stone Corp. | | -SPLIT- | | 4,000.00 | 12,801.60 |
| Check | 05/07/2021 | 1037 | | Ross Concrete | | 9 Jane Street | | 1,900.00 | 10,901.60 |
| Check | 05/10/2021 | DM | | Staples | | Office Supplies | | 63.10 | 10,838.50 |
| Check | 05/10/2021 | DM | | Staples | | Office Supplies | | 18.36 | 10,820.14 |
| Check | 05/10/2021 | DM | | Pallette Stone Corp. | | -SPLIT- | | 3,484.17 | 7,335.97 |
| Check | 05/10/2021 | DM | | M&T Bank | | Bank Service Charges | | 43.66 | 7,292.31 |
| Check | 05/12/2021 | DM | | Curtis Lumber | | 49 Jane Street | | 212.46 | 7,079.85 |
| Check | 05/13/2021 | 1038 | | Ross Concrete | | 6 Katie Lane | | 7,465.00 | -385.15 |
| Check | 05/13/2021 | 1039 | | Ross Concrete | | 6 Katie Lane | | 2,818.20 | -3,203.35 |
| Deposit | 05/13/2021 | DEP | | Saratoga Funding LLC | Deposit | Due to Saratoga Fun... | 500,000.00 | | 496,796.65 |
| Check | 05/14/2021 | DM | | In Precision Concrete | | 6 Katie Lane | | 667.50 | 496,129.15 |
| Check | 05/14/2021 | DM | | In Precision Concrete | | 6 Katie Lane | | 20.03 | 496,109.12 |
| Check | 05/14/2021 | 1041 | | Lucavelli Sand & Gravel | | 9 Jane Street | | 11,570.00 | 484,539.12 |
| Check | 05/14/2021 | 1042 | | Lucavelli Sand & Gravel | | -SPLIT- | | 1,710.00 | 482,829.12 |
| Check | 05/14/2021 | 1043 | | Floor Services | | 49 Jane Street | | 11,780.30 | 471,048.82 |
| Check | 05/17/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 10,872.27 | 460,176.55 |
| Check | 05/19/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 25,412.50 | 434,764.05 |
| Check | 05/19/2021 | 1050 | | Curtis Lumber | | 9 Jane Street | | 6,000.00 | 428,764.05 |
| Check | 05/19/2021 | 1051 | | North East Stairs | | 8 Katie Lane | | 2,340.00 | 426,424.05 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/19/2021 | 1046 | | National Grid | | Electricity | | 42,854.61 | 383,569.44 |
| Check | 05/19/2021 | 1047 | | National Grid | | Gas | | 25,773.91 | 357,795.53 |
| Check | 05/19/2021 | 1048 | | National Grid | | Nat Grid Electric De... | | 87,611.64 | 270,183.89 |
| Check | 05/19/2021 | 1049 | | National Grid | | Nat Grid Gas Deposi... | | 75,050.92 | 195,132.97 |
| Check | 05/20/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 17,991.53 | 177,141.44 |
| Check | 05/21/2021 | 1053 | | Lucavelli Sand & Gravel | | 6 Katie Lane | | 11,570.00 | 165,571.44 |
| Check | 05/21/2021 | 1054 | | Boswell Engineering | | -SPLIT- | | 2,595.00 | 162,976.44 |
| Check | 05/21/2021 | 1055 | | TPK Development | | Management Fees | | 13,700.00 | 149,276.44 |
| Check | 05/24/2021 | DM | | Wolberg Saratoga Springs | | Miscellaneous Alloca... | | 772.42 | 148,504.02 |
| Check | 05/24/2021 | DM | | Stone Industries, LLC | | Miscellaneous Alloca... | | 123.05 | 148,380.97 |
| Check | 05/24/2021 | DM | | Stone Industries, LLC | | Miscellaneous Alloca... | | 123.05 | 148,257.92 |
| Check | 05/25/2021 | DM | | Spectrum cable | | Model Home Expens... | | 246.47 | 148,011.45 |
| Check | 05/27/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 78.75 | 147,932.70 |
| Check | 05/27/2021 | DM | | USPS | | Postage | | 15.90 | 147,916.80 |
| Check | 05/27/2021 | 1056 | | Curtis Lumber | | 47 Jane Street | | 2,500.00 | 145,416.80 |
| Check | 05/27/2021 | 1057 | | Curtis Lumber | | 57 Jane Street | | 2,500.00 | 142,916.80 |
| Check | 05/27/2021 | 1058 | | Appolo Heating & Cooling | | 8 Katie Lane | | 8,500.00 | 134,416.80 |
| Check | 05/28/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 1,181.29 | 133,235.51 |
| Check | 05/28/2021 | 1060 | | Curtis Lumber | | 9 Jane Street | | 10,305.68 | 122,929.83 |
| Check | 05/29/2021 | 1059 | | Curtis Lumber | | 9 Jane Street | | 1,141.00 | 121,788.83 |
| Check | 06/01/2021 | 1061 | | Floor Services | | 59 Jane Street | | 10,376.28 | 111,412.55 |
| Check | 06/02/2021 | 1062 | | Curtis Lumber | | 9 Jane Street | | 24,627.39 | 86,785.16 |
| Check | 06/02/2021 | 1063 | | Commissions of Finance | | Business Licenses a... | | 400.00 | 86,385.16 |
| Check | 06/03/2021 | 1064 | | 518 Contracting LLC | | 9 Jane Street | | 8,000.00 | 78,385.16 |
| Check | 06/04/2021 | 1065 | | TPK Development | | Management Fees | | 13,700.00 | 64,685.16 |
| Check | 06/08/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 3,494.03 | 61,191.13 |
| Check | 06/08/2021 | DM | | Daigle Cleaning | | Model Home Expens... | | 321.00 | 60,870.13 |
| Check | 06/08/2021 | DM | | M&T Bank | | Bank Service Charges | | 55.86 | 60,814.27 |
| Check | 06/09/2021 | DM | | Curtis Lumber | | 49 Jane Street | | 352.58 | 60,461.69 |
| Check | 06/10/2021 | DM | | Pizza Time Ballston Spa | | Miscellaneous Alloca... | | 124.79 | 60,336.90 |
| Check | 06/10/2021 | DM | | National Grid | | Electricity | | 264.12 | 60,072.78 |
| Check | 06/10/2021 | DM | | National Grid | | Electricity | | 350.26 | 59,722.52 |
| Check | 06/10/2021 | DM | | National Grid | | Electricity | | 379.30 | 59,343.22 |
| Check | 06/10/2021 | DM | | National Grid | | Model Home Expens... | | 1,411.60 | 57,931.62 |
| Check | 06/11/2021 | 1066 | | Lazio Masonry | | 57 Jane Street | | 1,330.00 | 56,601.62 |
| Check | 06/11/2021 | 1067 | | Lazio Masonry | | 47 Jane Street | | 1,330.00 | 55,271.62 |
| Check | 06/14/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 2,264.49 | 53,007.13 |
| Check | 06/14/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 582.51 | 52,424.62 |
| Check | 06/15/2021 | 1068 | | Snyders Drywall | | 57 Jane Street | | 25,300.00 | 27,124.62 |
| Check | 06/15/2021 | 1069 | | Snyders Drywall | | 47 Jane Street | | 24,700.00 | 2,424.62 |
| Check | 06/15/2021 | 1070 | | PLP Development | | Maintenance | | 1,060.00 | 1,364.62 |
| Check | 06/15/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 181.00 | 1,183.62 |
| Check | 06/16/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 1,684.93 | -501.31 |
| Check | 06/21/2021 | 1071 | | 518 Contracting LLC | | 9 Jane Street | | 8,000.00 | -8,501.31 |
| Check | 06/22/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 83.44 | -8,584.75 |
| Check | 06/23/2021 | DM | | Stone Industries, LLC | | Maintenance | | 246.10 | -8,830.85 |
| Deposit | 06/24/2021 | DEP | | Saratoga Funding LLC | Deposit | Due to Saratoga Fun... | 350,000.00 | | 341,169.15 |
| Check | 06/25/2021 | DM | | Pallette Stone Corp. | | 49 Jane Street | | 1,265.83 | 339,903.32 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 368.47 | 339,534.85 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 958.72 | 338,576.13 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 958.72 | 337,617.41 |
| Check | 06/28/2021 | 1073 | | Curtis Lumber | | 8 Katie Lane | | 234.69 | 337,382.72 |
| Check | 06/28/2021 | 1074 | | Erie Materials Inc. - Albany | | 9 Jane Street | | 6,854.53 | 330,528.19 |
| Check | 06/28/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 115.39 | 330,412.80 |
| Check | 06/29/2021 | DM | | Allerdice Hardware | | 8 Katie Lane | | 213.99 | 330,198.81 |
| Check | 06/30/2021 | DM | | Pallette Stone Corp. | | 8 Katie Lane | | 3,486.81 | 326,712.00 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 07/01/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 958.72 | 325,753.28 |
| Check | 07/02/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 91.26 | 325,662.02 |
| Check | 07/02/2021 | 1080 | | Curtis Lumber | | 6 Katie Lane | | 18,672.37 | 306,989.65 |
| Check | 07/02/2021 | 1075 | | Empire State Stone | | 49 Jane Street | | 3,400.00 | 303,589.65 |
| Check | 07/02/2021 | 1077 | | Winn Supply | | 57 Jane Street | | 1,548.87 | 302,040.78 |
| Check | 07/02/2021 | 1078 | | Winn Supply | | 57 Jane Street | | 1,398.85 | 300,641.93 |
| Check | 07/02/2021 | 1079 | | Winn Supply | | 47 Jane Street | | 1,398.85 | 299,243.08 |
| Check | 07/02/2021 | 1082 | | Lance Plumbing | | 57 Jane Street | | 456.98 | 298,786.10 |
| Check | 07/02/2021 | 1099 | | Curtis Lumber | | Miscellaneous Alloca... | | 1,965.32 | 296,820.78 |
| Check | 07/02/2021 | 1100 | | TPK Development | | Management Fees | | 13,700.00 | 283,120.78 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | 59 Jane Street | | 95.70 | 283,025.08 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | 47 Jane Street | | 409.75 | 282,615.33 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | 57 Jane Street | | 393.70 | 282,221.63 |
| Check | 07/06/2021 | 1089 | | 518 Contracting LLC | | 9 Jane Street | | 4,750.00 | 277,471.63 |
| Check | 07/06/2021 | 1090 | | Sunshine Landscaping | | 49 Jane Street | | 3,150.00 | 274,321.63 |
| Check | 07/06/2021 | 1085 | | Alten's Landscaping | | Model Home Expens... | | 594.00 | 273,727.63 |
| Check | 07/06/2021 | 1083 | | Madsen Overhead Doors | | 47 Jane Street | | 1,160.00 | 272,567.63 |
| Check | 07/06/2021 | 1084 | | Madsen Overhead Doors | | 57 Jane Street | | 1,295.00 | 271,272.63 |
| Deposit | 07/08/2021 | DEP | | Curtis Lumber | Return | 57 Jane Street | 183.36 | | 271,455.99 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | Miscellaneous Alloca... | | 166.66 | 271,289.33 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | 49 Jane Street | | 87.31 | 271,202.02 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | 59 Jane Street | | 87.31 | 271,114.71 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 1,728.88 | 269,385.83 |
| Check | 07/08/2021 | 1081 | | Curtis Lumber | | 6 Katie Lane | | 15,321.72 | 254,064.11 |
| Check | 07/09/2021 | DM | | Staples | | Office Supplies | | 13.08 | 254,051.03 |
| Check | 07/09/2021 | DM | | M&T Bank | | Bank Service Charges | | 61.34 | 253,989.69 |
| Check | 07/12/2021 | DM | | Allerdice Hardware | | Miscellaneous Alloca... | | 25.64 | 253,964.05 |
| Check | 07/12/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 78.28 | 253,885.77 |
| Check | 07/12/2021 | 1086 | | Sunshine Landscaping | For 55 Jane warranty | Warranty Expenses | | 1,500.00 | 252,385.77 |
| Check | 07/12/2021 | 1088 | | 518 Contracting LLC | | 9 Jane Street | | 8,000.00 | 244,385.77 |
| Check | 07/12/2021 | 1096 | | Lazio Masonry | | 59 Jane Street | | 2,250.00 | 242,135.77 |
| Check | 07/13/2021 | 1091 | | Boswell Engineering | SWPPP | Engineering | | 3,000.00 | 239,135.77 |
| Check | 07/13/2021 | 1092 | | Boswell Engineering | Survey | Engineering | | 3,157.50 | 235,978.27 |
| Check | 07/14/2021 | 1097 | | Curtis Lumber | | 6 Katie Lane | | 13,229.51 | 222,748.76 |
| Check | 07/15/2021 | 1093 | | Curtis Lumber | | 9 Jane Street | | 6,566.46 | 216,182.30 |
| Check | 07/15/2021 | 1094 | | Lazio Masonry | | 8 Katie Lane | | 4,350.00 | 211,832.30 |
| Check | 07/15/2021 | 1095 | | Lazio Masonry | | 49 Jane Street | | 2,250.00 | 209,582.30 |
| Check | 07/15/2021 | 1098 | | 518 Contracting LLC | | 6 Katie Lane | | 8,500.00 | 201,082.30 |
| Deposit | 07/16/2021 | DEP | | Curtis Lumber | Return | Miscellaneous Alloca... | 91.81 | | 201,174.11 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | Miscellaneous Alloca... | | 364.57 | 200,809.54 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | Miscellaneous Alloca... | | 271.50 | 200,538.04 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 790.20 | 199,747.84 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 791.87 | 198,955.97 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 1,172.19 | 197,783.78 |
| Check | 07/19/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 317.57 | 197,466.21 |
| Check | 07/20/2021 | DM | | Allerdice Hardware | | Miscellaneous Alloca... | | 109.08 | 197,357.13 |
| Check | 07/20/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 3,967.56 | 193,389.57 |
| Deposit | 07/21/2021 | DEP | | Curtis Lumber | Deposit | Miscellaneous Alloca... | 362.00 | | 193,751.57 |
| Check | 07/21/2021 | DM | | Stone Industries, LLC | | Miscellaneous Alloca... | | 246.10 | 193,505.47 |
| Check | 07/21/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 83.44 | 193,422.03 |
| Check | 07/21/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 45.21 | 193,376.82 |
| Check | 07/21/2021 | 1101 | | Appolo Heating & Cooling | | 49 Jane Street | | 13,356.50 | 180,020.32 |
| Check | 07/21/2021 | 1102 | | Appolo Heating & Cooling | | 59 Jane Street | | 13,801.00 | 166,219.32 |
| Check | 07/23/2021 | DM | | Allerdice Hardware | | Miscellaneous Alloca... | | 96.11 | 166,123.21 |
| Check | 07/23/2021 | 1105 | | USPS | | Postage | | 55.00 | 166,068.21 |
| Check | 07/26/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 1,601.34 | 164,466.87 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 07/27/2021 | DM | | Curtis Lumber | | 9 Jane Street | | 119.80 | 164,347.07 |
| Check | 07/27/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 530.72 | 163,816.35 |
| Check | 07/27/2021 | DM | | Curtis Lumber | | Miscellaneous Alloca... | | 267.50 | 163,548.85 |
| Check | 07/29/2021 | DM | | Curtis Lumber | | 6 Katie Lane | | 368.06 | 163,180.79 |
| Check | 07/30/2021 | DM | | Erie Materials Inc. - Albany | | 6 Katie Lane | | 6,645.98 | 156,534.81 |
| Total M&T Checking 3440 | | | | | | | 1,100,637.17 | 944,102.36 | 156,534.81 |
| **Construction in Progress** | | | | | | | | | 0.00 |
| Total Construction in Progress | | | | | | | | | 0.00 |
| **Retainage Receivable** | | | | | | | | | 0.00 |
| Total Retainage Receivable | | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Deferred Construction Costs** | | | | | | | | | 0.00 |
| **11 Jane Street** | | | | | | | | | 0.00 |
| Total 11 Jane Street | | | | | | | | | 0.00 |
| **47 Jane Street** | | | | | | | | | 0.00 |
| Check | 02/01/2021 | 1086 | | Winn Supply | | Ballston Spa Checki... | 729.45 | | 729.45 |
| Check | 02/10/2021 | 1089 | | Lance Plumbing | | Ballston Spa Checki... | 7,755.00 | | 8,484.45 |
| Check | 02/15/2021 | 1090 | | Brian White | snow | Ballston Spa Checki... | 70.00 | | 8,554.45 |
| Check | 02/17/2021 | 1095 | | Security Supply | | Ballston Spa Checki... | 538.71 | | 9,093.16 |
| Check | 02/22/2021 | 1096 | | Allerdice Hardware | | Ballston Spa Checki... | 33.16 | | 9,126.32 |
| Check | 03/16/2021 | 1006 | | Appolo Heating & Cooling | | M&T Checking 3440 | 5,000.00 | | 14,126.32 |
| Check | 03/16/2021 | 1005 | | Sheft Electric | | M&T Checking 3440 | 6,267.50 | | 20,393.82 |
| Check | 04/09/2021 | 1019 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 1,461.25 | | 21,855.07 |
| Check | 04/09/2021 | 1024 | | Winn Supply | | M&T Checking 3440 | 2,212.61 | | 24,067.68 |
| Check | 04/14/2021 | 1028 | | Curtis Lumber | | M&T Checking 3440 | 742.58 | | 24,810.26 |
| Check | 04/14/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 687.00 | | 25,497.26 |
| Check | 04/16/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,140.69 | | 26,637.95 |
| Check | 04/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 97.68 | | 26,735.63 |
| Check | 04/23/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 2,028.71 | | 28,764.34 |
| Check | 04/28/2021 | DM | | Madsen Overhead Doors | | M&T Checking 3440 | 1,160.00 | | 29,924.34 |
| Check | 05/03/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 649.15 | | 30,573.49 |
| Check | 05/07/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,333.34 | | 31,906.83 |
| Check | 05/10/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,161.39 | | 33,068.22 |
| Check | 05/27/2021 | 1056 | | Curtis Lumber | | M&T Checking 3440 | 2,500.00 | | 35,568.22 |
| Check | 06/11/2021 | 1067 | | Lazio Masonry | | M&T Checking 3440 | 1,330.00 | | 36,898.22 |
| Check | 06/15/2021 | 1069 | | Snyders Drywall | | M&T Checking 3440 | 24,700.00 | | 61,598.22 |
| Check | 07/02/2021 | 1079 | | Winn Supply | | M&T Checking 3440 | 1,398.85 | | 62,997.07 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 409.75 | | 63,406.82 |
| Check | 07/06/2021 | 1083 | | Madsen Overhead Doors | | M&T Checking 3440 | 1,160.00 | | 64,566.82 |
| Total 47 Jane Street | | | | | | | 64,566.82 | 0.00 | 64,566.82 |
| **49 Jane Street** | | | | | | | | | 0.00 |
| Check | 02/15/2021 | 1090 | | Brian White | snow | Ballston Spa Checki... | 70.00 | | 70.00 |
| Check | 03/18/2021 | 1010 | | SMC Carpentry | | M&T Checking 3440 | 2,050.00 | | 2,120.00 |
| Check | 04/09/2021 | 1019 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 1,461.25 | | 3,581.25 |
| Check | 05/12/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 212.46 | | 3,793.71 |

4:18 PM
08/25/21
Cash Basis

**Blitman Saratoga, LLC**
# General Ledger
**As of July 31, 2021**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/14/2021 | 1043 | | Floor Services | | M&T Checking 3440 | 11,780.30 | | 15,574.01 |
| Check | 06/09/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 352.58 | | 15,926.59 |
| Check | 06/25/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,265.83 | | 17,192.42 |
| Check | 07/02/2021 | 1075 | | Empire State Stone | | M&T Checking 3440 | 3,400.00 | | 20,592.42 |
| Check | 07/06/2021 | 1090 | | Sunshine Landscaping | | M&T Checking 3440 | 3,150.00 | | 23,742.42 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 87.31 | | 23,829.73 |
| Check | 07/15/2021 | 1095 | | Lazio Masonry | | M&T Checking 3440 | 2,250.00 | | 26,079.73 |
| Check | 07/21/2021 | 1101 | | Appolo Heating & Cooling | | M&T Checking 3440 | 13,356.50 | | 39,436.23 |
| Total 49 Jane Street | | | | | | | 39,436.23 | 0.00 | 39,436.23 |
| **57 Jane Street** | | | | | | | | | 0.00 |
| Check | 02/01/2021 | 1085 | | Winn Supply | | Ballston Spa Checki... | 764.10 | | 764.10 |
| Check | 02/01/2021 | 1087 | | Sheft Electric | | Ballston Spa Checki... | 1,850.00 | | 2,614.10 |
| Check | 02/15/2021 | 1090 | | Brian White | snow | Ballston Spa Checki... | 70.00 | | 2,684.10 |
| Check | 03/16/2021 | 1007 | | Appolo Heating & Cooling | | M&T Checking 3440 | 5,000.00 | | 7,684.10 |
| Check | 03/16/2021 | 1008 | | Lance Plumbing | | M&T Checking 3440 | 7,755.00 | | 15,439.10 |
| Check | 03/23/2021 | 1011 | | Sheft Electric | | M&T Checking 3440 | 7,612.50 | | 23,051.60 |
| Check | 04/09/2021 | 1019 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 1,461.25 | | 24,512.85 |
| Check | 04/09/2021 | 1020 | | Curtis Lumber | | M&T Checking 3440 | 204.01 | | 24,716.86 |
| Check | 04/09/2021 | 1023 | | Winn Supply | | M&T Checking 3440 | 2,440.62 | | 27,157.48 |
| Check | 04/09/2021 | 1021 | | Winn Supply | | M&T Checking 3440 | 3,903.94 | | 31,061.42 |
| Check | 04/14/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 687.00 | | 31,748.42 |
| Check | 04/14/2021 | 1029 | | Curtis Lumber | | M&T Checking 3440 | 214.28 | | 31,962.70 |
| Check | 04/16/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,140.69 | | 33,103.39 |
| Check | 04/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 97.68 | | 33,201.07 |
| Check | 04/28/2021 | DM | | Madsen Overhead Doors | | M&T Checking 3440 | 1,295.00 | | 34,496.07 |
| Check | 05/03/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 649.15 | | 35,145.22 |
| Check | 05/07/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,333.33 | | 36,478.55 |
| Check | 05/10/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,161.39 | | 37,639.94 |
| Check | 05/27/2021 | 1057 | | Curtis Lumber | | M&T Checking 3440 | 2,500.00 | | 40,139.94 |
| Check | 06/11/2021 | 1066 | | Lazio Masonry | | M&T Checking 3440 | 1,330.00 | | 41,469.94 |
| Check | 06/15/2021 | 1068 | | Snyders Drywall | | M&T Checking 3440 | 25,300.00 | | 66,769.94 |
| Check | 07/02/2021 | 1077 | | Winn Supply | | M&T Checking 3440 | 1,548.87 | | 68,318.81 |
| Check | 07/02/2021 | 1078 | | Winn Supply | | M&T Checking 3440 | 1,398.85 | | 69,717.66 |
| Check | 07/02/2021 | 1082 | | Lance Plumbing | | M&T Checking 3440 | 456.98 | | 70,174.64 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 393.70 | | 70,568.34 |
| Check | 07/06/2021 | 1084 | | Madsen Overhead Doors | | M&T Checking 3440 | 1,295.00 | | 71,863.34 |
| Deposit | 07/08/2021 | DEP | | Curtis Lumber | Return | M&T Checking 3440 | | 183.36 | 71,679.98 |
| Total 57 Jane Street | | | | | | | 71,863.34 | 183.36 | 71,679.98 |
| **59 Jane Street** | | | | | | | | | 0.00 |
| Check | 02/15/2021 | 1090 | | Brian White | snow | Ballston Spa Checki... | 70.00 | | 70.00 |
| Check | 02/18/2021 | DM | | Curtis Lumber | | Ballston Spa Checki... | 13,274.12 | | 13,344.12 |
| Check | 04/07/2021 | 1025 | | Granite and Marble Works | | M&T Checking 3440 | 7,670.81 | | 21,014.93 |
| Check | 04/09/2021 | 1019 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 1,461.25 | | 22,476.18 |
| Check | 04/15/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,767.73 | | 24,243.91 |
| Check | 06/01/2021 | 1061 | | Floor Services | | M&T Checking 3440 | 10,376.28 | | 34,620.19 |
| Check | 07/06/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 95.70 | | 34,715.89 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 87.31 | | 34,803.20 |
| Check | 07/12/2021 | 1096 | | Lazio Masonry | | M&T Checking 3440 | 2,250.00 | | 37,053.20 |
| Check | 07/21/2021 | 1102 | | Appolo Heating & Cooling | | M&T Checking 3440 | 13,801.00 | | 50,854.20 |
| Total 59 Jane Street | | | | | | | 50,854.20 | 0.00 | 50,854.20 |
| **6 Katie Lane** | | | | | | | | | 0.00 |

4:18 PM
08/25/21
Cash Basis

**Blitman Saratoga, LLC**
# General Ledger
**As of July 31, 2021**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 04/19/2021 | 1034 | | Ross Concrete | | M&T Checking 3440 | 1,615.00 | | 1,615.00 |
| Check | 04/23/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 142.05 | | 1,757.05 |
| Check | 05/13/2021 | 1038 | | Ross Concrete | | M&T Checking 3440 | 7,465.00 | | 9,222.05 |
| Check | 05/13/2021 | 1039 | | Ross Concrete | | M&T Checking 3440 | 2,818.20 | | 12,040.25 |
| Check | 05/14/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 667.50 | | 12,707.75 |
| Check | 05/14/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 20.03 | | 12,727.78 |
| Check | 05/14/2021 | 1042 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 855.00 | | 13,582.78 |
| Check | 05/19/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 25,412.50 | | 38,995.28 |
| Check | 05/21/2021 | 1053 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 11,570.00 | | 50,565.28 |
| Check | 06/15/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 181.00 | | 50,746.28 |
| Check | 07/02/2021 | 1080 | | Curtis Lumber | | M&T Checking 3440 | 18,672.37 | | 69,418.65 |
| Check | 07/08/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,728.88 | | 71,147.53 |
| Check | 07/08/2021 | 1081 | | Curtis Lumber | | M&T Checking 3440 | 15,321.72 | | 86,469.25 |
| Check | 07/12/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 78.28 | | 86,547.53 |
| Check | 07/14/2021 | 1097 | | Curtis Lumber | | M&T Checking 3440 | 13,229.51 | | 99,777.04 |
| Check | 07/15/2021 | 1098 | | 518 Contracting LLC | | M&T Checking 3440 | 8,500.00 | | 108,277.04 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 790.20 | | 109,067.24 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,172.19 | | 110,239.43 |
| Check | 07/19/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 317.57 | | 110,557.00 |
| Check | 07/20/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 3,967.56 | | 114,524.56 |
| Check | 07/21/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 83.44 | | 114,608.00 |
| Check | 07/26/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,601.34 | | 116,209.34 |
| Check | 07/27/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 530.72 | | 116,740.06 |
| Check | 07/29/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 368.06 | | 117,108.12 |
| Check | 07/30/2021 | DM | | Erie Materials Inc. - Albany | | M&T Checking 3440 | 6,645.98 | | 123,754.10 |
| Total 6 Katie Lane | | | | | | | 123,754.10 | 0.00 | 123,754.10 |
| **8 Katie Lane** | | | | | | | | | 0.00 |
| Check | 01/25/2021 | 1081 | | Erie Materials Inc. - Albany | | Ballston Spa Checki... | 5,231.17 | | 5,231.17 |
| Check | 02/25/2021 | 1098 | | 518 Contracting LLC | | Ballston Spa Checki... | 3,800.00 | | 9,031.17 |
| Check | 02/26/2021 | DM | | Curtis Lumber | | Ballston Spa Checki... | 688.82 | | 9,719.99 |
| Check | 03/03/2021 | 1001 | | ASAP Rentals Inc. | check illegible | M&T Checking 3440 | 532.86 | | 10,252.85 |
| Check | 03/05/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 8,602.00 | | 18,854.85 |
| Check | 03/30/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 9,266.53 | | 28,121.38 |
| Check | 04/01/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 186.98 | | 28,308.36 |
| Check | 04/09/2021 | 1022 | | Winn Supply | | M&T Checking 3440 | 1,066.53 | | 29,374.89 |
| Check | 04/23/2021 | DM | | Erie Materials Inc. - Albany | | M&T Checking 3440 | 5,000.00 | | 34,374.89 |
| Check | 05/19/2021 | 1051 | | North East Stairs | | M&T Checking 3440 | 2,340.00 | | 36,714.89 |
| Check | 05/27/2021 | 1058 | | Appolo Heating & Cooling | | M&T Checking 3440 | 8,500.00 | | 45,214.89 |
| Check | 06/28/2021 | 1073 | | Curtis Lumber | | M&T Checking 3440 | 234.69 | | 45,449.58 |
| Check | 06/29/2021 | DM | | Allerdice Hardware | | M&T Checking 3440 | 213.99 | | 45,663.57 |
| Check | 06/30/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 3,486.81 | | 49,150.38 |
| Check | 07/15/2021 | 1094 | | Lazio Masonry | | M&T Checking 3440 | 4,350.00 | | 53,500.38 |
| Total 8 Katie Lane | | | | | | | 53,500.38 | 0.00 | 53,500.38 |
| **9 Jane Street** | | | | | | | | | 0.00 |
| Check | 04/13/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,643.46 | | 1,643.46 |
| Check | 04/19/2021 | 1033 | | Ross Concrete | | M&T Checking 3440 | 1,360.00 | | 3,003.46 |
| Check | 04/20/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 750.00 | | 3,753.46 |
| Check | 04/20/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 14,532.88 | | 18,286.34 |
| Check | 04/29/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 687.53 | | 18,973.87 |
| Check | 04/29/2021 | DM | | In Precision Concrete | | M&T Checking 3440 | 687.53 | | 19,661.40 |
| Check | 04/29/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 3,401.08 | | 23,062.48 |
| Check | 04/30/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 3,000.00 | | 26,062.48 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/02/2021 | 1036 | | Ross Concrete | | M&T Checking 3440 | 6,375.00 | | 32,437.48 |
| Check | 05/03/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 649.15 | | 33,086.63 |
| Check | 05/07/2021 | 1037 | | Ross Concrete | | M&T Checking 3440 | 1,900.00 | | 34,986.63 |
| Check | 05/07/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,333.33 | | 36,319.96 |
| Check | 05/10/2021 | DM | | Pallette Stone Corp. | | M&T Checking 3440 | 1,161.39 | | 37,481.35 |
| Check | 05/14/2021 | 1041 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 11,570.00 | | 49,051.35 |
| Check | 05/14/2021 | 1042 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 855.00 | | 49,906.35 |
| Check | 05/17/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 10,872.27 | | 60,778.62 |
| Check | 05/19/2021 | 1050 | | Curtis Lumber | | M&T Checking 3440 | 6,000.00 | | 66,778.62 |
| Check | 05/20/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 17,991.53 | | 84,770.15 |
| Check | 05/27/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 78.75 | | 84,848.90 |
| Check | 05/28/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,181.29 | | 86,030.19 |
| Check | 05/28/2021 | 1060 | | Curtis Lumber | | M&T Checking 3440 | 10,305.68 | | 96,335.87 |
| Check | 05/29/2021 | 1059 | | Curtis Lumber | | M&T Checking 3440 | 1,141.00 | | 97,476.87 |
| Check | 06/02/2021 | 1062 | | Curtis Lumber | | M&T Checking 3440 | 24,627.39 | | 122,104.26 |
| Check | 06/03/2021 | 1064 | | 518 Contracting LLC | | M&T Checking 3440 | 8,000.00 | | 130,104.26 |
| Check | 06/08/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 3,494.03 | | 133,598.29 |
| Check | 06/14/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 2,264.49 | | 135,862.78 |
| Check | 06/14/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 582.51 | | 136,445.29 |
| Check | 06/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 1,684.93 | | 138,130.22 |
| Check | 06/21/2021 | 1071 | | 518 Contracting LLC | | M&T Checking 3440 | 8,000.00 | | 146,130.22 |
| Check | 06/22/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 83.44 | | 146,213.66 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 368.47 | | 146,582.13 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 958.72 | | 147,540.85 |
| Check | 06/25/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 958.72 | | 148,499.57 |
| Check | 06/28/2021 | 1074 | | Erie Materials Inc. - Albany | | M&T Checking 3440 | 6,854.53 | | 155,354.10 |
| Check | 06/28/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 115.39 | | 155,469.49 |
| Check | 07/01/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 958.72 | | 156,428.21 |
| Check | 07/02/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 91.26 | | 156,519.47 |
| Check | 07/06/2021 | 1089 | | 518 Contracting LLC | | M&T Checking 3440 | 4,750.00 | | 161,269.47 |
| Check | 07/12/2021 | 1088 | | 518 Contracting LLC | | M&T Checking 3440 | 8,000.00 | | 169,269.47 |
| Check | 07/15/2021 | 1093 | | Curtis Lumber | | M&T Checking 3440 | 6,566.46 | | 175,835.93 |
| Check | 07/16/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 791.87 | | 176,627.80 |
| Check | 07/21/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 45.21 | | 176,673.01 |
| Check | 07/27/2021 | DM | | Curtis Lumber | | M&T Checking 3440 | 119.80 | | 176,792.81 |
| Total 9 Jane Street | | | | | | | 176,792.81 | 0.00 | 176,792.81 |
| **Deferred Construction Costs - Other** | | | | | | | | | 0.00 |
| Total Deferred Construction Costs - Other | | | | | | | | | 0.00 |
| Total Deferred Construction Costs | | | | | | | 580,767.88 | 183.36 | 580,584.52 |
| **Nat Grid Electric Deposit 6&7** | | | | | | | | | 0.00 |
| Check | 05/19/2021 | 1048 | | National Grid | refundable electric phase 6&7 | M&T Checking 3440 | 87,611.64 | | 87,611.64 |
| Total Nat Grid Electric Deposit 6&7 | | | | | | | 87,611.64 | 0.00 | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | | | | | | | | 0.00 |
| Check | 05/19/2021 | 1049 | | National Grid | refundable gas deposit phase 6&7 | M&T Checking 3440 | 75,050.92 | | 75,050.92 |
| Total Nat Grid Gas Deposit 6&7 | | | | | | | 75,050.92 | 0.00 | 75,050.92 |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| **Due to Saratoga Funding LLC** | | | | | | | | | 0.00 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| | Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Deposit | 02/17/2021 | | | Saratoga Funding LLC | Deposit | M&T Checking 3440 | | 250,000.00 | -250,000.00 |
| | Deposit | 05/13/2021 | DEP | | Saratoga Funding LLC | Deposit | M&T Checking 3440 | | 500,000.00 | -750,000.00 |
| | Deposit | 06/24/2021 | DEP | | Saratoga Funding LLC | Deposit | M&T Checking 3440 | | 350,000.00 | -1,100,000.00 |
| Total Due to Saratoga Funding LLC | | | | | | | | 0.00 | 1,100,000.00 | -1,100,000.00 |
| **Member 1 Draws** | | | | | | | | | | 0.00 |
| Total Member 1 Draws | | | | | | | | | | 0.00 |
| **Member 1 Equity** | | | | | | | | | | 0.00 |
| Total Member 1 Equity | | | | | | | | | | 0.00 |
| **Member 2 Draws** | | | | | | | | | | 0.00 |
| Total Member 2 Draws | | | | | | | | | | 0.00 |
| **Member 2 Equity** | | | | | | | | | | 0.00 |
| Total Member 2 Equity | | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | | 0.00 |
| | Deposit | 01/01/2021 | | | Opening Balance | Prior Ballston a/c transferred to 5549 | Ballston Spa Checki... | | 49,655.85 | -49,655.85 |
| | Deposit | 01/01/2021 | | | Opening Balance | opening balance in ck on 1/1/21 per stmt | Ballston Spa Checki... | | 15,276.48 | -64,932.33 |
| Total Opening Balance Equity | | | | | | | | 0.00 | 64,932.33 | -64,932.33 |
| **Retained Earnings** | | | | | | | | | | 0.00 |
| Total Retained Earnings | | | | | | | | | | 0.00 |
| **Construction Income** | | | | | | | | | | 0.00 |
| Total Construction Income | | | | | | | | | | 0.00 |
| **Blueprints and Reproduction** | | | | | | | | | | 0.00 |
| Total Blueprints and Reproduction | | | | | | | | | | 0.00 |
| **Bond Expense** | | | | | | | | | | 0.00 |
| Total Bond Expense | | | | | | | | | | 0.00 |
| **Construction Materials Costs** | | | | | | | | | | 0.00 |
| Total Construction Materials Costs | | | | | | | | | | 0.00 |
| **Equipment Rental for Jobs** | | | | | | | | | | 0.00 |
| Total Equipment Rental for Jobs | | | | | | | | | | 0.00 |
| **Other Construction Costs** | | | | | | | | | | 0.00 |
| Total Other Construction Costs | | | | | | | | | | 0.00 |
| **Subcontractors Expense** | | | | | | | | | | 0.00 |
| Total Subcontractors Expense | | | | | | | | | | 0.00 |
| **Tools and Small Equipment** | | | | | | | | | | 0.00 |
| Total Tools and Small Equipment | | | | | | | | | | 0.00 |
| **Worker's Compensation Insurance** | | | | | | | | | | 0.00 |
| Total Worker's Compensation Insurance | | | | | | | | | | 0.00 |
| **Auto and Truck Expenses** | | | | | | | | | | 0.00 |
| Total Auto and Truck Expenses | | | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | | | 0.00 |
| | Check | 01/20/2021 | DM | | Harland Clarke | check order | Ballston Spa Checki... | 30.56 | | 30.56 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
# General Ledger
## As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/10/2021 | DM | | M&T Bank | | M&T Checking 3440 | 43.66 | | 74.22 |
| Check | 06/08/2021 | DM | | M&T Bank | | M&T Checking 3440 | 55.86 | | 130.08 |
| Check | 07/09/2021 | DM | | M&T Bank | | M&T Checking 3440 | 61.34 | | 191.42 |
| Total Bank Service Charges | | | | | | | 191.42 | 0.00 | 191.42 |
| **Bankruptcy Fees** | | | | | | | | | 0.00 |
| Check | 02/01/2021 | 1082 | | US Trustees | | Ballston Spa Checki... | 325.00 | | 325.00 |
| Check | 04/19/2021 | 1035 | | US Trustees | | M&T Checking 3440 | 975.00 | | 1,300.00 |
| Total Bankruptcy Fees | | | | | | | 1,300.00 | 0.00 | 1,300.00 |
| **Business Licenses and Permits** | | | | | | | | | 0.00 |
| Check | 06/02/2021 | 1063 | | Commissions of Finance | Letter of Credit renewal fee to Saratoga | M&T Checking 3440 | 400.00 | | 400.00 |
| Total Business Licenses and Permits | | | | | | | 400.00 | 0.00 | 400.00 |
| **Common Area Expenses** | | | | | | | | | 0.00 |
| **Electricity** | | | | | | | | | 0.00 |
| Check | 02/04/2021 | DM | | National Grid | | Ballston Spa Checki... | 908.48 | | 908.48 |
| Check | 02/04/2021 | DM | | National Grid | | Ballston Spa Checki... | 97.91 | | 1,006.39 |
| Check | 02/04/2021 | DM | | National Grid | | Ballston Spa Checki... | 95.62 | | 1,102.01 |
| Check | 02/04/2021 | DM | | National Grid | | Ballston Spa Checki... | 10.34 | | 1,112.35 |
| Check | 02/04/2021 | DM | | National Grid | | Ballston Spa Checki... | 9.52 | | 1,121.87 |
| Check | 02/19/2021 | 1091 | | National Grid | | Ballston Spa Checki... | 404.33 | | 1,526.20 |
| Check | 02/19/2021 | 1090 | | National Grid | | Ballston Spa Checki... | 263.81 | | 1,790.01 |
| Check | 05/19/2021 | 1046 | | National Grid | nonrefundable electric phase 6&7 | M&T Checking 3440 | 42,854.61 | | 44,644.62 |
| Check | 06/10/2021 | DM | | National Grid | temp electric | M&T Checking 3440 | 264.12 | | 44,908.74 |
| Check | 06/10/2021 | DM | | National Grid | | M&T Checking 3440 | 350.26 | | 45,259.00 |
| Check | 06/10/2021 | DM | | National Grid | | M&T Checking 3440 | 379.30 | | 45,638.30 |
| Total Electricity | | | | | | | 45,638.30 | 0.00 | 45,638.30 |
| **Engineering** | | | | | | | | | 0.00 |
| Check | 02/10/2021 | 1088 | | Boswell Engineering | | Ballston Spa Checki... | 1,250.00 | | 1,250.00 |
| Check | 04/06/2021 | 1016 | | Boswell Engineering | survey | M&T Checking 3440 | 11,813.50 | | 13,063.50 |
| Check | 04/06/2021 | 1015 | | Boswell Engineering | inspections | M&T Checking 3440 | 2,750.00 | | 15,813.50 |
| Check | 05/21/2021 | 1054 | | Boswell Engineering | -MULTIPLE- | M&T Checking 3440 | 2,595.00 | | 18,408.50 |
| Check | 07/13/2021 | 1091 | | Boswell Engineering | SWPPP | M&T Checking 3440 | 3,000.00 | | 21,408.50 |
| Check | 07/13/2021 | 1092 | | Boswell Engineering | Survey | M&T Checking 3440 | 3,157.50 | | 24,566.00 |
| Total Engineering | | | | | | | 24,566.00 | 0.00 | 24,566.00 |
| **Gas** | | | | | | | | | 0.00 |
| Check | 05/19/2021 | 1047 | | National Grid | nonrefundable gas phase 6&7 | M&T Checking 3440 | 25,773.91 | | 25,773.91 |
| Total Gas | | | | | | | 25,773.91 | 0.00 | 25,773.91 |
| **Maintenance** | | | | | | | | | 0.00 |
| Check | 01/11/2021 | DM | | Casella web pay | dumpster | Ballston Spa Checki... | 725.00 | | 725.00 |
| Check | 06/15/2021 | 1070 | | PLP Development | general labor cleanup | M&T Checking 3440 | 1,060.00 | | 1,785.00 |
| Check | 06/23/2021 | DM | | Stone Industries, LLC | general porto johns | M&T Checking 3440 | 246.10 | | 2,031.10 |
| Total Maintenance | | | | | | | 2,031.10 | 0.00 | 2,031.10 |
| **Miscellaneous Allocable Expense** | | | | | | | | | 0.00 |
| Check | 04/14/2021 | DM | | In Precision Concrete | concrete pumping, old debt | M&T Checking 3440 | 1,982.26 | | 1,982.26 |
| Check | 05/24/2021 | DM | | Wolberg Saratoga Springs | Site Lighting | M&T Checking 3440 | 772.42 | | 2,754.68 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/24/2021 | DM | | Stone Industries, LLC | PortoJohns-General contractors | M&T Checking 3440 | 123.05 | | 2,877.73 |
| Check | 05/24/2021 | DM | | Stone Industries, LLC | Portojohns General Contractors | M&T Checking 3440 | 123.05 | | 3,000.78 |
| Check | 06/10/2021 | DM | | Pizza Time Ballston Spa | lunch for framers | M&T Checking 3440 | 124.79 | | 3,125.57 |
| Check | 07/02/2021 | 1099 | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | 1,965.32 | | 5,090.89 |
| Check | 07/08/2021 | DM | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | 166.66 | | 5,257.55 |
| Check | 07/12/2021 | DM | | Allerdice Hardware | unassigned Tom to follow up | M&T Checking 3440 | 25.64 | | 5,283.19 |
| Deposit | 07/16/2021 | DEP | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | | 91.81 | 5,191.38 |
| Check | 07/16/2021 | DM | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | 364.57 | | 5,555.95 |
| Check | 07/16/2021 | DM | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | 271.50 | | 5,827.45 |
| Check | 07/20/2021 | DM | | Allerdice Hardware | unassigned Tom to follow up | M&T Checking 3440 | 109.08 | | 5,936.53 |
| Deposit | 07/21/2021 | DEP | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | | 362.00 | 5,574.53 |
| Check | 07/21/2021 | DM | | Stone Industries, LLC | porta john rentals | M&T Checking 3440 | 246.10 | | 5,820.63 |
| Check | 07/23/2021 | DM | | Allerdice Hardware | unassigned Tom to follow up | M&T Checking 3440 | 96.11 | | 5,916.74 |
| Check | 07/27/2021 | DM | | Curtis Lumber | unassigned Tom to follow up | M&T Checking 3440 | 267.50 | | 6,184.24 |
| Total Miscellaneous Allocable Expense | | | | | | | 6,638.05 | 453.81 | 6,184.24 |
| **Snowplowing** | | | | | | | | | 0.00 |
| Check | 01/08/2021 | 89340 | | Ross Concrete | | Ballston Spa Checki... | 5,000.00 | | 5,000.00 |
| Check | 02/15/2021 | 1093 | | Ross Concrete | | Ballston Spa Checki... | 5,000.00 | | 10,000.00 |
| Check | 03/29/2021 | 1013 | | Ross Concrete | | M&T Checking 3440 | 5,000.00 | | 15,000.00 |
| Total Snowplowing | | | | | | | 15,000.00 | 0.00 | 15,000.00 |
| **Common Area Expenses - Other** | | | | | | | | | 0.00 |
| Total Common Area Expenses - Other | | | | | | | | | 0.00 |
| Total Common Area Expenses | | | | | | | 119,647.36 | 453.81 | 119,193.55 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| Check | 04/07/2021 | 1017 | | Tick & Co Inc. | general liability policy | M&T Checking 3440 | 52,922.70 | | 52,922.70 |
| Total Insurance Expense | | | | | | | 52,922.70 | 0.00 | 52,922.70 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **Management Fees** | | | | | | | | | 0.00 |
| Check | 01/27/2021 | 1083 | | TPK Development | Tom K Fees | Ballston Spa Checki... | 13,700.00 | | 13,700.00 |
| Check | 03/12/2021 | 1004 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 27,400.00 |
| Check | 04/16/2021 | 1031 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 41,100.00 |
| Check | 05/21/2021 | 1055 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 54,800.00 |
| Check | 06/04/2021 | 1065 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 68,500.00 |
| Check | 07/02/2021 | 1100 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 82,200.00 |
| Total Management Fees | | | | | | | 82,200.00 | 0.00 | 82,200.00 |
| **Meals and Entertainment** | | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | | 0.00 |
| **Model Home Expenses** | | | | | | | | | 0.00 |
| Check | 01/24/2021 | 80237 | | Daigle Cleaning | cleaning | Ballston Spa Checki... | 300.00 | | 300.00 |
| Check | 03/29/2021 | DM | | Spectrum cable | internet | M&T Checking 3440 | 245.47 | | 545.47 |
| Check | 04/12/2021 | 1026 | | KJM Landscapes | | M&T Checking 3440 | 599.20 | | 1,144.67 |
| Check | 05/25/2021 | DM | | Spectrum cable | internet 4 pamela | M&T Checking 3440 | 246.47 | | 1,391.14 |

4:18 PM
08/25/21
Cash Basis

# Blitman Saratoga, LLC
## General Ledger
### As of July 31, 2021

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 06/08/2021 | DM | | Daigle Cleaning | cleaning | M&T Checking 3440 | 321.00 | | 1,712.14 |
| Check | 06/10/2021 | DM | | National Grid | temp electric for model home | M&T Checking 3440 | 1,411.60 | | 3,123.74 |
| Check | 07/06/2021 | 1085 | | Alten's Landscaping | landscaping | M&T Checking 3440 | 594.00 | | 3,717.74 |
| Total Model Home Expenses | | | | | | | 3,717.74 | 0.00 | 3,717.74 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Check | 02/01/2021 | 1084 | | Staples | | Ballston Spa Checki... | 617.34 | | 617.34 |
| Check | 03/08/2021 | 1003 | | Staples | | M&T Checking 3440 | 127.58 | | 744.92 |
| Check | 04/09/2021 | DM | | Home Depot | | M&T Checking 3440 | 64.78 | | 809.70 |
| Check | 05/10/2021 | DM | | Staples | | M&T Checking 3440 | 63.10 | | 872.80 |
| Check | 05/10/2021 | DM | | Staples | | M&T Checking 3440 | 18.36 | | 891.16 |
| Check | 07/09/2021 | DM | | Staples | | M&T Checking 3440 | 13.08 | | 904.24 |
| Total Office Supplies | | | | | | | 904.24 | 0.00 | 904.24 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Postage** | | | | | | | | | 0.00 |
| Check | 01/06/2021 | 89341 | | USPS | | Ballston Spa Checki... | 364.00 | | 364.00 |
| Check | 05/27/2021 | DM | | USPS | | M&T Checking 3440 | 15.90 | | 379.90 |
| Check | 07/23/2021 | 1105 | | USPS | | M&T Checking 3440 | 55.00 | | 434.90 |
| Total Postage | | | | | | | 434.90 | 0.00 | 434.90 |
| **Professional Fees** | | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **State Income Tax** | | | | | | | | | 0.00 |
| Check | 03/03/2021 | DM | | NYS PIT Tax Pmt | | M&T Checking 3440 | 1,500.00 | | 1,500.00 |
| Total State Income Tax | | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| **Telephone Expense** | | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Warranty Expenses** | | | | | | | | | 0.00 |
| Check | 07/12/2021 | 1086 | | Sunshine Landscaping | 55 Jane punchlist closing obligation | M&T Checking 3440 | 1,500.00 | | 1,500.00 |
| Total Warranty Expenses | | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| **Unassigned Activity** | | | | | | | | | 0.00 |
| Total Unassigned Activity | | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | **2,223,374.15** | **2,223,374.15** | **0.00** |