UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re: Chapter 11

Blitman Saratoga LLC, Case No. 20-23177 (RDD)

Debtor.
---------------------------------------------------------X

**ORDER GRANTING DEBTOR'S MOTION TO FURTHER EXTEND ITS EXCLUSIVE PLAN FILING AND SOLICITATION PERIODS**

Upon the timely motion, dated June 7, 2021 (ECF #58) (the "Exclusivity Motion") of Blitman Saratoga LLC, debtor and debtor in possession herein (the "Debtor"), seeking entry of an order under 11 U.S.C. § 1121(d)(1) extending (i) the exclusive period during which only the Debtor may file a chapter 11 plan (the "Exclusive Filing Period") and (ii) the exclusive period during which only the Debtor may solicit acceptances of a chapter 11 plan (the "Exclusive Solicitation Period" and with the Exclusive Filing Period, the "Exclusive Periods"), until September 7, 2021 and November 8, 2021 respectively; and the Court having entered a Bridge Order, dated August 31, 2021 (ECF #74) extending the Exclusive Periods pending a hearing on the Motion; and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on September 22, 2021 and all related proceedings; and upon the motion of the Debtor made on the record at the hearing to further extend the Exclusive Periods; and no objection having been raised to such request and no additional notice or a hearing being required under the circumstances; and after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing, the Debtor having established good and sufficient cause for the requested extensions, it is hereby

ORDERED, that pursuant to 11 U.S.C. § 1121(d)(1) the Exclusive Filing Period is extended through and including December 31, 2021 and the Exclusive Solicitation Period is

extended through and including March 1, 2022, without prejudice to the right of any party in interest to seek to shorten or terminate the Exclusive Periods for good cause shown.

Dated: White Plains, New York
October 19, 2021

/s/Robert D. Drain

United States Bankruptcy Judge