M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000001500 FIDS154HG70109302109 01 000000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]3440 | 09/01/21 - 09/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $47,986.29 |
| DEPOSITS & CREDITS | 101,180.45 |
| LESS CHECKS & DEBITS | 82,755.89 |
| LESS SERVICE CHARGES | 47.27 |
| ENDING BALANCE | $66,363.58 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $47,986.29 |
| 09/01/2021 | COUNTER WITHDRAWAL | | $7,169.13 | |
| 09/01/2021 | CHECK NUMBER 1149 | | 5,000.00 | 35,817.16 |
| 09/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 248.24 | |
| 09/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 392.21 | |
| 09/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 207.51 | |
| 09/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,957.13 | |
| 09/02/2021 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,525.00 | |
| 09/02/2021 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,450.00 | |
| 09/02/2021 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,525.00 | |
| 09/02/2021 | CHECK NUMBER 1151 | | 3,324.00 | 25,188.07 |
| 09/03/2021 | DELUXE BUS SYS. BUS PRODS 10405903 | | 89.41 | 25,098.66 |
| 09/09/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 98.20 | |
| 09/09/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 419.15 | |
| 09/09/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 318.80 | |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 47.27 | 24,215.24 |
| 09/10/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 29.11 | |
| 09/10/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 29.11 | |
| 09/10/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 523.85 | |
| 09/10/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 167.34 | |
| 09/10/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 248.94 | 23,216.89 |
| 09/14/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 133.74 | |
| 09/14/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 19.81 | |
| 09/14/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 133.74 | |
| 09/14/2021 | CHECK NUMBER 1409 | | 6,267.50 | 16,662.10 |
| 09/15/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 09/15/2021 | CHECK NUMBER 1404 | | 267.50 | |
| 09/15/2021 | CHECK NUMBER 1407 | | 625.00 | 15,523.50 |
| 09/16/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 2,113.40 | |
| 09/16/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 46.26 | 13,363.84 |
| 09/17/2021 | NATURE S WAY PEST CONT518-745-5958 | | 749.00 | |
| 09/17/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 49.82 | |
| 09/17/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 299.12 | |
| 09/17/2021 | PALLETTE STONE CORPORA518-6649855 | | 1,380.17 | |
| 09/17/2021 | CHECK NUMBER 1405 | | 432.00 | 10,453.73 |

00001500-0806434-Page 1 of 5-DIDS1801211028211486-00001500



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 09/01/21 - 09/30/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/20/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 6.42 | |
| 09/20/2021 | CHECK NUMBER 1410 | | 674.10 | 9,773.21 |
| 09/21/2021 | CURTIS LUMBER QUEENSBU518-7928601 | | 258.12 | |
| 09/21/2021 | CURTIS LUMBER QUEENSBU518-7928601 | | 494.73 | |
| 09/21/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 301.43 | 8,718.93 |
| 09/22/2021 | INCOMING FEDWIRE FUNDS TRANSFER SARATOGA FUNDING LLC | $100,000.00 | | |
| 09/22/2021 | Return-CURTIS LUMBER Q518-7928601 | 494.73 | | |
| 09/22/2021 | Return-CURTIS LUMBER C518-4901323 | 78.09 | | |
| 09/22/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 95.73 | |
| 09/22/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 96.79 | |
| 09/22/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 96.79 | |
| 09/22/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 103.98 | |
| 09/22/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 1,200.44 | 107,698.02 |
| 09/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 68.63 | |
| 09/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 21.92 | |
| 09/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 68.63 | |
| 09/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 34.31 | |
| 09/23/2021 | TWIN BRIDGES WASTE AND518-8070220 | | 384.08 | |
| 09/23/2021 | TWIN BRIDGES WASTE AND518-8070220 | | 688.86 | 106,431.59 |
| 09/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 70.91 | |
| 09/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 111.14 | |
| 09/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 6,000.00 | |
| 09/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 6,919.01 | 93,330.53 |
| 09/27/2021 | Return-ERIE MATERIALS ALBANY | 386.74 | | |
| 09/27/2021 | Return-ERIE MATERIALS ALBANY | 220.89 | | |
| 09/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 212.25 | |
| 09/27/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 212.25 | |
| 09/27/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 3,558.52 | |
| 09/27/2021 | CHECK NUMBER 1412 | | 9,500.00 | 80,455.14 |
| 09/28/2021 | NEW YORK LEAK DETECTIO315-469-4601 | | 900.00 | 79,555.14 |
| 09/30/2021 | BELLEVUE BUILDERS SUPPSCHENECTADY | | 1,349.50 | |
| 09/30/2021 | BELLEVUE BUILDERS SUPPSCHENECTADY | | 1,349.50 | |
| 09/30/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,195.75 | |
| 09/30/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 1,184.68 | |
| 09/30/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 3,558.52 | |
| 09/30/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 1,877.11 | |
| 09/30/2021 | CHECK NUMBER 1411 | | 1,776.50 | |

00001500-0036435-Page 2 of 5-DIDS10012110282211486-00001500



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]3440 | 09/01/21 - 09/30/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/30/2021 | CHECK NUMBER 1413 | | 900.00 | 66,363.58 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 10 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1149 | 09/01/21 | 5,000.00 | 1407* | 09/15/21 | 625.00 | 1411 | 09/30/21 | 1,776.50 |
| 1151* | 09/02/21 | 3,324.00 | 1409* | 09/14/21 | 6,267.50 | 1412 | 09/27/21 | 9,500.00 |
| 1404* | 09/15/21 | 267.50 | 1410 | 09/20/21 | 674.10 | 1413 | 09/30/21 | 900.00 |
| 1405 | 09/17/21 | 432.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 10
AMOUNT OF CHECKS PAID $28,766.60

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

00001500-0006436-Page 3 of 6-DIDS10012110282211486-00001500

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 4 OF 6 |

00001500-0005437-Page 4 of 5-DIDS1001211028211486-00001500

ACCOUNT NUMBER
[redacted] 3440

UNIVERSAL WITHDRAWAL

CUSTOMER NAME Blitman Saratoga LLC

DATE

CUSTOMER ADDRESS

$ 7169.13

RECEIVED seven thousand one hundred sixty nine and 13/100

M&T Bank

INTERNAL USE ONLY
PASSBOOK MUST BE PRESENTED WITH THIS SLIP

SIGNATURE

⑆5441⑈96051⑆ 65

ISN# 205701196796
Date 9/1/2021
WorkType 25 Batch#: 2

Check #65 Paid :09/01/2021 $7169.13

Check #65 Paid :09/01/2021 $7169.13

BLITMAN SARATOGA LLC
P.O. BOX 1606
GUILDERLAND, NY 12084

1149

DATE 8/27/21

PAY TO THE ORDER OF Appolo $ 5,000 xx

five thousand xx/100 DOLLARS

M&T Bank

FOR 47 Jane St - Basement - #2

⑈001149⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1149 Paid :09/01/2021 $5000.00

Check #1149 Paid :09/01/2021 $5000.00

FOR DEPOSIT ONLY

Blitman Saratoga LLC

THOMAS P KEANEY
182 CHRISTOPHER LN
ALTAMONT, NY 12009

1151

DATE 9/1/21

PAY TO THE ORDER OF Empire State Stone $ 3324 00

three thousand three hundred twenty four 00/100 DOLLARS

M&T Bank

FOR 49 Jane - Granite - 2 1/2

⑈001151⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1151 Paid :09/02/2021 $3324.00

Check #1151 Paid :09/02/2021 $3324.00

PAY TO THE ORDER OF BERKSHIRE BANK FOR DEPOSIT ONLY EMPIRE STONE INC.

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1404

DATE 9/5/21

PAY TO THE ORDER OF Daigle Cleaning Systems $ 267.50

Two hundred sixty seven + 50/100 DOLLARS

M&T Bank

FOR Model Open House clean

⑈001404⑈ ⑆022000046⑆ [redacted]3440⑈

FOR MOBILE DEPOSIT ONLY

CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

Check #1404 Paid :09/15/2021 $267.50

Check #1404 Paid :09/15/2021 $267.50

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 5 OF 6 |

00001500-0006437-Page 4 of 5-DIDS1001211028211486-00001500

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1405

DATE Sept 5, 2021

PAY TO THE ORDER OF Asteris Landscaping LLC $ 432.00

Four hundred thirty two 00/100 DOLLARS

M&T Bank

FOR Mobile Home Site weed whack

⑈001405⑈ ⑆022000046⑆ 9879843440⑈

Back: Community Bank, NA [redacted]

Check #1405 Paid :09/17/2021 $432.00

Check #1405 Paid :09/17/2021 $432.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1407

DATE 9/5/21

PAY TO THE ORDER OF Bridefeld & Associates $ 625.00

Six hundred twenty five 00/100 DOLLARS

M&T Bank

FOR Accounting

⑈001407⑈ ⑆022000046⑆ 9879843440⑈

Back: PAY TO THE ORDER OF BANK OF AMERICA FOR DEPOSIT ONLY BRIDEFELD & ASSOCIATES [redacted]

Check #1407 Paid :09/15/2021 $625.00

Check #1407 Paid :09/15/2021 $625.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1409

DATE 9/10/21

PAY TO THE ORDER OF Sheft Electric $ 6267.50

six thousand two hundred sixty seven 50/100 DOLLARS

M&T Bank

FOR 49 Jane - Final Elec

⑈001409⑈ ⑆022000046⑆ 9879843440⑈

Back: [redacted]

Check #1409 Paid :09/14/2021 $6267.50

Check #1409 Paid :09/14/2021 $6267.50

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1410

DATE 9/17/21

PAY TO THE ORDER OF Titan Fiberglass $ 674.10

six hundred seventy four 10/100 DOLLARS

M&T Bank

FOR 57 Jane St

⑈001410⑈ ⑆022000046⑆ 9879843440⑈

Back: Titan Fiberglass for deposit only [redacted]

Check #1410 Paid :09/20/2021 $674.10

Check #1410 Paid :09/20/2021 $674.10

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 6 |

00001500-0006438-Page 5 of 5-DIDS1001211028211486-00001500



1411
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 9/17/21
PAY TO THE ORDER OF Emery Job $1776.50
one thousand seven hundred seventy six DOLLARS
M&T Bank
FOR Week of Sept 11th 18th
001411 022000046 [redacted]3440



Check #1411 Paid :09/30/2021 $1776.50 Check #1411 Paid :09/30/2021 $1776.50



1412
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 9/23/21
PAY TO THE ORDER OF Lucarelli Sand & Gravel $9500.00
nine thousand five hundred xx/100 DOLLARS
M&T Bank
FOR [illegible] Grid Site Work 6/7
001412 022000046 [redacted]3440



Check #1412 Paid :09/27/2021 $9500.00 Check #1412 Paid :09/27/2021 $9500.00



1413
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 9/29/21
PAY TO THE ORDER OF Emery Job $900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR Week ending 9/25
001413 022000046 [redacted]3440



Check #1413 Paid :09/30/2021 $900.00 Check #1413 Paid :09/30/2021 $900.00