UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                          Chapter 11

Blitman Saratoga LLC,                                                Case No. 20-23177 (RDD)

                              Debtor.
----------------------------------------------------------x

## DECLARATION IN SUPPORT OF NOTICE OF FEE RATE CHANGE

J. Ted Donovan declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.   I am an associate with the firm of Goldberg Weprin Finkel Goldstein LLP (the "Firm"), bankruptcy counsel to Blitman Saratoga LLC (the "Debtor").  I respectfully submit this Declaration in support of my Firm's increase in its hourly rates for professional services, which will be effective November 5, 2021 in the absence of any objection.

2.   The Firm's billing rates for bankruptcy matters are being increased from $575 per hour to $685 per hour for partner time, and from between $275.00 to $425.00 to between $275 to $500.00 for associate time.  The hourly rate for paralegal services will remain as between $85 to $120 per hour.

3.   The new hourly rates are the same as fees charged by the Firm for non-bankruptcy matters, and are consistent with other firms regularly practicing before the Bankruptcy Courts for the Eastern and Southern District of New York.

Dated: New York, NY
           October 29, 2021                                    /s/ J. Ted Donovan

                                                                          Goldberg Weprin Finkel Goldstein LLP
                                                                          1501 Broadway, 22nd Floor
                                                                          New York, NY 10036
                                                                          (212) 221-5700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No. 20-23177 (RDD)

                    Debtor.
------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Kerri Cambria, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On October 29, 2021, I caused to be served the annexed Notice of Declaration in Support of Notice of Fee Rate Change on the Debtor and the Office of the United States Trustee by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities at the addresses set forth below to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

| | |
|---|---|
| Blitman Saratoga LLC<br>c/o Thomas P. Keaney<br>222 Bloomingdale Road<br>Suite 404<br>White Plains, NY 10605 | Greg M. Zipes<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |

Dated: New York, New York
       November 1, 2021

/s/ Kerri Cambria