Hearing Date and Time:

December 1, 2021 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BLITMAN SARATOGA LLC,<br><br>Debtor. | Chapter 11<br>Case No. 20-23177 (RDD) |

**AFFIRMATION IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION TO SIMULTANEOUSLY PURCHASE THE UNDERLYING LAND AND SELL THE MODEL HOME FREE AND CLEAR OF ALL CLAIMS, LIENS AND INTERESTS**

**FRANCIS J. BRENNAN, ESQ.**, an attorney admitted to practice law in the State of New York and the United States District Court for the Southern District of New York affirms under penalty of perjury as follows in Response to the Debtor's Motion for Authorization to Simultaneously Purchase the Underlying Land and Sell the Model Home Free and Clear of All Claims, Liens and Interests (the "Motion") and respectfully submits the following:

1. I am a partner in the law firm of Nolan Heller Kauffman, LLP ("NHK") and am counsel to the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 case of Blitman Saratoga LLC ("Debtor").

2. The Motion requests an order from the Court (i) authorizing the Debtor to purchase the parcel of real property owned by Scott Varley ("Mr. Varley") on which the model home for the Debtor's development was constructed; and (ii) approving the Debtor's sale of the real property and improvements consisting of the model home (collectively, the "Property") to Robert and Naomi McGehee ("Purchasers"). The terms of the sale provide for a purchase price from Purchasers in the amount of $725,000.00, from which Mr. Varley will receive the sum of

$145,000.00 as consideration for the sale of the real property, closing costs of $15,000.00 will be paid and the Debtor will receive the balance of approximately $565,000.00 (the "Net Proceeds").

3. The Debtor proposes that the Net Proceeds will be used to fund work on other properties under construction in the Debtor's development and notes that the DIP lender has agreed to this use of proceeds.

4. While the Committee supports the sale of the Property, particularly because the Net Proceeds of the sale will be available to fund labor and materials for work at other properties that will hopefully result in further sales and funds for the estate, the Committee respectfully requests that the Debtor disclose the specific disbursements for estimated closing costs of $15,000.00 and projections for the use of the Net Proceeds.

5. In particular, the Committee requests that the Debtor update the schedule of properties, including the status of construction, percentage of completion and estimated time and cost to complete. In addition, the Committee requests that the Debtor provide an allocation of the Net Proceeds for labor and materials necessary to complete each of the remaining properties so that the Committee and creditors can evaluate whether completing the construction of the remaining properties will be beneficial to the estate and, in particular, yield a dividend to general unsecured creditors.

**WHEREFORE**, it is respectfully requested that the Court condition approval of the Motion on the Debtor providing the requested information regarding the closing disbursements and use of the Net Proceeds for labor and materials in construction of the Debtor's remaining properties, and grant such other and further relief as this Court may deem just and proper.

Dated: November 16, 2021
Albany, New York

**NOLAN HELLER KAUFFMAN LLP**
*Attorneys for Counsel for the Official Committee of Unsecured Creditors*

By: ______________________

Francis J. Brennan, Esq,
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300
fbrennan@nhkllp.com