FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000001451 FIDS154HG70110292110 01 000000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]440 | 10/01/21 - 10/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $66,363.58 |
| DEPOSITS & CREDITS | 30,355.99 |
| LESS CHECKS & DEBITS | 92,428.42 |
| LESS SERVICE CHARGES | 57.25 |
| ENDING BALANCE | $4,233.90 |

00001451-0005160-Page 1 of 6-DIDS10302108585254346-00001451

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $66,363.58 |
| 10/01/2021 | Return-CURTIS LUMBER C518-4901323 | $130.61 | | |
| 10/01/2021 | CHECK NUMBER 1132 | | $140.00 | 66,354.19 |
| 10/04/2021 | Return-ERIE MATERIALS ALBANY | 96.30 | | |
| 10/04/2021 | CHECK NUMBER 1416 | | 625.00 | |
| 10/04/2021 | CHECK NUMBER 1418 | | 122.97 | 65,702.52 |
| 10/05/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 299.12 | |
| 10/05/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 179.70 | |
| 10/05/2021 | CHECK NUMBER 1408 | | 127.96 | |
| 10/05/2021 | CHECK NUMBER 1415 | | 4,290.00 | |
| 10/05/2021 | CHECK NUMBER 1431 | | 13,700.00 | 47,105.74 |
| 10/06/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 132.64 | |
| 10/06/2021 | CHECK NUMBER 1427 | | 2,970.00 | |
| 10/06/2021 | CHECK NUMBER 1428 | | 8,150.00 | |
| 10/06/2021 | CHECK NUMBER 1429 | | 1,487.50 | |
| 10/06/2021 | CHECK NUMBER 1430 | | 2,295.00 | |
| 10/06/2021 | CHECK NUMBER 1432 | | 6,100.00 | 25,970.60 |
| 10/07/2021 | CHECK NUMBER 1417 | | 3,000.00 | |
| 10/07/2021 | CHECK NUMBER 1433 | | 1,580.13 | 21,390.47 |
| 10/08/2021 | CHECK NUMBER 1419 | | 138.57 | |
| 10/08/2021 | CHECK NUMBER 1420 | | 92.63 | |
| 10/08/2021 | CHECK NUMBER 1421 | | 417.96 | |
| 10/08/2021 | CHECK NUMBER 1423 | | 6,470.50 | |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 57.25 | 14,213.56 |
| 10/12/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 32.36 | |
| 10/12/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 800.00 | |
| 10/12/2021 | CHECK NUMBER 1425 | | 197.75 | |
| 10/12/2021 | CHECK NUMBER 1434 | | 540.00 | |
| 10/12/2021 | CHECK NUMBER 1435 | | 923.39 | 11,720.06 |
| 10/13/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 509.32 | |
| 10/13/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | 10,964.64 |
| 10/14/2021 | CHECK NUMBER 1422 | | 1,200.00 | 9,764.64 |
| 10/15/2021 | DEPOSIT | 30,000.00 | | |
| 10/15/2021 | CURTIS LUMBER COMPANY 518-4901323 | 65.74 | | |
| 10/15/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 136.82 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]8440 | 10/01/21 - 10/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

00001451-0005161-Page 2 of 6-DIDS10302108582543446-00001451

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/15/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 507.59 | |
| 10/15/2021 | CHECK NUMBER 1414 | | 130.00 | |
| 10/15/2021 | CHECK NUMBER 1424 | | 270.00 | 38,785.97 |
| 10/19/2021 | CURTIS LUMBER COMPANY 518-4901323 | 63.34 | | 38,849.31 |
| 10/20/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 86.98 | |
| 10/20/2021 | CHECK NUMBER 1436 | | 12,000.00 | 26,762.33 |
| 10/21/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 60.97 | |
| 10/21/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 30.42 | 26,670.94 |
| 10/22/2021 | CHECK NUMBER 1403 | | 199.66 | 26,471.28 |
| 10/25/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 90.92 | |
| 10/25/2021 | CHECK NUMBER 1437 | | 2,951.46 | 23,428.90 |
| 10/26/2021 | CHECK NUMBER 1406 | | 2,990.00 | |
| 10/26/2021 | CHECK NUMBER 1438 | | 3,490.00 | |
| 10/26/2021 | CHECK NUMBER 1439 | | 4,000.00 | 12,948.90 |
| 10/28/2021 | CHECK NUMBER 1440 | | 7,115.00 | |
| 10/28/2021 | CHECK NUMBER 1441 | | 800.00 | |
| 10/28/2021 | CHECK NUMBER 1442 | | 800.00 | 4,233.90 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 32 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1132 | 10/01/21 | 140.00 | 1421 | 10/08/21 | 417.96 | 1433 | 10/07/21 | 1,580.13 |
| 1403* | 10/22/21 | 199.66 | 1422 | 10/14/21 | 1,200.00 | 1434 | 10/12/21 | 540.00 |
| 1406* | 10/26/21 | 2,990.00 | 1423 | 10/08/21 | 6,470.50 | 1435 | 10/12/21 | 923.39 |
| 1408* | 10/05/21 | 127.96 | 1424 | 10/15/21 | 270.00 | 1436 | 10/20/21 | 12,000.00 |
| 1414* | 10/15/21 | 130.00 | 1425 | 10/12/21 | 197.75 | 1437 | 10/25/21 | 2,951.46 |
| 1415 | 10/05/21 | 4,290.00 | 1427* | 10/06/21 | 2,970.00 | 1438 | 10/26/21 | 3,490.00 |
| 1416 | 10/04/21 | 625.00 | 1428 | 10/06/21 | 8,150.00 | 1439 | 10/26/21 | 4,000.00 |
| 1417 | 10/07/21 | 3,000.00 | 1429 | 10/06/21 | 1,487.50 | 1440 | 10/28/21 | 7,115.00 |
| 1418 | 10/04/21 | 122.97 | 1430 | 10/06/21 | 2,295.00 | 1441 | 10/28/21 | 800.00 |
| 1419 | 10/08/21 | 138.57 | 1431 | 10/05/21 | 13,700.00 | 1442 | 10/28/21 | 800.00 |
| 1420 | 10/08/21 | 92.63 | 1432 | 10/06/21 | 6,100.00 | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 32

AMOUNT OF CHECKS PAID $89,315.48

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 3 OF 10 |

00001451-0006162-Page 3 of 6-DIDS1030210858254346-00001451

BLITMAN SARATOGA LLC
P.O. BOX 1505
GUILDERLAND, NY 12084

1132

DATE Aug 18, 2021 10-4/220

PAY TO THE ORDER OF Jack Sena $ 140.00

One hundred forty & 00/100 DOLLARS

M&T Bank

FOR Day labor onsite

[redacted]

093021 4977000185063 >021300912< TCB

| Check #1132 | Paid :10/01/2021 | $140.00 | Check #1132 | Paid :10/01/2021 | $140.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1509
GUILDERLAND, NY 12084

1403

DATE 9/5/21 10-4/220

PAY TO THE ORDER OF National Grid $ 199.66

One hundred ninety nine + 66/100 DOLLARS

M&T Bank

FOR 28204-14026

[redacted]

001026 254 102221 1351
282041402 PIT
777149642/371416
102221 244155 254 512 Dyn 0

| Check #1403 | Paid :10/22/2021 | $199.66 | Check #1403 | Paid :10/22/2021 | $199.66 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1509
GUILDERLAND, NY 12084

1406

DATE Sept 5, 2021 10-4/220

PAY TO THE ORDER OF Boswell Engineering $ 2990.00

Twenty nine hundred ninety + 00/100 DOLLARS

M&T Bank 2630 —

FOR Phase VI/VII #154622
Balance 152711 $360 —

[redacted]

PAY TO THE ORDER OF
CATSKILL HUDSON BANK
MALTA, NY
FOR DEPOSIT ONLY
BOSWELL ENGINEERING

| Check #1406 | Paid :10/26/2021 | $2990.00 | Check #1406 | Paid :10/26/2021 | $2990.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1509
GUILDERLAND, NY 12084

1408

DATE 9/5/21 10-4/220

PAY TO THE ORDER OF Spectrum $ 127.96

One hundred twenty seven 96/100 — DOLLARS

M&T Bank

FOR

[redacted]

>FOR DEPOSIT ONLY
J.P.Morgan Bank N.A.
Charter969
071999702

| Check #1408 | Paid :10/05/2021 | $127.96 | Check #1408 | Paid :10/05/2021 | $127.96 |
|---|---|---|---|---|---|

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 4 OF 10 |

00001451-0006182-Page 3 of 6-DIDS1030210858254346-00001451

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1414

DATE 10/1/21

PAY TO THE ORDER OF Commissioner of Finance $ 130.00

one hundred and thirty xx/100 DOLLARS

M&T Bank

FOR 49 Jane P

[redacted] [redacted]

Check #1414 Paid :10/15/2021 $130.00

Check #1414 Paid :10/15/2021 $130.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1415

DATE Sept 25, 2021

PAY TO THE ORDER OF Crete Works LLC $ 4290.00/100

Forty two hundred ninety + 00/100 DOLLARS

M&T Bank 49 Jane

FOR Masonry Invoice 1012

[redacted] [redacted]

CAP COM FCU
(Albany, NY)
4 Winners Circle
10/04/21-07:19:12
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

For mobile Deposit

Check #1415 Paid :10/05/2021 $4290.00

Check #1415 Paid :10/05/2021 $4290.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1416

DATE Sept 28 2021

PAY TO THE ORDER OF Bredefeld + Associates $ 625

Six hundred Twenty five + 00/100 DOLLARS

M&T Bank

FOR CPA

[redacted] [redacted]

PAY TO THE ORDER OF
BANK OF AMERICA
MALIBU CA
FOR DEPOSIT ONLY
BREDEFELD & ASSOCIATES, P.C.

Check #1416 Paid :10/04/2021 $625.00

Check #1416 Paid :10/04/2021 $625.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

BEAVPDN-Q1

1417

DATE Sept 28, 2021

PAY TO THE ORDER OF Gallagher Risk Mgmt. $ 3000 00/100

Three thousand + 00/100 NO MAT DOLLARS

M&T Bank

FOR Lots 19, 67, 68, 77, 78 PER ENV

[redacted] [redacted] /0000300000/

JPMORGANCHASE BK NA CR TO NMD PAYEE ALL RTS RSVD

Check #1417 Paid :10/07/2021 $3000.00

Check #1417 Paid :10/07/2021 $3000.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 5 OF 10 |

00001451-0006153-Page 4 of 6-DIDS1030210858254346-00001451

1418
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 9/29/21
PAY TO THE ORDER OF Spectrum Business $ 122.97
One Hundred Twenty Two + 97/100 DOLLARS
M&T Bank
FOR Office 4Parmele
[redacted]

>FOR DEPOSIT ONLY
J.P.Morgan Bank N.A.

Check #1418 Paid :10/04/2021 $122.97

Check #1418 Paid :10/04/2021 $122.97

1419
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 9/29/21
PAY TO THE ORDER OF National Grid $ 138.57
One hundred thirty eight + 57/100 DOLLARS
M&T Bank
FOR 30 Parmele St 760 12
[redacted]

001100 231 100821 1351
070017501 P/T
777149642/371416
100821 221640 231 462 Dyn 0

Check #1419 Paid :10/08/2021 $138.57

Check #1419 Paid :10/08/2021 $138.57

1420
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 9/29/21
PAY TO THE ORDER OF National Grid $ 92.63
Ninety two + 63/100 DOLLARS
M&T Bank
FOR 98 Geyser St Lh (12010)
[redacted]

001100 230 100821 1351
498031201 P/T
777149642/371416
100821 221640 230 460 Dyn 0

Check #1420 Paid :10/08/2021 $92.63

Check #1420 Paid :10/08/2021 $92.63

1421
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 9/29/21
PAY TO THE ORDER OF National Grid $ 417.96
Four hundred seventeen + 96/100 DOLLARS
M&T Bank
FOR 4 Parmele Lot 29 14026
[redacted]

001100 229 100821 1351
282041402 P/T
777149642/371416
100821 221640 229 458 Dyn 0

Check #1421 Paid :10/08/2021 $417.96

Check #1421 Paid :10/08/2021 $417.96

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 10 |

00001451-0006163-Page 4 of 6-DIDS1030210858254346-00001451

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1422

DATE Sept 30, 2021

PAY TO THE ORDER OF TML Irrigation Services $ 1200.00

Twelve hundred and 00/100 DOLLARS

M&T Bank

FOR 12 weeks 49 Jane St

[redacted]

Check #1422 Paid :10/14/2021 $1200.00

Check #1422 Paid :10/14/2021 $1200.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1423

DATE Oct 6, 2021

PAY TO THE ORDER OF Bredefeld and Associates PC $ 6470.50/100

Sixty four hundred seventy and 50/100 DOLLARS

M&T Bank

FOR 2020 Taxes

[redacted]

Check #1423 Paid :10/08/2021 $6470.50

PAY TO THE ORDER OF BANK OF AMERICA MALIBU, CA 90265-4864 FOR DEPOSIT ONLY BREDEFELD & ASSOCIATES, P.C.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check #1423 Paid :10/08/2021 $6470.50

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1424

DATE Oct 5, 2021

PAY TO THE ORDER OF Alveris Landscaping $ 270.00

Two hundred seventy and 00/100 DOLLARS

M&T Bank

FOR Model - 4 Pamela Lawn Invoice 5196

[redacted]

Check #1424 Paid :10/15/2021 $270.00

>021307559< 20211013
Community Bank, NA
Drawer#/Transit: 36114/0017
RIN: 705524090000048

<0921307559>36114 47 10/13/21

Check #1424 Paid :10/15/2021 $270.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1425

DATE Oct 6, 2021

PAY TO THE ORDER OF National Grid $ 197.75/100

One hundred ninety seven & 75/100 DOLLARS

M&T Bank

FOR

[redacted]

Check #1425 Paid :10/12/2021 $197.75

001159 257 101221 1351
244017102 PIT
777149842/371416
101221 210815 257 514

Check #1425 Paid :10/12/2021 $197.75

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 7 OF 10 |

00001451-0006164-Page 5 of 6-DIDS1030210858254346-00001451

1427
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 10/4/21
PAY TO THE ORDER OF Ritmo Construction $2970.00
Two thousand nine hundred seventy 00/100 DOLLARS
M&T Bank
FOR 59 Jane St - Trim
[redacted] [redacted]

Check #1427 Paid :10/06/2021 $2970.00

Endorsement: Ritmo Construction 685726 TCA

Check #1427 Paid :10/06/2021 $2970.00

1428
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 10/4/21
PAY TO THE ORDER OF Ritmo Construction $8150.00
eight thousand one hundred fifty 00/100 DOLLARS
M&T Bank
FOR 57 Jane Doors + Kitchen
[redacted] [redacted]

Check #1428 Paid :10/06/2021 $8150.00

Endorsement: Ritmo Construction 685726 TCA

Check #1428 Paid :10/06/2021 $8150.00

1429
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 10/4/21
PAY TO THE ORDER OF Ritmo Construction $1487.50
one thousand four hundred eighty seven 50/100 DOLLARS
M&T Bank
FOR 47 Jane
[redacted] [redacted]

Check #1429 Paid :10/06/2021 $1487.50

Endorsement: Ritmo Construction 685726

Check #1429 Paid :10/06/2021 $1487.50

1430
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
DATE 10/4/21
PAY TO THE ORDER OF Ritmo Construction $2295.00
two thousand two hundred ninety five 00/100 DOLLARS
M&T Bank
FOR 49 Jane - Trim Labor
[redacted] [redacted]

Check #1430 Paid :10/06/2021 $2295.00

Endorsement: Ritmo Construction 685726 TCA

Check #1430 Paid :10/06/2021 $2295.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 8 OF 10 |

00001451-0006164-Page 5 of 6-DIDS1030210858254346-00001451







Check #1431 Paid :10/05/2021 $13700.00

Check #1431 Paid :10/05/2021 $13700.00







Check #1432 Paid :10/06/2021 $6100.00

Check #1432 Paid :10/06/2021 $6100.00







Check #1433 Paid :10/07/2021 $1580.13

Check #1433 Paid :10/07/2021 $1580.13






Check #1434 Paid :10/12/2021 $540.00

Check #1434 Paid :10/12/2021 $540.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 9 OF 10 |

00001451-0006165-Page 6 of 6-DIDS1030210858254346-00001451

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1435

DATE 10/8/21

PAY TO THE ORDER OF Every Job $923.39

nine hundred twenty three 39/100 DOLLARS

M&T Bank

FOR Week ending 10/7/21

[redacted] [redacted]

0681394834

Check #1435 Paid :10/12/2021 $923.39

Check #1435 Paid :10/12/2021 $923.39

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1436

DATE 10/15/21

PAY TO THE ORDER OF Floor Source $12,000

twelve thousand xx/100 DOLLARS

M&T Bank

FOR 47 Jane 1st Pay

[redacted] [redacted]

PAY TO THE ORDER OF
KEYBANK NATIONAL ASSOCIATION
021300077
FOR DEPOSIT ONLY
FLOOR SOURCE INC

Check #1436 Paid :10/20/2021 $12000.00

Check #1436 Paid :10/20/2021 $12000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1437

DATE 10/20/21

PAY TO THE ORDER OF Granite and Marble Works $2951.46

two thousand nine hundred fifty one 46/100 DOLLARS

M&T Bank

FOR 47 Jane 87

[redacted] [redacted]

PAY TO THE ORDER OF
THE ADIRONDACK TRUST CO
FOR DEPOSIT ONLY
GRANITE & MARBLE WORKS

Check #1437 Paid :10/25/2021 $2951.46

Check #1437 Paid :10/25/2021 $2951.46

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1438

DATE 10/20/21

PAY TO THE ORDER OF Sheft Electric $3490.00

three thousand four hundred ninety DOLLARS

M&T Bank

FOR 59 Jane - Electric

[redacted] [redacted]

Check #1438 Paid :10/26/2021 $3490.00

Check #1438 Paid :10/26/2021 $3490.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 10 OF 10 |

00001451-0006165-Page 6 of 6-DIDS1030210858254346-00001451

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1439

DATE 10/22/21

PAY TO THE ORDER OF Sunshine Landscaping $ 4,000.00

Four thousand 00/100 DOLLARS

M&T Bank

FOR SOD For 49 Jane

[redacted] [redacted]

Credit To The Account Of The Within Named Payee Absence Of Endorsement Guarantee The Bank of Greene County Catskill, NY 10-23-2021 >221370467<

Check #1439 Paid :10/26/2021 $4000.00

Check #1439 Paid :10/26/2021 $4000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1440

DATE 10/27/21

PAY TO THE ORDER OF Northway Tile $ 7115.00

seven thousand one hundred fifteen 00/100 DOLLARS

M&T Bank

FOR 57 Jane

[redacted] [redacted]

Northway Tile LLC for mobile deposit 0200 241 364

BSND (Ballston Spa, NY) 10/27/21-11:37:44 PT CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

Check #1440 Paid :10/28/2021 $7115.00

Check #1440 Paid :10/28/2021 $7115.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1441

DATE 10/27/21

PAY TO THE ORDER OF Northway Tile $ 800.00

eight hundred 00/100 DOLLARS

M&T Bank

FOR 49 Jane St

[redacted] [redacted]

Northway Tile LLC for mobile deposit 0200 241 364

BSND (Ballston Spa, NY) 10/27/21-11:38:31 PT CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

Check #1441 Paid :10/28/2021 $800.00

Check #1441 Paid :10/28/2021 $800.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1442

DATE 10/27/21

PAY TO THE ORDER OF Northway Tile $800.00

eight hundred 00/100 DOLLARS

M&T Bank

FOR 59 Jane St

[redacted] [redacted]

Northway Tile LLC for mobile deposit 0200 241 364

BSND (Ballston Spa, NY) 10/27/21-11:39:37 PT CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

Check #1442 Paid :10/28/2021 $800.00

Check #1442 Paid :10/28/2021 $800.00