UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Blitman Saratoga LLC, | Case No. 20-23177 (RDD) |
| Debtor. | |

----------------------------------------------------------- X

**CERTIFICATION OF NO OBJECTION TO MOTION TO APPROVE DEBTOR'S STIPULATION OF SETTLEMENT WITH THE COLONES**

J. Ted Donovan certifies the following under penalties of perjury:

1. I am an associate with the law firm of Goldberg Weprin Finkel Goldstein LLP, counsel to Blitman Saratoga LLC (the ñDebtorò).

2. On October 27, 2021, the Debtor filed a motion (the ñMotionò) (ECF No. 84) seeking an order pursuant to Bankruptcy Rule 9019(a) approving a certain settlement reached with Frank G. Colone and Margaret E. Colone (the ñColonesò), together with a notice of hearing on December 1, 2021. The Motion was promptly served on all creditors and parties in interest as evidenced by the affidavit of service filed on the docket as ECF No. 86.

3. The deadline for objections to the Motion was November 24, 2021. More than forty eight hours has passed since the deadline and no objections have been filed.

4. Accordingly, the Debtor respectfully prays for the entry of an Order granting the Motion without hearing.

Dated: New York, New York
November 29, 2021

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Debtor
1501 Broadway - 22nd Floor
New York, New York 10036
(212) 221-5700

By: /s/ J. Ted Donovan