UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: Chapter 11

Blitman Saratoga LLC, Case No. 20-23177 (RDD)

Debtor.
----------------------------------------------------------- X

**ORDER APPROVING DEBTOR'S STIPULATION OF SETTLEMENT WITH THE COLONES**

Upon the motion, dated October 27, 2021 (ECF No. 84) (the "Motion") of Blitman Saratoga LLC, the debtor and debtor in possession herein (the "Debtor") seeking an order under Bankruptcy Rule 9019(a) approving a certain settlement reached with Frank G. Colone and Margaret E. Colone (the "Colones") providing for the modification of the prepetition sale contract relating to the sale of the Debtor's real property located at 59 Jane Street, Saratoga Springs, NY to the Colones as memorialized by the Stipulation of Settlement attached as Exhibit A to the Motion (the "Colones Settlement"); and good and sufficient notice of the Motion and the opportunity for a hearing thereon having been given; and upon the Certification of No Objection, dated November 29, 2021, there being no objections to the Motion; and no additional notice or a hearing being required; and, after due deliberation, the Court having determined that the Colones Settlement reflects an arms-length exercise of the Debtor's good business judgment, is fair and reasonable, and is in the best interests of the Debtor's estate and creditors when compared to the risks, costs, and delay of litigation of the claims at issue; and good and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted, the Colones Settlement is approved, and the

parties thereto are authorized to perform it according to its terms.

Dated: White Plains, New York
November 30, 2021

/s/Robert D. Drain
United States Bankruptcy Judge