UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re: Chapter 11

Blitman Saratoga LLC, Case No. 20-23177 (RDD)

Debtor.

----------------------------------------------------------x

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO SIMULTANEOUSLY PURCHASE THE UNDERLYING LAND AND SELL THE MODEL HOME FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS**

Upon the motion (ECF No. 87) (the "Motion")[1] of Blitman Saratoga LLC, the debtor and debtor in possession herein (the "Debtor") for an order approving the purchase of the underlying land at 4 Pamela Court, Saratoga Springs, NY for the sum of $145,000 from Scott Varley ("Varley") and the simultaneous sale of the model home (Lot 29) situated thereon (the "Model Home") to Robert and Naomi McGehee (the "McGehees") for the sum of $725,000, pursuant to the sale agreements annexed to the Motion as Exhibits "A" and "B", respectively (each a "Sale Agreement"), with the sale to the McGehees to be free and clear of all liens, claims, interests, and encumbrances of whatever kind or nature except as expressly set forth in the Sale Agreement therefor ("Liens and Claims"), pursuant to 11 U.S.C. §§ 363(b) and (f); and good and sufficient notice of the Motion having been given; and upon the Affirmation in Support of the Motion filed by the Official Committee of Unsecured Creditors (ECF No. 88); and a hearing having been held on the Motion on December 1, 2021; and upon the record of, and representations made at the hearing; and the limited objection of the Creditors Committee having been resolved as set forth on the record of the hearing and herein; and, after due deliberation, the Court having determined that the proposed transactions are a proper exercise of the Debtor's business judgment,

negotiated at arms-length, and in good faith and are fair and in the best interests of the Debtor's estate; and the Court having further determined that the Debtor has satisfied one or more of the grounds for the sale under the McGehees' Sale Agreement to be free and clear of Liens and Claims under 11 U.S.C. § 363(f); and good and sufficient cause appearing, it is hereby

**ORDERED,** that the Motion is granted; and it is further

**ORDERED**, that the Debtor is authorized to purchase the land improved by the Model Home from Varley for the sum of $145,000 under the terms of the Varley Sale Agreement and this Order, and the Debtor is further authorized and directed to use the proceeds of the sale transaction with the McGehees to pay the purchase price of $145,000 to Varley based upon simultaneous closings of the Varley and McGehee Sale Agreements; and it is further

**ORDERED**, that the Debtor is authorized to sell the Model Home to the McGehees for the sum of $725,000 in accordance with the McGehee Sale Agreement and this Order, and pay all obligations required thereunder as provided below; and it is further

**ORDERED**, that the sale of the Model Home to the McGehees shall be free and clear of all Liens and Claims pursuant to 11 U.S.C. §§ 363(b) and (f); and it is further

**ORDERED**, that the Debtor is authorized to pay all reasonable closing costs and expenses, as well as the broker commission owed to Christopher Conte/CBPP in the regular course of business at the closings; and it is further

**ORDERED,** that the Debtor is authorized to deposit the balance of the sale proceeds into the Debtor's DIP account to be used to pay construction costs for the remaining houses being constructed by the Debtor; and it is further

**ORDERED**, that the Debtor shall provide counsel for the Creditors' Committee with a copy of the proposed closing statement relating to the McGehee transaction in advance of the

---

[1] All terms defined in the Motion shall have the same meanings for purposes of this Order.

closing, itemizing the closing costs and expenses, as well as a record of the actual closing statement promptly after the closings; and it is further

**ORDERED**, that any broker's commission claimed by Michelle DeCoteau/KWCD is subject to Bankruptcy Court approval after the filing of an application on notice to all creditors and other parties-in-interest, and thus a commission will not be paid to Michelle DeCoteau/KWCD at the closing of the sale of the Model Home; and it is further

**ORDERED**, that the 14-day stay of this Order under Bankruptcy Rule 6004(h) is waived, for cause shown, and this Order is effective immediately upon its entry.

Dated: White Plains, New York
December 3, 2021

/s/Robert D. Drain
United States Bankruptcy Judge