UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: Chapter 11

Blitman Saratoga LLC, Case No. 20-23177 (RDD)

Debtor.
-----------------------------------------------------------X

**ORDER GRANTING DEBTOR'S MOTION**
**TO FURTHER EXTEND EXCLUSIVITY**

Upon considering the motion dated December 30, 2021 (the "Exclusivity Motion") of Blitman Saratoga LLC, debtor and debtor-in-possession (the "Debtor"), seeking entry of an order pursuant to 11 U.S.C. §1121(d)(1) extending (i) the exclusive period during which only the Debtor may file a plan of reorganization and (ii) the concomitant exclusive period during which only the Debtor may solicit acceptances or rejections to a plan of reorganization, until January 31, 2022 and April 1, 2022 respectively (collectively, the "Exclusive Filing Periods"); and good and proper service of the Notice of Presentment of the Exclusivity Motion and this Order having been provided; and no objection having been raised; and good cause appearing therefore; it is hereby

ORDERED, that the Exclusive Filing Periods, be and the same, are hereby further extended pursuant to 11 U.S.C. §1121(d) through and including January 31, 2022 and April 1, 2022 respectively, without prejudice to any creditor or other party-in-interests rights to seek to shorten or terminate the Exclusive Filing Periods for good cause shown.

Dated: White Plains, New York
January __, 2022

_______________________________
Hon. Robert D. Drain