Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Frank and Margaret Colone - Creditors
80 Red Schoolhouse Road
Suite 110
Chestnut Ridge, New York 10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

BLITMAN SARATOGA, LLC, Chapter 11

Debtor Case No. 20-23177

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

WHEREAS, Frank Colone and Margaret Colone ("Colones") having filed a Proof of Claim in the above captioned Chapter 11 case of Blitman Saratoga, LLC ("Debtor") on February 23, 2021, docketed by the Bankruptcy Court as Claim No. 13; and

WHEREAS, the Debtor and the Colones entered into a Stipulation, so ordered by the Bankruptcy Court on November 30, 2021 (Dkt. No. 93); and

WHEREAS, the closing on the property at 59 Jane Street, Saratoga Springs, New York, occurred as scheduled in the Stipulation on December 31, 2021;

NOW, THEREFORE, Claim No. 13 be and the same hereby is, withdrawn.

Dated: January 6, 2022

Frank J. Colone
FRANK COLONE

Margaret J. Colone
MARGARET COLONE