UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Blitman Saratoga LLC, | Case No. 20-23177 (RDD) |
| Debtor. | |

----------------------------------------------------------X

**ORDER GRANTING DEBTOR'S MOTION**
**<u>TO FURTHER EXTEND EXCLUSIVITY PERIODS</u>**

Upon the timely-filed motion, by notice of presentment dated December 30, 2021 (the "Exclusivity Motion"), of Blitman Saratoga LLC, debtor and debtor in possession herein (the "Debtor"), seeking entry of an order pursuant to 11 U.S.C. § 1121(d)(1) extending (i) the exclusive period during which only the Debtor may file a chapter 11 plan and (ii) the related exclusive period during which only the Debtor may solicit acceptances or rejections of a chapter 11 plan, until January 31, 2022 and April 1, 2022, respectively (together, the "Exclusive Periods"); and upon all of the proceedings herein; and there being due and sufficient service and notice of the Exclusivity Motion and the opportunity for a hearing thereon; and there being no objections to the requested relief; and no additional notice or a hearing being required; and, after due deliberation, the Court having determined that the Exclusivity Motion establishes good and sufficient cause for the requested relief, it is hereby

ORDERED, that the Motion is granted as provided herein; and it is further

ORDERED, that the Exclusive Periods are extended pursuant to 11 U.S.C. § 1121(d)(1) through and including January 31, 2022 and April 1, 2022, respectively, without prejudice to the

right of any party-in-interest to seek to shorten or terminate either or both of the Exclusive Periods for good cause shown.

Dated: White Plains, New York
January 18, 2022

/s/Robert D. Drain
United States Bankruptcy Judge