UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

Blitman Saratoga LLC,

Debtor.
---------------------------------------------------------x

Hearing Date and Time:
February 18, 2022 at 10:00 a.m.

Chapter 11

Case No. 20-23177 (RDD)

**NOTICE OF HEARING ON DEBTOR'S OMNIBUS MOTION SEEKING TO (i) APPROVE THE DEBTOR'S SETTLEMENT WITH THE EASTIN FAMILY; (ii) APPROVE THE RESALE OF THE RESIDENTIAL HOME AT 49 JANE STREET TO THE COLELLAS; AND (iii) APPROVE A SEPARATE SALE OF THE RESIDENTIAL HOME AT 47 JANE STREET TO THE BENNICES**

**PLEASE TAKE NOTICE** that upon the annexed motion (the ñMotionò) of Blitman Saratoga LLC (the ñDebtorò), a hearing will be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, via Zoom on February 18, 2022 at 10:00 a.m. to consider the Debtorôs Omnibus Motion seeking approval of the following relief: (i) approval pursuant to Bankruptcy Rule 9019 of the stipulation of settlement annexed to the Motion as Exhibit ñAò (the ñSettlementò) with Graig Eastin and Giovanna Eastin (the ñEastinsò) terminating their pre-petition contract of sale relating to 49 Jane Street (ñ49 Janeò); (ii) approving the resale of the residential home at 49 Jane to Vito Colella and Barbara Colella (the ñColellasò) for the sum of $691,000 pursuant to the purchase agreement annexed to the Motion as Exhibit ñBò; and (iii) approving the sale of the residential home at 47 Jane Street to Richard Bennice and Catherine Bennice (the ñBennicesò) for the sum of $438,000 pursuant to the purchase agreement annexed to the Motion as Exhibit ñC.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to participate in and/or listen to the hearing can register using the Courtôs ñecourt appearancesò tool on the Courtôs website at https://www.nysb.uscourts.gov/content/judge-robert-d-drain.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, shall be filed in writing through the Clerkôs ECF system, with a copy served upon the Debtorôs counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, knash@gwfglaw.com, so as to be received no later than February 11, 2022.

Dated: New York, NY
January 25, 2022

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Debtor
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700
By: /s/ Kevin J. Nash, Esq.