# SELLER'S CLOSING STATEMENT

MAZZOTTA & VAGIANELIS, P.C.
9 Washington Square
Albany, New York 12205

SELLER: Blitman Saratoga LLC EIN #45-4897437
PURCHASER: Richard Michael Bennice & Catherine Bennice
PROPERTY: 47 Jane Street (Lot #19 Beaver Pond Village), City of Saratoga Springs
DATE: Assuming 1-31-2022, Likely Later

| | |
|---|---|
| **DUE SELLER:** | |
| Purchase price: | $ 438,000.00 |
| Cost of Upgrades (Per Court Order/Stipulation) | $ |
| ADJUSTED PURCHASE PRICE: | $ |
| 2020-21 School Taxes (Adjusted): $1,038.50 / 365= $2.8452 /day x 150 days | $ 426.78 |
| 2022 City Taxes (Adjusted): $579.85 / 365= $1.5886 /day x 334 days | $ 530.60 |
| HOA Dues (Adjusted) | $ |
| Water Meter Installation/per contract | $ 350.00 |
| Survey Fee: | $ 850.00 |
| **TOTAL DUE SELLER:** | **$ 440,157.38** |
| | |
| **CREDITS TO PURCHASER:** | |
| Deposit on Contract: $23,800 held by M&V, P.C., $20,000 bonded | $ 43,800.00* |
| Prepaid Upgrades, Per Court Order/Stipulation | $ TBD |
| Interest on Escrow Account: | $ TBD* |
| Water & Sewer Credit (Current Bill Due 2/15/2022): | $ 76.00 |
| Water & Sewer Credit (12/4/21 ï 1/31/22) - $76.00 / 89 = 0.8539 x 59 days | $ 50.38 |
| Water & Sewer ï Sprinker Meter | $ TBD |
| | ( $ 43,926.38) |
| **ADJUSTED BALANCE:** | **$ 396,231.00** |

Expenses of Seller to be Paid by Purchaser (Payees bold type):

| | | |
|---|---|---|
| (1) Recording/Filing Fees: **Saratoga County Clerk** | | |
| (a) Release of 47 Jane Collateral/Saratoga Funding | | |
| Release of Mortgage/ALR: | $ 55.00 | |
| UCC-3 (County): | $ 40.00 | $ 95.00 |
| (2) **NYSDOS** | | |
| (a) Release of 47 Jane Collateral/Saratoga Funding: | | |
| NYSDOS -UCC3 (lot release) | $ 40.00 | |
| NYSDOS -UCC3 (LOC Lot release) | $ 40.00 | $ 80.00 |
| (3) Mortgage Release Lot Fee **Saratoga Funding LLC** | | $ 88,235.00 |
| (3a) Line of Credit Paydown due **Saratoga Funding, LLC** | | $ 195,750.00 |
| (4) AttorneysôFee: **Mazzotta & Vagianelis, PC** | | $ 1,250.00 |
| (5) Spinnaker Management LLC/**BPV HOA** Dues (prorated 1/7-1/31/2022) | | $ 79.85 |
| Brokers: (6) **Keller Williams Capital District** | | $ 10,950.00 |
| **Roohan Realty** | | $ 10,950.00 |
| (7) Callanan Industries ï Lien Release | | $ 3,049.50+int. |

CONTINUEDé .

(8) **City of Saratoga Springs (Penalties through 1/31/22 ONLY)**:

| | | |
|---|---|---|
| 2020 City Tax Bill | $ 510.33 | |
| 2021 City Tax | $ 648.46 | |
| 2022 City Tax w/re-levied water | $ 1,126.70 | |
| 2019-20 School Tax | $ 1,235.74 | |
| 2020-21 School Tax | $ 1,174.05 | $ 4,695.28 |

(9) **Saratoga Springs City School District**

| | |
|---|---|
| 2021-22 School Tax (incl. $20.77 penalty thru 1/31) | $ 1,059.27 |

TOTAL SELLERôS EXPENSES/PAYOFFS: $ 316,193.90 +

**NET DUE SELLER:** **$ 80,037.10 -**

Subject to small reduction/holdback on account of addôl interest/
Penalty due City of Saratoga Springs/School District for payment in Feb 2022 ($ )

***DEPOSITS IN ESCROW:**
**$ ($23,800.00 + $ interest)**
**IN MV M&T ESCROW ACCOUNT TO BE DISBURSED AS FOLLOWS:**
**(1) Blitman Saratoga LLC $**

Optional:
**HOA Dues:** [If enhanced plan ($239.01/mo) chosen]: $235 - $99.01= $140.00 (monthly plan difference) divided by 30/31 = $ /day x days = $ *
*A separate check of **$** payable to **Beaver Pond Village Homeowner's Association, Inc.** from Purchaser