UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Blitman Saratoga LLC,

Debtor.

Chapter 11

Case No. 20-13177 (RDD)

## AFFIRMATION OF JOHN F. HARWICK, ESQ. IN SUPPORT OF DEBTOR'S MOTION SEEKING APPROVAL OF THE DEBTOR'S SETTLEMENT

JOHN F HARWICK, ESQ., an attorney duly licensed to practice law in the State of New York affirms under the penalty of perjury as follows:

1. I am a partner in E. Stewart Jones Hacker Murphy LLP, attorneys for Creditors, Graig Eastin and Giovanna Eastin.

2. The Eastins support the Debtor's motion seeking approval of the Debtor's settlement with Eastins.

3. I will attend the hearing scheduled on February 18, 2022 at 10:00am via Zoom.

Dated: February 8, 2022

E. STEWART JONES HACKER MURPHY LLP

By: _____
John F. Harwick, Esq. (Bar Roll JF2535)
*Attorneys for Graig and Giovanna Eastin*
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Direct Dial: (518) 213-0113
Jharwick@joneshacker.com

1