**Hearing Date and Time: 02/18/2022 at 10:00 a.m.**

WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

*Attorneys for Robin Winter, as Executor of the Estate of Howard N. Blitman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| BLITMAN SARATOGA LLC, | Case No. 20-23177-rdd |
| Debtor. | |

**OBJECTION OF ROBIN WINTER, AS EXECUTOR OF THE ESTATE OF HOWARD N. BLITMAN, TO DEBTOR'S OMNIBUS MOTION SEEKING TO (i) APPROVE THE DEBTOR'S SETTLEMENT WITH THE EASTIN FAMILY; (ii) APPROVE THE RESALE OF THE RESIDENTIAL HOME AT 49 JANE STREET TO THE COLELLAS; AND (iii) APPROVE A SEPARATE SALE OF THE RESIDENTIAL HOME AT 47 JANE STREET TO THE BENNICES**

Robin Winter, as Executor of the Estate of Howard N. Blitman, by her attorneys, Whiteford, Taylor & Preston LLP, respectfully submits this Objection to *Debtor's Omnibus Motion Seeking to (i) Approve the Debtor's Settlement with the Eastin Family; (ii) Approve the Resale of the Residential Home at 49 Jane Street to the Colellas; and (iii) Approve a Separate Sale of the Residential Home at 47 Jane Street to the Bennices* [Docket No. 98].

1. While Ms. Winter has no objection to either the settlement or sales contemplated by the Motion, she has certain objections or questions, or seeks clarification with respect to the Motion and the Exhibits. First, while the Motion and 49 Jane Street sale purchase agreement

(Exhibit B to the Motion) provide for a brokerage commission to Michelle DeCoteau, as discussed at the hearing held on December 1, 2021, with respect to the sale of the model home, Ms. DeCoteau is not a broker, but rather, is a licensed real estate salesperson who works for Scott Varley, Keller Williams Capital District. Mr. Varley is the associate real estate broker, whose license is held by Keller Williams Capital District. *See* The Scott Varley Team Real Estate web site https://www.scottvarley.com/staff-members/michelle-decoteau/ The proposed closing statement (Exhibit D to the Motion) provides that the commission is being paid to Keller Williams Capital District. As Mr. Varley is also a member of Debtor, it is inappropriate to pay commissions to Mr. Varley or his firm in this, or any other transaction concerning Debtor, as Mr. Varley, as the associate broker, is receiving either all, or a portion of the commission.[1] Additionally, there has been no application filed seeking his, or Keller Williams Capital District's retention as Debtor's broker.

2. Next, the proposed closing statement provides, on p. 1, that it is for the 47 Jane Street property. However, it appears that the closing statement also includes items relating to the 49 Jane Street closing. Thus, further clarity, or revised closing statements, should be provided prior to approval.

3. There is also a line item in the proposed closing statement for a brokerage commission to Roohan Realty for $10,900. However, there has been no application filed seeking Roohan Realty's retention as Debtor's broker.

4. In addition, the first page of the 49 Jane Street purchase agreement provides that

---

[1] Allowing such payments has further implications in this case. On January 31, 2022, Debtor filed *Debtor's Liquidating Plan of Reorganization* [Doc. No. 99]. Among other things, the Plan contains what appears to be a preference for certain "insiders" over others. While under its Plan, Debtor is proposing to allow and pay the claims of certain "insiders" (*e.g.*, Goren Cousins I LLC and TPK Development Inc. (Thomas P. Keaney), (as well as Scott Varley pursuant to the Motion), it has taken a wholesale approach of not just subordinating, but disallowing any claims held by Mr. Blitman's estate or its affiliates, including Blitman Development Corp. and Changebridge Construction Corp.

Purchaser resides at "49 jane street saratoga springs ny."

5. Next, the Motion provides that net sale proceeds will be used to pay-down the "DIP Loan." Pursuant to this Court's *Interim Order Approving and Authorizing the Debtor to Obtain Replacement and New Postpetition Financing Pursuant to 11 U.S.C. §§362 and 364(c)* [Doc. No. 21] (the "Interim Order") and *Final Order Authorizing the Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§362 and 364(c)* [Doc. No. 38] (collectively, the "DIP Orders"), repayments of the BSNB Loans (which are defined in the DIP Orders as the existing outstanding loans in the amount of $1,893,438.92 (as of November 27, 2020), plus accruing interest or fees payable to Ballston Spa National Bank) and the DIP Loans (as defined in the DIP Orders) shall be applied first to the satisfaction of all obligations under the BSNB Loans previously assigned and as modified pursuant to the Interim Order.

6. Thus, the Order approving the Motion should include language providing that notwithstanding anything contained in the Motion, the Order, or anything else to the contrary, any paydown of any loans shall be applied to the BSNB Loans in accordance with the DIP Orders. The Order should also include language providing that any items contained in any closing statements relating to any fees, payments or paydowns concerning Saratoga Funding LLC or the DIP Loans, including, but not limited to the line items in the proposed closing statement annexed as Exhibit D to the Motion "(3) Mortgage Release Lot Fee Saratoga Funding LLC $88,235.00"; "(3a) Line of Credit Paydown due Saratoga Funding, LLC $195,750.00"; and "(1) Blitman Saratoga LLC $ " are fees, payments, paydowns or disbursements with respect to, and are to be applied to the BNSB Loans.

WHEREFORE, Robin Winter, as Executor for the Estate of Howard N. Blitman, respectfully requests that the Court sustain her Objection, that any order approving the Motion contain language providing and confirming that any paydowns of any loans shall be applied against the BSNB Loans in accordance with the DIP Orders, as discussed above, and that Ms. Winter be granted such other and further relief as is just and proper.

Dated: Tarrytown, New York
February 10, 2022

WHITEFORD, TAYLOR & PRESTON LLP

By: */s/ Kenneth M. Lewis*
Kenneth M. Lewis

220 White Plains Road
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com

*Attorneys for Robin Winter, as Executor of the Estate of Howard N. Blitman*