2:50 PM
12/21/21
Accrual Basis

# Blitman Saratoga, LLC
# Balance Sheet
## As of November 30, 2021

|  | Nov 30, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Ballston Spa Checking 5549 | 885.89 |
| M&T Checking 3440 | 25,430.16 |
| **Total Checking/Savings** | 26,316.05 |
| **Total Current Assets** | 26,316.05 |
| **Other Assets** | |
| **Deferred Construction Costs** | |
| 47 Jane Street | 120,321.93 |
| 49 Jane Street | 83,983.07 |
| 57 Jane Street | 118,025.39 |
| 59 Jane Street | 67,806.53 |
| 6 Katie Lane | 145,085.55 |
| 8 Katie Lane | 60,835.91 |
| 9 Jane Street | 182,142.81 |
| Deferred Construction Costs - Other | 690,000.00 |
| **Total Deferred Construction Costs** | 1,468,201.19 |
| Deposit-47 Jane Selections | -60,328.00 |
| Escrow-Attorney Account | 241,100.00 |
| Funds Held by Homestead | 17,400.00 |
| Hard Site and Gen Cond | 5,121,661.33 |
| Land | 537,786.00 |
| Nat Grid Electric Deposit 6&7 | 87,611.64 |
| Nat Grid Gas Deposit 6&7 | 75,050.92 |
| **Soft Costs** | |
| HOA Fees | 347.85 |
| Interest Expense | 133,795.11 |
| Management Fees | 22,330.93 |
| Office Expense | 17,381.11 |
| Property Taxes | 1,510.80 |
| Water & Sewer | 4,337.70 |
| Soft Costs - Other | 2,285,433.00 |
| **Total Soft Costs** | 2,465,136.50 |
| Step Basis Adjustment | 102,459.00 |
| **Total Other Assets** | 10,056,078.58 |
| **TOTAL ASSETS** | **10,082,394.63** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accrued Expenses | 178,858.73 |
| **Total Other Current Liabilities** | 178,858.73 |
| **Total Current Liabilities** | 178,858.73 |
| **Long Term Liabilities** | |
| Due to Goren Brothers | 3,300,000.00 |
| Due to Goren Cousins LLC | 1,700,000.00 |
| Due to Saratoga Funding | 3,116,108.50 |
| Due to SV | 563,667.00 |
| Purchasers Deposits-Base Cont | 431,100.00 |
| Purchasers Deposits-Upgrades | 175,874.00 |
| **Total Long Term Liabilities** | 9,286,749.50 |
| **Total Liabilities** | 9,465,608.23 |
| **Equity** | |

| 2:50 PM | **Blitman Saratoga, LLC** | |
|---|---|---|
| 12/21/21 | **Balance Sheet** | |
| Accrual Basis | As of November 30, 2021 | |

|  | Nov 30, 21 |
|---|---:|
| **Capital-GB** | 62,756.00 |
| **Capital-GSP** | -22,989.00 |
| **Capital-HNB** | 924,568.00 |
| **Capital-SV** | -7,238.92 |
| **Capital-TPK** | -31,885.00 |
| **Opening Balance Equity** | 49,655.85 |
| **Net Income** | -358,080.53 |
| **Total Equity** | 616,786.40 |
| **TOTAL LIABILITIES & EQUITY** | 10,082,394.63 |