2:49 PM
12/21/21
Accrual Basis

# Blitman Saratoga, LLC
## Profit & Loss
### January through November 2021

| | | Jan - Nov 21 |
|---|---|---|
| Ordinary Income/Expense | | |
| Expense | | |
| Bank Service Charges | | 670.93 |
| Bankruptcy Fees | | 6,155.00 |
| Business Licenses and Permits | | 400.00 |
| Common Area Expenses | | |
| Electricity | 45,638.30 | |
| Engineering | 27,556.00 | |
| Gas | 25,773.91 | |
| Maintenance | 3,771.20 | |
| Miscellaneous Allocable Expense | 27,767.89 | |
| Site Lighting Utilities | 407.07 | |
| Snowplowing | 15,000.00 | |
| Total Common Area Expenses | | 145,914.37 |
| Finance Cost | | 3,000.00 |
| Insurance Expense | | 62,712.70 |
| Management Fees | | 109,600.00 |
| Model Home Expenses | | 7,082.74 |
| Office Supplies | | 966.86 |
| Postage | | 434.90 |
| Professional Fees | | 14,245.50 |
| State Income Tax | | 1,500.00 |
| Warranty Expenses | | 5,397.53 |
| Total Expense | | 358,080.53 |
| Net Ordinary Income | | -358,080.53 |
| **Net Income** | | **-358,080.53** |