M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

000001460 FIDS154HG70111302111 01 000000

P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 11/01/21 - 11/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $4,233.90 |
| DEPOSITS & CREDITS | 30,328.00 |
| LESS CHECKS & DEBITS | 9,085.51 |
| LESS SERVICE CHARGES | 46.23 |
| ENDING BALANCE | $25,430.16 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $4,233.90 |
| 11/01/2021 | CURTIS LUMBER QUEENSBU518-7928601 | | $25.23 | 4,208.67 |
| 11/02/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 130.54 | 4,078.13 |
| 11/04/2021 | DEPOSIT | $5,328.00 | | 9,406.13 |
| 11/05/2021 | QUARTERLY FEE PAYMENT 0000 | | 3,029.00 | 6,377.13 |
| 11/08/2021 | CHECK NUMBER 1443 | | 923.39 | |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 46.23 | 5,407.51 |
| 11/10/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | 5,161.41 |
| 11/15/2021 | CHECK NUMBER 1444 | | 1,650.00 | 3,511.41 |
| 11/17/2021 | DEPOSIT | 25,000.00 | | |
| 11/17/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 791.27 | |
| 11/17/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 700.00 | 27,020.14 |
| 11/19/2021 | WINSUPPLY SARATOGA SPRSARATOGA SPRI | | 545.91 | 26,474.23 |
| 11/22/2021 | CHECK NUMBER 1446 | | 594.82 | 25,879.41 |
| 11/23/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 9.61 | 25,869.80 |
| 11/24/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 108.76 | |
| 11/24/2021 | CHECK NUMBER 1445 | | 237.40 | 25,523.64 |
| 11/29/2021 | WINSUPPLY SARATOGA SPRSARATOGA SPRI | | 93.48 | 25,430.16 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 4 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1443 | 11/08/21 | 923.39 | 1445 | 11/24/21 | 237.40 | 1446 | 11/22/21 | 594.82 |
| 1444 | 11/15/21 | 1,650.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 4 |
| AMOUNT OF CHECKS PAID | $3,405.61 |

00001460-0006273-Page 1 of 3-DIDS1201210855288735-00001460



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]3440 | 11/01/21 - 11/30/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS (NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM.

0001460-0006274-Page 2 of 3-DIDS1201210855289735-00001460

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 3 OF 3 |

00001460-0006275-Page 3 of 3-DIDS1201210855289735-00001460


BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
1443
DATE 11/4/21
PAY TO THE ORDER OF Every Job $ 923.39
nine hundred twenty three 39/100 DOLLARS
M&T Bank
FOR Week end 10/23
⑈001443⑈ ⑆022000046⑆ [redacted]3440⑈


0681692241
>021303618< NBT Bank 681 2021-11-08 0681692241 Batch 296351402

Check #1443 Paid :11/08/2021 $923.39

Check #1443 Paid :11/08/2021 $923.39


BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
1444
DATE 11/12/21
PAY TO THE ORDER OF Brian White $ 1650.00
one thousand six hundred fifty xx/100 DOLLARS
M&T Bank
FOR Ext Paint 47 49 59 57
⑈001444⑈ ⑆022000046⑆ [redacted]3440⑈



Check #1444 Paid :11/15/2021 $1650.00

Check #1444 Paid :11/15/2021 $1650.00


BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
1445
DATE 11/18/21
PAY TO THE ORDER OF Win Supply $ 237.40
two hundred thirty seven 40 DOLLARS
M&T Bank
FOR 47 Jane - Kit Sink
⑈001445⑈ ⑆022000046⑆ [redacted]3440⑈


DEPOSIT ONLY
WINSUPPLY SARATOGA SPRINGS NY CO.
00595
4942477753
PAY TO THE ORDER OF WELLS FARGO BANK, N.A.

Check #1445 Paid :11/24/2021 $237.40

Check #1445 Paid :11/24/2021 $237.40


BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084
1446
DATE 11/18/21
PAY TO THE ORDER OF Every Job $ 594.82
Five hundred ninety four 82/100 DOLLARS
M&T Bank
FOR Week 11/18-
⑈001446⑈ ⑆022000046⑆ [redacted]3440⑈


0681340985
>021303618< NBT Bank 681 2021-11-15 0681340985 Batch 298008578

Check #1446 Paid :11/22/2021 $594.82

Check #1446 Paid :11/22/2021 $594.82