12:15 PM
01/25/22
Accrual Basis

# Blitman Saratoga, LLC
# Balance Sheet
## As of December 31, 2021

| | | Dec 31, 21 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Ballston Spa Checking 5549** | | 885.89 |
| **M&T Checking 3440** | | 6,058.97 |
| **Total Checking/Savings** | | 6,944.86 |
| **Other Current Assets** | | |
| **Due from Checking** | | 16,924.93 |
| **Due from Escrow A/C** | | 48,067.07 |
| **Total Other Current Assets** | | 64,992.00 |
| **Total Current Assets** | | 71,936.86 |
| **Other Assets** | | |
| **Deferred Construction Costs** | | |
| **4 Pamela Model Home** | 8,429.51 | |
| **47 Jane Street** | 126,289.08 | |
| **49 Jane Street** | 88,992.60 | |
| **57 Jane Street** | 118,420.65 | |
| **59 Jane Street** | 360.85 | |
| **6 Katie Lane** | 145,085.55 | |
| **8 Katie Lane** | 62,524.93 | |
| **9 Jane Street** | 182,142.81 | |
| **Deferred Construction Costs - Other** | 658,636.36 | |
| **Total Deferred Construction Costs** | | 1,390,882.34 |
| **Escrow-Attorney Account** | | 233,000.00 |
| **Funds Held by Homestead** | | 17,400.00 |
| **Hard Site and Gen Cond** | | 4,888,858.54 |
| **Land** | | 513,341.18 |
| **Nat Grid Electric Deposit 6&7** | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | 75,050.92 |
| **Soft Costs** | | |
| **HOA Fees** | 332.04 | |
| **Interest Expense** | 127,713.51 | |
| **Management Fees** | 21,315.89 | |
| **Office Expense** | 16,591.06 | |
| **Property Taxes** | 1,442.13 | |
| **Water & Sewer** | 4,140.53 | |
| **Soft Costs - Other** | 2,181,549.68 | |
| **Total Soft Costs** | | 2,353,084.84 |
| **Step Basis Adjustment** | | 102,459.00 |
| **Total Other Assets** | | 9,661,688.46 |
| **TOTAL ASSETS** | | **9,733,625.32** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **Accrued Expenses** | | 178,858.73 |
| **Due to Akker** | | 30,000.00 |
| **Total Other Current Liabilities** | | 208,858.73 |
| **Total Current Liabilities** | | 208,858.73 |
| **Long Term Liabilities** | | |
| **Deposit-47 Jane Selections** | | 67,828.00 |
| **Due to Goren Brothers** | | 3,300,000.00 |
| **Due to Goren Cousins LLC** | | 1,700,000.00 |
| **Due to Saratoga Funding** | | 2,749,824.00 |
| **Due to SV** | | 563,667.00 |

12:15 PM
01/25/22
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---|
| Purchasers Deposits-Base Cont | 393,000.00 |
| Purchasers Deposits-Upgrades | 99,469.00 |
| Total Long Term Liabilities | 8,873,788.00 |
| Total Liabilities | 9,082,646.73 |
| Equity | |
| Capital-GB | 87,583.93 |
| Capital-GSP | -15,540.62 |
| Capital-HNB | 932,016.38 |
| Capital-SV | 209.46 |
| Capital-TPK | -29,402.22 |
| Net Income | -323,888.34 |
| Total Equity | 650,978.59 |
| **TOTAL LIABILITIES & EQUITY** | **9,733,625.32** |