12:15 PM
01/25/22
Accrual Basis

# Blitman Saratoga, LLC
## Profit & Loss
### January through December 2021

| | | Jan - Dec 21 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Sales-Basic | | 538,130.00 |
| Total Income | | 538,130.00 |
| Cost of Goods Sold | | |
| Deferred Costs-Sales | | 468,469.44 |
| Selling Expenses | | 30,415.57 |
| Total COGS | | 498,885.01 |
| Gross Profit | | 39,244.99 |
| Expense | | |
| Bank Service Charges | | 712.36 |
| Bankruptcy Fees | | 6,155.00 |
| Business Licenses and Permits | | 400.00 |
| Common Area Expenses | | |
| Electricity | 45,638.30 | |
| Engineering | 27,556.00 | |
| Gas | 25,773.91 | |
| Maintenance | 3,279.00 | |
| Miscellaneous Allocable Expense | 32,289.57 | |
| Site Lighting Utilities | 1,662.50 | |
| Snowplowing | 20,500.00 | |
| Total Common Area Expenses | | 156,699.28 |
| Finance Cost | | 3,000.00 |
| Insurance Expense | | 62,712.70 |
| Management Fees | | 109,600.00 |
| Model Home Expenses | | 0.00 |
| Office Supplies | | 1,122.68 |
| Postage | | 447.84 |
| Professional Fees | | 15,495.50 |
| State Income Tax | | 1,500.00 |
| Warranty Expenses | | 5,397.53 |
| Total Expense | | 363,242.89 |
| Net Ordinary Income | | -323,997.90 |
| Other Income/Expense | | |
| Other Income | | |
| Interest Income | | 109.56 |
| Total Other Income | | 109.56 |
| Net Other Income | | 109.56 |
| **Net Income** | | **-323,888.34** |