FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

000001433 FIDS154HG70112312112 01 000000

P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 12/01/21 - 12/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $25,430.16 |
| DEPOSITS & CREDITS | 7,500.00 |
| LESS CHECKS & DEBITS | 26,829.76 |
| LESS SERVICE CHARGES | 41.43 |
| ENDING BALANCE | $6,058.97 |

00001433-0006375-Page 1 of 5-DIDS0101220906321756-0000143 3

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $25,430.16 |
| 12/01/2021 | ERIE MATERIALS INC EMA866-320-3743 | | $1,689.02 | |
| 12/01/2021 | WINSUPPLY SARATOGA SPRSARATOGA SPRI | | 221.10 | |
| 12/01/2021 | CHECK NUMBER 1457 | | 675.00 | |
| 12/01/2021 | CHECK NUMBER 1458 | | 450.00 | |
| 12/01/2021 | CHECK NUMBER 1459 | | 962.00 | 21,433.04 |
| 12/02/2021 | CHECK NUMBER 1447 | | 2,000.00 | 19,433.04 |
| 12/03/2021 | CURTIS LUMBER COMPANY 518-4901323 | | 251.45 | 19,181.59 |
| 12/06/2021 | PALLETTE STONE CORPORA518-6649855 | | 285.17 | |
| 12/06/2021 | CHECK NUMBER 1451 | | 625.00 | 18,271.42 |
| 12/07/2021 | CHECK NUMBER 1453 | | 283.55 | 17,987.87 |
| 12/08/2021 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 12/08/2021 | CHECK NUMBER 1426 | | 2,073.60 | |
| 12/08/2021 | CHECK NUMBER 1454 | | 834.60 | |
| 12/08/2021 | CHECK NUMBER 1455 | | 395.26 | |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009879843440 | | 41.43 | 14,396.88 |
| 12/10/2021 | CHECK NUMBER 1456 | | 625.00 | 13,771.88 |
| 12/13/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 113.54 | |
| 12/13/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 7.05 | |
| 12/13/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 6.39 | 13,644.90 |
| 12/14/2021 | CHECK NUMBER 1448 | | 336.44 | |
| 12/14/2021 | CHECK NUMBER 1449 | | 98.20 | |
| 12/14/2021 | CHECK NUMBER 1450 | | 153.61 | |
| 12/14/2021 | CHECK NUMBER 1452 | | 117.98 | 12,938.67 |
| 12/15/2021 | CHECK NUMBER 1460 | | 5,500.00 | |
| 12/15/2021 | CHECK NUMBER 1463 | | 130.00 | 7,308.67 |
| 12/16/2021 | STAPLES 00102558SARATOGA SPRI | | 9.35 | |
| 12/16/2021 | STAPLES 00102558SARATOGA SPRI | | 3.98 | |
| 12/16/2021 | CHECK NUMBER 1464 | | 900.00 | 6,395.34 |
| 12/20/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 1,033.69 | |
| 12/20/2021 | CHECK NUMBER 1461 | | 3,045.00 | |
| 12/20/2021 | CHECK NUMBER 1462 | | 196.65 | 2,120.00 |
| 12/21/2021 | CHECK NUMBER 1465 | | 634.36 | 1,485.64 |
| 12/27/2021 | DEPOSIT | $7,500.00 | | 8,985.64 |
| 12/28/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 453.07 | |

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]3440 | 12/01/21 - 12/31/21 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

00001433-0006376-Page 2 of 5-DIDS0101220806321756-00001433

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/28/2021 | SHERWIN WILLIAMS 70540SARATOGA SPGS | | 101.33 | |
| 12/28/2021 | ERIE MATERIALS INC EMA866-320-3743 | | 328.48 | |
| 12/28/2021 | SHERWIN WILLIAMS 70540SARATOGA SPGS | | 47.99 | 8,054.77 |
| 12/29/2021 | FEDEX OFFIC63400006346SARATOGA SPRI | | 3.30 | |
| 12/29/2021 | CHECK NUMBER 1467 | | 900.00 | |
| 12/29/2021 | CHECK NUMBER 1468 | | 900.00 | 6,251.47 |
| 12/31/2021 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 26.02 | |
| 12/31/2021 | FEDEX OFFIC63400006346SARATOGA SPRI | | 9.64 | |
| 12/31/2021 | CHECK NUMBER 1469 | | 156.84 | 6,058.97 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 23 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1426 | 12/08/21 | 2,073.60 | 1454 | 12/08/21 | 834.60 | 1462 | 12/20/21 | 196.65 |
| 1447* | 12/02/21 | 2,000.00 | 1455 | 12/08/21 | 395.26 | 1463 | 12/15/21 | 130.00 |
| 1448 | 12/14/21 | 336.44 | 1456 | 12/10/21 | 625.00 | 1464 | 12/16/21 | 900.00 |
| 1449 | 12/14/21 | 98.20 | 1457 | 12/01/21 | 675.00 | 1465 | 12/21/21 | 634.36 |
| 1450 | 12/14/21 | 153.61 | 1458 | 12/01/21 | 450.00 | 1467* | 12/29/21 | 900.00 |
| 1451 | 12/06/21 | 625.00 | 1459 | 12/01/21 | 962.00 | 1468 | 12/29/21 | 900.00 |
| 1452 | 12/14/21 | 117.98 | 1460 | 12/15/21 | 5,500.00 | 1469 | 12/31/21 | 156.84 |
| 1453 | 12/07/21 | 283.55 | 1461 | 12/20/21 | 3,045.00 | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 23

AMOUNT OF CHECKS PAID $21,993.09

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS (NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM.



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 3 OF 8 |

00001433-0006377-Page 3 of 5-DIDS010122090321756-00001433

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1426

DATE 11/16/21

PAY TO THE ORDER OF Altamont Glass & Mirror Co. $ 2073 60/100

Twenty hundred & seventy three 60/100 DOLLARS

M&T Bank

FOR 49 Jane

⑈001426⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1426 Paid :12/08/2021 $2073.60

Check #1426 Paid :12/08/2021 $2073.60

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1447

DATE 11/21/21

PAY TO THE ORDER OF Floor Source $ 2,000 00

two thousand xx/100 DOLLARS

M&T Bank

FOR 47 Jane - Flooring balance

⑈001447⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1447 Paid :12/02/2021 $2000.00

FLOOR SOURCE INC

Check #1447 Paid :12/02/2021 $2000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1448

DATE Nov 30, 2021

PAY TO THE ORDER OF National Grid $ 336.44

Three hundred thirty six and 44/100 DOLLARS

M&T Bank

FOR 2820414026 4 Pamela Model

⑈001448⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1448 Paid :12/14/2021 $336.44

004026 144 121421 1351
777149642/371416
121421 589850 143 459

Check #1448 Paid :12/14/2021 $336.44

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1449

DATE Nov 30 2021

PAY TO THE ORDER OF National Grid $ 98 20/100

Ninety eight and 20/100 DOLLARS

M&T Bank

FOR 49803-12010 98 Geyser Site lights

⑈001449⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1449 Paid :12/14/2021 $98.20

004026 145 121421 1351
777149642/371416
121421 589850 144 461

Check #1449 Paid :12/14/2021 $98.20

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 4 OF 8 |

00001433-0008377-Page 3 of 5-DIDS0101220906321756-00001433




Check #1450 Paid :12/14/2021 $153.61



Check #1450 Paid :12/14/2021 $153.61




Check #1451 Paid :12/06/2021 $625.00



Check #1451 Paid :12/06/2021 $625.00




Check #1452 Paid :12/14/2021 $117.98



Check #1452 Paid :12/14/2021 $117.98




Check #1453 Paid :12/07/2021 $283.55



Check #1453 Paid :12/07/2021 $283.55

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 5 OF 8 |

00001433-0006378-Page 4 of 5-DIDS0101220906321756-00001433

1454
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 11/30/21
PAY TO THE ORDER OF Daigle Cleaning Systems $ 834.60
Eight hundred thirty four + 60/100 DOLLARS
M&T Bank
FOR 49 Jane St. Final Clean
⑈001454⑈ ⑆022000046⑆ [redacted]3440⑈

CAP COM FCU (Albany, NY) 4 Winners Circle 12/08/21-22:43:02 CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
FOR MOBILE DEPOSIT ONLY

Check #1454 Paid :12/08/2021 $834.60 | Check #1454 Paid :12/08/2021 $834.60

1455
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE Nov. 30, 2021
PAY TO THE ORDER OF Twin Bridges Waste $ 395.26
Three hundred ninety five + 26/100 DOLLARS
M&T Bank dumpster
FOR 57 Jane 55-4096
⑈001455⑈ ⑆022000046⑆ [redacted]3440⑈

Ballston Spa

PAY TO THE ORDER OF BALLSTON SPA NATIONAL BANK FOR DEPOSIT ONLY CONSOLIDATED WASTE SERVICES LLC

Check #1455 Paid :12/08/2021 $395.26 | Check #1455 Paid :12/08/2021 $395.26

1456
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 12/8/21
PAY TO THE ORDER OF Bridefeld and Associates $ 625
Six hundred twenty five + 00/100 DOLLARS
M&T Bank
FOR November CPA
⑈001456⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF BANK OF AMERICA FOR DEPOSIT ONLY BRIDEFELD & ASSOCIATES, P.C.

Check #1456 Paid :12/10/2021 $625.00 | Check #1456 Paid :12/10/2021 $625.00

1457
BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084
DATE 11/28/21
PAY TO THE ORDER OF Everyjob $ 675.00
six hundred seventy five xx/100 DOLLARS
M&T Bank
FOR Week end 11/28
⑈001457⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1457 Paid :12/01/2021 $675.00 | Check #1457 Paid :12/01/2021 $675.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 8 |

00001433-0006378-Page 4 of 5-DIDS0101220806321756-00001433

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150B
GUILDERLAND, NY 12084

1458

DATE 11/29/21

PAY TO THE ORDER OF Every Job $ 450 00

four hundred fifty xx/100 DOLLARS

M&T Bank

FOR week ending 11/21

⑆001458⑆ ⑆022000046⑆ [redacted]3440⑈

0673775803

>021303618< NBT Bank #673 2021-11-30 0673775803 Batch 299353429

| Check #1458 | Paid :12/01/2021 | $450.00 | Check #1458 | Paid :12/01/2021 | $450.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150B
GUILDERLAND, NY 12084

1459

DATE 11/29/21

PAY TO THE ORDER OF Everyjob $ 962 00

nine hundred sixty two xx/100 DOLLARS

M&T Bank

FOR Week end 11/6

⑆001459⑆ ⑆022000046⑆ [redacted]3440⑈

0673775802

>021303618< NBT Bank #673 2021-11-30 0673775802 Batch 299353429

| Check #1459 | Paid :12/01/2021 | $962.00 | Check #1459 | Paid :12/01/2021 | $962.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150B
GUILDERLAND, NY 12084

1460

DATE 12/10/21

PAY TO THE ORDER OF Ross Concrete $ 5500 00

five thousand five hundred DOLLARS

M&T Bank

FOR Snow Plow Roads Avl 3+

⑆001460⑆ ⑆022000046⑆ [redacted]3440⑈

121421 1536 1536000C155566 221371372

PAY TO THE ORDER OF PIONEER BANK ALBANY NEW YORK 12211 FOR DEPOSIT ONLY ROSS CONCRETE MGMT INC

| Check #1460 | Paid :12/15/2021 | $5500.00 | Check #1460 | Paid :12/15/2021 | $5500.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150B
GUILDERLAND, NY 12084

1461

DATE 12/10/21

PAY TO THE ORDER OF Lance Plumbing $ 3045 00

three thousand forty five xx/100 DOLLARS

M&T Bank

FOR

⑆001461⑆ ⑆022000046⑆ [redacted]3440⑈

7024352

| Check #1461 | Paid :12/20/2021 | $3045.00 | Check #1461 | Paid :12/20/2021 | $3045.00 |
|---|---|---|---|---|---|

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 7 OF 8 |

00001433-0006379-Page 5 of 5-DIDS010122090632175&-00001433

BLITMAN SARATOGA LLC
1462
DATE 12/10/21
PAY TO THE ORDER OF Lance Plumbing $196.65
one hundred ninety six 65/100 DOLLARS
M&T Bank
FOR 4 Alameda Dishwasher Garbage
⑈001462⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1462 Paid :12/20/2021 $196.65

Check #1462 Paid :12/20/2021 $196.65

BLITMAN SARATOGA LLC
1463
DATE 12/13/21
PAY TO THE ORDER OF Commissioner of Finance $130.00
one hundred thirty xx/100 DOLLARS
M&T Bank
FOR 59 Jane Permit ext
⑈001463⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1463 Paid :12/15/2021 $130.00

Check #1463 Paid :12/15/2021 $130.00

BLITMAN SARATOGA LLC
1464
DATE 12/14/21
PAY TO THE ORDER OF Every Job $900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR Week ending
⑈001464⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1464 Paid :12/16/2021 $900.00

Check #1464 Paid :12/16/2021 $900.00

BLITMAN SARATOGA LLC
1465
DATE 12/18/21
PAY TO THE ORDER OF Floor Source $634.36
six hundred thirty four 36/100 DOLLARS
M&T Bank
FOR 47 Jane - Balance floors
⑈001465⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1465 Paid :12/21/2021 $634.36

Check #1465 Paid :12/21/2021 $634.36

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 8 OF 8 |

00001433-0006379-Page 5 of 5-DIDS0101220906321756-00001433







Check #1467 Paid :12/29/2021 $900.00

Check #1467 Paid :12/29/2021 $900.00







Check #1468 Paid :12/29/2021 $900.00

Check #1468 Paid :12/29/2021 $900.00







Check #1469 Paid :12/31/2021 $156.84

Check #1469 Paid :12/31/2021 $156.84