# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**Blitman Saratoga LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 20-23177 (RDD) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions.

On January 25, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Omnibus Motion Seeking to (i) Approve the Debtor's Settlement with the Eastin Family; (ii) Approve the Resale of the Residential Home at 49 Jane Street to the Colellas; and (iii) Approve a Separate Sale of the Residential Home at 47 Jane Street to the Bennices [Docket No. 98]**

- **Notice of Hearing on Debtor's Omnibus Motion Seeking to (i) Approve the Debtor's Settlement with the Eastin Family; (ii) Approve the Resale of the Residential Home at 49 Jane Street to the Colellas; and (iii) Approve a Separate Sale of the Residential Home at 47 Jane Street to the Bennices [Docket No. 98-1]**

Dated: January 26, 2022

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 26th day of January, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public  California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

| | | |
|---|---|---|
| 518 CONTRACTING LLC<br>1082 S SCHODACK RD<br>CASTLETON ON HUDSON, NY 12033-9660 | ALERDICE BUILDING SUPPLY INC.<br>41 WALWORTH ST<br>SARATOGA SPRINGS, NY 12866-3011F | ALEXANDER GOREN<br>1175 PARK AVE<br>NEW YORK, NY 10128-1211 |
| APPOLO HEATING INC.<br>868 BURDECK ST<br>SCHENECTADY, NY 12306-1218 | ARTHUR J. GALLAGHER RISK MANAGEMENT<br>4000 MIDLANTIC DR STE 200<br>MOUNT LAUREL, NJ 08054-1580 | BALLSTON SPA NATIONAL BANK<br>990 STATE ROUTE 67<br>BALLSTON SPA, NY 12020-3603 |
| BALLSTON SPA NATIONAL BANK<br>C/O PETER L. BURGESS, ESQ.<br>646 PLANK ROAD, SUITE 103<br>CLIFTON PARK, NT 12065 | BEAVER POND VILLAGE HOA, INC.<br>KATRINA J. KLUG-MONKS<br>4 BRIDGE STREET<br>BROADALBIN, NY 12025 | BENJAMIN NEIDL, ESQ.<br>E. STEWART JONES HACKER MURPHY<br>28 2ND ST<br>TROY, NY 12180-3955 |
| BOSWELL ENGINEERING<br>799 MADISON AVE<br>ALBANY, NY 12208-3319 | CALLANAN INDUSTRIES INC,<br>C/O MARINSTEIN & MARINSTEIN<br>22 FIRST STREET – PO BOX 155<br>TROY, NY 12208-3319 | CASELLA WASTE SERVICES<br>25 GREENS HILL LANE<br>RUTLAND, VT 05701-3804 |
| CHANGEBRIDGE CONSTRUCTION CORP.<br>222 BLOOMINGDALE RD<br>WHITE PLAINS, NY 10601 | CURTIS LUMBER<br>885 NY ROUTE 67<br>BALLSTON SPA, NY 12020 | DAIGLE CLEANING SYSTEMS INC.<br>20 CENTER ST<br>ALBANY, NY 12204-2605 |
| EAGLE ASSOCIATES CONCRETE<br>PO BOX 250<br>HANNACROIX, NY 12087-0250 | ERIC & LAURA LYETH<br>C/O MICHAEL CATALFIMO, ESQ.<br>ROWLANDS LEBROU & GRIESMER PLLC<br>480 BROADWAY, SUITE 250<br>SARATOGA SPRINGS NY 12866 | ERIC J. MANDELL, ESQ.<br>DELBELLO, DONNELLAN, ET AL<br>1 N LEXINGTON AVE<br>WHITE PLAINS, NY 10601-1712 |
| ERIE MATERIALS<br>99 RAILROAD AVE<br>ALBANY, NY 12205-5913 | ESTATE OF HOWARD N. BLITMAN<br>3 ELMDORF DR<br>SCARSDALE, NY 10583-4203 | EVANS ARCHITECTS AIA<br>470 CHAMBERLAIN AVE<br>PATERSON, NJ 07522-1031 |
| FLOOR SOURCE INC.<br>1466 US HIGHWAY 9<br>CLIFTON PARK, NY 12065 | FRANK G. & MARGARET E. COLONE<br>11 FURLONG ST<br>SARATOGA SPRINGS, NY 12866-5047 | GRAIG & GIOVANNA EASTIN<br>40 CAMBRIDGE WAY<br>LATHAM, NY 12110 |
| GRANITE AND MARBLE WORKS INC.<br>8 COMMERCE PARK DR<br>WILTON, NY 12831-2240 | GREG ZIPES, ESQ.<br>OFFICE OF THE U.S. TRUSTEE<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | HONORABLE ROBERT D. DRAIN<br>U.S. BANKRUPTCY COURT<br>300 QUARROPAS STREET<br>WHITE PLAINS, NY 10601 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JAMES GOREN<br>125 MAPLE AVE, SUITE C<br>CHESTER, NJ 07930-2521 | JOHN D. MARCELLA APPLIANCES<br>560 BROADWAY<br>SCHENECTADY, NY 12305-2701 |
| JOHN HAYKO, ESQ.<br>MAZZOTTA & VAGIANELIS, P.C.<br>9 WASHINGTON SQUARE<br>ALBANY NY 12205 | KENNETH M. LEWIS, ESQ.<br>WHITEFORD TAYLOR PRESTON<br>220 WHITE PLAINS ROAD<br>TARRYTOWN, NY 10591 | LANCE PLUMBING<br>480 BROADWAY, SUITE 14A<br>SARATOGA SPRINGS, NY 12866 |

| | | |
|---|---|---|
| LAZIO MASONRY LLC<br>63 NOTT RD<br>REXFORD, NY 12148-1312 | LUCARELLI SAND AND GRAVEL<br>117 VOSBURGH RD<br>MECHANICVILLE, NY 12118-3620 | LUCIO DECARLO TRIMMING<br>PO BOX 299<br>CLARKSVILLE, NY 12041-0299 |
| MADSEN OVERHEAD DOORS INC.<br>673 ROUTE 203<br>SPENCERTOWN, NY 12165 | MAZARS<br>60 CROSSWAYS PARK DR W<br>WOODBURY, NY 11797-2018 | MICHAEL & LISA AKKER<br>2 SAW MILL COURT<br>SARATOGA SPRINGS, NY 12866 |
| MICHELE L. ANDERSON, ESQ.<br>ANDERSON FIRM PLLC<br>48 UNION AVENUE, SUITE 1<br>SARATOGA SPRINGS NY 12866 | MR. AND MRS. FRANK COLONE<br>C/O ROSEMARIE MATERA, ESQ.<br>KURZTMAN MATERA PC<br>80 RED SCHOOLHOUSE RD, SUITE 110<br>CHESTNUT RIDGE, NY 10977 | MR. AND MRS. GRAIG EASTIN<br>C/O JOHN FREDERICK HARWICK, ESQ.<br>E. STEWART JONES HACKER MURPHY, LLP<br>28 SECOND STREET<br>TROY, NY 12180 |
| MR. AND MRS. MICHAEL AKKER<br>C/O KEVIN LAURILLIARD, ESQ.<br>O'CONNELL & ARONOWITZ<br>54 STATE STREET, 9TH FLOOR<br>ALBANY, NY 12207 | MR. AND MRS. STEPHEN DORSEY<br>C/O KEVIN LAURILLIARD, ESQ.<br>O'CONNELL & ARONOWITZ<br>54 STATE STREET, 9TH FLOOR<br>ALBANY, NY 12207 | NATIONAL GRID<br>636 QUAKER RD<br>QUEENSBURY, NY 12804-3952 |
| NORTHWAY TILE LLC<br>313 USHERS RD<br>BALLSTON LAKE, NY 12019-1552 | NYC DEP'T OF FINANCE<br>LEGAL AFFAIRS<br>345 ADAMS ST FL 3<br>BROOKLYN, NY 11201-3719 | NYS DEP'T OF TAXATION<br>BANKRUPTCY/SPECIAL PROCEDURE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| OFFICE OF ATTORNEY GENERAL<br>BUREAU OF CONSUMER FRAUD<br>44 S BROADWAY<br>WHITE PLAINS, NY 10601-4425 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O FRANCIS J. BRENNAN, ESQ.<br>NOLAN HELLER KAUFFMAN LLP<br>80 STATE STREET, 11TH FLOOR<br>ALBANY, NY 12207 | PETER L. BURGESS, ESQ.<br>BURGESS & ASSOCIATES P.C.<br>646 PLANK RD STE 103<br>CLIFTON PARK, NY 12065-4800 |
| PRECISION CONCRETE PUMPING INC.<br>90 INDUSTRIAL PARK ROAD DR<br>ALBANY, NY 12201 | PRECISION UPSTATE<br>115 FREEMANS BRIDGE RD<br>SCHENECTADY, NY 12302-3513 | PRO TECH AUTOMATIC<br>59 EXCHANGE ST<br>ALBANY, NY 12205-3326 |
| RICHARD & CATHERINE BENNICE<br>4 ARROWHEAD RD<br>SARATOGA SPRINGS, NY 12866-8733 | ROSS CONCRETE<br>15 GILBERT ST<br>MECHANICVILLE, NY 12118-1203 | RUSZARD & BEATA LESIAK<br>2092 DONNAN RD<br>GALWAY, NY 12074-2509 |
| SARATOGA CITY COMM. OF FINANCE<br>PO BOX 328<br>SARATOGA SPRINGS, NY 12866-0328 | SARATOGA FUNDING LLC<br>C/O JAY RUSS, ESQ.<br>RUSS AND RUSS<br>543 BROADWAY<br>MASSAPEQUA, NY 11758 | SARATOGA SOD FARM<br>1670 STATE ROUTE 4<br>STILLWATER, NY 12170 |
| SARATOGA SPRINGS SCHOOL DISTRICT<br>PO BOX 378<br>SARATOGA SPRINGS, NY 12866-0378 | SHEFT ELECTRIC<br>260 THIMBLEBERRY RD<br>BALLSTON SPA, NY 12020-4386 | SMC CARPENTRY<br>7 OXFORD PL<br>ALBANY, NY 12203-4707 |
| SNYDER'S DRYWALL<br>1555 ROUTE 9<br>FORT EDWARD, NY 12828-2454 | SPHS - SARATOGA SPRINGS CO.<br>5 FINLEY ST<br>SARATOGA SPRINGS, NY 12866-4717 | STAPLES, INC<br>DEPT NY<br>PO BOX 415256<br>BOSTON, MA 02241-5256 |

| | | |
|---|---|---|
| STEPHEN & SUSAN DORSEY<br>17 TIFFANY PL<br>SARATOGA SPRINGS, NY 12866-9059 | STONE INDUSTRIES LLC<br>4305 ROUTE 50<br>SARATOGA SPRINGS, NY 12866-2914 | SUNSHINE LANDSCAPING<br>612 TANNER RD<br>CLIFTON PARK, NY 12065-1500 |
| THERESA A. CAPOZZOLA, ESQ.<br>CAPOZZOLA LAW FIRM<br>502 MAPLE AVENUE<br>SARATOGA SPRINGS NY 12866 | THOMAS KEANEY<br>BLITMAN SARATOGA LLC<br>222 BLOOMINGDALE ROAD<br>WHITE PLAINS, NY 10605 | TIME WARNER CABLE/SPECTRUM<br>8 CIRCULAR ST<br>SARATOGA SPRINGS, NY 12866-4278 |
| TOM & MARLENE GUIFFRE<br>C/O MATTHEW J. SGAMBETTERA, ESQ.<br>480 BROADWAY, SUITE 316<br>SARATOGA SPRINGS NY 12866 | TOWN & COUNTRY PAINTING ENT. INC.<br>8 MARCEL ROAD<br>CLIFTON PARK, NY 12065 | TPK DEVELOPMENT INC.<br>102 CHRISTOPHER LN<br>ALTAMONT, NY 12009-4200 |
| WILLIAMS SCOTSMAN INC.<br>1609 US ROUTE 9<br>CLIFTON PARK, NY 12065 | | |

Parties Served: 76