UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Blitman Saratoga LLC, | Case No. 20-23177 (RDD) |
| Debtor. | |

---------------------------------------------------------------x

**STIPULATION WITH DIP LENDER RELATING TO DISPOSITION OF THE 47 JANE STREET AND 49 JANE STREET SALE PROCEEDS**

WHEREAS, Blitman Saratoga LLC (the "Debtor") has obtained Bankruptcy Court approval to sell the residential homes located at 47 Jane Street and 49 Jane Street in Saratoga Springs, New York; and

WHEREAS, Saratoga Funding LLC (the "DIP Lender") previously acquired the pre-petition mortgage loans held by Ballston Spa National Bank ("BSNB") and made additional loans to the Debtor pursuant to the *Final Order Authorizing the Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§362 and 364(c)* dated February 5, 2021 (ECF No. 38) (the "DIP Order"); and

WHEREAS, the Debtor intends to utilize a portion of the sale proceeds generated from the sale of the 47 Jane Street and 49 Jane Street properties to fund cash distributions under a proposed plan of reorganization to pay for administrative expenses, priority claims and fund a 50% cash dividend to general unsecured creditors; and

WHEREAS, in connection with the approval of the sale of the 47 Jane Street and 49 Jane Street properties, the Debtor has requested that the sum of $600,000 be retained by the Debtor in escrow for plan purposes (the "Plan Escrow"); and

WHEREAS, the DIP Lender has agreed to modify the DIP Order to enable the Debtor to retain the Plan Escrow upon the terms and conditions set forth below.

NOW, THEREFORE, the Debtor and DIP Lender, by their respective counsel, agree as follows:

1. The DIP Lender hereby re-affirms its consent to the sale of the 47 Jane Street and 49 Jane Street properties pursuant to the terms of the pre-fixed Order and hereby reconfirms that the sale of the respective properties shall both be free and clear of the DIP Lender's mortgage liens and claims under the DIP Order.
2. The DIP Order is hereby modified to authorize the establishment of the Plan Escrow from the sale proceeds of the 47 Jane Street and 49 Jane Street properties at the closings thereon. The Plan Escrow shall be held by the Debtor's counsel in a separate interest-bearing account pending further Order of the Bankruptcy Court.
3. The residual net proceeds generated from the sale of the 47 Jane Street and 49 Jane Street properties shall be paid over to the DIP Lender to reduce the BSNB Loans (as defined in the DIP Order) assigned by BSNB after payment of (i) reasonable closing costs and expenses; and (ii) all tax and mechanic liens (including any escrows for any disputed amounts); and (iii) a reserve for the amount of requested broker's commission.
4. The DIP Lender reserves all of its other rights, remedies and claims relating to the plan of reorganization and future sales of the Debtor's properties.

Dated: New York, New York
March 9, 2022

Russ & Russ, P.C.
Attorneys for the DIP Lender
543 Broadway
Massapequa, New York 11758

By: /s/ Jay Russ
Jay Russ

Goldberg Weprin Finkel Goldstein LLP
Attorneys for Debtor
1501 Broadway, 22nd Floor
New York, New York 10036

By: /s/ Kevin J. Nash
Kevin J. Nash