March 8, 2022

Honorable Robert D. Drain

United States Bankruptcy Judge

C/O Vito Genna

Clerk of the Bankruptcy Court

300 Quarropas Street

White Plains, NY 10601

Judge Drain,

We are concerned residents in the Beaver Pond Village subdivision in Saratoga Springs NY and are writing to you relative to Case No. 20-23177 to express our concern about what we see as a possible omission in the Chapter 11 Bankruptcy filing by Blitman Saratoga LLC. While the post-petition financing and business reorganization plans account for unfulfilled contracts, monetary claims, unsold lots, etc., there is nothing which specifically calls out the obligation of Blitman Saratoga LLC to complete the subdivision infrastructure (e.g. asphalt top coating of the roads, street lighting and landscaping and various infrastructure repairs). There are currently four Letters of Credit active with the City of Saratoga Springs totaling $919,750 which are intended to assure this work gets done. As these LOC's were initially drafted up to nine years ago, we question whether they will indeed cover current costs for the required work. As such, we view the totality of the infrastructure funding as a liability which was not brought to the attention of the court. While the majority of the subdivision Phases VI and VII are undeveloped, Phases I-V are essentially complete and we see no reason for Blitman Saratoga LLC to not complete their obligation in these earlier phases at this time.

Currently, control of the Beaver Pond Village Home Owners Association (HOA) rests with Blitman Saratoga LLC as they occupy three of the five Board of Directors positions. This leaves the residents of the community without legal counsel in these bankruptcy proceedings. Is there anything the court can do to further address this issue, perhaps assign counsel to represent our interests with fees paid for by Blitman Saratoga LLC since they control the HOA or, remove Blitman Saratoga LLC from the HOA allowing the HOA to retain counsel without Blitman's approval? We would appreciate a response from the court on these matters. The email addresses or telephone numbers below can be used for communications. Thank you.

Respectfully,

Christopher Baldwin (508) 817-7692

HOA Board member

baldwinc@csbitsolutions.com

Teresa Indyk (914) 456-7811

HOA Board member

tindyk60@gmail.com

Tim Coll

Anthony Mastroianni

Andy Cowley

Tom Reill

Debra Leach

Cc: James Goren Thomas Keaney Scott Varley Gary Persepier