M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000001425 FIDS154HG70101312201 01 000000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]3440 | 01/01/22 - 01/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $6,058.97 |
| DEPOSITS & CREDITS | 622,636.63 |
| LESS CHECKS & DEBITS | 171,901.57 |
| LESS SERVICE CHARGES | 43.83 |
| ENDING BALANCE | $456,750.20 |

00001425-0005945-Page 1 of 9-DIDS020122140335299-00001425

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2022 | BEGINNING BALANCE | | | $6,058.97 |
| 01/05/2022 | DEPOSIT | $622,636.63 | | |
| 01/05/2022 | CURTIS LUMBER COMPANY 518-4901323 | | $575.26 | |
| 01/05/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 01/05/2022 | CHECK NUMBER 1466 | | 1,494.00 | 626,380.24 |
| 01/07/2022 | FEDEX OFFIC63400006346SARATOGA SPRI | | 2.89 | |
| 01/07/2022 | CHECK NUMBER 1470 | | 2,890.00 | |
| 01/07/2022 | CHECK NUMBER 1471 | | 50,680.00 | |
| 01/07/2022 | CHECK NUMBER 1490 | | 900.00 | |
| 01/07/2022 | CHECK NUMBER 1491 | | 900.00 | |
| 01/07/2022 | CHECK NUMBER 1492 | | 1,150.00 | |
| 01/07/2022 | CHECK NUMBER 1496 | | 13,700.00 | |
| 01/07/2022 | CHECK NUMBER 1497 | | 13,700.00 | 542,457.35 |
| 01/10/2022 | CHECK NUMBER 1501 | | 4,000.00 | |
| 01/10/2022 | CHECK NUMBER 1502 | | 1,140.17 | |
| 01/10/2022 | CHECK NUMBER 1503 | | 5,200.00 | |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 43.83 | 532,073.35 |
| 01/11/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 459.86 | |
| 01/11/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 17.31 | |
| 01/11/2022 | CHECK NUMBER 1478 | | 6,262.50 | |
| 01/11/2022 | CHECK NUMBER 1479 | | 2,200.00 | |
| 01/11/2022 | CHECK NUMBER 1485 | | 350.00 | |
| 01/11/2022 | CHECK NUMBER 1498 | | 1,160.00 | |
| 01/11/2022 | CHECK NUMBER 1499 | | 3,000.00 | |
| 01/11/2022 | CHECK NUMBER 1500 | | 11,420.00 | |
| 01/11/2022 | CHECK NUMBER 1504 | | 1,200.00 | |
| 01/11/2022 | CHECK NUMBER 1505 | | 1,200.00 | |
| 01/11/2022 | CHECK NUMBER 1506 | | 11,200.76 | |
| 01/11/2022 | CHECK NUMBER 1507 | | 1,200.00 | 492,402.92 |
| 01/12/2022 | CHECK NUMBER 1472 | | 402.53 | |
| 01/12/2022 | CHECK NUMBER 1476 | | 625.00 | |
| 01/12/2022 | CHECK NUMBER 1481 | | 216.00 | |
| 01/12/2022 | CHECK NUMBER 1482 | | 1,025.88 | |
| 01/12/2022 | CHECK NUMBER 1483 | | 397.24 | |
| 01/12/2022 | CHECK NUMBER 1484 | | 1,765.58 | |

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]440 | 01/01/22 - 01/31/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

00001425-0005946-Page 2 of 9-DIDS020122140335296-00001425

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/12/2022 | CHECK NUMBER 1493 | | 5,000.00 | |
| 01/12/2022 | CHECK NUMBER 1495 | | 5,000.00 | 477,970.69 |
| 01/13/2022 | CHECK NUMBER 1494 | | 6,200.00 | |
| 01/13/2022 | CHECK NUMBER 1508 | | 900.00 | 470,870.69 |
| 01/14/2022 | TST* 9 Miles East FarmSaratoga Spri | | 140.38 | |
| 01/14/2022 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 751.91 | 469,978.40 |
| 01/18/2022 | CHECK NUMBER 1477 | | 488.00 | |
| 01/18/2022 | CHECK NUMBER 1509 | | 4,377.50 | |
| 01/18/2022 | CHECK NUMBER 1510 | | 1,765.00 | |
| 01/18/2022 | CHECK NUMBER 1511 | | 467.50 | |
| 01/18/2022 | CHECK NUMBER 1512 | | 595.00 | 462,285.40 |
| 01/19/2022 | CAMELOT PRINT & COPY CLATHAM | | 54.33 | |
| 01/19/2022 | CHECK NUMBER 1473 | | 50.83 | |
| 01/19/2022 | CHECK NUMBER 1474 | | 79.69 | |
| 01/19/2022 | CHECK NUMBER 1475 | | 250.43 | |
| 01/19/2022 | CHECK NUMBER 1480 | | 900.00 | 460,950.12 |
| 01/20/2022 | STAPLES 00104521LATHAM | | 74.30 | |
| 01/20/2022 | CHECK NUMBER 1489 | | 23.38 | |
| 01/20/2022 | CHECK NUMBER 1519 | | 900.00 | 459,952.44 |
| 01/21/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 30.56 | |
| 01/21/2022 | CHECK NUMBER 1487 | | 636.22 | 459,285.66 |
| 01/25/2022 | 9 MILES EA* 9 MILES EASTRIPE.COM | | 25.68 | |
| 01/25/2022 | CHECK NUMBER 1488 | | 219.31 | 459,040.67 |
| 01/27/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 861.62 | 458,179.05 |
| 01/28/2022 | CHECK NUMBER 1514 | | 517.99 | 457,661.06 |
| 01/31/2022 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 10.86 | |
| 01/31/2022 | CHECK NUMBER 1521 | | 900.00 | 456,750.20 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 46 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1466 | 01/05/22 | 1,494.00 | 1474 | 01/19/22 | 79.69 | 1479 | 01/11/22 | 2,200.00 |
| 1470* | 01/07/22 | 2,890.00 | 1475 | 01/19/22 | 250.43 | 1480 | 01/19/22 | 900.00 |
| 1471 | 01/07/22 | 50,680.00 | 1476 | 01/12/22 | 625.00 | 1481 | 01/12/22 | 216.00 |
| 1472 | 01/12/22 | 402.53 | 1477 | 01/18/22 | 488.00 | 1482 | 01/12/22 | 1,025.88 |
| 1473 | 01/19/22 | 50.83 | 1478 | 01/11/22 | 6,262.50 | 1483 | 01/12/22 | 397.24 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 01/01/22 - 01/31/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1484 | 01/12/22 | 1,765.58 | 1496 | 01/07/22 | 13,700.00 | 1506 | 01/11/22 | 11,200.76 |
| 1485 | 01/11/22 | 350.00 | 1497 | 01/07/22 | 13,700.00 | 1507 | 01/11/22 | 1,200.00 |
| 1487* | 01/21/22 | 636.22 | 1498 | 01/11/22 | 1,160.00 | 1508 | 01/13/22 | 900.00 |
| 1488 | 01/25/22 | 219.31 | 1499 | 01/11/22 | 3,000.00 | 1509 | 01/18/22 | 4,377.50 |
| 1489 | 01/20/22 | 23.38 | 1500 | 01/11/22 | 11,420.00 | 1510 | 01/18/22 | 1,765.00 |
| 1490 | 01/07/22 | 900.00 | 1501 | 01/10/22 | 4,000.00 | 1511 | 01/18/22 | 467.50 |
| 1491 | 01/07/22 | 900.00 | 1502 | 01/10/22 | 1,140.17 | 1512 | 01/18/22 | 595.00 |
| 1492 | 01/07/22 | 1,150.00 | 1503 | 01/10/22 | 5,200.00 | 1514* | 01/28/22 | 517.99 |
| 1493 | 01/12/22 | 5,000.00 | 1504 | 01/11/22 | 1,200.00 | 1519* | 01/20/22 | 900.00 |
| 1494 | 01/13/22 | 6,200.00 | 1505 | 01/11/22 | 1,200.00 | 1521* | 01/31/22 | 900.00 |
| 1495 | 01/12/22 | 5,000.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 46 |
| AMOUNT OF CHECKS PAID | $168,650.51 |

00001425-0005947-Page 3 of 9-DIDS020122140352986-00001425



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 4 OF 15 |

00001425-0005948-Page 4 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1466

DATE 12/23/21

PAY TO THE ORDER OF Floor Source $1494.00

one thousand four hundred ninety four 00/100 DOLLARS

M&T Bank

FOR 59 Jane - Carpet 2nd Beds

⑈001466⑈ ⑆022000046⑆ [redacted]3440⑈

01/04/2022 14:12 KUMARMB 427031043192 KeyBank NA >021300077< DEP

PAY TO THE ORDER OF KEYBANK NATIONAL ASSOCIATION FOR DEPOSIT ONLY FLOOR SOURCE INC

| Check #1466 | Paid :01/05/2022 | $1494.00 |
| --- | --- | --- |

Check #1466 Paid :01/05/2022 $1494.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1470

DATE 1/6/22

PAY TO THE ORDER OF Lucarelli Sand & Gravel $2890

two thousand eight hundred & ninety xx/100 DOLLARS

M&T Bank

FOR 47 Jane Final Grade

⑈001470⑈ ⑆022000046⑆ [redacted]3440⑈

0053426585

>021301115<
Chemung Canal Trust 053
2022-01-06
0053426585
Batch 304871446

For Deposit Only

| Check #1470 | Paid :01/07/2022 | $2890.00 |
| --- | --- | --- |

Check #1470 Paid :01/07/2022 $2890.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1471

DATE 1/6/22

PAY TO THE ORDER OF Lucarelli Sand & Gravel $50,680

Fifty thousand six hundred and eighty xx/100 DOLLARS

M&T Bank

FOR Additional Grade Digging

⑈001471⑈ ⑆022000046⑆ [redacted]3440⑈

CC53426586

>021301115<
Chemung Canal Trust 053
2022-01-06
0053426586
Batch 304871446

For Deposit Only

| Check #1471 | Paid :01/07/2022 | $50680.00 |
| --- | --- | --- |

Check #1471 Paid :01/07/2022 $50680.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1472

DATE 1/3/22

PAY TO THE ORDER OF Twin Bridges Waste $ 402 53/100

Four hundred two +53/100 DOLLARS

M&T Bank

FOR #182967 57 Jane

⑈001472⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF BALLSTON SPA NATIONAL BANK CLIFTON PARK, NY FOR DEPOSIT ONLY CONSOLIDATED WASTE SERVICES LLC

| Check #1472 | Paid :01/12/2022 | $402.53 |
| --- | --- | --- |

Check #1472 Paid :01/12/2022 $402.53

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 5 OF 15 |

00001425-0005948-Page 4 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1473

DATE 1/3/22

PAY TO THE ORDER OF National Grid $ 50 83/100

Fifty + 83/100 DOLLARS

M&T Bank

FOR 98 Cypress #4980312010 site lights

⑈001473⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1473 Paid :01/19/2022 $50.83

001069 074 011922 1351
498031201 PIT
777149642/371416
011922 383608 074 148 Dyn 0

Check #1473 Paid :01/19/2022 $50.83

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1474

DATE 1/3/22

PAY TO THE ORDER OF National Grid $ 79 69/100

Seventy Nine + 69/100 DOLLARS

M&T Bank

FOR 30 Pamela #07001-76012 site lights

⑈001474⑈ ⑆022000046⑆ [redacted]440⑈

Check #1474 Paid :01/19/2022 $79.69

001069 075 011922 1351
070017601 PIT
777149642/371416
011922 383608 075 150 Dyn 0

Check #1474 Paid :01/19/2022 $79.69

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1475

DATE 1/13/22

PAY TO THE ORDER OF National Grid $ 250 43/100

Two hundred Fifty and 43/100 DOLLARS

M&T Bank

FOR 4 Pamela #28204140 26

⑈001475⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1475 Paid :01/19/2022 $250.43

001069 076 011922 1351
282041402 PIT
777149642/371416
011922 383608 076 152 Dyn 0

Check #1475 Paid :01/19/2022 $250.43

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1476

DATE 1/3/22

PAY TO THE ORDER OF Bridefeld - Associates P.C. $ 625 00/100

Six hundred twenty five + 00/100 DOLLARS

M&T Bank

FOR OPA

⑈001476⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1476 Paid :01/12/2022 $625.00

PAY TO THE ORDER OF
BANK OF AMERICA
MALIBU, CA 90265-4604
FOR DEPOSIT ONLY
BRIEDEFELD & ASSOCIATES P.C.
[redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check #1476 Paid :01/12/2022 $625.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 15 |

00001425-0005949-Page 5 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1477

DATE 1/3/22

PAY TO THE ORDER OF Northeast Stairs $ 488 00/100

Four hundred eightyeight + 00/100 DOLLARS

M&T Bank

FOR 47 Jane Stair Repair

⑈001477⑈ ⑆022000046⑆ [redacted]3440⑈

20220114 1190000224470 FNBS 021310711 TLR # 0000063

Check #1477 Paid :01/18/2022 $488.00

Check #1477 Paid :01/18/2022 $488.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1478

DATE 1/3/22

PAY TO THE ORDER OF Bodwell Engineering $ 6262 50/100

Sixty two hundred sixtytwo + 50/100 DOLLARS

M&T Bank

FOR #157888 + 157875 (Vacan) (Bldg stakeout)

⑈001478⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1478 Paid :01/11/2022 $6262.50

Check #1478 Paid :01/11/2022 $6262.50

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1479

DATE 1/3/22

PAY TO THE ORDER OF TM Irrigation Services $ 2200.00

Twenty two hundred + 00/100 DOLLARS

M&T Bank

FOR #980 47 Jane new install

⑈001479⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1479 Paid :01/11/2022 $2200.00

Check #1479 Paid :01/11/2022 $2200.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1480

DATE 1/3/22

PAY TO THE ORDER OF Snyder's Drywall Inc. $ 900 00/100

Nine hundred + 00/100 DOLLARS

M&T Bank

FOR 4 Pamela Repair # 2819

⑈001480⑈ ⑆022000046⑆ [redacted]3440⑈

011822 50060002007903 021302554 GFNB 0134

For Deposit Snyder's Drywall

Check #1480 Paid :01/19/2022 $900.00

Check #1480 Paid :01/19/2022 $900.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 7 OF 15 |

00001425-0005949-Page 5 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1481

DATE 1/3/22

PAY TO THE ORDER OF Aiveni's Landscaping $ 216.00

Two hundred sixteen + 00/100 DOLLARS

M&T Bank

FOR [illegible] #5370 4 Parnell

⑈001481⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1481 Paid :01/12/2022 $216.00

>021307559>20220111
Community Bank, NA
Drawer#/Trace#: 36122/0004
HIN: 804624110090014

Check #1481 Paid :01/12/2022 $216.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1482

DATE Jan 5, 2022

PAY TO THE ORDER OF Pro Tech Lawn Sprinklers $ 1025.88

Ten hundred twenty five + 88/100 DOLLARS

M&T Bank

FOR 11/25/6003# 59 [illegible]

⑈001482⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1482 Paid :01/12/2022 $1025.88

ENDORSE HERE
Pro Tech Lawn Sprinklers Inc
70466124
For Deposit Only

Check #1482 Paid :01/12/2022 $1025.88

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1483

DATE 1/5/22

PAY TO THE ORDER OF Canaday Sweepers Inc. $ 397.24/100

Three hundred ninety seven 24/100 DOLLARS

M&T Bank

FOR Sweeping [illegible] #339905-21 Phase IV + VII

⑈001483⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1483 Paid :01/12/2022 $397.24

for deposit only

Check #1483 Paid :01/12/2022 $397.24

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1484

DATE 1/5/22

PAY TO THE ORDER OF Pro Tech Lawn Sprinklers $ 1765.58

Seventeen hundred sixty five + 58/100 DOLLARS

M&T Bank

FOR 11/25/3133 (New Install) 49 Jane

⑈001484⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1484 Paid :01/12/2022 $1765.58

ENDORSE HERE
Pro Tech Lawn Sprinklers Inc
70466124
For Deposit Only

Check #1484 Paid :01/12/2022 $1765.58

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 8 OF 15 |

00001425-0005950-Page 6 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1485
DATE 1/5/22
PAY TO THE ORDER OF Appolo Heating Inc $ 350 00/100
Three hundred fifty + 00/100 DOLLARS
M&T Bank
FOR 47 Jane Blower Motor

⑈001485⑈ ⑆022000046⑆ [redacted]3440⑈

Endorse here: Firsttrust Bank 236073801 For Deposit Only Account: [redacted]

| Check #1485 | Paid :01/11/2022 | $350.00 | Check #1485 | Paid :01/11/2022 | $350.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1487
DATE 1/12/22
PAY TO THE ORDER OF Twin Bridges Waste $ 636 22/100
Six hundred thirty six + 22/100 DOLLARS
M&T Bank
FOR 184159 8 Kate Dumpster

⑈001487⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF BALLSTON SPA NATIONAL BANK FOR DEPOSIT ONLY [redacted] CONSOLIDATED WASTE SERVICES LLC

| Check #1487 | Paid :01/21/2022 | $636.22 | Check #1487 | Paid :01/21/2022 | $636.22 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1488
DATE 1/18/22
PAY TO THE ORDER OF National Grid $ 219 31/100
Two hundred nineteen + 31/100 DOLLARS
M&T Bank
FOR 29 Jane St, Temp

⑈001488⑈ ⑆022000046⑆ [redacted]3440⑈

001163 134 012522 1351
244017102 PIT
777149642/371416
012522 409915 134 268 Dyn 0

| Check #1488 | Paid :01/25/2022 | $219.31 | Check #1488 | Paid :01/25/2022 | $219.31 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1489
DATE 1/12/22
PAY TO THE ORDER OF Mazzotta + Vaganelis P.C. $ 23 38/100
Twenty three + 38/100 DOLLARS
M&T Bank
FOR Fed exp ... Lot 107 (11 Jane) Akker

⑈001489⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF M&T BANK GUILDERLAND NY 12084 FOR DEPOSIT ONLY [redacted] MAZZOTTA & SIEGEL & VAGIA

| Check #1489 | Paid :01/20/2022 | $23.38 | Check #1489 | Paid :01/20/2022 | $23.38 |
|---|---|---|---|---|---|

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 9 OF 15 |

00001425-0005950-Page 6 of 9-DIDS0201221403352996-00001425




Check #1490 Paid :01/07/2022 $900.00




Check #1490 Paid :01/07/2022 $900.00




Check #1491 Paid :01/07/2022 $900.00




Check #1491 Paid :01/07/2022 $900.00




Check #1492 Paid :01/07/2022 $1150.00




Check #1492 Paid :01/07/2022 $1150.00




Check #1493 Paid :01/12/2022 $5000.00




Check #1493 Paid :01/12/2022 $5000.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 10 OF 15 |

00001425-0005951-Page 7 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1494

DATE 1/6/22

PAY TO THE ORDER OF Sheft Electric $ 6,200

six thousand two hundred xx/100 DOLLARS

M&T Bank

FOR 47 Jane - Elec Final

⑈001494⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1494 Paid :01/13/2022 $6200.00

Check #1494 Paid :01/13/2022 $6200.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1495

DATE 1/6/22

PAY TO THE ORDER OF Ross Concrete $ 5,000 00

Five thousand xx/100 DOLLARS

M&T Bank

FOR Snow 3rd Payment

⑈001495⑈ ⑆022000046⑆ [redacted]440⑈

Check #1495 Paid :01/12/2022 $5000.00

011122 1547 1547888016 1346>221371372<

PAY TO THE ORDER OF PIONEER BANK ALBANY, NEW YORK 12211 [redacted] FOR DEPOSIT ONLY ROSS CONCRETE MCAT INC.

Check #1495 Paid :01/12/2022 $5000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1496

DATE 1/7/22

PAY TO THE ORDER OF TPK Development $ 13,700 00

thirteen thousand seven hundred xx/100 DOLLARS

M&T Bank

FOR September 2021

⑈001496⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1496 Paid :01/07/2022 $13700.00

[redacted] NBT Bank #920
6641
0800947005

IP8314 689601/07/2210:38:22**61853007007605743 27400 C001/07/22

Check #1496 Paid :01/07/2022 $13700.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1497

DATE 1/7/22

PAY TO THE ORDER OF TPK Development $ 13,700 00

thirteen thousand seven hundred xx/100 DOLLARS

M&T Bank

FOR October 2021

⑈001497⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1497 Paid :01/07/2022 $13700.00

[redacted] NBT Bank #920
6641
0800947006

IP8314 689601/07/2210:38:22**61853007007605743 27400 C001/07/22

Check #1497 Paid :01/07/2022 $13700.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 11 OF 15 |

00001425-0005951-Page 7 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1498
DATE 1/7/22
PAY TO THE ORDER OF Lucarelli Sand & Gravel $1160 00
one thousand one hundred sixty xx/100 DOLLARS
M&T Bank
FOR SWPPP - Phase VI VII
⑈001498⑈ ⑆022000046⑆ [redacted]3440⑈

0053538662
>021301115<
Chemung Canal Trust 053
2022-01-10
0053538662
Batch 305372748
For Deposit Only

Check #1498 Paid :01/11/2022 $1160.00

Check #1498 Paid :01/11/2022 $1160.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1499
DATE 1/7/22
PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 3,000 00
three thousand xx/100 DOLLARS
M&T Bank
FOR 5 Jane -- Warranty Water
⑈001499⑈ ⑆022000046⑆ [redacted]3440⑈

0053538663
>021301115<
Chemung Canal Trust 053
2022-01-10
0053538663
Batch 305372748
For Deposit Only

Check #1499 Paid :01/11/2022 $3000.00

Check #1499 Paid :01/11/2022 $3000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1500
DATE 1/7/22
PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 11,420 00
eleven thousand four hundred two xx/100 DOLLARS
M&T Bank
FOR National Grid Elect Gas dig
⑈001500⑈ ⑆022000046⑆ [redacted]3440⑈

0053538664
>021301115<
Chemung Canal Trust 053
2022-01-10
0053538664
Batch 305372748
For Deposit Only

Check #1500 Paid :01/11/2022 $11420.00

Check #1500 Paid :01/11/2022 $11420.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1501
DATE 1/7/22
PAY TO THE ORDER OF Sunshine Landscaping $ 4,000 00
four thousand xx/100 DOLLARS
M&T Bank
FOR 49 Jane - Landscaping SOD
⑈001501⑈ ⑆022000046⑆ [redacted]3440⑈

Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
01-07-2022 >221370467<
2240715357003 122137046 7
5170 9039 6202612994

Check #1501 Paid :01/10/2022 $4000.00

Check #1501 Paid :01/10/2022 $4000.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 12 OF 15 |

00001425-0005952-Page 8 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1502
DATE 1/7/22
PAY TO THE ORDER OF Sunshine Landscaping $ 1140.17
One thousand one hundred forty 17/100 DOLLARS
M&T Bank
FOR 4 Pamela
⑈001502⑈ ⑆022000046⑆ [redacted]3440⑈

Credit To The Account Of The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
01-07-2022 >221370467<
224071513570002 1 221370467
5170 9039 520251 2994

| Check #1502 | Paid :01/10/2022 | $1140.17 |
|---|---|---|
| Check #1502 | Paid :01/10/2022 | $1140.17 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1503
DATE 1/7/22
PAY TO THE ORDER OF Sunshine Landscaping $ 5200.00
Five thousand two hundred DOLLARS
M&T Bank
FOR 8 Katie - Window wells
⑈001503⑈ ⑆022000046⑆ [redacted]3440⑈

Credit To The Account Of The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
01-07-2022 >221370467<
224071513570001 1 221370467
5170 9039 520251 2994

| Check #1503 | Paid :01/10/2022 | $5200.00 |
|---|---|---|
| Check #1503 | Paid :01/10/2022 | $5200.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1504
DATE 1/10/22
PAY TO THE ORDER OF Marcella Appliance $ 1,200.00
one thousand two hundred xx/100 DOLLARS
M&T Bank
FOR 59 Jane - Appliance
⑈001504⑈ ⑆022000046⑆ [redacted]3440⑈

For Deposit Only
John D Marcella and [redacted] Appliances Inc
Pioneer Savings Bank

| Check #1504 | Paid :01/11/2022 | $1200.00 |
|---|---|---|
| Check #1504 | Paid :01/11/2022 | $1200.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1505
DATE 1/10/22
PAY TO THE ORDER OF Marcella Appliance $ 1,200.00
one thousand two hundred xx/100 DOLLARS
M&T Bank
FOR 47 Jane
⑈001505⑈ ⑆022000046⑆ [redacted]3440⑈

For Deposit Only
John D Marcella and [redacted] Appliances Inc
Pioneer Savings Bank

| Check #1505 | Paid :01/11/2022 | $1200.00 |
|---|---|---|
| Check #1505 | Paid :01/11/2022 | $1200.00 |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 13 OF 15 |

00001425-0005952-Page 8 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1506
DATE 1/10/22
PAY TO THE ORDER OF Marcella Appliance $ 11,200.76
eleven thousand two hundred 76/100 DOLLARS
M&T Bank
FOR 49 Jane Street

⑈001506⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1506 Paid :01/11/2022 $11200.76

For Deposit Only
John D Marcella and Sons Appliances Inc
Pioneer Savings Bank

Check #1506 Paid :01/11/2022 $11200.76

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1507
DATE 1/10/22
PAY TO THE ORDER OF Marcella Appliance $ 1200.00
one thousand two hundred 00/100 DOLLARS
M&T Bank
FOR 57 Jane - Appliances

⑈001507⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1507 Paid :01/11/2022 $1200.00

For Deposit Only
John D Marcella and Sons Appliances Inc
Pioneer Savings Bank

Check #1507 Paid :01/11/2022 $1200.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1508
DATE 1/11/22
PAY TO THE ORDER OF Esvyjol $ 900.00
nine hundred 00/100 DOLLARS
M&T Bank
FOR Week end 1/12

⑈001508⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1508 Paid :01/13/2022 $900.00

0580447075

V021303618C
M&T Bank #680
20220112
0060447075
Batch 30570303?

Check #1508 Paid :01/13/2022 $900.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1509
DATE 1/12/22
PAY TO THE ORDER OF Ritma Construction $ 4377.50
Four thousand three hundred seventy seven 50/100 DOLLARS
M&T Bank
FOR 57 Jane - deck + cabinets

⑈001509⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1509 Paid :01/18/2022 $4377.50

R. Tma Construction, LLC
TLA
C8572G

Check #1509 Paid :01/18/2022 $4377.50

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 14 OF 15 |

00001425-0005953-Page 9 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1510

DATE 1/12/22

PAY TO THE ORDER OF Ritmo Construction $1765.00

one thousand seven hundred sixty five DOLLARS

M&T Bank

FOR 47 June - shed mold Trim porch

⑆001510⑆ ⑆022000046⑆ [redacted]3440⑆

Check #1510 Paid :01/18/2022 $1765.00

Check #1510 Paid :01/18/2022 $1765.00

Ritmo Construction, LLC

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1511

DATE 1/12/22

PAY TO THE ORDER OF Ritmo Construction $467.50

four hundred sixty seven 50/100 DOLLARS

M&T Bank

FOR 49 June - deck railing/trim

⑆001511⑆ ⑆022000046⑆ [redacted]3440⑆

Check #1511 Paid :01/18/2022 $467.50

Check #1511 Paid :01/18/2022 $467.50

Ritmo Construction, LLC

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1512

DATE 1/12/22

PAY TO THE ORDER OF Ritmo Construction $595.00

five hundred ninety five 00/100 DOLLARS

M&T Bank

FOR 47 June Porch Columns - Cabinet

⑆001512⑆ ⑆022000046⑆ [redacted]3440⑆

Check #1512 Paid :01/18/2022 $595.00

Check #1512 Paid :01/18/2022 $595.00

Ritmo Construction, LLC

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1514

DATE January 18, 2022

PAY TO THE ORDER OF Office of the U.S. Trustee $517.99

Five Hundred seventeen 99/100 DOLLARS

M&T Bank

FOR Quarterly disbursement 20-23177

⑆001514⑆ ⑆022000046⑆ [redacted]3440⑆

Check #1514 Paid :01/28/2022 $517.99

Check #1514 Paid :01/28/2022 $517.99

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 15 OF 15 |

00001425-0005953-Page 9 of 9-DIDS0201221403352996-00001425

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1519

DATE 1/20/22 10-4/220

PAY TO THE ORDER OF Everyjob $ 900.00

nine hundred 00/100 DOLLARS

M&T Bank

FOR Week end 1/21/22

⑈001519⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1519 Paid :01/20/2022 $900.00

0673514151

>021303610<
NBT Bank #673
2022-01-20
0673514151
Batch 306721574

Check #1519 Paid :01/20/2022 $900.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1521

DATE 1/28/22 10-4/220

PAY TO THE ORDER OF Everyjob $ 900.00

nine hundred 00/100 DOLLARS

M&T Bank

FOR week end 1/29/22

⑈001521⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1521 Paid :01/31/2022 $900.00

0673079155

>021303610<
NBT Bank #673
2022-01-28
0673079198
Batch 307853051

Check #1521 Paid :01/31/2022 $900.00