1:11 PM
03/18/22
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Ballston Spa Checking-Old** | | | | | | | | | 0.00 |
| Total Ballston Spa Checking-Old | | | | | | | | | 0.00 |
| **Ballston Spa Checking 5549** | | | | | | | | | 885.89 |
| Total Ballston Spa Checking 5549 | | | | | | | | | 885.89 |
| **M&T Checking 3440** | | | | | | | | | 6,058.97 |
| Check | 01/03/2022 | 1472 | | Twin Bridges Waste | | 57 Jane Street | | 402.53 | 5,656.44 |
| Check | 01/03/2022 | 1476 | | Bredefeld & Associates | | Professional Fees | | 625.00 | 5,031.44 |
| Check | 01/03/2022 | 1481 | | Alten's Landscaping | | 4 Pamela Model Home | | 216.00 | 4,815.44 |
| Check | 01/03/2022 | 1477 | | North East Stairs | | 47 Jane Street | | 488.00 | 4,327.44 |
| Check | 01/03/2022 | 1473 | | National Grid | 98 Geyset | Site Lighting Utilities | | 50.83 | 4,276.61 |
| Check | 01/03/2022 | 1474 | | National Grid | 30 Pamela | Site Lighting Utilities | | 79.69 | 4,196.92 |
| Check | 01/03/2022 | 1475 | | National Grid | | 4 Pamela Model Home | | 250.43 | 3,946.49 |
| Check | 01/03/2022 | 1480 | | Snyders Drywall | | 4 Pamela Model Home | | 900.00 | 3,046.49 |
| Check | 01/05/2022 | DM | | Curtis Lumber | | 47 Jane Street | | 575.26 | 2,471.23 |
| Check | 01/05/2022 | DM | | Stone Industries, LLC | | Miscellaneous Allocable Expe... | | 246.10 | 2,225.13 |
| Check | 01/05/2022 | 1466 | | Floor Source | | Maintenance | | 1,494.00 | 731.13 |
| Check | 01/05/2022 | 1482 | | ProTech lawn Sprinklers | | Maintenance | | 1,025.88 | -294.75 |
| Check | 01/05/2022 | 1483 | | Caraday Sweepers Inc. | | Maintenance | | 397.24 | -691.99 |
| Check | 01/05/2022 | 1484 | | ProTech lawn Sprinklers | | 49 Jane Street | | 1,765.58 | -2,457.57 |
| Deposit | 01/05/2022 | DEP | | Frank Cologne | Deposit | Due from Checking | 500.00 | | -1,957.57 |
| Deposit | 01/05/2022 | DEP | | Margaret Cologne | Deposit | Due from Checking | 16,424.93 | | 14,467.36 |
| Deposit | 01/05/2022 | DEP | | Blitman Saratoga Escrow Account | Deposit | Due from Escrow A/C | 48,067.07 | | 62,534.43 |
| Deposit | 01/05/2022 | DEP | | Hover & Mackowski PLLC | Deposit | Sales-Basic | 485,141.85 | | 547,676.28 |
| Deposit | 01/05/2022 | DEP | | Blitman Saratoga Escrow Account | 4 Pamela sale | Escrow-Attorney Account | 72,502.78 | | 620,179.06 |
| Check | 01/06/2022 | 1493 | | Ross Concrete | | Snowplowing | | 5,000.00 | 615,179.06 |
| Check | 01/06/2022 | 1495 | | Ross Concrete | | Snowplowing | | 5,000.00 | 610,179.06 |
| Check | 01/06/2022 | 1494 | | Sheft Electric | | 47 Jane Street | | 6,200.00 | 603,979.06 |
| Check | 01/07/2022 | DM | | FedEx | | Postage | | 2.89 | 603,976.17 |
| Check | 01/07/2022 | 1470 | | Lucavelli Sand & Gravel | | 47 Jane Street | | 2,890.00 | 601,086.17 |
| Check | 01/07/2022 | 1471 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | -SPLIT- | | 50,680.00 | 550,406.17 |
| Check | 01/07/2022 | 1490 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 549,506.17 |
| Check | 01/07/2022 | 1491 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 548,606.17 |
| Check | 01/07/2022 | 1492 | | Every Job | | Miscellaneous Allocable Expe... | | 1,150.00 | 547,456.17 |
| Check | 01/07/2022 | 1496 | | TPK Development | | Management Fees | | 13,700.00 | 533,756.17 |
| Check | 01/07/2022 | 1497 | | TPK Development | | Management Fees | | 13,700.00 | 520,056.17 |
| Check | 01/07/2022 | 1499 | | Lucavelli Sand & Gravel | 5 Jane | Warranty Expenses | | 3,000.00 | 517,056.17 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | -SPLIT- | | 11,420.00 | 505,636.17 |
| Check | 01/10/2022 | 1501 | | Sunshine Landscaping | | 49 Jane Street | | 4,000.00 | 501,636.17 |
| Check | 01/10/2022 | 1502 | | Sunshine Landscaping | | 4 Pamela Model Home | | 1,140.17 | 500,496.00 |
| Check | 01/10/2022 | 1503 | | Sunshine Landscaping | | 8 Katie Lane | | 5,200.00 | 495,296.00 |
| Check | 01/10/2022 | DM | | M&T Bank | | Bank Service Charges | | 43.83 | 495,252.17 |
| Check | 01/10/2022 | 1504 | | Marcella Appliance | | Maintenance | | 1,200.00 | 494,052.17 |
| Check | 01/10/2022 | 1505 | | Marcella Appliance | | 47 Jane Street | | 1,200.00 | 492,852.17 |
| Check | 01/10/2022 | 1506 | | Marcella Appliance | | 49 Jane Street | | 11,200.76 | 481,651.41 |
| Check | 01/10/2022 | 1507 | | Marcella Appliance | | 57 Jane Street | | 1,200.00 | 480,451.41 |
| Check | 01/11/2022 | DM | | Curtis Lumber | | 47 Jane Street | | 459.86 | 479,991.55 |
| Check | 01/11/2022 | DM | | Curtis Lumber | | Miscellaneous Allocable Expe... | | 17.31 | 479,974.24 |
| Check | 01/11/2022 | 1478 | | Boswell Engineering | | -SPLIT- | | 6,262.50 | 473,711.74 |
| Check | 01/11/2022 | 1479 | | TML Irrigation | | 47 Jane Street | | 2,200.00 | 471,511.74 |
| Check | 01/11/2022 | 1485 | | Appolo Heating & Cooling | | 47 Jane Street | | 350.00 | 471,161.74 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | -SPLIT- | | 1,160.00 | 470,001.74 |
| Check | 01/11/2022 | 1508 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 469,101.74 |
| Check | 01/12/2022 | 1509 | | Ritmo Construction | | 57 Jane Street | | 4,377.50 | 464,724.24 |
| Check | 01/12/2022 | 1510 | | Ritmo Construction | | 47 Jane Street | | 1,765.00 | 462,959.24 |

1:11 PM
03/18/22
Accrual Basis

## Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 01/12/2022 | 1511 | | Ritmo Construction | | 49 Jane Street | | 467.50 | 462,491.74 |
| Check | 01/12/2022 | 1512 | | Ritmo Construction | | 47 Jane Street | | 595.00 | 461,896.74 |
| Check | 01/12/2022 | 1489 | | Mazzata & Vaganelis P.C. | | Professional Fees | | 23.38 | 461,873.36 |
| Check | 01/12/2022 | 1487 | | Twin Bridges Waste | | 8 Katie Lane | | 636.22 | 461,237.14 |
| Check | 01/12/2022 | 1488 | | National Grid | 29 Jane Street | Site Lighting Utilities | | 219.31 | 461,017.83 |
| Check | 01/14/2022 | DM | | 9 Miles East Farm | | Meals and Entertainment | | 140.38 | 460,877.45 |
| Check | 01/14/2022 | DM | | Madsen Overhead Doors | | -SPLIT- | | 751.91 | 460,125.54 |
| Check | 01/18/2022 | 1514 | | Office of the U.S. Trustee | | Bankruptcy Fees | | 517.99 | 459,607.55 |
| Check | 01/18/2022 | 1515 | | National Grid | | 47 Jane Street | | 437.88 | 459,169.67 |
| Check | 01/19/2022 | DM | | Camelot Print & Copy | | Office Supplies | | 54.33 | 459,115.34 |
| Check | 01/19/2022 | 1517 | | Town & Country Painting | | 57 Jane Street | | 6,090.00 | 453,025.34 |
| Check | 01/19/2022 | 1518 | | Town & Country Painting | | 47 Jane Street | | 7,140.00 | 445,885.34 |
| Check | 01/20/2022 | DM | | Staples | | Office Supplies | | 74.30 | 445,811.04 |
| Check | 01/20/2022 | 1519 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 444,911.04 |
| Check | 01/21/2022 | DM | | Curtis Lumber | | Miscellaneous Allocable Expe... | | 30.56 | 444,880.48 |
| Check | 01/25/2022 | DM | | 9 Miles East Farm | | Meals and Entertainment | | 25.68 | 444,854.80 |
| Check | 01/27/2022 | DM | | Curtis Lumber | | 57 Jane Street | | 861.62 | 443,993.18 |
| Check | 01/28/2022 | 1521 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 443,093.18 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | Clear stones, National Grid | -SPLIT- | | 9,670.00 | 433,423.18 |
| Check | 01/28/2022 | 1520 | | Peggy Colone | Mailbox - Punchlist | Miscellaneous Allocable Expe... | | 30.00 | 433,393.18 |
| Check | 01/31/2022 | DM | | Allerdice Hardware | | Miscellaneous Allocable Expe... | | 10.86 | 433,382.32 |
| Check | 02/01/2022 | 1513 | | Lazio Masonry | 5 Pamela Lane | Warranty Expenses | | 600.00 | 432,782.32 |
| Check | 02/02/2022 | DM | | Stone Industries, LLC | | Miscellaneous Allocable Expe... | | 246.10 | 432,536.22 |
| Check | 02/02/2022 | 1524 | | Northway Tile | | 47 Jane Street | | 800.00 | 431,736.22 |
| Check | 02/02/2022 | 1525 | | Floor Services | | 57 Jane Street | | 10,000.00 | 421,736.22 |
| Check | 02/02/2022 | 1526 | | Appolo Heating & Cooling | | 57 Jane Street | | 5,000.00 | 416,736.22 |
| Check | 02/03/2022 | DM | | Staples | | Office Supplies | | 126.20 | 416,610.02 |
| Check | 02/04/2022 | 1523 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 415,710.02 |
| Check | 02/04/2022 | 1527 | | TPK Development | Nov 2021 | Management Fees | | 13,700.00 | 402,010.02 |
| Check | 02/04/2022 | 1528 | | TPK Development | Dec 2021 | Management Fees | | 13,700.00 | 388,310.02 |
| Check | 02/07/2022 | DM | | Staples | | Office Supplies | | 167.27 | 388,142.75 |
| Check | 02/08/2022 | DM | | M&T Bank | | Bank Service Charges | | 46.85 | 388,095.90 |
| Check | 02/08/2022 | 1516 | | Bredefeld & Associates | | Professional Fees | | 625.00 | 387,470.90 |
| Check | 02/09/2022 | DM | | Casale Rent All | | Miscellaneous Allocable Expe... | | 770.40 | 386,700.50 |
| Check | 02/09/2022 | DM | | USPS | | Postage | | 332.00 | 386,368.50 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | Phase 6/7 - stone driveways | -SPLIT- | | 5,150.00 | 381,218.50 |
| Check | 02/10/2022 | 1532 | | Every Job | | Miscellaneous Allocable Expe... | | 977.79 | 380,240.71 |
| Check | 02/10/2022 | 1530 | | Town & Country Painting | | 49 Jane Street | | 9,590.00 | 370,650.71 |
| Check | 02/10/2022 | 1531 | | Town & Country Painting | | 59 Jane Street | | 9,885.00 | 360,765.71 |
| Check | 02/10/2022 | 1535 | | National Grid | 98 Geyser St, lights | Miscellaneous Allocable Expe... | | 58.34 | 360,707.37 |
| Check | 02/10/2022 | 1536 | | National Grid | 30 Pamela St. Lights | Miscellaneous Allocable Expe... | | 95.18 | 360,612.19 |
| Check | 02/10/2022 | 1537 | | Altamont Glass & Mirrors Co | | 59 Jane Street | | 253.80 | 360,358.39 |
| Check | 02/14/2022 | DM | | NYS PIT Tax Pmt | | State Income Tax | | 1,500.00 | 358,858.39 |
| Check | 02/15/2022 | DM | | Marcella Appliance | | 49 Jane Street | | 212.93 | 358,645.46 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | Tree clear | -SPLIT- | | 25,500.00 | 333,145.46 |
| Check | 02/22/2022 | 1534 | | Every Job | | Miscellaneous Allocable Expe... | | 990.00 | 332,155.46 |
| Check | 02/22/2022 | 1544 | | Every Job | | Miscellaneous Allocable Expe... | | 900.00 | 331,255.46 |
| Check | 02/22/2022 | 1545 | | Daigle Cleaning | | 49 Jane Street | | 770.40 | 330,485.06 |
| Total M&T Checking 3440 | | | | | | | 622,636.63 | 298,210.54 | 330,485.06 |
| **Construction in Progress** | | | | | | | | | 0.00 |
| Total Construction in Progress | | | | | | | | | 0.00 |
| **Due from Checking** | | | | | | | | | 16,924.93 |
| Deposit | 01/05/2022 | DEP | | Frank Cologne | Deposit | M&T Checking 3440 | | 500.00 | 16,424.93 |

1:11 PM
03/18/22
Accrual Basis

**Blitman Saratoga, LLC**
## General Ledger
**As of February 28, 2022**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 01/05/2022 | DEP | | Margaret Cologne | Deposit | M&T Checking 3440 | | 16,424.93 | 0.00 |
| Total Due from Checking | | | | | | | 0.00 | 16,924.93 | 0.00 |
| **Due from Escrow A/C** | | | | | | | | | 48,067.07 |
| Deposit | 01/05/2022 | DEP | | Blitman Saratoga Escrow Account | Deposit | M&T Checking 3440 | | 48,067.07 | 0.00 |
| Total Due from Escrow A/C | | | | | | | 0.00 | 48,067.07 | 0.00 |
| **Retainage Receivable** | | | | | | | | | 0.00 |
| Total Retainage Receivable | | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Deferred Construction Costs** | | | | | | | | | 1,390,882.34 |
| **11 Jane Street** | | | | | | | | | 0.00 |
| Check | 01/07/2022 | 1471 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 2,981.00 | | 2,981.00 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 672.00 | | 3,653.00 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 68.00 | | 3,721.00 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | Clear stones, National Grid | M&T Checking 3440 | 569.00 | | 4,290.00 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | Phase 6/7 - stone driveways | M&T Checking 3440 | 303.00 | | 4,593.00 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | Tree clear | M&T Checking 3440 | 1,500.00 | | 6,093.00 |
| Total 11 Jane Street | | | | | | | 6,093.00 | 0.00 | 6,093.00 |
| **4 Pamela Model Home** | | | | | | | | | 8,429.51 |
| Check | 01/03/2022 | 1481 | | Alten's Landscaping | | M&T Checking 3440 | 216.00 | | 8,645.51 |
| Check | 01/03/2022 | 1475 | | National Grid | | M&T Checking 3440 | 250.43 | | 8,895.94 |
| Check | 01/03/2022 | 1480 | | Snyders Drywall | | M&T Checking 3440 | 900.00 | | 9,795.94 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 10,936.11 | -1,140.17 |
| Check | 01/10/2022 | 1502 | | Sunshine Landscaping | | M&T Checking 3440 | 1,140.17 | | 0.00 |
| Total 4 Pamela Model Home | | | | | | | 2,506.60 | 10,936.11 | 0.00 |
| **47 Jane Street** | | | | | | | | | 126,289.08 |
| Check | 01/03/2022 | 1477 | | North East Stairs | | M&T Checking 3440 | 488.00 | | 126,777.08 |
| Check | 01/05/2022 | DM | | Curtis Lumber | | M&T Checking 3440 | 575.26 | | 127,352.34 |
| Check | 01/06/2022 | 1494 | | Sheft Electric | | M&T Checking 3440 | 6,200.00 | | 133,552.34 |
| Check | 01/07/2022 | 1470 | | Lucavelli Sand & Gravel | | M&T Checking 3440 | 2,890.00 | | 136,442.34 |
| Check | 01/10/2022 | 1505 | | Marcella Appliance | | M&T Checking 3440 | 1,200.00 | | 137,642.34 |
| Check | 01/11/2022 | DM | | Curtis Lumber | | M&T Checking 3440 | 459.86 | | 138,102.20 |
| Check | 01/11/2022 | 1479 | | TML Irrigation | | M&T Checking 3440 | 2,200.00 | | 140,302.20 |
| Check | 01/11/2022 | 1485 | | Appolo Heating & Cooling | | M&T Checking 3440 | 350.00 | | 140,652.20 |
| Check | 01/12/2022 | 1510 | | Ritmo Construction | | M&T Checking 3440 | 1,765.00 | | 142,417.20 |
| Check | 01/12/2022 | 1512 | | Ritmo Construction | | M&T Checking 3440 | 595.00 | | 143,012.20 |
| Check | 01/14/2022 | DM | | Madsen Overhead Doors | | M&T Checking 3440 | 340.00 | | 143,352.20 |
| Check | 01/18/2022 | 1515 | | National Grid | | M&T Checking 3440 | 437.88 | | 143,790.08 |
| Check | 01/19/2022 | 1518 | | Town & Country Painting | | M&T Checking 3440 | 7,140.00 | | 150,930.08 |
| Check | 02/02/2022 | 1524 | | Northway Tile | | M&T Checking 3440 | 800.00 | | 151,730.08 |
| Total 47 Jane Street | | | | | | | 25,441.00 | 0.00 | 151,730.08 |
| **49 Jane Street** | | | | | | | | | 88,992.60 |
| Check | 01/05/2022 | 1484 | | ProTech lawn Sprinklers | | M&T Checking 3440 | 1,765.58 | | 90,758.18 |
| Check | 01/10/2022 | 1501 | | Sunshine Landscaping | | M&T Checking 3440 | 4,000.00 | | 94,758.18 |

1:11 PM
03/18/22
Accrual Basis

## Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 01/10/2022 | 1506 | | Marcella Appliance | | M&T Checking 3440 | 11,200.76 | | 105,958.94 |
| Check | 01/12/2022 | 1511 | | Ritmo Construction | | M&T Checking 3440 | 467.50 | | 106,426.44 |
| Check | 01/14/2022 | DM | | Madsen Overhead Doors | | M&T Checking 3440 | 205.44 | | 106,631.88 |
| Check | 02/10/2022 | 1530 | | Town & Country Painting | | M&T Checking 3440 | 9,590.00 | | 116,221.88 |
| Check | 02/15/2022 | DM | | Marcella Appliance | | M&T Checking 3440 | 212.93 | | 116,434.81 |
| Check | 02/22/2022 | 1545 | | Daigle Cleaning | | M&T Checking 3440 | 770.40 | | 117,205.21 |
| Total 49 Jane Street | | | | | | | 28,212.61 | 0.00 | 117,205.21 |
| **57 Jane Street** | | | | | | | | | 118,420.65 |
| Check | 01/03/2022 | 1472 | | Twin Bridges Waste | | M&T Checking 3440 | 402.53 | | 118,823.18 |
| Check | 01/10/2022 | 1507 | | Marcella Appliance | | M&T Checking 3440 | 1,200.00 | | 120,023.18 |
| Check | 01/12/2022 | 1509 | | Ritmo Construction | | M&T Checking 3440 | 4,377.50 | | 124,400.68 |
| Check | 01/19/2022 | 1517 | | Town & Country Painting | | M&T Checking 3440 | 6,090.00 | | 130,490.68 |
| Check | 01/27/2022 | DM | | Curtis Lumber | | M&T Checking 3440 | 861.62 | | 131,352.30 |
| Check | 02/02/2022 | 1525 | | Floor Services | | M&T Checking 3440 | 10,000.00 | | 141,352.30 |
| Check | 02/02/2022 | 1526 | | Appolo Heating & Cooling | | M&T Checking 3440 | 5,000.00 | | 146,352.30 |
| Total 57 Jane Street | | | | | | | 27,931.65 | 0.00 | 146,352.30 |
| **59 Jane Street** | | | | | | | | | 360.85 |
| General Journal | 01/01/2022 | 10 | * | | to reclass 59 jane expenses from BS-so... | Maintenance | | 360.85 | 0.00 |
| Check | 01/14/2022 | DM | | Madsen Overhead Doors | | M&T Checking 3440 | 206.47 | | 206.47 |
| Check | 02/10/2022 | 1531 | | Town & Country Painting | | M&T Checking 3440 | 9,885.00 | | 10,091.47 |
| Check | 02/10/2022 | 1537 | | Altamont Glass & Mirrors Co | | M&T Checking 3440 | 253.80 | | 10,345.27 |
| Total 59 Jane Street | | | | | | | 10,345.27 | 360.85 | 10,345.27 |
| **6 Katie Lane** | | | | | | | | | 145,085.55 |
| Check | 01/07/2022 | 1471 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 5,962.00 | | 151,047.55 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 672.00 | | 151,719.55 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 68.00 | | 151,787.55 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | Clear stones, National Grid | M&T Checking 3440 | 569.00 | | 152,356.55 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | Phase 6/7 - stone driveways | M&T Checking 3440 | 303.00 | | 152,659.55 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | Tree clear | M&T Checking 3440 | 1,500.00 | | 154,159.55 |
| Total 6 Katie Lane | | | | | | | 9,074.00 | 0.00 | 154,159.55 |
| **8 Katie Lane** | | | | | | | | | 62,524.93 |
| Check | 01/07/2022 | 1471 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 2,981.00 | | 65,505.93 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 672.00 | | 66,177.93 |
| Check | 01/10/2022 | 1503 | | Sunshine Landscaping | | M&T Checking 3440 | 5,200.00 | | 71,377.93 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 68.00 | | 71,445.93 |
| Check | 01/12/2022 | 1487 | | Twin Bridges Waste | | M&T Checking 3440 | 636.22 | | 72,082.15 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | allocate phase 6/7 national grid work | M&T Checking 3440 | 569.00 | | 72,651.15 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | allocated to open properties for national... | M&T Checking 3440 | 303.00 | | 72,954.15 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | allocate phase 6/7 work | M&T Checking 3440 | 1,500.00 | | 74,454.15 |
| Total 8 Katie Lane | | | | | | | 11,929.22 | 0.00 | 74,454.15 |
| **9 Jane Street** | | | | | | | | | 182,142.81 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 672.00 | | 182,814.81 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | National Grid Digging Phase 6/7 | M&T Checking 3440 | 68.00 | | 182,882.81 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | Clear stones, National Grid | M&T Checking 3440 | 569.00 | | 183,451.81 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | Phase 6/7 - stone driveways | M&T Checking 3440 | 303.00 | | 183,754.81 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | Tree clear | M&T Checking 3440 | 1,500.00 | | 185,254.81 |

1:11 PM
03/18/22
Accrual Basis

**Blitman Saratoga, LLC**
## General Ledger
**As of February 28, 2022**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total 9 Jane Street | | | | | | | 3,112.00 | 0.00 | 185,254.81 |
| **Deferred Construction Costs - Other** | | | | | | | | | 658,636.36 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 31,363.64 | 627,272.72 |
| Check | 01/07/2022 | 1471 | | Lucavelli Sand & Gravel | 2022 other deferred costs for vacant lots | M&T Checking 3440 | 38,756.00 | | 666,028.72 |
| Check | 01/07/2022 | 1500 | | Lucavelli Sand & Gravel | other deferred costs 13 vacant lots | M&T Checking 3440 | 8,732.00 | | 674,760.72 |
| Check | 01/11/2022 | 1498 | | Lucavelli Sand & Gravel | other deferred costs 13 vacant lots | M&T Checking 3440 | 888.00 | | 675,648.72 |
| Check | 01/28/2022 | 1522 | | Lucavelli Sand & Gravel | Clear stones, National Grid | M&T Checking 3440 | 7,394.00 | | 683,042.72 |
| Check | 02/10/2022 | 1529 | | Lucavelli Sand & Gravel | Phase 6/7 - stone driveways | M&T Checking 3440 | 3,938.00 | | 686,980.72 |
| Check | 02/15/2022 | 1533 | | Van Arken Trucking | Tree clear | M&T Checking 3440 | 19,500.00 | | 706,480.72 |
| Total Deferred Construction Costs - Other | | | | | | | 79,208.00 | 31,363.64 | 706,480.72 |
| Total Deferred Construction Costs | | | | | | | 203,853.35 | 42,660.60 | 1,552,075.09 |
| **Escrow-Attorney Account** | | | | | | | | | 233,000.00 |
| General Journal | 01/03/2022 | 12 | * | | to record interest for 4 Pamela purchaser | Purchasers Deposits-Base Cont | 2.09 | | 233,002.09 |
| General Journal | 01/03/2022 | 13 | * | | to record interest received at Blitman fro... | Interest Income | 0.69 | | 233,002.78 |
| Deposit | 01/05/2022 | DEP | | Blitman Saratoga Escrow Account | 4 Pamela sale | M&T Checking 3440 | | 72,502.78 | 160,500.00 |
| Total Escrow-Attorney Account | | | | | | | 2.78 | 72,502.78 | 160,500.00 |
| **Funds Held by Homestead** | | | | | | | | | 17,400.00 |
| Total Funds Held by Homestead | | | | | | | | | 17,400.00 |
| **Hard Site and Gen Cond** | | | | | | | | | 4,888,858.54 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 232,802.79 | 4,656,055.75 |
| Total Hard Site and Gen Cond | | | | | | | 0.00 | 232,802.79 | 4,656,055.75 |
| **Land** | | | | | | | | | 513,341.18 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 24,444.82 | 488,896.36 |
| Total Land | | | | | | | 0.00 | 24,444.82 | 488,896.36 |
| **Nat Grid Electric Deposit 6&7** | | | | | | | | | 87,611.64 |
| Total Nat Grid Electric Deposit 6&7 | | | | | | | | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | | | | | | | | 75,050.92 |
| Total Nat Grid Gas Deposit 6&7 | | | | | | | | | 75,050.92 |
| **Soft Costs** | | | | | | | | | 2,353,084.84 |
| **HOA Fees** | | | | | | | | | 332.04 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 15.81 | 316.23 |
| Total HOA Fees | | | | | | | 0.00 | 15.81 | 316.23 |
| **Interest Expense** | | | | | | | | | 127,713.51 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 6,081.60 | 121,631.91 |
| Total Interest Expense | | | | | | | 0.00 | 6,081.60 | 121,631.91 |
| **Management Fees** | | | | | | | | | 21,315.89 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 1,015.04 | 20,300.85 |
| Total Management Fees | | | | | | | 0.00 | 1,015.04 | 20,300.85 |
| **Office Expense** | | | | | | | | | 16,591.06 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 790.05 | 15,801.01 |

1:11 PM
03/18/22
Accrual Basis

**Blitman Saratoga, LLC**
# General Ledger
**As of February 28, 2022**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Office Expense | | | | | | | 0.00 | 790.05 | 15,801.01 |
| **Property Taxes** | | | | | | | | | 1,442.13 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 68.67 | 1,373.46 |
| Total Property Taxes | | | | | | | 0.00 | 68.67 | 1,373.46 |
| **Water & Sewer** | | | | | | | | | 4,140.53 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 197.17 | 3,943.36 |
| Total Water & Sewer | | | | | | | 0.00 | 197.17 | 3,943.36 |
| **Soft Costs - Other** | | | | | | | | | 2,181,549.68 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | Deferred Costs-Sales | | 103,883.32 | 2,077,666.36 |
| Total Soft Costs - Other | | | | | | | 0.00 | 103,883.32 | 2,077,666.36 |
| Total Soft Costs | | | | | | | 0.00 | 112,051.66 | 2,241,033.18 |
| **Step Basis Adjustment** | | | | | | | | | 102,459.00 |
| Total Step Basis Adjustment | | | | | | | | | 102,459.00 |
| **Accrued Expenses** | | | | | | | | | -178,858.73 |
| Total Accrued Expenses | | | | | | | | | -178,858.73 |
| **Due to Akker** | | | | | | | | | -30,000.00 |
| Total Due to Akker | | | | | | | | | -30,000.00 |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| **Deposit-47 Jane Selections** | | | | | | | | | -67,828.00 |
| Total Deposit-47 Jane Selections | | | | | | | | | -67,828.00 |
| **Due to Goren Brothers** | | | | | | | | | -3,300,000.00 |
| Total Due to Goren Brothers | | | | | | | | | -3,300,000.00 |
| **Due to Goren Cousins LLC** | | | | | | | | | -1,700,000.00 |
| Total Due to Goren Cousins LLC | | | | | | | | | -1,700,000.00 |
| **Due to Saratoga Funding** | | | | | | | | | -2,749,824.00 |
| Total Due to Saratoga Funding | | | | | | | | | -2,749,824.00 |
| **Due to Saratoga Funding LLC** | | | | | | | | | 0.00 |
| Total Due to Saratoga Funding LLC | | | | | | | | | 0.00 |
| **Due to SV** | | | | | | | | | -563,667.00 |
| Total Due to SV | | | | | | | | | -563,667.00 |
| **Purchasers Deposits-Base Cont** | | | | | | | | | -393,000.00 |
| General Journal | 01/03/2022 | 11 | * | | selling expenses 4 Pamela | Selling Expenses | 72,502.09 | | -320,497.91 |
| General Journal | 01/03/2022 | 12 | * | | to record interest for 4 Pamela purchaser | Escrow-Attorney Account | | 2.09 | -320,500.00 |
| Total Purchasers Deposits-Base Cont | | | | | | | 72,502.09 | 2.09 | -320,500.00 |
| **Purchasers Deposits-Upgrades** | | | | | | | | | -99,469.00 |
| Total Purchasers Deposits-Upgrades | | | | | | | | | -99,469.00 |
| **Capital-GB** | | | | | | | | | -87,583.93 |

1:11 PM
03/18/22
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 01/01/2022 | 14 | * | | | Retained Earnings | 161,944.00 | | 74,360.07 |
| Total Capital-GB | | | | | | | 161,944.00 | 0.00 | 74,360.07 |
| **Capital-GSP** | | | | | | | | | 15,540.62 |
| General Journal | 01/01/2022 | 14 | * | | | Retained Earnings | 48,583.00 | | 64,123.62 |
| Total Capital-GSP | | | | | | | 48,583.00 | 0.00 | 64,123.62 |
| **Capital-HNB** | | | | | | | | | -932,016.38 |
| General Journal | 01/01/2022 | 14 | * | | | Retained Earnings | 48,584.34 | | -883,432.04 |
| Total Capital-HNB | | | | | | | 48,584.34 | 0.00 | -883,432.04 |
| **Capital-SV** | | | | | | | | | -209.46 |
| General Journal | 01/01/2022 | 14 | * | | | Retained Earnings | 48,582.00 | | 48,372.54 |
| Total Capital-SV | | | | | | | 48,582.00 | 0.00 | 48,372.54 |
| **Capital-TPK** | | | | | | | | | 29,402.22 |
| General Journal | 01/01/2022 | 14 | * | | | Retained Earnings | 16,195.00 | | 45,597.22 |
| Total Capital-TPK | | | | | | | 16,195.00 | 0.00 | 45,597.22 |
| **Member 1 Draws** | | | | | | | | | 0.00 |
| Total Member 1 Draws | | | | | | | | | 0.00 |
| **Member 1 Equity** | | | | | | | | | 0.00 |
| Total Member 1 Equity | | | | | | | | | 0.00 |
| **Member 2 Draws** | | | | | | | | | 0.00 |
| Total Member 2 Draws | | | | | | | | | 0.00 |
| **Member 2 Equity** | | | | | | | | | 0.00 |
| Total Member 2 Equity | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | | 323,888.34 |
| General Journal | 01/01/2022 | 14 | * | | | -SPLIT- | | 323,888.34 | 0.00 |
| Total Retained Earnings | | | | | | | 0.00 | 323,888.34 | 0.00 |
| **Construction Income** | | | | | | | | | 0.00 |
| Total Construction Income | | | | | | | | | 0.00 |
| **Sales-Basic** | | | | | | | | | 0.00 |
| General Journal | 01/03/2022 | 11 | * | | selling expenses 4 Pamela | Selling Expenses | | 239,858.15 | -239,858.15 |
| Deposit | 01/05/2022 | DEP | | Hover & Mackowski PLLC | Deposit | M&T Checking 3440 | | 485,141.85 | -725,000.00 |
| Total Sales-Basic | | | | | | | 0.00 | 725,000.00 | -725,000.00 |
| **Sales-Upgrades** | | | | | | | | | 0.00 |
| Total Sales-Upgrades | | | | | | | | | 0.00 |
| **Blueprints and Reproduction** | | | | | | | | | 0.00 |
| Total Blueprints and Reproduction | | | | | | | | | 0.00 |
| **Bond Expense** | | | | | | | | | 0.00 |

1:11 PM
03/18/22
Accrual Basis

## Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Bond Expense | | | | | | | | | 0.00 |
| **Commissions Paid** | | | | | | | | | 0.00 |
| Total Commissions Paid | | | | | | | | | 0.00 |
| **Construction Materials Costs** | | | | | | | | | 0.00 |
| Total Construction Materials Costs | | | | | | | | | 0.00 |
| **Deferred Costs-Sales** | | | | | | | | | 0.00 |
| General Journal | 01/03/2022 | 15 | * | | to allocate balance sheet costs to sale o... | -SPLIT- | 411,599.02 | | 411,599.02 |
| Total Deferred Costs-Sales | | | | | | | 411,599.02 | 0.00 | 411,599.02 |
| **Equipment Rental for Jobs** | | | | | | | | | 0.00 |
| Total Equipment Rental for Jobs | | | | | | | | | 0.00 |
| **Other Construction Costs** | | | | | | | | | 0.00 |
| Total Other Construction Costs | | | | | | | | | 0.00 |
| **Selling Expenses** | | | | | | | | | 0.00 |
| General Journal | 01/03/2022 | 11 | * | | selling expenses 4 Pamela | -SPLIT- | 167,356.06 | | 167,356.06 |
| Total Selling Expenses | | | | | | | 167,356.06 | 0.00 | 167,356.06 |
| **Subcontractors Expense** | | | | | | | | | 0.00 |
| Total Subcontractors Expense | | | | | | | | | 0.00 |
| **Tools and Small Equipment** | | | | | | | | | 0.00 |
| Total Tools and Small Equipment | | | | | | | | | 0.00 |
| **Worker's Compensation Insurance** | | | | | | | | | 0.00 |
| Total Worker's Compensation Insurance | | | | | | | | | 0.00 |
| **Auto and Truck Expenses** | | | | | | | | | 0.00 |
| Total Auto and Truck Expenses | | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | | 0.00 |
| Check | 01/10/2022 | DM | | M&T Bank | | M&T Checking 3440 | 43.83 | | 43.83 |
| Check | 02/08/2022 | DM | | M&T Bank | | M&T Checking 3440 | 46.85 | | 90.68 |
| Total Bank Service Charges | | | | | | | 90.68 | 0.00 | 90.68 |
| **Bankruptcy Fees** | | | | | | | | | 0.00 |
| Check | 01/18/2022 | 1514 | | Office of the U.S. Trustee | | M&T Checking 3440 | 517.99 | | 517.99 |
| Total Bankruptcy Fees | | | | | | | 517.99 | 0.00 | 517.99 |
| **Business Licenses and Permits** | | | | | | | | | 0.00 |
| Total Business Licenses and Permits | | | | | | | | | 0.00 |
| **Common Area Expenses** | | | | | | | | | 0.00 |
| **Electricity** | | | | | | | | | 0.00 |
| Total Electricity | | | | | | | | | 0.00 |
| **Engineering** | | | | | | | | | 0.00 |
| Check | 01/11/2022 | 1478 | | Boswell Engineering | survey | M&T Checking 3440 | 2,262.50 | | 2,262.50 |
| Total Engineering | | | | | | | 2,262.50 | 0.00 | 2,262.50 |
| **Gas** | | | | | | | | | 0.00 |

1:11 PM
03/18/22
Accrual Basis

## Blitman Saratoga, LLC
# General Ledger
**As of February 28, 2022**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Gas | | | | | | | | | 0.00 |
| **Maintenance** | | | | | | | | | 0.00 |
| General Journal | 01/01/2022 | 10 | * | | to reclass 59 jane expenses from BS-so... | 59 Jane Street | 360.85 | | 360.85 |
| Check | 01/05/2022 | 1466 | | Floor Source | 59 jane expenses-sold in 2021 | M&T Checking 3440 | 1,494.00 | | 1,854.85 |
| Check | 01/05/2022 | 1482 | | ProTech lawn Sprinklers | 59 jane expenses-sold in 2021 | M&T Checking 3440 | 1,025.88 | | 2,880.73 |
| Check | 01/05/2022 | 1483 | | Caraday Sweepers Inc. | | M&T Checking 3440 | 397.24 | | 3,277.97 |
| Check | 01/10/2022 | 1504 | | Marcella Appliance | 59 jane expenses-sold in 2021 | M&T Checking 3440 | 1,200.00 | | 4,477.97 |
| Check | 01/11/2022 | 1478 | | Boswell Engineering | | M&T Checking 3440 | 4,000.00 | | 8,477.97 |
| Total Maintenance | | | | | | | 8,477.97 | 0.00 | 8,477.97 |
| **Miscellaneous Allocable Expense** | | | | | | | | | 0.00 |
| Check | 01/05/2022 | DM | | Stone Industries, LLC | | M&T Checking 3440 | 246.10 | | 246.10 |
| Check | 01/07/2022 | 1490 | | Every Job | | M&T Checking 3440 | 900.00 | | 1,146.10 |
| Check | 01/07/2022 | 1491 | | Every Job | | M&T Checking 3440 | 900.00 | | 2,046.10 |
| Check | 01/07/2022 | 1492 | | Every Job | | M&T Checking 3440 | 1,150.00 | | 3,196.10 |
| Check | 01/11/2022 | DM | | Curtis Lumber | | M&T Checking 3440 | 17.31 | | 3,213.41 |
| Check | 01/11/2022 | 1508 | | Every Job | | M&T Checking 3440 | 900.00 | | 4,113.41 |
| Check | 01/20/2022 | 1519 | | Every Job | | M&T Checking 3440 | 900.00 | | 5,013.41 |
| Check | 01/21/2022 | DM | | Curtis Lumber | | M&T Checking 3440 | 30.56 | | 5,043.97 |
| Check | 01/28/2022 | 1521 | | Every Job | | M&T Checking 3440 | 900.00 | | 5,943.97 |
| Check | 01/28/2022 | 1520 | | Peggy Colone | Mailbox - Punchlist | M&T Checking 3440 | 30.00 | | 5,973.97 |
| Check | 01/31/2022 | DM | | Allerdice Hardware | | M&T Checking 3440 | 10.86 | | 5,984.83 |
| Check | 02/02/2022 | DM | | Stone Industries, LLC | | M&T Checking 3440 | 246.10 | | 6,230.93 |
| Check | 02/04/2022 | 1523 | | Every Job | | M&T Checking 3440 | 900.00 | | 7,130.93 |
| Check | 02/09/2022 | DM | | Casale Rent All | | M&T Checking 3440 | 770.40 | | 7,901.33 |
| Check | 02/10/2022 | 1532 | | Every Job | | M&T Checking 3440 | 977.79 | | 8,879.12 |
| Check | 02/10/2022 | 1535 | | National Grid | 98 Geyser St, lights | M&T Checking 3440 | 58.34 | | 8,937.46 |
| Check | 02/10/2022 | 1536 | | National Grid | 30 Pamela St. Lights | M&T Checking 3440 | 95.18 | | 9,032.64 |
| Check | 02/22/2022 | 1534 | | Every Job | | M&T Checking 3440 | 990.00 | | 10,022.64 |
| Check | 02/22/2022 | 1544 | | Every Job | | M&T Checking 3440 | 900.00 | | 10,922.64 |
| Total Miscellaneous Allocable Expense | | | | | | | 10,922.64 | 0.00 | 10,922.64 |
| **Site Lighting Utilities** | | | | | | | | | 0.00 |
| Check | 01/03/2022 | 1473 | | National Grid | 98 Geyset | M&T Checking 3440 | 50.83 | | 50.83 |
| Check | 01/03/2022 | 1474 | | National Grid | 30 Pamela | M&T Checking 3440 | 79.69 | | 130.52 |
| Check | 01/12/2022 | 1488 | | National Grid | 29 Jane Street | M&T Checking 3440 | 219.31 | | 349.83 |
| Total Site Lighting Utilities | | | | | | | 349.83 | 0.00 | 349.83 |
| **Snowplowing** | | | | | | | | | 0.00 |
| Check | 01/06/2022 | 1493 | | Ross Concrete | | M&T Checking 3440 | 5,000.00 | | 5,000.00 |
| Check | 01/06/2022 | 1495 | | Ross Concrete | | M&T Checking 3440 | 5,000.00 | | 10,000.00 |
| Total Snowplowing | | | | | | | 10,000.00 | 0.00 | 10,000.00 |
| **Common Area Expenses - Other** | | | | | | | | | 0.00 |
| Total Common Area Expenses - Other | | | | | | | | | 0.00 |
| Total Common Area Expenses | | | | | | | 32,012.94 | 0.00 | 32,012.94 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| **Expenses of Sales** | | | | | | | | | 0.00 |
| Total Expenses of Sales | | | | | | | | | 0.00 |

1:11 PM
03/18/22
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
As of February 28, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Finance Cost** | | | | | | | | | 0.00 |
| Total Finance Cost | | | | | | | | | 0.00 |
| **General Conditions** | | | | | | | | | 0.00 |
| Total General Conditions | | | | | | | | | 0.00 |
| **Hard Costs Expense** | | | | | | | | | 0.00 |
| Total Hard Costs Expense | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **Land Cost Expenses** | | | | | | | | | 0.00 |
| Total Land Cost Expenses | | | | | | | | | 0.00 |
| **Management Fees** | | | | | | | | | 0.00 |
| Check | 01/07/2022 | 1496 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 13,700.00 |
| Check | 01/07/2022 | 1497 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | 27,400.00 |
| Check | 02/04/2022 | 1527 | | TPK Development | Nov 2021 | M&T Checking 3440 | 13,700.00 | | 41,100.00 |
| Check | 02/04/2022 | 1528 | | TPK Development | Dec 2021 | M&T Checking 3440 | 13,700.00 | | 54,800.00 |
| Total Management Fees | | | | | | | 54,800.00 | 0.00 | 54,800.00 |
| **Meals and Entertainment** | | | | | | | | | 0.00 |
| Check | 01/14/2022 | DM | | 9 Miles East Farm | | M&T Checking 3440 | 140.38 | | 140.38 |
| Check | 01/25/2022 | DM | | 9 Miles East Farm | | M&T Checking 3440 | 25.68 | | 166.06 |
| Total Meals and Entertainment | | | | | | | 166.06 | 0.00 | 166.06 |
| **Model Home Expenses** | | | | | | | | | 0.00 |
| Total Model Home Expenses | | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Check | 01/19/2022 | DM | | Camelot Print & Copy | | M&T Checking 3440 | 54.33 | | 54.33 |
| Check | 01/20/2022 | DM | | Staples | | M&T Checking 3440 | 74.30 | | 128.63 |
| Check | 02/03/2022 | DM | | Staples | | M&T Checking 3440 | 126.20 | | 254.83 |
| Check | 02/07/2022 | DM | | Staples | | M&T Checking 3440 | 167.27 | | 422.10 |
| Total Office Supplies | | | | | | | 422.10 | 0.00 | 422.10 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Postage** | | | | | | | | | 0.00 |
| Check | 01/07/2022 | DM | | FedEx | | M&T Checking 3440 | 2.89 | | 2.89 |
| Check | 02/09/2022 | DM | | USPS | | M&T Checking 3440 | 332.00 | | 334.89 |
| Total Postage | | | | | | | 334.89 | 0.00 | 334.89 |
| **Professional Fees** | | | | | | | | | 0.00 |
| Check | 01/03/2022 | 1476 | | Bredefeld & Associates | | M&T Checking 3440 | 625.00 | | 625.00 |
| Check | 01/12/2022 | 1489 | | Mazzata & Vaganelis P.C. | | M&T Checking 3440 | 23.38 | | 648.38 |
| Check | 02/08/2022 | 1516 | | Bredefeld & Associates | | M&T Checking 3440 | 625.00 | | 1,273.38 |
| Total Professional Fees | | | | | | | 1,273.38 | 0.00 | 1,273.38 |

1:11 PM
03/18/22
Accrual Basis

**Blitman Saratoga, LLC**
## General Ledger
**As of February 28, 2022**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Rent Expense** | | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **Site Costs Expense** | | | | | | | | | 0.00 |
| Total Site Costs Expense | | | | | | | | | 0.00 |
| **Soft Cost Expense** | | | | | | | | | 0.00 |
| Total Soft Cost Expense | | | | | | | | | 0.00 |
| **State Income Tax** | | | | | | | | | 0.00 |
| Check | 02/14/2022 | DM | | NYS PIT Tax Pmt | | M&T Checking 3440 | 1,500.00 | | 1,500.00 |
| Total State Income Tax | | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| **Telephone Expense** | | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Warranty Expenses** | | | | | | | | | 0.00 |
| Check | 01/07/2022 | 1499 | | Lucavelli Sand & Gravel | 5 Pamela Warranty work | M&T Checking 3440 | 3,000.00 | | 3,000.00 |
| Check | 02/01/2022 | 1513 | | Lazio Masonry | 5 Pamela repairs | M&T Checking 3440 | 600.00 | | 3,600.00 |
| Total Warranty Expenses | | | | | | | 3,600.00 | 0.00 | 3,600.00 |
| **Interest Income** | | | | | | | | | 0.00 |
| General Journal | 01/03/2022 | 13 | * | | to record interest received at Blitman fro... | Escrow-Attorney Account | | 0.69 | -0.69 |
| Total Interest Income | | | | | | | 0.00 | 0.69 | -0.69 |
| **Unassigned Activity** | | | | | | | | | 0.00 |
| Total Unassigned Activity | | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | 1,896,556.31 | 1,896,556.31 | 0.00 |