FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000001449 FIDS154HG70102282202 01 000000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]440 | 02/01/22 - 02/28/22 |

| | |
|---|---|
| BEGINNING BALANCE | $456,750.20 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 126,218.29 |
| LESS SERVICE CHARGES | 46.85 |
| ENDING BALANCE | $330,485.06 |

00001449-0006140-Page 1 of 5-DIDS0301220758380753-00001449

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | $456,750.20 |
| 02/01/2022 | CHECK NUMBER 1513 | | $600.00 | |
| 02/01/2022 | CHECK NUMBER 1522 | | 9,670.00 | 446,480.20 |
| 02/02/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 02/02/2022 | CHECK NUMBER 1517 | | 6,090.00 | |
| 02/02/2022 | CHECK NUMBER 1518 | | 7,140.00 | 433,004.10 |
| 02/03/2022 | STAPLES 00118885CLIFTON PARK | | 126.20 | |
| 02/03/2022 | CHECK NUMBER 1523 | | 900.00 | |
| 02/03/2022 | CHECK NUMBER 1524 | | 800.00 | 431,177.90 |
| 02/04/2022 | CHECK NUMBER 1525 | | 10,000.00 | |
| 02/04/2022 | CHECK NUMBER 1526 | | 5,000.00 | |
| 02/04/2022 | CHECK NUMBER 1527 | | 13,700.00 | |
| 02/04/2022 | CHECK NUMBER 1528 | | 13,700.00 | 388,777.90 |
| 02/07/2022 | STAPLES 00104331ALBANY | | 167.27 | |
| 02/07/2022 | CHECK NUMBER 1520 | | 30.00 | 388,580.63 |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUN[redacted]3440 | | 46.85 | 388,533.78 |
| 02/09/2022 | CASALE RENT ALL CLIFTON PARK | | 770.40 | |
| 02/09/2022 | USPS PO 3534500084 GUILDERLAND | | 332.00 | 387,431.38 |
| 02/11/2022 | CHECK NUMBER 1529 | | 5,150.00 | |
| 02/11/2022 | CHECK NUMBER 1532 | | 977.79 | 381,303.59 |
| 02/14/2022 | NYS DTF PIT Tax Paymnt 000000078949997 | | 1,500.00 | |
| 02/14/2022 | CHECK NUMBER 1516 | | 625.00 | 379,178.59 |
| 02/15/2022 | WWW.MARCELLASAPPLIANCEWWW.MARCELLAS | | 212.93 | |
| 02/15/2022 | CHECK NUMBER 1530 | | 9,590.00 | |
| 02/15/2022 | CHECK NUMBER 1531 | | 9,885.00 | 359,490.66 |
| 02/22/2022 | CHECK NUMBER 1533 | | 25,500.00 | |
| 02/22/2022 | CHECK NUMBER 1535 | | 58.34 | |
| 02/22/2022 | CHECK NUMBER 1536 | | 95.18 | 333,837.14 |
| 02/24/2022 | CHECK NUMBER 1515 | | 437.88 | |
| 02/24/2022 | CHECK NUMBER 1537 | | 253.80 | 333,145.46 |
| 02/28/2022 | CHECK NUMBER 1534 | | 990.00 | |
| 02/28/2022 | CHECK NUMBER 1544 | | 900.00 | |
| 02/28/2022 | CHECK NUMBER 1545 | | 770.40 | 330,485.06 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 24 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]440 | 02/01/22 - 02/28/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1513 | 02/01/22 | 600.00 | 1524 | 02/03/22 | 800.00 | 1532 | 02/11/22 | 977.79 |
| 1515* | 02/24/22 | 437.88 | 1525 | 02/04/22 | 10,000.00 | 1533 | 02/22/22 | 25,500.00 |
| 1516 | 02/14/22 | 625.00 | 1526 | 02/04/22 | 5,000.00 | 1534 | 02/28/22 | 990.00 |
| 1517 | 02/02/22 | 6,090.00 | 1527 | 02/04/22 | 13,700.00 | 1535 | 02/22/22 | 58.34 |
| 1518 | 02/02/22 | 7,140.00 | 1528 | 02/04/22 | 13,700.00 | 1536 | 02/22/22 | 95.18 |
| 1520* | 02/07/22 | 30.00 | 1529 | 02/11/22 | 5,150.00 | 1537 | 02/24/22 | 253.80 |
| 1522* | 02/01/22 | 9,670.00 | 1530 | 02/15/22 | 9,590.00 | 1544* | 02/28/22 | 900.00 |
| 1523 | 02/03/22 | 900.00 | 1531 | 02/15/22 | 9,885.00 | 1545 | 02/28/22 | 770.40 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 24 |
| AMOUNT OF CHECKS PAID | $122,863.39 |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT MTB.COM/FUNDSUPGRADE.

00001449-0008141-Page 2 of 8



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 3 OF 8 |

00001449-0008142-Page 3 of 5-DIDS03012207583807S3-00001449

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1513

DATE 1/12/22

PAY TO THE ORDER OF Lazio Masonry $ 600 00

six hundred 00/00 DOLLARS

M&T Bank

FOR 5 Kendal Lane - warranty sidewalk

⑈001513⑈ ⑆022000046⑆ [redacted]3440⑈

01/31/2022 15:19 BACNAJI 427825039755 KeyBank NA >071300077< DEP

For deposit only 7901144100

Check #1513 Paid :02/01/2022 $600.00

Check #1513 Paid :02/01/2022 $600.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1515

DATE Jan 18, 2022

PAY TO THE ORDER OF National Grid $ 437 88

Four hundred thirty seven + 88/00 DOLLARS

M&T Bank

FOR 47 Jane #4D 02250360

⑈001515⑈ ⑆022000046⑆ 9679843440⑈

004005 004 022422 1351
PIT
777149642/371416
022422 239619 004 008 Dyn 0

Check #1515 Paid :02/24/2022 $437.88

Check #1515 Paid :02/24/2022 $437.88

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1516

DATE Feb 8, 2022

PAY TO THE ORDER OF Budefeld + Associates $ 625

Six hundred Twenty five 00/00 DOLLARS

M&T Bank

FOR CPA February

⑈001516⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF BANK OF AMERICA FOR DEPOSIT ONLY

Check #1516 Paid :02/14/2022 $625.00

Check #1516 Paid :02/14/2022 $625.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1517

DATE 1/19/22

PAY TO THE ORDER OF Town & Country Painting $ 6090 00

six thousand and ninety 00/00 DOLLARS

M&T Bank

FOR 57 Jane - Paint

⑈001517⑈ ⑆022000046⑆ [redacted]3440⑈

Deposit Only

Check #1517 Paid :02/02/2022 $6090.00

Check #1517 Paid :02/02/2022 $6090.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 4 OF 8 |

00001449-0006142-Page 3 of 5-DIDS0301220758380753-00001449

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1518

DATE 1/19/22

PAY TO THE ORDER OF Town & Country Painting $ 7140.00

seven thousand one hundred forty xx/100 DOLLARS

M&T Bank

FOR 47 Jams

⑈001518⑈ ⑆022000046⑆ [redacted]3440⑈

Deposit only

| Check #1518 | Paid :02/02/2022 | $7140.00 | Check #1518 | Paid :02/02/2022 | $7140.00 |
| --- | --- | --- | --- | --- | --- |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1520

DATE 1/28/22

PAY TO THE ORDER OF Peggy Colone $ 30.00

thirty xx/100 DOLLARS

M&T Bank

FOR Mailbox - Punchlist

⑈001520⑈ ⑆022000046⑆ [redacted]3440⑈

Seq: 35
Batch: 774311
Date: 02/07/22

| Check #1520 | Paid :02/07/2022 | $30.00 | Check #1520 | Paid :02/07/2022 | $30.00 |
| --- | --- | --- | --- | --- | --- |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1522

DATE 1/28/22

PAY TO THE ORDER OF Lucarelli Sand & Gravel $ 9670.00

nine thousand six hundred seventy DOLLARS

M&T Bank

FOR clear stones Nat Grid

⑈001522⑈ ⑆022000046⑆ [redacted]3440⑈

0053216096

>021301115<
Chemung Canal Trust 053
2022-01-31
0053216096
Batch 308131164

For Deposit Only

| Check #1522 | Paid :02/01/2022 | $9670.00 | Check #1522 | Paid :02/01/2022 | $9670.00 |
| --- | --- | --- | --- | --- | --- |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1523

DATE 2/4/22

PAY TO THE ORDER OF Every Job $ 900.00

nine hundred xx/100 DOLLARS

M&T Bank

FOR Week end 2/5/22

⑈001523⑈ ⑆022000046⑆ [redacted]3440⑈

0073308914

| Check #1523 | Paid :02/03/2022 | $900.00 | Check #1523 | Paid :02/03/2022 | $900.00 |
| --- | --- | --- | --- | --- | --- |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 5 OF 8 |

00001449-0006143-Page 4 of 5-DIDS0301220758380753-00001449

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1524

1837 BLT2201

DATE 2/2/22

PAY TO THE ORDER OF Northway tile $ 800 00

eight hundred 00/100 DOLLARS

M&T Bank

FOR 47 Jane - tile backsplash

⑈001524⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1524 Paid :02/03/2022 $800.00

Northway Tile LLC for mobile deposit

Check #1524 Paid :02/03/2022 $800.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1525

DATE 2-2-22

PAY TO THE ORDER OF Floor Source $10,000 00

ten thousand xx/100 DOLLARS

M&T Bank

FOR 57 Jane - Floor Rep

⑈001525⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1525 Paid :02/04/2022 $10000.00

PAY TO THE ORDER OF KEYBANK NATIONAL ASSOCIATION 021300077 FOR DEPOSIT ONLY FLOOR SOURCE INC

Check #1525 Paid :02/04/2022 $10000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1526

DATE 2-2-22

PAY TO THE ORDER OF Appolo Heating $ 5,000 00

Five thousand 00/100 DOLLARS

M&T Bank

FOR 57 Jane - Heat

⑈001526⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1526 Paid :02/04/2022 $5000.00

Firstrust Bank 236073801 For Deposit Only Account [redacted]

Check #1526 Paid :02/04/2022 $5000.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1527

DATE 2/4/22

PAY TO THE ORDER OF TPK Development $13,700

thirteen thousand seven hundred DOLLARS

M&T Bank

FOR Nov - 2021

⑈001527⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1527 Paid :02/04/2022 $13700.00

>021303618< M&T Bank 6641 0800916404

Check #1527 Paid :02/04/2022 $13700.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 6 OF 8 |

00001449-0008143-Page 4 of 5-DIDS0301220758380753-00001449

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150E
GUILDERLAND, NY 12084

1528

DATE 2/4/22

PAY TO THE ORDER OF TPK Development $13,700.00

thirteen thousand seven hundred DOLLARS

M&T Bank

FOR Dec 2021

⑈001528⑈ ⑆022000046⑆ [redacted]440⑈

>021303618< M&T Bank #920 6641

0800916405

P8314 751702/04/2213.12.41"01853007007605743 27400 0002/04/22

| | | |
|---|---|---|
| Check #1528 | Paid :02/04/2022 | $13700.00 |
| Check #1528 | Paid :02/04/2022 | $13700.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150E
GUILDERLAND, NY 12084

1529

DATE 2/10/22

PAY TO THE ORDER OF Lucarelli Sand & Gravel $5150.00

Five thousand one hundred fifty xx/100 DOLLARS

M&T Bank

FOR SWPPP - Phase 6/7 - Stone driveways

⑈001529⑈ ⑆022000046⑆ [redacted]440⑈

0053572801

>021301115< Chemung Canal Trust 053
2022-02-10
0053572801
Batch 309669946

For Deposit Only

| | | |
|---|---|---|
| Check #1529 | Paid :02/11/2022 | $5150.00 |
| Check #1529 | Paid :02/11/2022 | $5150.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150E
GUILDERLAND, NY 12084

1530

DATE 2/10/22

PAY TO THE ORDER OF Town & Country Painting $9590.00

nine thousand five hundred ninety DOLLARS

M&T Bank

FOR 49 Jane Street

⑈001530⑈ ⑆022000046⑆ [redacted]440⑈

Deposit Only

| | | |
|---|---|---|
| Check #1530 | Paid :02/15/2022 | $9590.00 |
| Check #1530 | Paid :02/15/2022 | $9590.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 150E
GUILDERLAND, NY 12084

1531

DATE 2/10/22

PAY TO THE ORDER OF Town & Country Painting $9885.00

nine thousand eight hundred eighty five xx/100 DOLLARS

M&T Bank

FOR 59 Jane St

⑈001531⑈ ⑆022000046⑆ [redacted]3440⑈

Deposit only

| | | |
|---|---|---|
| Check #1531 | Paid :02/15/2022 | $9885.00 |
| Check #1531 | Paid :02/15/2022 | $9885.00 |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 7 OF 8 |

00001449-0006144-Page 5 of 5-DIDS0301220758380753-00001449

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1532

DATE 2/10/22

PAY TO THE ORDER OF Everyjob $977.79

nine hundred seventy seven 79/100 DOLLARS

M&T Bank

FOR Weekend 2/11/22

⑈001532⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1532 Paid :02/11/2022 $977.79

Check #1532 Paid :02/11/2022 $977.79

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1533

DATE 2/15/22

PAY TO THE ORDER OF Van Arken Trucking $25,500

twenty five thousand five hundred DOLLARS

M&T Bank

FOR Tree clear 617

⑈001533⑈ ⑆022000046⑆ [redacted]3440⑈

Deposit only Van Arken Trucking Inc. 017800/384

Check #1533 Paid :02/22/2022 $25500.00

Check #1533 Paid :02/22/2022 $25500.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1534

DATE 2/22/2022

PAY TO THE ORDER OF Every Job $990.00

nine hundred ninety 00/100 DOLLARS

M&T Bank

FOR W/E 2/19

⑈001534⑈ ⑆022000046⑆ [redacted]3440⑈

Deposit Acct [redacted]

Check #1534 Paid :02/28/2022 $990.00

Check #1534 Paid :02/28/2022 $990.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1505
GUILDERLAND, NY 12084

1535

DATE Feb. 10, 2022

PAY TO THE ORDER OF National Grid $58.34/100

Fifty eight + 34/100 DOLLARS

M&T Bank

FOR 98 Geyser St. Lights #48803-12010

⑈001535⑈ ⑆022000046⑆ [redacted]3440⑈

001098 230 022222 1351
458031201 PIT.
777149842/371416
022222 435052 230 460 Dyn D

Check #1535 Paid :02/22/2022 $58.34

Check #1535 Paid :02/22/2022 $58.34

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 8 OF 8 |

00001449-0006144-Page 5 of 5-DIDS0301220758380753-00001449







Check #1536 Paid :02/22/2022 $95.18 Check #1536 Paid :02/22/2022 $95.18







Check #1537 Paid :02/24/2022 $253.80 Check #1537 Paid :02/24/2022 $253.80







Check #1544 Paid :02/28/2022 $900.00 Check #1544 Paid :02/28/2022 $900.00






Check #1545 Paid :02/28/2022 $770.40 Check #1545 Paid :02/28/2022 $770.40