FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM 117

P

000001400 FIDS154HG70103312203 01 000000

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| XXXXXX3440 | 03/01/22 - 03/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $330,485.06 |
| DEPOSITS & CREDITS | 39,906.80 |
| LESS CHECKS & DEBITS | 84,471.60 |
| LESS SERVICE CHARGES | 44.47 |
| ENDING BALANCE | $285,875.79 |

00001400-0006178-Page 1 of 5-DIDS0401220952038586-00001400

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | $330,485.06 |
| 03/01/2022 | CHECK NUMBER 1546 | | $386.11 | 330,098.95 |
| 03/02/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 03/02/2022 | CHECK NUMBER 1547 | | 13,700.00 | 316,152.85 |
| 03/03/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 339.20 | |
| 03/03/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 23.27 | 315,790.38 |
| 03/08/2022 | CHECK NUMBER 1548 | | 5,000.00 | |
| 03/08/2022 | CHECK NUMBER 1549 | | 5,000.00 | |
| 03/08/2022 | SERVICE CHARGE FOR ACCOUNT XXXXXX3440 | | 44.47 | 305,745.91 |
| 03/10/2022 | CHECK NUMBER 1550 | | 900.00 | |
| 03/10/2022 | CHECK NUMBER 1551 | | 900.00 | 303,945.91 |
| 03/14/2022 | CHECK NUMBER 1542 | | 936.25 | 303,009.66 |
| 03/15/2022 | DEPOSIT | $39,906.80 | | |
| 03/15/2022 | CHECK NUMBER 1554 | | 13,700.00 | 329,216.46 |
| 03/17/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 459.47 | |
| 03/17/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 2,707.61 | |
| 03/17/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 91.26 | |
| 03/17/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 425.99 | |
| 03/17/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 1,510.23 | 324,021.90 |
| 03/18/2022 | CHECK NUMBER 1552 | | 400.00 | |
| 03/18/2022 | CHECK NUMBER 1553 | | 400.00 | 323,221.90 |
| 03/21/2022 | CHECK NUMBER 1555 | | 5,000.00 | 318,221.90 |
| 03/22/2022 | CORE & MAIN - NY008 WATERVLIET | | 83.52 | |
| 03/22/2022 | WHITE CAP #513 ALBANY | | 1,107.00 | |
| 03/22/2022 | CLIFTON PARK GLASS AND518-3738393 | | 1,428.61 | 315,602.77 |
| 03/23/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 819.62 | |
| 03/23/2022 | STAPLES 00104331ALBANY | | 51.82 | |
| 03/23/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 295.22 | |
| 03/23/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 1,802.78 | |
| 03/23/2022 | FEDEX OFFIC63400006346SARATOGA SPRI | | 11.55 | |
| 03/23/2022 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 54.51 | |
| 03/23/2022 | CHECK NUMBER 1557 | | 3,000.00 | |
| 03/23/2022 | CHECK NUMBER 1558 | | 900.00 | 308,667.27 |
| 03/24/2022 | STAPLES 00104331ALBANY | | 145.07 | 308,522.20 |
| 03/25/2022 | CHECK NUMBER 1556 | | 2,500.00 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| XXXXXX3440 | 03/01/22 - 03/31/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/25/2022 | CHECK NUMBER 1561 | | 13,608.15 | 292,414.05 |
| 03/29/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 141.56 | 292,272.49 |
| 03/30/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 246.10 | |
| 03/30/2022 | CHECK NUMBER 1560 | | 2,953.00 | |
| 03/30/2022 | CHECK NUMBER 1571 | | 1,400.00 | 287,673.39 |
| 03/31/2022 | CHECK NUMBER 1566 | | 599.20 | |
| 03/31/2022 | CHECK NUMBER 1567 | | 599.20 | |
| 03/31/2022 | CHECK NUMBER 1568 | | 599.20 | 285,875.79 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 20 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1542 | 03/14/22 | 936.25 | 1552 | 03/18/22 | 400.00 | 1560* | 03/30/22 | 2,953.00 |
| 1546* | 03/01/22 | 386.11 | 1553 | 03/18/22 | 400.00 | 1561 | 03/25/22 | 13,608.15 |
| 1547 | 03/02/22 | 13,700.00 | 1554 | 03/15/22 | 13,700.00 | 1566* | 03/31/22 | 599.20 |
| 1548 | 03/08/22 | 5,000.00 | 1555 | 03/21/22 | 5,000.00 | 1567 | 03/31/22 | 599.20 |
| 1549 | 03/08/22 | 5,000.00 | 1556 | 03/25/22 | 2,500.00 | 1568 | 03/31/22 | 599.20 |
| 1550 | 03/10/22 | 900.00 | 1557 | 03/23/22 | 3,000.00 | 1571* | 03/30/22 | 1,400.00 |
| 1551 | 03/10/22 | 900.00 | 1558 | 03/23/22 | 900.00 | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 20
AMOUNT OF CHECKS PAID $72,481.11

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT MTB.COM/FUNDSUPGRADE.

00001400 0006179 Page 2 of 5 DID50401220852036566 00001400

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| xxxxxxxxxxxx3440 | 3 OF 7 |

00001400-0008180-Page 3 of 5-DIDS0401220852038588-00001400






| Check #1542 | Paid :03/14/2022 | $936.25 | Check #1542 | Paid :03/14/2022 | $936.25 |
| --- | --- | --- | --- | --- | --- |







| Check #1546 | Paid :03/01/2022 | $386.11 | Check #1546 | Paid :03/01/2022 | $386.11 |
| --- | --- | --- | --- | --- | --- |







| Check #1547 | Paid :03/02/2022 | $13700.00 | Check #1547 | Paid :03/02/2022 | $13700.00 |
| --- | --- | --- | --- | --- | --- |






| Check #1548 | Paid :03/08/2022 | $5000.00 | Check #1548 | Paid :03/08/2022 | $5000.00 |
| --- | --- | --- | --- | --- | --- |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| xxxxxxxxxxx3440 | 4 OF 7 |

00001400-0008180-Page 3 of 5-DID50401220952038588-00001400






Check #1549 Paid :03/08/2022 $5000.00

Check #1549 Paid :03/08/2022 $5000.00






Check #1550 Paid :03/10/2022 $900.00

Check #1550 Paid :03/10/2022 $900.00






Check #1551 Paid :03/10/2022 $900.00

Check #1551 Paid :03/10/2022 $900.00







Check #1552 Paid :03/18/2022 $400.00

Check #1552 Paid :03/18/2022 $400.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| xxxxxxxxxx3440 | 5 OF 7 |

00001400-0008181-Page 4 of 6-DIDS0401220952038586-00001400



BLITMAN SARATOGA LLC

1553

DATE 3/14/22

PAY TO THE ORDER OF Commissioner of Finance $400.00

Four hundred 00/100 DOLLARS

M&T Bank

FOR Fee thru 1

⑈001553⑈ ⑆022000046⑆ [redacted]3440⑈



FOR DEPOSIT ONLY
Commissioner of Finance
Receiver of Taxes
Saratoga Springs, NY
720-211-5

Check #1553 Paid :03/18/2022 $400.00 Check #1553 Paid :03/18/2022 $400.00



BLITMAN SARATOGA LLC

1554

DATE 3/15/22

PAY TO THE ORDER OF TPK Development $13,700.00

thirteen thousand seven hundred xx/100 DOLLARS

M&T Bank

FOR Feb 2022

⑈001554⑈ ⑆022000046⑆ [redacted]3440⑈



>021303618<
M&T Bank #920
0800642572

IP8314 047403/1522214:37:16 13700 0003/15/22

Check #1554 Paid :03/15/2022 $13700.00 Check #1554 Paid :03/15/2022 $13700.00



BLITMAN SARATOGA LLC

1555

DATE 3/18/22

PAY TO THE ORDER OF Sunshine Landscaping $5,000.00

Five thousand xx/100 DOLLARS

M&T Bank

FOR Butterfly grading

⑈001555⑈ ⑆022000046⑆ [redacted]3440⑈



Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
03-18-2022 >221370467<

Check #1555 Paid :03/21/2022 $5000.00 Check #1555 Paid :03/21/2022 $5000.00



BLITMAN SARATOGA LLC

1556

DATE 3/24/2022

PAY TO THE ORDER OF Sunshine Landscaping $2,500.00

two thousand five hundred xx/100 DOLLARS

M&T Bank

FOR Butterfly - Sandle grade

⑈001556⑈ ⑆022000046⑆ [redacted]3440⑈



Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guarantee
The Bank of Greene County
Catskill, NY
03-24-2022 >221370467<

Check #1556 Paid :03/25/2022 $2500.00 Check #1556 Paid :03/25/2022 $2500.00

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| xxxxxxxxxxxx3440 | 6 OF 7 |

00001400-0008181-Page 4 of 5-DIDS04012208S2038588-00001400

BUTMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1557
DATE 3/22/22
PAY TO THE ORDER OF Sunshine Landscaping $ 3,000.00
three thousand xx/100 DOLLARS
M&T Bank
FOR 57 Jane - Landscaping

⑈001557⑈ ⑆022000046⑆ [redacted]3440⑈

Credit To The Account Of The Within Named Payee
Absence Of Endorsement Guaranteed
The Bank of Greene County
Catskill, NY
03-22-2022>221370467<

Check #1557 Paid :03/23/2022 $3000.00

Check #1557 Paid :03/23/2022 $3000.00

BUTMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1558
DATE 3/18/22
PAY TO THE ORDER OF Every Job $ 900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR W/E 3/18

⑈001558⑈ ⑆022000046⑆ [redacted]3440⑈

0673758962

Check #1558 Paid :03/23/2022 $900.00

Check #1558 Paid :03/23/2022 $900.00

BUTMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1560
DATE 3/23/22
PAY TO THE ORDER OF Granite & Marble Works $ 2953.00
two thousand nine hundred fifty three xx/100 DOLLARS
M&T Bank
FOR 57 Granite kitchen Jane

⑈001560⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF
THE ADIRONDACK TRUST CO
FOR DEPOSIT ONLY
GRANITE & MARBLE WORKS
6026525

Check #1560 Paid :03/30/2022 $2953.00

Check #1560 Paid :03/30/2022 $2953.00

BUTMAN SARATOGA LLC
11 NEW KARNER RD #1506
GUILDERLAND, NY 12084

M&T BANK

CHECK NO 1561

518-309-5998

AMOUNT

*************\$13,608 Dollars and 15 Cents $13,608.15

PAY TO THE ORDER OF
Era Materials, Inc. - Albany
99 Railroad Ave
PO Box 5548
Albany, NY 12205

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR
BUTMAN SARATOGA LLC

⑈001561⑈ ⑆022000046⑆ [redacted]3440⑈

Pay To The Order Of
M&T Bank
For Deposit Only To
Era Materials of Albany Inc.

Check #1561 Paid :03/25/2022 $13608.15

Check #1561 Paid :03/25/2022 $13608.15

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| xxxxxxxxxxx3440 | 7 OF 7 |

00001400-0008182-Page 5 of 5-DIDS0401220852038588-00001400


BUTMAN SARATOGA LLC
1566
DATE 3/22/22
PAY TO THE ORDER OF KJM Landscaping $ 599.20
Five hundred ninety nine + 20/00 DOLLARS
M&T Bank
FOR 47 Jane Season snowplowing
⑈001566⑈ ⑆022000046⑆ [redacted]3440⑈


KSM LLC
For Deposit Only @ Bank of America

Check #1566 Paid :03/31/2022 $599.20 Check #1566 Paid :03/31/2022 $599.20


BUTMAN SARATOGA LLC
1567
DATE 3/22/22
PAY TO THE ORDER OF KJM Landscaping $ 599.20
Five hundred ninety nine + 20/00 DOLLARS
M&T Bank
FOR 49 Jane Season plowing
⑈001567⑈ ⑆022000046⑆ [redacted]3440⑈


KSM LLC
For Deposit Only @ Bank of America

Check #1567 Paid :03/31/2022 $599.20 Check #1567 Paid :03/31/2022 $599.20


BUTMAN SARATOGA LLC
1568
DATE 3/22/22
PAY TO THE ORDER OF KJM Landscaping $ 599.20
Five hundred ninety nine + 20/00 DOLLARS
M&T Bank
FOR 51 Jane season plowing
⑈001568⑈ ⑆022000046⑆ [redacted]3440⑈


KSM LLC
For Deposit Only at Bank of America

Check #1568 Paid :03/31/2022 $599.20 Check #1568 Paid :03/31/2022 $599.20


BUTMAN SARATOGA LLC
1571
DATE 3/28/22
PAY TO THE ORDER OF Rich Bennice $ 1400.00
one thousand four hundred xx/00 DOLLARS
M&T Bank
FOR Punch list Paint credit 47 Jane
⑈001571⑈ ⑆022000046⑆ [redacted]3440⑈


0673925060

Check #1571 Paid :03/30/2022 $1400.00 Check #1571 Paid :03/30/2022 $1400.00