10:48 AM
05/16/22
Accrual Basis

# Blitman Saratoga, LLC
# Profit & Loss
### January through April 2022

|  | Jan - Apr 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales-Basic | 1,889,328.00 |
| **Total Income** | 1,889,328.00 |
| **Cost of Goods Sold** | |
| Deferred Costs-Sales | 1,491,838.26 |
| Selling Expenses | 252,818.40 |
| **Total COGS** | 1,744,656.66 |
| **Gross Profit** | 144,671.34 |
| **Expense** | |
| Bank Service Charges | 111.97 |
| Bankruptcy Fees | 1,317.99 |
| **Common Area Expenses** | |
| Engineering | 2,262.50 |
| Maintenance | 11,043.29 |
| Miscellaneous Allocable Expense | 26,305.92 |
| Site Lighting Utilities | 912.92 |
| Snowplowing | 20,000.00 |
| **Total Common Area Expenses** | 60,524.63 |
| Management Fees | 95,900.00 |
| Meals and Entertainment | 166.06 |
| Office Supplies | 618.99 |
| Postage | 404.44 |
| Professional Fees | 14,878.88 |
| State Income Tax | 1,500.00 |
| Warranty Expenses | 3,600.00 |
| **Total Expense** | 179,022.96 |
| **Net Ordinary Income** | -34,351.62 |
| **Other Income/Expense** | |
| **Other Income** | |
| Discharge of Indebtedness Inc. | 30,000.00 |
| Interest Income | 0.69 |
| **Total Other Income** | 30,000.69 |
| **Net Other Income** | 30,000.69 |
| **Net Income** | **-4,350.93** |