# M&T Bank

**FOR INQUIRIES CALL:** TARRYTOWN CRE
(914) 366-8500

00  0 00917M NM I17

000001431 FIDS154HG70104292204 01 000000    P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| XXXXXXX3440 | 04/01/22 - 04/30/22 |
| BEGINNING BALANCE | $285,875.79 |
| DEPOSITS & CREDITS | 10,484.82 |
| LESS CHECKS & DEBITS | 71,736.33 |
| LESS SERVICE CHARGES | 39.57 |
| ENDING BALANCE | $224,584.71 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $285,875.79 |
| 04/01/2022 | CHECK NUMBER    1543 | | $1,250.00 | |
| 04/01/2022 | CHECK NUMBER    1562 | | 12,355.50 | |
| 04/01/2022 | CHECK NUMBER    1565 | | 770.40 | |
| 04/01/2022 | CHECK NUMBER    1569 | | 1,525.00 | |
| 04/01/2022 | CHECK NUMBER    1570 | | 1,450.00 | 268,524.89 |
| 04/06/2022 | CHECK NUMBER    1563 | | 51.84 | |
| 04/06/2022 | CHECK NUMBER    1564 | | 87.88 | |
| 04/06/2022 | CHECK NUMBER    1574 | | 261.31 | 268,123.86 |
| 04/07/2022 | ERIE MATERIALS INC EMA866-320-3743 | | 671.36 | |
| 04/07/2022 | ERIE MATERIALS INC EMA866-320-3743 | | 588.48 | |
| 04/07/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 174.67 | |
| 04/07/2022 | CHECK NUMBER    1572 | | 900.00 | |
| 04/07/2022 | CHECK NUMBER    1573 | | 1,089.00 | 264,700.35 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT XXXXXXX3440 | | 39.57 | 264,660.78 |
| 04/11/2022 | DEPOSIT | $10,484.82 | | 275,145.60 |
| 04/12/2022 | CHECK NUMBER    1576 | | 5,510.50 | |
| 04/12/2022 | CHECK NUMBER    1580 | | 11,494.96 | 258,140.14 |
| 04/15/2022 | CHECK NUMBER    1575 | | 1,166.30 | |
| 04/15/2022 | CHECK NUMBER    1581 | | 854.28 | |
| 04/15/2022 | CHECK NUMBER    1582 | | 13,700.00 | 242,419.56 |
| 04/19/2022 | USPS PO 3534500084    GUILDERLAND | | 58.00 | 242,361.56 |
| 04/26/2022 | CHECK NUMBER    1577 | | 800.25 | |
| 04/26/2022 | CHECK NUMBER    1583 | | 1,322.52 | |
| 04/26/2022 | CHECK NUMBER    1592 | | 900.00 | |
| 04/26/2022 | CHECK NUMBER    1593 | | 933.00 | |
| 04/26/2022 | CHECK NUMBER    1594 | | 900.00 | 237,505.79 |
| 04/27/2022 | CHECK NUMBER    1590 | | 11,135.00 | |
| 04/27/2022 | CHECK NUMBER    1591 | | 1,200.00 | 225,170.79 |
| 04/28/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 57.83 | |
| 04/28/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 258.40 | |
| 04/28/2022 | CHECK NUMBER    1578 | | 102.51 | |
| 04/28/2022 | CHECK NUMBER    1579 | | 167.34 | 224,584.71 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 24 | |

PAGE 1 OF 8

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE |
| --- |
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| XXXXXX3440 | 04/01/22 - 04/30/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1543 | 04/01/22 | 1,250.00 | 1573 | 04/07/22 | 1,089.00 | 1581 | 04/15/22 | 854.28 |
| 1562* | 04/01/22 | 12,355.50 | 1574 | 04/06/22 | 261.31 | 1582 | 04/15/22 | 13,700.00 |
| 1563 | 04/06/22 | 51.84 | 1575 | 04/15/22 | 1,166.30 | 1583 | 04/26/22 | 1,322.52 |
| 1564 | 04/06/22 | 87.88 | 1576 | 04/12/22 | 5,510.50 | 1590* | 04/27/22 | 11,135.00 |
| 1565 | 04/01/22 | 770.40 | 1577 | 04/26/22 | 800.25 | 1591 | 04/27/22 | 1,200.00 |
| 1569* | 04/01/22 | 1,525.00 | 1578 | 04/28/22 | 102.51 | 1592 | 04/26/22 | 900.00 |
| 1570 | 04/01/22 | 1,450.00 | 1579 | 04/28/22 | 167.34 | 1593 | 04/26/22 | 933.00 |
| 1572* | 04/07/22 | 900.00 | 1580 | 04/12/22 | 11,494.96 | 1594 | 04/26/22 | 900.00 |

* - GAP IN CHECK SEQUENCE
R- CHECK RETURNED

| NUMBER OF CHECKS PAID | 24 |
| --- | --- |
| AMOUNT OF CHECKS PAID | $69,927.59 |

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524



| ACCOUNT | PAGE |
|---|---|
| XXXXXXXX3440 | 3 OF 8 |

00001431-0008013-Page 3 of 5-DIDS0430220845046235-00001431



| Check #1543 | Paid : 04/01/2022 | $1250.00 | Check #1543 | Paid : 04/01/2022 | $1250.00 |
| Check #1562 | Paid : 04/01/2022 | $12355.50 | Check #1562 | Paid : 04/01/2022 | $12355.50 |
| Check #1563 | Paid : 04/06/2022 | $51.84 | Check #1563 | Paid : 04/06/2022 | $51.84 |
| Check #1564 | Paid : 04/06/2022 | $87.88 | Check #1564 | Paid : 04/06/2022 | $87.88 |



M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXX43440 | 5 OF 8 |

00001431-0006014-Page 4 of 5-DIDS0430220845046235-00001431





# M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXX3440 | 6 OF 8 |



# M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXX3440 | 7 OF 8 |

00001431-0006015-Page 5 of 5-DIDS0430220945048235-00001431





