KIRBY AISNER & CURLEY LLP
*Counsel to Creditor, City of Saratoga Springs*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

                                        Chapter 11

BLITMAN SARATOGA LLC,              Case No: 20-23177 (SHL)

                            Debtor.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kirby Aisner & Curley LLP, hereby appears as counsel for the City of Saratoga Springs ("CSS"), creditor and interested party in the above-captioned Chapter 11 case. It is requested that the undersigned be added to the official mailing matrix and service list on this Chapter 11 case. The undersigned further requests pursuant to Bankruptcy Rules 2002, 3017 and 9007 that copies of any and all notices, pleadings, and orders given or required to be given in this Chapter 11 case and copies of all papers served or required to be served in this Chapter 11 case be given and served upon CSS through its attorneys at the address, telephone and email address below:

KIRBY AISNER & CURLEY LLP
Attn: Erica R. Aisner, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10583
eaisner@kacllp.com
Telephone: (914) 401-9500

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 is a limited appearance for purposes of notice and service only and shall not be deemed or construed to be a waiver of any of the rights of CSS, including, without limitation, to (i) the right to contest jurisdiction or service of process, (ii) have final orders in non-core matters entered only after *de novo* review by a higher court, (iii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iv) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which CSS may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Scarsdale, New York
October 31, 2022

                                          KIRBY AISNER & CURLEY LLP
                                        *Counsel to Creditor, City of Saratoga Springs*
                                        700 Post Road, Suite 237
                                        Scarsdale, New York 10583
                                        Tel: (914) 401-9500

                                        By:  */s/ Erica R. Aisner*
                                               Erica R. Aisner, Esq.