UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                Chapter 11

Blitman Saratoga LLC,                                                  Case No. 20-23177 (SHL)

                                            Debtor.
-----------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE
TO CONSIDER DEBTOR'S MOTION FOR AUTHORIZATION TO SELL 57 JANE STREET
TO THE GUIFFRE FAMILY FOR THE SUM OF $538,000 FREE AND CLEAR OF ALL
CLAIMS, LIENS AND ADVERSE INTERESTS**

Upon the motion of Blitman Saratoga LLC (the "Debtor"), seeking an expedited hearing to consider the Debtor's separate Motion (the "Sale Motion") (ECF #120) seeking authorization to sell a completed home located at 57 Jane Street, Saratoga Springs, New York (the "Home") to Tom and Marlene Guiffre for the sum of $538,000, free and clear of all liens, claims and adverse interests pursuant to 11 U.S.C. §§363(b) and (f).; and good cause appearing therefore; it is

ORDERED, that a hearing on the Sale Motion shall be held via telephone or Zoom before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on November ___, 2022 at _____ a.m./p.m. (the "Hearing") to consider approval of the Sale Motion; and it is further

ORDERED, that any party wishing to participate in the Hearing are required to sign up to appear at court hearings with the Court's eCourt Appearances tool [https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl] and must check in to confirm their appearance in court no later than 4:00pm, one business day prior to the scheduled hearing date.; and it is further

ORDERED, that notice of the Hearing shall be sufficient if a copy of this Order and the Sale Motion and all exhibits annexed thereto, are sent by email on or before November ___, 2022

to (a) the Office of the United States Trustee for the Southern District of New York; (b) counsel for the Creditors' Committee; (c) counsel for the Guiffre Family; (d) the DIP Lender and its counsel; and (e) all other parties who have requested notice in this case; and it is further

ORDERED, that objections, if any, to the relief sought in the Sale Motion shall be filed in writing with the Clerk of the Bankruptcy Court through the Bankruptcy Court's electronic case filing system, with a copy emailed to counsel for the Debtor at kjnash@gwulaw.com, so as to the received on or before the Hearing.