| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br><br>Blitman Saratoga LLC,<br><br>　　　　　　　　　　　Debtor.<br>------------------------------------------------------------x | Hearing Date /Time: December 5, 2022 @ 10:00 a.m.<br>Objection Deadline: November 28, 2022<br><br>Chapter 11<br><br>Case No. 20-23177 (SHL) |

### NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORIZATION TO SELL 57 JANE STREET TO THE GUIFFRE FAMILY FOR THE SUM OF $538,000 FREE AND CLEAR OF ALL CLAIMS, LIENS AND ADVERSE INTERESTS

**PLEASE TAKE NOTICE** that, upon the annexed motion of Blitman Saratoga LLC (the "Debtor"), a hearing will be held before the Honorable Sean H. Lane at the U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on December 5, 2022 at 10:00 a.m. to consider the Debtor's motion seeking authorization to sell a completed home located at 57 Jane Street, Saratoga Springs, New York for the sum of $538,000, free and clear of all liens, claims and adverse interests pursuant to 11 U.S.C. §§363(b) and (f).

**PLEASE TAKE NOTICE** that the hearing will be conducted via telephone or Zoom. Parties wishing to participate in the Hearing are required to sign up to appear at court hearings with the Court's eCourt Appearances tool [https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl] and must check in to confirm their appearance in court no later than 4:00 pm, one business day prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be filed with the Court in accordance with the Court's ECF system, and served upon the undersigned counsel for the Debtor at kjnash@gwulaw.com, no later than November 28, 2022.

Dated: New York, New York
　　　　November 1, 2022

　　　　　　　　　　　　　　　　　　　　　**GOLDBERG WEPRIN**
　　　　　　　　　　　　　　　　　　　　　**FINKEL GOLDSTEIN LLP**
　　　　　　　　　　　　　　　　　　　　　Attorneys for the Debtor
　　　　　　　　　　　　　　　　　　　　　1501 Broadway – 22nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　(212) 221-5700


　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Dena C. Kaufman, Esq.