M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM 17

000001431 FIDS154HG70104292204 01 000000

P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| XXXXXXX3440 | 04/01/22 - 04/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $285,875.79 |
| DEPOSITS & CREDITS | 10,484.82 |
| LESS CHECKS & DEBITS | 71,736.33 |
| LESS SERVICE CHARGES | 39.57 |
| ENDING BALANCE | $224,584.71 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $285,875.79 |
| 04/01/2022 | CHECK NUMBER 1543 | | $1,250.00 | |
| 04/01/2022 | CHECK NUMBER 1562 | | 12,355.50 | |
| 04/01/2022 | CHECK NUMBER 1565 | | 770.40 | |
| 04/01/2022 | CHECK NUMBER 1569 | | 1,525.00 | |
| 04/01/2022 | CHECK NUMBER 1570 | | 1,450.00 | 268,524.89 |
| 04/06/2022 | CHECK NUMBER 1563 | | 51.84 | |
| 04/06/2022 | CHECK NUMBER 1564 | | 87.88 | |
| 04/06/2022 | CHECK NUMBER 1574 | | 261.31 | 268,123.86 |
| 04/07/2022 | ERIE MATERIALS INC EMA866-320-3743 | | 671.36 | |
| 04/07/2022 | ERIE MATERIALS INC EMA866-320-3743 | | 588.48 | |
| 04/07/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 174.67 | |
| 04/07/2022 | CHECK NUMBER 1572 | | 900.00 | |
| 04/07/2022 | CHECK NUMBER 1573 | | 1,089.00 | 264,700.35 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT XXXXXXX3440 | | 39.57 | 264,660.78 |
| 04/11/2022 | DEPOSIT | $10,484.82 | | 275,145.60 |
| 04/12/2022 | CHECK NUMBER 1576 | | 5,510.50 | |
| 04/12/2022 | CHECK NUMBER 1580 | | 11,494.96 | 258,140.14 |
| 04/15/2022 | CHECK NUMBER 1575 | | 1,166.30 | |
| 04/15/2022 | CHECK NUMBER 1581 | | 854.28 | |
| 04/15/2022 | CHECK NUMBER 1582 | | 13,700.00 | 242,419.56 |
| 04/19/2022 | USPS PO 3534500084 GUILDERLAND | | 58.00 | 242,361.56 |
| 04/26/2022 | CHECK NUMBER 1577 | | 800.25 | |
| 04/26/2022 | CHECK NUMBER 1583 | | 1,322.52 | |
| 04/26/2022 | CHECK NUMBER 1592 | | 900.00 | |
| 04/26/2022 | CHECK NUMBER 1593 | | 933.00 | |
| 04/26/2022 | CHECK NUMBER 1594 | | 900.00 | 237,505.79 |
| 04/27/2022 | CHECK NUMBER 1590 | | 11,135.00 | |
| 04/27/2022 | CHECK NUMBER 1591 | | 1,200.00 | 225,170.79 |
| 04/28/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 57.83 | |
| 04/28/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 258.40 | |
| 04/28/2022 | CHECK NUMBER 1578 | | 102.51 | |
| 04/28/2022 | CHECK NUMBER 1579 | | 167.34 | 224,584.71 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 24 | |

00001431-0006011-Page 1 of 5-DIDS0430220945048235-00001431



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| XXXXXX3440 | 04/01/22 - 04/30/22 |

BLITMAN SARATOGA LLC
DIP ACCOUNT

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1543 | 04/01/22 | 1,250.00 | 1573 | 04/07/22 | 1,089.00 | 1581 | 04/15/22 | 854.28 |
| 1562* | 04/01/22 | 12,355.50 | 1574 | 04/06/22 | 261.31 | 1582 | 04/15/22 | 13,700.00 |
| 1563 | 04/06/22 | 51.84 | 1575 | 04/15/22 | 1,166.30 | 1583 | 04/26/22 | 1,322.52 |
| 1564 | 04/06/22 | 87.88 | 1576 | 04/12/22 | 5,510.50 | 1590* | 04/27/22 | 11,135.00 |
| 1565 | 04/01/22 | 770.40 | 1577 | 04/26/22 | 800.25 | 1591 | 04/27/22 | 1,200.00 |
| 1569* | 04/01/22 | 1,525.00 | 1578 | 04/28/22 | 102.51 | 1592 | 04/26/22 | 900.00 |
| 1570 | 04/01/22 | 1,450.00 | 1579 | 04/28/22 | 167.34 | 1593 | 04/26/22 | 933.00 |
| 1572* | 04/07/22 | 900.00 | 1580 | 04/12/22 | 11,494.96 | 1594 | 04/26/22 | 900.00 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 24

AMOUNT OF CHECKS PAID $69,927.59

00001431-0006012-Page 2 of 5-DIDS04302209450046235-00001431

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXXX3440 | 3 OF 8 |

00001431-0008013-Page 3 of 8-DIDS0430220945046235-00001431

BLITMAN SARATOGA LLC 1543
Date: March 21, 2022
Pay to the order of: Bradford and Associates $ 1250
Twelve hundred fifty and 00/100 Dollars
M&T Bank
For: for year end 12/31/21
⑆001543⑆ ⑆022000046⑆ XXXXXXX3440⑆

Check #1543 Paid :04/01/2022 $1250.00

Check #1543 Paid :04/01/2022 $1250.00

BLITMAN SARATOGA LLC 1562
Date: 3/22/22
Pay to the order of: Bradford + Associates $ 12355.50
Twelve thousand three hundred fifty five + 50/100 Dollars
M&T Bank
For: Prop 2021 Return / Tax Reconcile 2021 ≤ 6250 monthly fee
⑆001562⑆ ⑆022000046⑆ [redacted]440⑆

Check #1562 Paid :04/01/2022 $12355.50

Check #1562 Paid :04/01/2022 $12355.50

BLITMAN SARATOGA LLC 1563
Date: March 22, 2022
Pay to the order of: National Grid $ 51.84
Fifty one + 84/100 Dollars
M&T Bank
For: 98 Geyser St. lights
⑆001563⑆ ⑆022000046⑆ [redacted]440⑆

001095 238 040622 1351
498031201 PIT
777149642/071416
040622 621414 238 450 Dy

Check #1563 Paid :04/06/2022 $51.84

Check #1563 Paid :04/06/2022 $51.84

BLITMAN SARATOGA LLC 1564
Date: 3/22/22
Pay to the order of: National Grid $87.88
Eighty seven + 88/100 Dollars
M&T Bank
For: 36 Pamela St. lights
⑆001564⑆ ⑆022000046⑆ [redacted]440⑆

001095 237 040622 1351
070017601 PIT
777149642/71416
040622 621414 237 470 Dy

Check #1564 Paid :04/06/2022 $87.88

Check #1564 Paid :04/06/2022 $87.88

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXXX3440 | 4 OF 8 |

00001431-0008013-Page 3 of 5-DIDS04302208450482350-00001431

BLITMAN SARATOGA LLC
1565
DATE 3/22/22
PAY TO THE ORDER OF Daigu Cleaning $ 770.40
Seven hundred seventy + 40/100 DOLLARS
M&T Bank
FOR Final Cleaning 59 Jane
⑈001565⑈ ⑆022000046⑆ [redacted]440⑈

| Check #1565 | Paid :04/01/2022 | $770.40 | Check #1565 | Paid :04/01/2022 | $770.40 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
1569
DATE 3/28/22
PAY TO THE ORDER OF Madsen Overhead Doors Inc. $ 1525.00
Fifteen hundred twenty five + 00/100 DOLLARS
M&T Bank
FOR 9 Jane Install
⑈001569⑈ ⑆022000046⑆ [redacted]440⑈

Pay to the order of The Bank of Greene County ... Madsen Overhead Doors, Inc.
Credit To The Account Of The Within Named Payee Absence Of Endorsement Guarantee The Bank of Greene County
[redacted]

| Check #1569 | Paid :04/01/2022 | $1525.00 | Check #1569 | Paid :04/01/2022 | $1525.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
1570
DATE 3/25/22
PAY TO THE ORDER OF Madsen Overhead Doors $ 1450.00
Fourteen hundred fifty + 00/100 DOLLARS
M&T Bank
FOR Install 6 Katie
⑈001570⑈ ⑆022000046⑆ [redacted]440⑈

Pay to the order of The Bank of Greene County ... Madsen Overhead Doors, Inc.
Credit To The Account Of The Within Named Payee Absence Of Endorsement Guarantee The Bank of Greene County
[redacted]

| Check #1570 | Paid :04/01/2022 | $1450.00 | Check #1570 | Paid :04/01/2022 | $1450.00 |
|---|---|---|---|---|---|

BLITMAN SARATOGA LLC
1572
DATE 4/5/22
PAY TO THE ORDER OF Every job $ 900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR 3/6 3/19
⑈001572⑈ ⑆022000046⑆ [redacted]440⑈

06/3483228
[redacted]
7004127409

| Check #1572 | Paid :04/07/2022 | $900.00 | Check #1572 | Paid :04/07/2022 | $900.00 |
|---|---|---|---|---|---|

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXX43440 | 5 OF 8 |

00001431-0008014-Page 4 of 5-DIDS0430220845048235-00001431

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1573

DATE 4/5/22

PAY TO THE ORDER OF Every Job.  $ 1,089

one thousand and eighty nine xx/100 DOLLARS

M&T Bank

FOR w/c 4/2

⑈001573⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1573 Paid :04/07/2022 $1089.00

06/3483231

Check #1573 Paid :04/07/2022 $1089.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1574

DATE 3/22/22

PAY TO THE ORDER OF National Grid  $ 261.31

Two hundred sixty one 31/100 DOLLARS

M&T Bank

FOR 47 Jane Lot 19

⑈001574⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1574 Paid :04/06/2022 $261.31

001695 236 040622 1351
412022503
777149642/371416
040622 521414 235 176 D

Check #1574 Paid :04/06/2022 $261.31

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1575

DATE April 7, 2022

PAY TO THE ORDER OF Clifton Park Glass + Mirrors  $ 1166 30/00

Eleven hundred sixty six - 30/100 DOLLARS

M&T Bank

FOR 49 Jane - shower door shelves

⑈001575⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1575 Paid :04/15/2022 $1166.30

PAY TO THE ORDER OF CITIZENS BANK CLIFTON PARK, NY 12065
FOR DEPOSIT ONLY
CLIFTON [redacted] LLC

Check #1575 Paid :04/15/2022 $1166.30

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1576

AFSCO Fence
APR 12 2022
Received

DATE April 7, 2022

PAY TO THE ORDER OF AFSCO Fence Supply  $ 5510 50/100

Fifty five hundred ten - 50/100 DOLLARS

M&T Bank

FOR (Blitsak) Remove + Reinstall Butterfly Chain Link Fence

⑈001576⑈ ⑆022000046⑆ [redacted]3440⑈

Check #1576 Paid :04/12/2022 $5510.50

04/12/2022 13:39 BAGNAJ1427823048253 KeyBank NA >021300077< DEP

[redacted]

Check #1576 Paid :04/12/2022 $5510.50

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| XXXXXXX3440 | 6 OF 8 |

00001431-0008014-Page 4 of 5-DIDS0430220845048235-00001431

BLITMAN SARATOGA LLC
1577
DATE 4/14/22
PAY TO THE ORDER OF Twin Bridges Waste $ 800.25
Eight hundred + 25/100 DOLLARS
M&T Bank
FOR 8 Kattie - Dumpster
⑆001577⑆ ⑆022000046⑆ [redacted]3440⑈

Check #1577 Paid :04/26/2022 $800.25

Check #1577 Paid :04/26/2022 $800.25

BLITMAN SARATOGA LLC
1578
DATE 4/14/22
PAY TO THE ORDER OF National Grid $ 102 51/100
One hundred two + 51/100 DOLLARS
M&T Bank
FOR 98 Geyser Rd S.H. Street Lights
⑆001578⑆ ⑆022000046⑆ [redacted]440⑈

001 070 026 042822 1351
498031201 P T
[redacted]

Check #1578 Paid :04/28/2022 $102.51

Check #1578 Paid :04/28/2022 $102.51

BLITMAN SARATOGA LLC
1579
DATE 4/14/22
PAY TO THE ORDER OF National Grid $ 167 34/100
One hundred Sixty seven - 34/100 DOLLARS
M&T Bank
FOR 30 Pamela St. lights
⑆001579⑆ ⑆022000046⑆ [redacted]440⑈

001070 007 042822 1351
070017001 P T
[redacted]

Check #1579 Paid :04/28/2022 $167.34

Check #1579 Paid :04/28/2022 $167.34

BLITMAN SARATOGA LLC
11 NEW KARNER RD #1506
GUILDERLAND, NY 12084
M&T BANK
CHECK NO 1580
DATE 4/12/2022
AMOUNT $11,494.96
$11,494 Dollars and 96 Cents
PAY TO THE ORDER OF Erie Materials, Inc. - Albany, 99 Railroad Ave, PO Box 5148, Albany, NY 12205
THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR
⑆001580⑆ ⑆022000046⑆ [redacted]440⑈

Check #1580 Paid :04/12/2022 $11494.96

Check #1580 Paid :04/12/2022 $11494.96

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| XXXXXXX3440 | 7 OF 8 |

00001431-0006015-Page 5 of 5-DIDS04302209450048235-00001431

BLITMAN SARATOGA LLC
11 NEW KARNER RD #1506
GUILDERLAND, NY 12084

518-369-5966

M&T BANK

CHECK NO 1581

DATE 4/15/2022 AMOUNT $854.28

*****************$854 Dollars and 28 Cents

PAY TO THE ORDER OF Erie Materials, Inc. - Albany
PO Box 5546
Albany NY 12205

ALZELIO1-ORDER 2270345

⑈001581⑈ ⑆022000046⑆ [redacted]440⑈

Check #1581 Paid :04/15/2022 $854.28

Check #1581 Paid :04/15/2022 $854.28

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1582

DATE 4/15/22

PAY TO THE ORDER OF TPK Development $ 13,700 $^{00}$

thirteen thousand seven hundred xx/100 DOLLARS

M&T Bank

FOR March 2022

⑈001582⑈ ⑆022000046⑆ [redacted]440⑈

>021303618< M&T Bank 0920 6641

0800693346

IP0314 933004/15/2212:43:01 616530070076057431 13700 0004/15/22

Check #1582 Paid :04/15/2022 $13700.00

Check #1582 Paid :04/15/2022 $13700.00

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1583

DATE April 18, 2022

PAY TO THE ORDER OF Bott Bros Electric Inc $ 1322.52

Thirteen hundred twenty two + 52/100 DOLLARS

M&T Bank

FOR Fix street Light - Phase III

⑈001583⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF KEY BANK N.A. FOR DEPOSIT ONLY BOTT BROS ELECTRIC, INC

Check #1583 Paid :04/26/2022 $1322.52

Check #1583 Paid :04/26/2022 $1322.52

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1590

DATE 4/22/22

PAY TO THE ORDER OF TPM Contractors $ 11,135

eleven thousand one hundred thirty five xx/100 DOLLARS

M&T Bank

FOR 8 Katie - Siding

⑈001590⑈ ⑆022000046⑆ [redacted]440⑈

CATSKILL HUDSON BANK

Check #1590 Paid :04/27/2022 $11135.00

Check #1590 Paid :04/27/2022 $11135.00

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 8 OF 8 |

00001431-0006015-Page 5 of 5-DIDS04302209450462235-00001431


1591
BLITMAN SARATOGA LLC
DATE 4/22/22
PAY TO THE ORDER OF JPM Contractors $1200.00
one thousand two hundred xx/100 DOLLARS
M&T Bank
FOR 8 Kettle - Cultured Stone
⑈001591⑈ ⑆022000046⑆ [redacted]3440⑈


CATSKILL HUDSON BANK

Check #1591 Paid :04/27/2022 $1200.00

Check #1591 Paid :04/27/2022 $1200.00


1592
BLITMAN SARATOGA LLC
DATE 4/22/22
PAY TO THE ORDER OF EveryJob LLC $900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR W/E 4/9
⑈001592⑈ ⑆022000046⑆ [redacted]3440⑈



Check #1592 Paid :04/26/2022 $900.00

Check #1592 Paid :04/26/2022 $900.00


1593
BLITMAN SARATOGA LLC
DATE 4/22/22
PAY TO THE ORDER OF EveryJob LLC $933.00
nine hundred and thirty three xx/100 DOLLARS
M&T Bank
FOR W/E 4/16
⑈001593⑈ ⑆022000046⑆ [redacted]3440⑈



Check #1593 Paid :04/26/2022 $933.00

Check #1593 Paid :04/26/2022 $933.00


1594
BLITMAN SARATOGA LLC
DATE 4/22/22
PAY TO THE ORDER OF EveryJob LLC $900.00
nine hundred xx/100 DOLLARS
M&T Bank
FOR Weekend 4/23
⑈001594⑈ ⑆022000046⑆ [redacted]3440⑈



Check #1594 Paid :04/26/2022 $900.00

Check #1594 Paid :04/26/2022 $900.00