2:40 PM
10/20/22
Accrual Basis

# Blitman Saratoga, LLC
# Balance Sheet
## As of September 30, 2022

|  | Sep 30, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Ballston Spa Checking 5549 | 885.89 |
| M&T Checking 3440 | 6,818.04 |
| **Total Checking/Savings** | 7,703.93 |
| **Other Current Assets** | |
| Preconfirmation Escrow | 600,000.00 |
| Selling Commissions - Escrow | 48,150.00 |
| **Total Other Current Assets** | 648,150.00 |
| **Total Current Assets** | 655,853.93 |
| **Other Assets** | |
| **Deferred Construction Costs** | |
| 11 Jane Street | 4,195.51 |
| 47 Jane Street | 736.31 |
| 49 Jane Street | 2,288.56 |
| 57 Jane Street | 195,866.07 |
| 59 Jane Street | 12,609.67 |
| 6 Katie Lane | 181,434.06 |
| 8 Katie Lane | 116,480.37 |
| 9 Jane Street | 195,303.70 |
| Deferred Construction Costs - Other | 622,952.31 |
| **Total Deferred Construction Costs** | 1,331,866.56 |
| **Escrow-Attorney Account** | 134,500.00 |
| **Funds Held by Homestead** | 17,400.00 |
| **Hard Site and Gen Cond** | 4,190,450.17 |
| **Land** | 440,006.72 |
| **Nat Grid Electric Deposit 6&7** | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | 75,050.92 |
| **Soft Costs** | |
| HOA Fees | 284.61 |
| Interest Expense | 109,468.71 |
| Management Fees | 18,270.77 |
| Office Expense | 14,220.91 |
| Property Taxes | 1,236.12 |
| Water & Sewer | 3,549.02 |
| Soft Costs - Other | 1,869,899.72 |
| **Total Soft Costs** | 2,016,929.86 |
| **Step Basis Adjustment** | 102,459.00 |
| **Total Other Assets** | 8,396,274.87 |
| **TOTAL ASSETS** | **9,052,128.80** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accrued Expenses | 178,858.73 |
| **Total Other Current Liabilities** | 178,858.73 |
| **Total Current Liabilities** | 178,858.73 |
| **Long Term Liabilities** | |
| Due to Goren Brothers | 3,300,000.00 |
| Due to Goren Cousins LLC | 1,700,000.00 |
| Due to Saratoga Funding | 2,456,873.59 |
| Due to SV | 563,667.00 |
| Purchasers Deposits-Base Cont | 234,500.00 |

2:40 PM  
10/20/22  
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of September 30, 2022

|  | Sep 30, 22 |
|---|---:|
| **Purchasers Deposits-Upgrades** | 99,469.00 |
| **Total Long Term Liabilities** | 8,354,509.59 |
| **Total Liabilities** | 8,533,368.32 |
| **Equity** | |
|   **Capital-GB** | -74,360.07 |
|   **Capital-GSP** | -64,123.62 |
|   **Capital-HNB** | 883,432.04 |
|   **Capital-SV** | -48,372.54 |
|   **Capital-TPK** | -45,597.22 |
|   **Net Income** | -132,218.11 |
| **Total Equity** | 518,760.48 |
| **TOTAL LIABILITIES & EQUITY** | 9,052,128.80 |