2:39 PM
10/20/22
Accrual Basis

# Blitman Saratoga, LLC
# Profit & Loss
### January through September 2022

|  | Jan - Sep 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales-Basic | 1,889,328.00 |
| **Total Income** | 1,889,328.00 |
| **Cost of Goods Sold** | |
| Deferred Costs-Sales | 1,491,838.26 |
| Selling Expenses | 262,818.40 |
| **Total COGS** | 1,754,656.66 |
| **Gross Profit** | 134,671.34 |
| **Expense** | |
| Bank Service Charges | 504.90 |
| Bankruptcy Fees | 14,734.99 |
| **Common Area Expenses** | |
| Engineering | 8,032.50 |
| Maintenance | 12,328.66 |
| Miscellaneous Allocable Expense | 37,505.92 |
| Site Lighting Utilities | 1,154.56 |
| Snowplowing | 20,000.00 |
| **Total Common Area Expenses** | 79,021.64 |
| Insurance Expense | 3,469.00 |
| Management Fees | 171,250.00 |
| Meals and Entertainment | 166.06 |
| Office Supplies | 1,100.50 |
| Postage | 414.17 |
| Professional Fees | 21,128.88 |
| State Income Tax | 1,500.00 |
| Warranty Expenses | 3,600.00 |
| **Total Expense** | 296,890.14 |
| **Net Ordinary Income** | -162,218.80 |
| **Other Income/Expense** | |
| **Other Income** | |
| Discharge of Indebtedness Inc. | 30,000.00 |
| Interest Income | 0.69 |
| **Total Other Income** | 30,000.69 |
| **Net Other Income** | 30,000.69 |
| **Net Income** | **-132,218.11** |