

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM I17

000001100 FIDS1541IG70501099802 01 000000 005651 003      P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 09/01/22 - 09/30/22 |
| BEGINNING BALANCE | $26,101.17 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 19,244.46 |
| LESS SERVICE CHARGES | 38.67 |
| ENDING BALANCE | $6,818.04 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2022 | BEGINNING BALANCE | | | $26,101.17 |
| 09/06/2022 | STAPLES    00104331ALBANY | | $36.67 | |
| 09/06/2022 | CHECK NUMBER    1642 | | 900.00 | |
| 09/06/2022 | CHECK NUMBER    1649 | | 900.00 | |
| 09/06/2022 | CHECK NUMBER    1651 | | 110.00 | |
| 09/06/2022 | CHECK NUMBER    1653 | | 3,026.00 | 21,128.50 |
| 09/07/2022 | STAPLES    00104331ALBANY | | 47.93 | 21,080.57 |
| 09/09/2022 | CHECK NUMBER    1648 | | 3,469.00 | |
| 09/09/2022 | CHECK NUMBER    1652 | | 250.00 | |
| 09/09/2022 | SERVICE CHARGE FOR ACCOUNT 3440 | | 38.67 | 17,322.90 |
| 09/12/2022 | STAPLES    00104331ALBANY | | 226.77 | 17,096.13 |
| 09/14/2022 | STONE INDUSTRIES, LLC 518-5841048 | | 258.40 | 16,837.73 |
| 09/21/2022 | CURTIS LUMBER COMPANY 518-4901323 | | 1,549.69 | |
| 09/21/2022 | CHECK NUMBER    1654 | | 1,080.00 | |
| 09/21/2022 | CHECK NUMBER    1656 | | 6,850.00 | 7,358.04 |
| 09/27/2022 | CHECK NUMBER    1655 | | 540.00 | 6,818.04 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 9 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1642 | 09/06/22 | 900.00 | 1651* | 09/06/22 | 110.00 | 1654 | 09/21/22 | 1,080.00 |
| 1648* | 09/09/22 | 3,469.00 | 1652 | 09/09/22 | 250.00 | 1655 | 09/27/22 | 540.00 |
| 1649 | 09/06/22 | 900.00 | 1653 | 09/06/22 | 3,026.00 | 1656 | 09/21/22 | 6,850.00 |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID        9
AMOUNT OF CHECKS PAID    $17,125.00

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524



| Check #1642 | Paid :09/06/2022 | $900.00 |
| Check #1642 | Paid :09/06/2022 | $900.00 |
| Check #1648 | Paid :09/09/2022 | $3469.00 |
| Check #1648 | Paid :09/09/2022 | $3469.00 |
| Check #1649 | Paid :09/06/2022 | $900.00 |
| Check #1649 | Paid :09/06/2022 | $900.00 |
| Check #1651 | Paid :09/06/2022 | $110.00 |
| Check #1651 | Paid :09/06/2022 | $110.00 |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| ▆▆▆▆3440 | 3 OF 4 |



M&T Bank

| ACCOUNT | PAGE |
|---|---|
| ████████3440 | 4 OF 4 |





Check #1656    Paid :09/21/2022    $6850.00     Check #1656    Paid :09/21/2022    $6850.00