UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLITMAN SARATOGA LLC, | ) | Case No. 20-23177-shl |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE OF LIMITED OBJECTION OF ROBIN WINTER,
AS EXECUTOR OF THE ESTATE OF HOWARD N. BLITMAN, TO DEBTOR'S
MOTION FOR AUTHORIZATION TO SELL 57 JANE STREET TO THE
GUIFFRE FAMILY FOR THE SUM OF $538,000 FREE AND CLEAR
OF ALL CLAIMS, LIENS AND ADVERSE INTERESTS**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York, and am not a party to this proceeding.

On November 16, 2022, I served the *Limited Objection of Robin Winter, as Executor of the Estate of Howard N. Blitman, to Debtor's Motion For Authorization to Sell 57 Jane Street to the Guiffre Family For the Sum of $538,000 Free and Clear of All Claims, Liens and Adverse Interests* [Doc. No. 132], along with the notice of electronic filing of the Objection, by (a) email, upon (i) Kevin Nash at knash@gwfglaw.com; (ii) Ted Donovan at tdonovan@gwfglaw.com; (iii) Dena Kaufman at dkaufman@gwfglaw.com; (iv) Frank Brennan at fbrennan@nolanandheller.com; (v) John Harwick at jharwick@joneshacker.com; (vi) Matthew Sgambettera at msgambettera@gmail.com; (vii) Erica Feynman Aisner at eaisner@kacllp.com; (viii) Kevin Laurilliard at klaurilliard@oalaw.com; (ix) Edward Marinstein at mmlaw@capital.net; (x) Rosemarie E. Matera at law@kmpclaw.com; (xi) Peter L. Burgess at pburgess@bapclaw.com; (xii) Matthew Sgambettera at

msgambettera@gmail.com;          (xiii)      Michael      J.      Catalfimo      at

mcatalfimo@rlglawny.com; and (xiv) Greg Zipes at greg.zipes@usdoj.gov and (b) mail,

upon Greg M. Zipes, Office of the United States Trustee, U.S. Federal Office Building,

201 Varick Street, Suite 1006, New York, NY 10014.

Dated: Tarrytown, New York
     November 16, 2022             */s/ Kenneth M. Lewis*
                                    Kenneth M. Lewis