

# BUILDING PERMIT
## TO CONSTRUCT

# NEW 1 OR 2 FAMILY CONSTR
## Permit Number: 20191887

Date: December 11, 2019

Permission is hereby granted to the below owner or contractor for construction in accordance to application **20190755** together with plans and specifications hereto filed and approved and in compliance with the provisions of the Codes of City of Saratoga Springs, New York.

Permit Issue Date: **12/11/2019**                    Permit Expiration Date: **12/10/2021**

**LOCATION**
Sect/Block/Lot: 177.20-8-7
Street: 8 KATIE LANE
Zoning District: UR-1 URBAN RESIDENTIAL-1

**PERMIT CLASSIFICATION**
Permit Type: B  BUILDING
Work Type: 01 NEW 1 OR 2 FAMILY CONSTR
Prop Usage: R-3 RESIDENTIAL - 1 & 2 FAMILY
Occupy Class: R
Const. Class: VB

**OWNER**
BLITMAN SARATOGA, LLC
222 BLOOMINGDALE RD
SUITE 404
914-244-8600

**CONTRACTOR**
CHANGEBRIDGE CONSTRUCTION
222 BLOOMINGDALE RD
SUITE 404
603-765-8530

**APPLICANT**
CHANGEBRIDGE CONSTRUCTION
222 BLOOMINGDALE RD
SUITE 404
603-765-8530

Total Value of Work: 220065
Total Square Feet: 5021
Number of Dwelling Units: 1
Number of Bedrooms: 4

Application Date: 07/30/2019          Permit Issued By: JB          Permit Fee: 1671.30

Scope of Work: R-3, NEW SINGLE FAMILY W/ ATTACHED GARAGE

Comments/Conditions:

_____
Assistant Building & Construction Inspector

# City of Saratoga Springs
## BUILDING DEPARTMENT

# BUILDING PERMIT

PERMIT NO. __20191887__  DATED __12/11/2019__

Was Issued To __BLITMAN SARATOGA, LLC__

Address __8 KATIE LANE__   Phone __914-244-8600__

Scope Of Work __R-3, NEW SINGLE FAMILY W/ ATTACHED GARAGE__

*For Construction on these Premises in Strict accordance with Plans and Specifications on File and in Compliance with the Building Code and Laws of the City of Saratoga Springs.*

Inspections by Building Department are required at the following schedules:
1. Foundation footings before concrete.
2. Foundation rebar before concrete.
3. Foundation before backfill.
4. Floor slab before concrete.
5. Roof Deck ice/water before cover.
6. Rough framing before insulation.
7. Rough plumbing before insulation.
8. HVAC before insulation.
9. Insulation before covered.
10. Septic before Backfill.
11. Final for certificate of occupancy.

No occupancy of building without approval of the building department.

ASSISTANT BUILDING & CONSTRUCTION INSPECTOR

## TO BE KEPT POSTED DURING CONSTRUCTION