LAW OFFICES

# RUSS & RUSS, P.C.

543 BROADWAY - P.O. BOX 149 - MASSAPEQUA. NEW YORK. 11758

TEL, 516/541-1014    FAX, 516/541-1077

JAY EDMOND RUSS
LINDA EILEEN RUSS

*Also Admitted In Connecticut*

*Of Counsel*
IRA LEVINE
DANIEL P. ROSENTHAL*

May 18, 2022

*Via USPS Certified Mail - Return Receipt Requested
and FedEx Overnight*

Susan S. and Stephen M. Dorsey
17 Tiffany Place
Saratoga Springs, NY 12866

Gentleman/Madam:

This office is litigation counsel for Blitman Saratoga, LLC, the Seller, in connection with the "Purchase Agreement" dated in or about January 27, 2019, and amended on February 20, 2019, with Susan S. and Stephen M. Dorsey, the Purchasers, concerning real estate known, generally, as Lot 77, on a Map entitled "Beaver Pond Village", filed in the Saratoga County Clerk's Office on December 5, 2011, as Map 2011206, and known as 8 Katie Lane

Pursuant to paragraph 19(b), you made upgrades to the home being constructed and agreed to pay the cost of those upgrades. Accordingly, on or about October 18, 2021, you were invoiced for the sums of $78,505.00 and $17,969.00, both due and owing at that time, pursuant to contract. You acknowledged receipt of the invoice to Thomas P. Keaney, the Managing Member of Blitman Saratoga, LLC, and were asked numerous times to pay the invoices. You have failed and refused to do so.

Accordingly, this letter is formal notice to you that a default has occurred under the "Purchase Agreement" (specifically, but not limited to paragraph 19 (b) of same) and that you have failed and refused to cure the default, despite demands and the passage of considerable time. You are, hereby, declared to be in breach, and in default, under the "Purchase Agreement" and the have forfeited and lost your rights, thereunder.

Be guided accordingly.

Approved:

Thomas P Keaney
_____
Thomas P. Keaney, Managing Member
Blitman Saratoga, LLC

Very truly yours,

Jay Edmond Russ