UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date/Time: December 20, 2022 @ 10:00 a.m.
Objection Deadline: December 13, 2022

---

In re:

Blitman Saratoga LLC,

                Debtor.

Chapter 11
Case No. 20-23177 (SHL)

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that upon the annexed motion of Stephen M. Dorsey and Susan S. Dorsey (hereinafter collectively the "Movants"), a hearing will be held before the Honorable Sean H. Lane at the Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on **December 20, 2022 at 10:00am** to consider the Movants' motion for an order: (A) rejecting the pre-petition contract for the construction and sale of a residential house on Debtor's real property commonly known as 8 Katie Lane, Saratoga Springs, New York 12866 ("Contract") between Movants and Debtor, pursuant to 11 USC 365 and 554(a), (B) directing Debtor to refund to Movants their deposit monies, pursuant to 11 USC 365 and 554(a), or in the alternative, to terminate the automatic stay to permit Movants to pursue their claims against the surety on the down payment Bond No. BMYH077648 issued by The Hanover Insurance Company and to file a vendee's lien in the county clerk's office, pursuant to 11 USC 362(d), (C) or in the alternative, to convert this bankruptcy case to chapter 7, pursuant to 11 USC 1112(b), and (D) such other and further relief as may be just and proper, pursuant to sections 105(a).

**PLEASE TAKE NOTICE** that the hearing will be conducted via telephone or zoom. Parties wishing to participate in the Hearing are required to sign up to appear at court hearings with the Court's eCourt Appearances tool [https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl] and must check in to confirm their appearance in court no later than 4:00 pm, one business day prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be filed with the Court in accordance with the Court's ECF system, and served upon the undersigned counsel for the Movants at klaurilliard@oalaw.com, no later than December 13, 2022.

DATE: November 17, 2022
       Albany, NY

O'Connell and Aronowitz P.C.

By: *Kevin Laurilliard*
Kevin Laurilliard, Esq.
O'Connell & Aronowitz, P.C.
Attorney for Movants
54 State Street
Albany, NY 12207
Phone: (518) 462-5601

{O1122165.1}