UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                              Chapter 11

Blitman Saratoga LLC,                                                   Case No. 20-23177 (SHL)

                                          Debtor.
---------------------------------------------------------------x

## NOTICE OF RESCHEDULING OF HEARING

      PLEASE TAKE NOTICE THAT the all matters scheduled to be heard on December 5, 2022 at 10:00 a.m. have been rescheduled to 9:00 a.m.

Dated: New York, NY
         December 1, 2022

                                      Goldberg Weprin Finkel Goldstein LLP
                                      Attorneys for the Debtor
                                      1501 Broadway, 22nd Floor
                                      New York, New York 10036
                                      (212) 221-5700

                            By:    /s/ J. Ted Donovan, Esq.