UNITED STATES BANKRUPTCY COURT      Return Date: December 5, 2022
SOUTHERN DISTRICT OF NEW YORK      9:00 A.M.
-----------------------------------------------------------x
In re:      Chapter 11

Blitman Saratoga LLC,      Case No. 20-23177 (RDD)

                 Debtor.
-----------------------------------------------------------x

## DEBTOR'S RESPONSE TO THE LIMITED OBJECTIONS FILED BY THE CREDITOR'S COMMITTEE, ESTATE OF HOWARD BLITMAN AND THE CITY OF SARATOGA SPRINGS

To the Honorable Sean H. Lane,
United States Bankruptcy Judge:

The Debtor herein, Blitman Saratoga, LLC (the "Debtor"), as and for its Response to the Limited Objections filed by the Official Committee of Unsecured Creditors, the estate of Howard Blitman and the City of Saratoga Springs (collectively, the "Objectors") to the Debtor's Motion (the "Motion") to approve the sale (the "Sale") of the completed home (Lot 14) at 57 Jane Street, Saratoga Springs, New York (the "Home") to Tom and Marlene Guiffre (the "Guiffre Family"), respectfully states as follows:

### Overview

1.      It appears that the Objectors are all in agreement that the sale of the Home for $538,000 can and should proceed. Indeed, the Debtor's major challenge at this point is liquidity: the need to generate funds to resume construction on completing infrastructure and the four remaining homes under contract. Thus, the sale of the Home should be viewed as positive step forward that will help provide badly needed operating capital. The Debtor has obtained the agreement of the DIP Lender (Saratoga Funding LLC) to defer payment of its release prices under the pre-petition secured loan so that all net proceeds can be used to resume construction.

2.      Once the sale is closed, the questions of the day then become (i) how much is expected to be generated by the Sale; and (ii) how will the net Sale proceeds be specifically used? The Debtor understands the inquiry and this Response is dedicated to answering these questions.

**A.  Projected Closing Statement**

3.      The Debtor projects that the Sale will generate net sale proceeds of $509,525 (including the $43,800 deposit) after payment of taxes, closing costs and reserve for brokerage.  A draft closing statement reflecting the foregoing is annexed hereto as Exhibit "A".

4.      The key to generating maximum liquidity is the DIP Lender's agreement to defer paydowns totaling $283,985, as reflected on Exhibit "A".  These monies are owed to the DIP Lender by virtue of the prior assignment of the pre-petition secured loans and mortgages held by Ballston Spa National Bank.  Given the Debtor need for immediate cash, these funds are being dedicated to infrastructure.

5.      The only party who could conceivably object to the deferment is the Estate of Howard Blitman, as represented by Ken Lewis, Esq.  The Blitman Estate is a co-guarantor of the pre-petition secured debt and would like to see all of the Sale proceeds used to pay-down this debt, pointing to the structure of the original DIP Financing Orders.

6.      However, market and business conditions have changed dramatically over the last year.  At this point, infrastructure is a top priority and needs to be addressed in connection with this Sale.  Hence, the deferment.  There is also precedent in the case for deferring payments to the DIP Lender.  This was done in connection with the sales of the properties at 47 Jane Street and 49 Jane Street, under which the Order approving the sales [*See,* ECF No. 108] authorized the Debtor to establish a Confirmation Fund of $600,000 for Plan purposes, following negotiations with the Creditors' Committee.  These funds remain in escrow and are still being dedicated for Plan

2

purposes.    During the prior hearings, the Court characterized the deferral as a permitted modification of the DIP Financing Orders.

7.        As similar modification should apply here. The Blitman Estate should prepare itself for a deficiency, since the project cannot possibly be completed without deferrals.

**B.  Updated Infrastructure Budget**

8.        The Debtor's representative, Tom Keaney, and the undersigned, are scheduled to meet with the City of Saratoga Springs during the week of December 5, 2022 to discuss a timeline and budget for completion of the infrastructure for all phases of the project (Sections I – VII), which relate to, inter alia, internal streets, street lights and water lines.

9.        Annexed hereto as Exhibit "B" is a current budget for infrastructure.  The Debtor is dedicating $375,000 of the net Sale proceeds to perform highlighted work on Phase I, II (partial), III, IV and V.  Following the meeting with the City of Saratoga Springs (and likely the Beaver Pond Village Homeowners Association), this work will proceed promptly.

10.      The remaining balance of the net proceeds of about $134,000 will be used for construction of the last four homes, with the goal of generating another closing.  The Debtor will also make a big push to sell the dozen or so vacant lots in order to generate additional funds as well.  In the interim, however, there can be no movement forward without approval of the Sale and maximization of the net proceeds for infrastructure and construction.

11.      Howard Blitman was the original developer of the project prior to his replacement and subsequent death.  The financial investors fault the Blitman family for all of the pre-petition delays in completing the project, which is the subject of state court litigation.

12.      From the Debtor's perspective, this litigation will ultimately play itself out and should not impede the Sale or resumption of construction.

3

**WHEREFORE**, the Sale of 57 Jane Street should be approved with the net proceeds to be

used as outlined above.

Dated: New York, New York
      December 2, 2022

                                        Goldberg Weprin Finkel Goldstein LLP
                                        Attorneys for the Debtor
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        (212) 221-5700


                                        By:    /s/ Kevin J. Nash

# EXHIBIT A

SELLER'S DRAFT CLOSING STATEMENT
Mazzotta & Vagianelis, P.C.
9 Washington Square
ı, New York 12205

SELLER:       Blitman Saratoga LLC            EIN# 45-4897437
PURCHASER:    Thomas and Marlene Guiffre
PROPERTY:     57 Jane Street (LOT #14 Beaver Pond Village), City of Saratoga Springs
DATE:         tbd

**DUE TO SELLER:**
| | |
|---|---|
| Purchase Price: | $ 538,000.00 |
| Cost of Upgrades:          (valued at $56,463) | included above |
| ADJUSTED PURCHASE PRICE: | $ 538,000.00 |
| 2022-2023 School Taxes (estimated - to be adjusted) | $    1,000.00 |
| 2022 City Taxes (estimated - to be adjusted) | $      500.00 |
| Water Meter Installation | $      350.00 |
| Survey Fee: | $      850.00 |
| **TOTAL DUE TO SELLER:** | **$ 540,700.00** |

**CREDITS DUE TO PURCHASER:**
| | |
|---|---|
| Deposit on Contract: $43,800 held by M&V, P.C. (no bond) | $   43,800.00 |
| Interest on Escrow Account (estimated - to be adjusted) | $        50.00 |
| | $  (43,850.00) |
| **ADJUSTED BALANCE:** | **$ 496,850.00** |

Expenses of Seller to be Paid by Purchaser

| | | | |
|---|---|---|---|
| (1) Saratoga County - Release of 57 Jane Collateral / Saratoga Funding: | | | |
|     Release of Mortgage | $ | 55.00 | |
|     UCC-3 | $ | 40.00 | $         95.00 |
| (2) NYSDOS - Release of 57 Jane Collateral / Saratoga Funding: | | | |
|     NYSDOS - UCC3 (Lot release) | $ | 40.00 | |
|     NYSDOS - UCC3 (LOC Lot Release) | $ | 40.00 | $         80.00 |
| (3) Real Estate Commissions (based on Original Purchase Price - $438,000) | | | |
|     (KW Commission, $10,950, Julie and Co. $10,950 | | | $   21,900.00 |
| (4) Attorney Fee: Mazzotta & Vaianelis, PC (est.) | | | $    1,550.00 |
| (5a) Mortgage Release Fee Saratoga Funding LLC | $ | 88,235.00 * | |
| (5b) Line of Credit Paydown due to Saratoga Funding LLC | $ | 195,750.00 * | |
| (6) Commissioner of Finance, City of Saratoga Springs | | | |
|     City Tax (est) | | | $    3,000.00 |
| (7) Commissioner of Finance, City of Saratoga Springs | | | |
|     School Tax (est) | | | $    4,500.00 |
| | | | $   31,125.00 |

*note - to be dedicated for infrastructure - Letter of Credit completion*

| | |
|---|---|
| **NET DUE TO SELLER AT CLOSING :** | **$ 465,725.00** |
| Deposit on Contract: $43,800 held by M&V, P.C. (no bond) | $   43,800.00 |
| | **$ 509,525.00** |

# EXHIBIT B

| | Sitework | To Date Estimate SECTION I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A12-010 | | | Page 1 of 1 | | |
| | | Project: | Beaver Pond Village | | | | | |
| | | Location: | Saratoga Springs, NY | | | | | |
| | | Date: | | | | | | |
| Item # | Item/Remarks | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total | |
| | Reference Sheet 14 from Boswell Engineering Plans | | | | | | | |
| 23 | Asphalt without Base (Top Coat - 1,100 lf x 28') | 30800 | sf | $1.50 | $46,200.00 | 0 | $0.00 | $46,200.00 |
| 28 | Street Lighting (rewire) | 9 | est. | $1,500.00 | $13,500.00 | 0 | $0.00 | $13,500.00 |
| 31 | Concrete R.O.W. monuments | 9 | ea | $250.00 | $2,250.00 | 0 | $0.00 | $2,250.00 |
| 32 | As-Built Survey | 1 | est. | $12,000.00 | $12,000.00 | 0 | $0.00 | $12,000.00 |
| 33 | Water Line Easement Resolution | 13 | est. | $1,500.00 | $19,500.00 | 0 | $0.00 | $19,500.00 |
| | | | | | $93,450.00 | | | |

$93,450.00

Letter of Credit Value - Expires May 1 2023   $221,500.00

| | Sitework | To Date Estimate SECTION II | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A12-010 | | | Page 1 of 1 | | |
| | | Project: | Beaver Pond Village | | | | | |
| | | Location: | Saratoga Springs, NY | | | | | |
| | | Date: | | | | | | |
| Item # | Item/Remarks | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total | |
| | Reference Sheet 14 and 15 from Boswell Engineering Plans | | | | | | | |
| 18 | R.O.W. monuments | 4 | ea | $250.00 | $1,000.00 | 0 | $0.00 | $1,000.00 |
| 21 | Asphalt Pavement - Top 1 1/2" (1,250 lf x 28') | 35000 | sf | $1.50 | $52,500.00 | 0 | $0.00 | $52,500.00 |
| 22 | Street Lighting (rewire) | 5 | est. | $1,500.00 | $7,500.00 | 0 | $0.00 | $7,500.00 |
| 24 | Rain Garden | 4 | ea | $2,000.00 | $8,000.00 | 0 | $0.00 | $8,000.00 |
| 33 | Water Line Resolution | 17 | ea | $1,500.00 | $25,500.00 | 0 | $0.00 | $25,500.00 |
| | As-Builts | 1 | ls | $12,000.00 | $12,000.00 | 0 | $0.00 | $12,000.00 |
| 32 | Remedy Curb Sidewalk at Nat Grid crossing | 1 | ls | $12,500.00 | $12,500.00 | 0 | $0.00 | $12,500.00 |
| | | | | | $119,000.00 | | | |

| | Reference Sheet 17 from Boswell Engineering Plans | | | | | | |
|---|---|---|---|---|---|---|
| R.O.W. monuments | 4 | ea | $250.00 | $1,000.00 | 0 | $0.00 |
| Asphalt Pavement - Top 1 1/2" (2,000 lf x 28') | 56000 | sf | $1.50 | $84,000.00 | 0 | $0.00 |
| Concrete Sidewalks (2,250 lf) | 11250 | sf | $9.00 | $101,250.00 | 0 | $0.00 |
| Street Lighting - NEW | 4 | est. | $6,000.00 | $24,000.00 | 0 | $0.00 |
| Rain Garden | 4 | ea | $2,000.00 | $8,000.00 | 0 | $0.00 |
| Water Line Resolution | NA | ea | | | | |
| As-Builts | 1 | ls | $12,000.00 | $12,000.00 | 0 | $0.00 |
| | | | | $230,250.00 | | |

$349,250.00

Letter of Credit Value - Expires June 30 2023   $294,000.00

| | Sitework | To Date Estimate SECTION III, IV, V | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A03-058 | | | Page 1 of 1 | | |
| | | Project: | Beaver Pond Village | | | | | |
| | | Location: | Saratoga Springs, NY | | | | | |
| | | Date: | | | | | | |
| Item # | Item/Remarks | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total | |
| | SECTIONS III-V | | | | | | | |
| 5 | Asphalt Pavement - Top 1 1/2" (1,500 lf x 28') | 42000 | sf | $1.50 | $63,000.00 | 0 | $0.00 | $63,000.00 |
| 25 | Concrete R.O.W. monuments | 6 | ea | $250.00 | $1,500.00 | 0 | $0.00 | $1,500.00 |
| 29 | Street Lighting (new) | 10 | est. | $6,000.00 | $60,000.00 | 0 | $0.00 | $60,000.00 |
| | Street Lighting (rewire) | 2 | est. | $1,500.00 | $3,000.00 | 0 | $0.00 | $3,000.00 |
| 30 | Street Trees | 30 | ea | $500.00 | $15,000.00 | 0 | $0.00 | $15,000.00 |
| 31 | Signage | 1 | ls | $1,000.00 | $1,000.00 | 0 | $0.00 | $1,000.00 |
| 32 | TopSoil and Seed ROW | 1 | ls | $3,000.00 | $3,000.00 | 0 | $0.00 | $3,000.00 |
| 33 | Seeding of Disturbed Areas | 1 | ls | $3,000.00 | $3,000.00 | 0 | $0.00 | $3,000.00 |
| 32 | As-Builts | 1 | est. | $12,000.00 | $12,000.00 | 0 | $0.00 | $12,000.00 |

$161,500.00                              $373,950.00

Letter of Credit Value - Expires May 1, 2023   $136,250.00

| | Sitework | To Date Estimate SECTION VI - VII | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A03-058 | | | Page 1 of 1 | |
| | | Project: | Beaver Pond Village | | | | |
| | | Location: | Saratoga Springs, NY | | | | |
| | | Date: | | | | | |
| Item # | Item/Remarks | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total |
| | SECTIONS VI - VII | | | | | | |
| 5 | Asphalt Pavement - Top 1 1/2" (2,250 lf) | 63000 | sf | $1.50 | $94,500.00 | 0 | $0.00 |
| 6 | Concrete Sidewalks - (2,550 lf) | 12750 | sf | $8.00 | $102,000.00 | 0 | $0.00 |
| 18 | R.O.W. monuments | 22 | ea | $250.00 | $5,500.00 | 0 | $0.00 |
| 19 | Street Lighting | 12 | est. | $5,600.00 | $67,200.00 | 0 | $0.00 |
| 20 | Street Trees | 61 | est. | $500.00 | $30,500.00 | 0 | $0.00 |
| 21 | Signage | 1 | ls | $1,000.00 | $1,000.00 | 0 | $0.00 |
| 24 | Seeding of Disturbed Areas | 1 | ls | $5,000.00 | $5,000.00 | 0 | $0.00 |
| 25 | Construction Entrances (individual homes) | 16 | ea | $1,000.00 | $16,000.00 | 0 | $0.00 |
| 26 | Rain Garden | 2 | ea | $2,000.00 | $4,000.00 | 0 | $0.00 |
| | As-Builts | 1 | ls | $18,000.00 | $18,000.00 | 0 | $0.00 |

$343,700.00

Letter of Credit Value - Expires July 6 2023   $268,000.00

Letter of Credit - BUDGET   $947,900.00
Letter of Credit Value - TOTAL   $919,750.00