WALSH & WALSH, LLP
*Attorneys for Terri Indyk and Chris Baldwin,*
*as homeowner members and directors of*
*Beaver Pond Village Homeowners' Association, Inc.*
42 Long Alley
Saratoga Springs, NY 12866-0889
(518) 583-0171
Jesse P. Schwartz, Esq.
jesse@spalaw2.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | **Chapter 11** <br> Case No. 20-23177(SHL) |
| In re: <br><br> BLITMAN SARATOGA LLC, <br><br> *Debtor.* | NOTICE OF APPEARANCE AND REQUEST FOR SERIVCE OF DOCUMENTS |

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), WALSH & WALSH, LLP, hereby appears as counsel for the Terri Indyk and Chris Baldwin, as homeowner members and directors of Beaver Pond Village Homeowners' Association, Inc., a creditor and interested party in the above-captioned Chapter 11 case. It is requested that the undersigned be added to the official mailing matrix and service list on this Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE THAT,** request is made pursuant to Bankruptcy Rules 2002, 3017 and 9007 that copies of any and all notices, pleadings, and orders given or required to be given in this Chapter 11 case and copies of all papers served or required to be served in this Chapter 11 case be given and served upon Terri Indyk and Chris Baldwin, as homeowner members and directors of Beaver Pond Village Homeowners' Association, Inc., through their attorneys at the address, telephone and email address below:

        WALSH & WALSH, LLP
        Jesse P. Schwartz, Esq.
        42 Long Alley
        Saratoga Springs, NY 12866-0889
        (518) 583-0171

jesse@spalaw2.com

**PLEASE TAKE FURTHER NOTICE**, that this Notice is filed without submitting to the jurisdiction of this Court, and neither this Notice, nor any subsequent appearance, pleading, claim, or suit, is intended as, nor shall it be deemed or construed to be, a waiver of any rights to which Terri Indyk and Chris Baldwin, as homeowner members and directors of Beaver Pond Village Homeowners' Association, Inc., may be entitled, including, but not limited to: (i) their right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) their right to trial by jury in any proceeding related to these cases; (iii) their right to have the District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

**PLEASE TAKE FURTHER NOTICE**, that this Notice does not constitute an agreement to accept service of process under Rule 4, F.R. Civ. P. or Rule 7004 F.R. Bank. P., nor shall it result in undersigned counsel being deemed to be the agent of Terri Indyk and Chris Baldwin, as homeowner members and directors of Beaver Pond Village Homeowners' Association, Inc. for such purpose.

Dated: Saratoga Springs, New York
　　　　December 13, 2022　　　　　　　　　　WALSH & WALSH, LLP

　　　　　　　　　　　　　　　　　　　　　　By: *Jesse Schwartz*
　　　　　　　　　　　　　　　　　　　　　　Jesse P. Schwartz, Esq.
　　　　　　　　　　　　　　　　　　　　　　42 Long Alley
　　　　　　　　　　　　　　　　　　　　　　Saratoga Springs, NY 12866-0889
　　　　　　　　　　　　　　　　　　　　　　(518) 583-0171
　　　　　　　　　　　　　　　　　　　　　　jesse@spalaw2.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Terri Indyk and Chris Baldwin,*
　　　　　　　　　　　　　　　　　　　　　　*as homeowner members and directors of*
　　　　　　　　　　　　　　　　　　　　　　*Beaver Pond Village Homeowners' Association, Inc.*