UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                                    Chapter 11

Blitman Saratoga LLC,                                          Case No. 20-23177 (SHL)

                                    Debtor.
--------------------------------------------------------------x

## ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER DEBTOR'S MOTION TO APPROVE A SETTLEMENT REACHED WITH THE DORSEY FAMILY RELATING TO TERMINATION OF THEIR CONTRACT TO BUY 8 KATIE LANE

Upon the motion of Blitman Saratoga LLC (the "Debtor"), seeking an expedited hearing to consider the Debtor's separate Motion (the "Settlement Motion") seeking approval of a stipulation of settlement with Stephen M. Dorsey and Susan S. Dorsey terminating their pre-petition contract relating to the purchase of 8 Katie Lane; and good cause appearing therefore; it is

ORDERED, that a hearing on the Settlement Motion shall be held via telephone or Zoom before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on January 26, 2023 at 10:00 a.m.. (the "Hearing"); and it is further

ORDERED, that any party wishing to participate in the Hearing are required to sign up to appear at court hearings with the Court's eCourt Appearances tool [https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl] and must check in to confirm their appearance in court no later than 4:00pm, one business day prior to the scheduled hearing date.; and it is further

ORDERED, that notice of the Hearing shall be sufficient if a copy of this Order and the Settlement Motion and all exhibits annexed thereto, are sent by email on or before January __, 2023 to (a) the Office of the United States Trustee for the Southern District of New York; (b)

counsel for the Creditors' Committee; (c) counsel for the Dorsey Family; (d) the DIP Lender and

its counsel; (e) all creditors; and (f) all other parties who have requested notice in this case; and it

is further

ORDERED, that objections, if any, to the relief sought in the Sale Motion shall be filed in

writing with the Clerk of the Bankruptcy Court through the Bankruptcy Court's electronic case

filing system, with a copy emailed to counsel for the Debtor at kjnash@gwulaw.com, so as to the

received on or before the Hearing.

Dated: White Plains, NY
       January __, 2023

_____
Hon. Sean H. Lane