UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                              Chapter 11

Blitman Saratoga LLC,                                                    Case No. 20-23177 (SHL)

                                    Debtor.
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

       PLEASE TAKE NOTICE THAT all matters scheduled to be heard on January 26, 2023, have been adjourned by the Court to January 27, 2021 at 10:00 a.m.

Dated:  New York, NY
          January 25, 2023

                                                Goldberg Weprin Finkel Goldstein LLP
                                                Attorneys for the Debtor
                                                1501 Broadway, 22nd Floor
                                                New York, New York 10036
                                                (212) 221-5700

                                    By:    /s/ J. Ted Donovan, Esq.