3:52 PM
12/19/22
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of November 30, 2022

| | | Nov 30, 22 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Ballston Spa Checking 5549** | | 885.89 |
| **M&T Checking 3440** | | 4,352.55 |
| **Total Checking/Savings** | | 5,238.44 |
| **Other Current Assets** | | |
| **Preconfirmation Escrow** | | 600,000.00 |
| **Selling Commissions - Escrow** | | 48,150.00 |
| **Total Other Current Assets** | | 648,150.00 |
| **Total Current Assets** | | 653,388.44 |
| **Other Assets** | | |
| **Deferred Construction Costs** | | |
| **11 Jane Street** | 5,596.40 | |
| **47 Jane Street** | 736.31 | |
| **49 Jane Street** | 2,288.56 | |
| **57 Jane Street** | 199,584.67 | |
| **59 Jane Street** | 12,609.67 | |
| **6 Katie Lane** | 181,434.06 | |
| **8 Katie Lane** | 118,100.37 | |
| **9 Jane Street** | 186,852.02 | |
| **Deferred Construction Costs - Other** | 622,952.31 | |
| **Total Deferred Construction Costs** | | 1,330,154.37 |
| **Escrow-Attorney Account** | | 134,500.00 |
| **Funds Held by Homestead** | | 17,400.00 |
| **Hard Site and Gen Cond** | | 4,190,450.17 |
| **Land** | | 440,006.72 |
| **Nat Grid Electric Deposit 6&7** | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | 75,050.92 |
| **Soft Costs** | | |
| **HOA Fees** | 284.61 | |
| **Interest Expense** | 109,468.71 | |
| **Management Fees** | 18,270.77 | |
| **Office Expense** | 14,220.91 | |
| **Property Taxes** | 1,236.12 | |
| **Water & Sewer** | 3,549.02 | |
| **Soft Costs - Other** | 1,869,899.72 | |
| **Total Soft Costs** | | 2,016,929.86 |
| **Step Basis Adjustment** | | 102,459.00 |
| **Total Other Assets** | | 8,394,562.68 |
| **TOTAL ASSETS** | | **9,047,951.12** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **Accrued Expenses** | | 178,858.73 |
| **Total Other Current Liabilities** | | 178,858.73 |
| **Total Current Liabilities** | | 178,858.73 |
| **Long Term Liabilities** | | |
| **Due to Goren Brothers** | | 3,300,000.00 |
| **Due to Goren Cousins LLC** | | 1,700,000.00 |
| **Due to Saratoga Funding** | | 2,456,873.59 |
| **Due to SV** | | 563,667.00 |
| **Purchasers Deposits-Base Cont** | | 234,500.00 |

3:52 PM
12/19/22
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of November 30, 2022

| | Nov 30, 22 |
|---|---|
| Purchasers Deposits-Upgrades | 99,469.00 |
| Total Long Term Liabilities | 8,354,509.59 |
| Total Liabilities | 8,533,368.32 |
| Equity | |
| Capital-GB | -74,360.07 |
| Capital-GSP | -64,123.62 |
| Capital-HNB | 883,432.04 |
| Capital-SV | -48,372.54 |
| Capital-TPK | -45,597.22 |
| Net Income | -136,395.79 |
| Total Equity | 514,582.80 |
| **TOTAL LIABILITIES & EQUITY** | **9,047,951.12** |