3:51 PM

12/19/22

Accrual Basis

# Blitman Saratoga, LLC
## Profit & Loss
### January through November 2022

| | | Jan - Nov 22 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Sales-Basic | | 1,889,328.00 |
| Total Income | | 1,889,328.00 |
| Cost of Goods Sold | | |
| Deferred Costs-Sales | | 1,491,838.26 |
| Selling Expenses | | 262,818.40 |
| Total COGS | | 1,754,656.66 |
| Gross Profit | | 134,671.34 |
| Expense | | |
| Bank Service Charges | | 584.83 |
| Bankruptcy Fees | | 14,734.99 |
| Common Area Expenses | | |
| Engineering | 8,032.50 | |
| Maintenance | 13,926.41 | |
| Miscellaneous Allocable Expense | 37,505.92 | |
| Site Lighting Utilities | 1,154.56 | |
| Snowplowing | 20,000.00 | |
| Total Common Area Expenses | | 80,619.39 |
| Insurance Expense | | 3,469.00 |
| Management Fees | | 171,250.00 |
| Meals and Entertainment | | 166.06 |
| Office Supplies | | 1,100.50 |
| Postage | | 414.17 |
| Professional Fees | | 23,628.88 |
| State Income Tax | | 1,500.00 |
| Warranty Expenses | | 3,600.00 |
| Total Expense | | 301,067.82 |
| Net Ordinary Income | | -166,396.48 |
| Other Income/Expense | | |
| Other Income | | |
| Discharge of Indebtedness Inc. | | 30,000.00 |
| Interest Income | | 0.69 |
| Total Other Income | | 30,000.69 |
| Net Other Income | | 30,000.69 |
| **Net Income** | | **-136,395.79** |