FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

0000004481 FIDS154HG70501121304 01 000000 002803 002 P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 11/01/22 - 11/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $10,322.18 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 5,929.75 |
| LESS SERVICE CHARGES | 39.88 |
| ENDING BALANCE | $4,352.55 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2022 | BEGINNING BALANCE | | | $10,322.18 |
| 11/03/2022 | CHECK NUMBER 1664 | | $3,500.00 | |
| 11/03/2022 | CHECK NUMBER 1665 | | 832.00 | 5,990.18 |
| 11/08/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 39.88 | 5,950.30 |
| 11/14/2022 | CHECK NUMBER 1666 | | 850.00 | 5,100.30 |
| 11/29/2022 | CHECK NUMBER 1667 | | 747.75 | 4,352.55 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 4 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1664 | 11/03/22 | 3,500.00 | 1666 | 11/14/22 | 850.00 | 1667 | 11/29/22 | 747.75 |
| 1665 | 11/03/22 | 832.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 4 |
| AMOUNT OF CHECKS PAID | $5,929.75 |

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 2 OF 2 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1664

DATE 11/1/22

PAY TO THE ORDER OF JPM $ 3500.00

three thousand Five hundred xx/100 DOLLARS

M&T Bank

FOR 57 June Final Tape/Paint/Stain

⑈001664⑈ ⑆022000046⑆ [redacted]3440⑈

CATSKILL HUDSON BANK
Drawer#/Trans#: 11603/0002
HIN: 834167520000002

| Check #1664 | Paid :11/03/2022 | $3500.00 |
|---|---|---|
| Check #1664 | Paid :11/03/2022 | $3500.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1665

DATE 11/1/22

PAY TO THE ORDER OF JPM $ 832.00

eight hundred thirty two xx/100 DOLLARS

M&T Bank

FOR Site Safety. 11 June

⑈001665⑈ ⑆022000046⑆ [redacted]3440⑈

>021912928< 20221102
CATSKILL HUDSON BANK
Drawer#/Trans#: 11603/0001
HIN: 834167520000000

| Check #1665 | Paid :11/03/2022 | $832.00 |
|---|---|---|
| Check #1665 | Paid :11/03/2022 | $832.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1666

DATE 11/8/22

PAY TO THE ORDER OF Schaap Moving $ 850.00

eight hundred fifty xx/100 DOLLARS

M&T Bank

FOR $60 + $125/month

⑈001666⑈ ⑆022000046⑆ [redacted]3440⑈

PAY TO THE ORDER OF THE NATIONAL BANK OF SCOTIA
FOR DEPOSIT ONLY
SCHAAP MOVING SYSTEMS INC.

| Check #1666 | Paid :11/14/2022 | $850.00 |
|---|---|---|
| Check #1666 | Paid :11/14/2022 | $850.00 |

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1306
GUILDERLAND, NY 12084

1667

DATE 11/15/22

PAY TO THE ORDER OF Beaver Pond Village Home Owners $ 747.75

seven hundred forty seven 75/100 DOLLARS

M&T Bank

FOR HOA - Past Due Common

⑈001667⑈ ⑆022000046⑆ [redacted]3440⑈

CIT
(Phoenix,AZ)

| Check #1667 | Paid :11/29/2022 | $747.75 |
|---|---|---|
| Check #1667 | Paid :11/29/2022 | $747.75 |