# M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00  0 00917M NM I17

000000121 FIDS154HQ70531132345 01 000000 002371 002    P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 12/01/22 - 12/31/22 |
| BEGINNING BALANCE | $4,352.55 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 190.40 |
| LESS SERVICE CHARGES | 38.93 |
| ENDING BALANCE | $4,123.22 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2022 | BEGINNING BALANCE | | | $4,352.55 |
| 12/08/2022 | SERVICE CHARGE FOR ACCOUNT 43440 | | $38.93 | 4,313.62 |
| 12/19/2022 | DRUTHERS BREWING COMPASARATOGA SPRI | | 70.85 | |
| 12/19/2022 | CHECK NUMBER    1668 | | 50.00 | 4,192.77 |
| 12/28/2022 | TML IRRIGATION    HTTPSMERCHANT | | 69.55 | 4,123.22 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1668 | 12/19/22 | 50.00 | | | | | | |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 1 |
|---|---|
| AMOUNT OF CHECKS PAID | $50.00 |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| 3440 | 2 OF 2 |





Check #1668     Paid :12/19/2022     $50.00      Check #1668     Paid :12/19/2022     $50.00