



Beaver Pond Village

**Blitman Saratoga LLC - completion of City Infrastructure Phases 1, 2 (partial) 3,4,5**

Mon, 4/3/2023

1

| TASK | START | END |
|---|---|---|
| **Phase 3 4 5** | | |
| Install conduit and light poles bases | 4/3/23 | 5/1/23 |
| Receive / install street lights | 5/1/23 | 5/15/23 |
| Receive / install street trees | 5/1/23 | 5/15/23 |
| Fix curbs and install sidewalks | 5/15/23 | 5/22/23 |
| Top Coat Asphalt | 5/22/23 | 5/29/23 |
| As Built Survey - completed work - Drafting | 4/3/23 | 5/1/23 |
| As Built Survey - Field Work - NEW Work | 5/29/23 | 6/19/23 |
| As Built Survey - Drafting - FINAL | 6/19/23 | 7/3/23 |
| **Phase 1 and 2** | | |
| Remedy Street Lights w Contractor and City | 5/8/23 | 5/22/23 |
| Top Coat Asphalt | 5/22/23 | 5/29/23 |
| As Built Survey - Field Work - NEW Work | 5/29/23 | 6/19/23 |
| As Built Survey - Drafting - FINAL | 6/19/23 | 7/3/23 |

Existing Nat Grid Transformer
Existing Nat Grid Hand Hole
Existing Nat Grid Secondary Feed
Site Lighting Locations
Street Tree Locations
2" Conduit Run
Coordinate Install and Power Feed w resolution for Phase 1 and 2 Site Lights w City of Saratoga Springs
PAMELA LANE
JANE STREET (55' ROW)
OPEN SPACE AREA B 1.21± AC
OPEN SPACE AREA D 13.85± AC
Saratoga Springs Planning Board # 05.067
MATCHLINE - SEE SHEET S4.1
January 13, 2023
updated January 27, 2023

- complete concrete sidewalk
- 2 locations

- fix concrete curb
in preparation for top coat
blacktop - 3 locations

- relocate mailbox to other mailboxes

PAMELA LANE (55' ROW)

JANE STREET (55' ROW)

OPEN SPACE AREA B
1.21± AC

OPEN SPACE AREA A

MATCHLINE - SEE SHEET S4.1

Pg 4 of 5



