## Beaver Pond Village
### Blitman Saratoga LLC - completion of City Infrastructure Phases 1, 2 (partial) 3,4,5

Mon, 4/3/2023

1



| TASK | START | END |
|---|---|---|
| **Phase 3 4 5** | | |
| Install conduit and light poles bases | 4/3/23 | 5/1/23 |
| Receive / install street lights | 5/1/23 | 5/15/23 |
| Receive / install street trees | 5/1/23 | 5/15/23 |
| Fix curbs and install sidewalks | 5/15/23 | 5/22/23 |
| Top Coat Asphalt | 5/22/23 | 5/29/23 |
| As Built Survey - completed work - Drafting | 4/3/23 | 5/1/23 |
| As Built Survey - Field Work - NEW Work | 5/29/23 | 6/19/23 |
| As Built Survey - Drafting - FINAL | 6/19/23 | 7/3/23 |
| **Phase 1 and 2** | | |
| Remedy Street Lights w Contractor and City | 5/8/23 | 5/22/23 |
| Top Coat Asphalt | 5/22/23 | 5/29/23 |
| As Built Survey - Field Work - NEW Work | 5/29/23 | 6/19/23 |
| As Built Survey - Drafting - FINAL | 6/19/23 | 7/3/23 |



Existing Nat Grid Transformer

Existing Nat Grid Hand Hole

Existing Nat Grid Secondary Feed

Site Lighting Locations

Street Tree Locations

2" Conduit Run

Coordinate install and Power Feed w
resolution for Phase 1 and 2 Site Lights w
City of Saratoga Springs

January 13, 2023

updated January 27, 2023

- complete concrete sidewalk
  - 2 locations

- fix concrete curb
  in preparation for top coat
  blacktop - 3 locations

- relocate mailbox to other mailboxes



