| $ | 375,000 | Total Budget | |
|---|---|---|---|
| $ | 44,940 | Street Lights 3,4,5 | Thorpe Electric - |
| $ | 7,544 | ButterFly Fence Install | Afsco Fence |
| $ | 10,000 | Survey Work | Boswell Engineering |
| $ | 23,259 | Concrete, Conduits for Site Lights Phase 3,4,5 | ML Site Development |
| $ | 46,800 | Concrete Sidewalks - 3,4,5 | ML Site Development |
| $ | 5,760 | Concrete Curbs 3,4,5 | ML Site Development |
| $ | 16,681 | Street Trees - Phase 3,4,5 | ML Site Development |
| $ | 131,850 | Paving Estimates - average | |
| $ | 15,600 | Electrical Work for Street Lights - Phase 3,4,5 | |
| $ | 302,434 | | |
| | | *Remaining Scope …* | |
| $ | 30,000 | Remedy Street Lights in Phase 1,2m (16 total) - TBD | |
| $ | 15,000 | As Built Survey Work | |
| $ | 10,000 | Contingency | |
| $ | 357,434 | | |
| $ | 17,567 | Remaining Balance on Escrow for Infrastructure | |