KEATH.42021

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

## ATTORNEYS AT LAW

ANDREW W. ALBSTEIN∗
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ELIZABETH SMITH∗ †
KATHARINE M. FINCH∘
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF∗
YAN LAURENCY
ERIK ZARATIN∘

J. TED DONOVAN
SERGIO J. TUERO∗
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA∘
BRIAN A. KOHN
ELLIOT WEISELBERG∗
M. BRIAN CRONK
JOHN P. HOGAN
ZACHARY D. KUPERMAN∗
NEIL I. ALBSTEIN∗
JARED STEINBERG♦
ELLIOT FINK

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

∗    ALSO MEMBER OF NEW JERSEY BAR
†    ALSO MEMBER OF MASSACHUSETTS BAR
∘    ALSO MEMBER OF CONNECTICUT BAR
♦    MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@gwfglaw.com

March 7, 2023

*Via Federal Express*
Thomas Keaney
Blitman Saratoga LLC
102 Christopher Lane
Altamont, NY 12009

Re: Blitman Saratoga LLC

Dear Tom:

As per your letter request of March 4, 2023, enclosed please find the following four checks, issued from the construction escrow account being maintained by my firm as counsel to the Debtor:

| | | |
|---|---|---|
| 1. | Thorpe Electric | $22,470.00 |
| 2. | Northern Nurseries | $1,766.45 |
| 3. | Boswell Engineering | $10,000.00 |
| 4. | Afsco Fence Supply Co., Inc. | $7,543.50 |

Please forward the checks to the appropriate parties.

Very truly yours,

J. Ted Donovan

Enclosures



**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
MASTER ESCROW ACCOUNT
1501 BROADWAY 22ND FL
NEW YORK, NY 10036-5600

1001

DATE 3/7/23

55-1394/212

PAY TO THE ORDER OF Thorpe Electric Supply, Inc.    $ 22,470.00

Twenty-Two Thousand, Four Hundred Seventy Dollars xx/100    DOLLARS

ConnectOneBank
www.ConnectOneBank.com

FOR Order # 42175

⑈00100⑈⑉ ⑉021213944⑉ ⑈03624988⑈

---

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
MASTER ESCROW ACCOUNT
1501 BROADWAY 22ND FL
NEW YORK, NY 10036-5600

1004

DATE 3/7/23

55-1394/212

PAY TO THE ORDER OF AFSCo Fence Supply Co. Inc.    $ 7,543.50

Seven Thousand, Five Hundred Forty-Three —— 50/100    DOLLARS

ConnectOneBank
www.ConnectOneBank.com

FOR Inv. # 21-27500-2

⑈001004⑈ ⑉021213944⑉ ⑈03624988⑈

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
MASTER ESCROW ACCOUNT
1501 BROADWAY 22ND FL
NEW YORK, NY 10036-5600

1002

55-1394/212

DATE 3/7/23

PAY TO THE ORDER OF  Northern Nurseries, Inc                    $ 1,766.45

One Thousand, Seven Hundred Sixty-Six ———— 45/100    DOLLARS

ConnectOneBank
www.ConnectOneBank.com

FOR 20% Dep. Order # 0017042I

⑈0010020⑈ ⑆021213944⑆ 103624988⑈

---

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
MASTER ESCROW ACCOUNT
1501 BROADWAY 22ND FL
NEW YORK, NY 10036-5600

1003

55-1394/212

DATE 3/7/23

PAY TO THE ORDER OF  Boswell Engineering                    $ 10,000.00

Ten Thousand Dollars ———— xx/100    DOLLARS

ConnectOneBank
www.ConnectOneBank.com

FOR

⑈0010030⑈ ⑆021213944⑆ 103624988⑈