| General Unsecured Claims | | 100% | | 50% |
|---|---|---|---|---|
| Curtis Lumber | $ | 246,232 | $ | 123,116 |
| Snyder's Drywall | $ | 98,610 | $ | 49,305 |
| Town & Country Painting | $ | 50,000 | $ | 25,000 |
| Boswell Engineering | $ | 36,836 | $ | 18,418 |
| Appolo Heating Inc. | $ | 35,236 | $ | 17,618 |
| Floor Source Inc. | $ | 29,288 | $ | 14,644 |
| Northway Tile LLC | $ | 27,215 | $ | 13,608 |
| Clemente Callanan Industries | $ | 26,582 | $ | - |
| Ross Concrete | $ | 18,350 | $ | 9,175 |
| Pro Tech Automatic | $ | 13,344 | $ | 6,672 |
| **Sunshine** Landscaping | $ | 13,040 | $ | 6,520 |
| Granite and Marble Works Inc. | $ | 10,201 | $ | 5,101 |
| John D. Marcella Appliances | $ | 8,400 | $ | 4,200 |
| Lucarelli Sand and Gravel | $ | 8,300 | $ | 4,150 |
| 518 Contracting LLC | $ | 7,425 | $ | 3,713 |
| TPK Development Inc. | $ | 53,265 | $ | 26,633 |
| Arthur J. Gallagher Risk Management | $ | - | $ | - |
| Casella Waste Services | $ | 1,931 | $ | 966 |
| Daigle Cleaning Systems Inc. | $ | 1,943 | $ | 971 |
| Erie Materials | $ | 48,162 | $ | 24,081 |
| Lance Plumbing | $ | 2,730 | $ | 1,365 |
| Lazio Masomy LLC | $ | 3,720 | $ | 1,860 |
| Lucio DiCarlo Trimming | $ | 3,968 | $ | 1,984 |
| Madsen Overhead Doors Inc. | $ | 2,414 | $ | 1,207 |
| Precision Upstate | $ | 1,376 | $ | 688 |
| Saratoga Sod Farm | $ | 1,815 | $ | 907 |
| Totals: | $ | 750,382 | $ | 361,900 |