| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>May 11, 2023 at 10:00 a.m. |

-----------------------------------------------------------------x

In re:                                                                                          Chapter 11

Blitman Saratoga LLC,                                                           Case No. 20-23177 (SHL)

                                                    Debtor.

-----------------------------------------------------------------x

**MOTION FOR ORDER (A) APPROVING THE DISCLOSURE STATEMENT; AND (B) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE PLAN**

      PLEASE TAKE NOTICE, that Blitman Saratoga LLC, the Debtor herein, shall move at a hearing to be held before the Honorable Sean H. Lane, U.S. Bankruptcy Court, One Bowling Green, New York, NY 10004, via Zoom on May 11, 2023 at 10:00 a.m. (the "Hearing") for an Order (a) approving the Debtor's Disclosure Statement (ECF No. 167) (the "Disclosure Statement") as containing adequate information regarding such disclosure provided therein for solicitation purposes; and (b) scheduling a hearing on confirmation of the Debtor's Plan of Reorganization (ECF Nos. 165 and 166) (the "Plan") (the "Confirmation Hearing"). Copies of the Plan and Disclosure Statement have been filed on the Court's ECF docket and may be viewed through the Court's website with a password, or obtained by written request addressed to counsel, below.

      PLEASE TAKE FURTHER NOTICE, that any party wishing to participate in and/or listen to the hearing can register using the Court's "eCourt appearances" tool on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, to the adequacy of the Disclosure Statement shall be filed in writing with the Clerk of the Bankruptcy Court through the Bankruptcy Court's electronic case filing system on or before May 4, 2023.

Dated: New York, New York
       April 10, 2023

                                              Goldberg Weprin Finkel Goldstein, LLP
                                              Attorneys for the Debtor
                                              1501 Broadway, 22nd Floor
                                              New York, New York 10036
                                              (212) 221-5700
                                              tdonovan@gwfglaw.com

                                              By:    /s/ J. Ted Donovan, Esq.