UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re:

BLITMAN SARATOGA LLC

Debtor.
--------------------------------------------------------

HEARING DATE: MAY 9, 2023
HEARING TIME: 1:00 PM

CHAPTER 11
CASE NO. 20-23177 (SHL)

--------------------------------------------------------

OBJECTION OF CALLANAN INDUSTRIES, INC. TO DEBTOR'S MOTION FOR ORDER APPROVING THE DISCLOSURE STATEMENT AND SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE PLAN

--------------------------------------------------------

Callanan Industries, Inc. d/b/a Clemente Latham Concrete (hereinafter referred to as "Callanan"), by its attorneys, Marinstein & Marinstein, Esqs., PLLC, Edward R. Marinstein of Counsel duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, respectfully submits this Objection to Debtor's Motion for an Order Approving Debtor's Disclosure Statement filed on April 10, 2023 [Docket No. 167] with respect to Debtor's Revised Plan of Reorganization [Docket No. 165 and 166] filed on March 7, 2023.

1. The Debtor's Disclosure Statement and Revised Plan of Reorganization fails to address the claim of Callanan.

2. Callanan supplied Ready Mix Concrete to Changebridge Construction Corp. for 8 Katie Lane, 11 Jane Street, 47 Jane Street and 57 Jane Street, Beaver Pond Village Subdivision.

3. Mechanic's liens were filed in the Saratoga County Clerk's Office on the

above four lots on August 6, 2020 prior to the November 6, 2020 bankruptcy filing herein. All four mechanic's liens were extended by separate Extensions of Lien on Private Property filed in the Saratoga County Clerk's Office on July 15, 2021. On March 29, 2022 the mechanic's lien on 47 Jane Street was released as a result of debtor paying Callanan the principal balance owed from the closing proceeds with money held in escrow to eventually pay Callanan interest owed to date. On December 21, 2022 the mechanic's lien on 57 Jane Street was released as a result of debtor paying Callanan the principal balance owed from the closing proceeds with money held in escrow to eventually pay Callanan interest owed to date.

4. Callanan timely filed four proof of claims on the properties encumbered by the aforementioned mechanic's liens. A copy of the four proof of claims can be found under Claims Register 3, 4, 5 and 6.

5. An Order of Hon. Dianne N. Freestone JSC filed July 1, 2022 in the Saratoga County Clerk's Office extending the mechanic's liens for an additional year on 8 Katie Lane, 11 Jane Street and 57 Jane Street is attached as Exhibit A. Subsequently, 57 Jane Street was released as previously discussed herein. The outstanding balance is owed on 8 Katie Lane ($10,644.37 plus interest from February 22, 2020) and 11 Jane Street ($9,838.67 plus interest from March 7, 2020). (All mechanic's liens were properly extended pursuant to Section 17 of the New York State Lien Law.)

6. Callanan was paid the principal balance owed on 47 Jane Street and 57 Jane Street pursuant to Orders of this Court [see Docket 108 and 153]. The closing statement for 47 Jane Street is found in Docket 110. The closing statement for 57 Jane Street is attached as Exhibit B.

7. Consistent with the prior actions of this Court, Callanan is looking for debtor

to pay the balance owed on the mechanic's liens for 8 Katie Lane and 11 Jane Street upon closing of the sale of said properties to the respective purchasers. The Disclosure Statement never addresses Callanan's interest.

8. A mechanic's lien arises by Statute {see 11 USC §101(53) and In re Lionel Corp. 29 F3d 88}. Pursuant to 11 USC §362(b)(3) and 11 USC §546(b)(1)(B), Callanan was and is entitled to extend its mechanic's liens to maintain the status quo {Bowmar, Mechanic's Liens in New York, 2019-2020 Ed, §13:10).

9. Based on the above, your deponent is respectfully requesting that the Disclosure Statement and Revised Proposed Plan be amended to treat Callanan's remaining mechanic's liens similar and consistent with how the Court previously handled payment of 47 Jane Street [Docket 108] and 57 Jane Street [Docket 153].

WHEREFORE, Callanan respectfully requests that Callanan's Objection be sustained, that debtor's motion to approve the Disclosure Statement and proposed Revised Plan as presented be denied, and for such other and further relief as this Court deems just and proper.

DATED: MAY 2, 2023

EDWARD R. MARINSTEIN
BAR ROLL NO. 508224
MARINSTEIN & MARINSTEIN, ESQS., PLLC
ATTORNEYS FOR
CALLANAN INDUSTRIES, INC.
22 FIRST STREET - P.O. BOX 155
TROY, NEW YORK 12181-0155
TELEPHONE: (518) 274-5034
EMAIL: mmlaw@capital.net

At an Ex Parte Term of the Supreme Court of the State of New York, held in and for the County of Saratoga at the Saratoga County Courthouse, Ballston Spa, New York.

PRESENT: Hon. Dianne N. Freestone
JUSTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SARATOGA

IN THE MATTER OF THE APPLICATION

OF

CALLANAN INDUSTRIES, INC. D/B/A CLEMENTE LATHAM CONCRETE FOR AN ORDER CONTINUING THREE MECHANIC'S LIENS FILED AGAINST BLITMAN SARATOGA LLC AS OWNER AND CHANGEBRIDGE CONSTRUCTION CORP. AS CONTRACTOR,

ORDER

INDEX NO. EF20221354
RJI NO. 45-1-22-0567

JUSTICE:
Hon. Dianne N. Freestone

Upon reading and filing the affidavit of Donald E. Fane, President of Callanan Industries, Inc. sworn to the 6th day of June, 2022 and the notice of mechanic's liens and extensions thereto attached and sufficient reason appearing to me why the said liens should be continued,

NOW, on the motion of Edward R. Marinstein of Marinstein & Marinstein, Esqs., PLLC, attorneys for said lienor, it is

ORDERED, that the mechanic's liens acquired by Callanan Industries, Inc., Clemente Latham Concrete by the filing of a notice of mechanic's liens in the Saratoga County Clerk's Office on August 6, 2020 against premises owned by Blitman Saratoga LLC situated in The City of Saratoga Springs, County of Saratoga and State of New York being

(a) 8 Katie Lane, Tax Map No. 177.20-8-7 in the amount of $10,644.37;

(b) 11 Jane Street, Tax Map No. 177.20-8-18 in the amount of $9,838.67;

(c) 57 Jane Street, Tax Map No. 177.20-9-24 in the amount of $3,049.50

which were extended by an Extension of Liens On Private Property filed on July 15, 2021 in the Saratoga

EXHIBIT- A

County Clerk's Office be and the same are hereby continued for a period of one (1) year from the date of this order pursuant to the Lien Law, and it is further,

ORDERED, that the Saratoga County Clerk be and is hereby directed to redocket said three liens as of the date of granting this order and to make a statement in the appropriate books maintained by the said County Clerk that said liens are continued by virtue of this Order.

Signed this 1st day of July 2022 at an Ex Parte Term in, Ballston Spa, New York.

ENTER

Dianne N. Freestone
HON. Dianne N. Freestone
JUSTICE
SUPREME COURT - SARATOGA COUNTY

Craig A. Hayner
Entered Saratoga County Clerk

07/01/2022

2/2/23

**SELLER'S CLOSING STATEMENT**
MAZZOTTA & VAGIANELIS, P.C.
9 Washington Square
Albany, New York 12205

| | | |
|---|---|---|
| SELLER: | Blitman Saratoga LLC | EIN #45-4897437 |
| PURCHASER: | Thomas A. Guiffre and Marlene W. Guiffre | |
| PROPERTY: | 57 Jane Street (Lot #14 Beaver Pond Village), City of Saratoga Springs | |
| DATE: | February 3, 2023 | |

**DUE SELLER:**

| | |
|---|---|
| Purchase price APPROVED BY COURT ORDER: | $ 538,000.00* |
| 2022-23 School Taxes (Adjusted): $1,059.32 / 365 = $2.9022/day x 147 days | $ 426.62 |
| 2023 City Taxes (Adjusted): $593.72 / 365 = $1.6266/day x 331 days | $ 538.40 |
| 2nd Water Meter Installation/per contract | $ 350.00 |
| Survey Fee: | $ 850.00 |
| **TOTAL DUE SELLER:** | **$ 540,165.02** |

*Agreed price per Sgambettera letter 10/27/2022
NOTE 1: City tax bill includes water/sewer re-levy from 2022 of $1,339.36 – adjusting full year on base amount
NOTE 2: Existing (1/15/23) water bills to be paid from closing proceeds – final meter reading(s) ordered 1/26

**CREDITS TO PURCHASER:**

| | |
|---|---|
| Deposit on Contract: held by M&V, P.C. | $ 43,800.00 |
| Interest on Escrow Account: | $ 108.40 |
| Lighting, Glass, Fireplace, Granite, Appliances, Landscaping Credit (agreed) | $ 7,943.00 |
| Agreed Credit for Incomplete/Punchlist Items - Buyer accepting "as is" | $ 3,165.00 |
| Water & Sewer Credit – Household Meter (12/15/22-closing) | $ 136.00 |
| Water & Sewer Credit – Sprinkler Meter (12/15/22-closing) | $ 20.00 |
| | ($ 55,172.40 |
| **ADJUSTED BALANCE DUE SELLER:** | **$ 484,992.62** |

Expenses of Seller to be Paid by Purchaser (Payees bold type):

(1) Per court order and agreement of D-I-P lender, no payments are being applied to existing secured debt- D-I-P Lender to sign/authorize recording and filing of necessary releases and terminations

| | | | NOTES: |
|---|---|---|---|
| (2) Recording/Filing Fees: **Saratoga County Clerk** [*No fee for Mechanic's Lien Release*] | | | |
| (a) Release of 57 Jane Collateral/Saratoga Funding | | | |
| Release of Mortgage/ALR: | $ 55.00 | | |
| UCC-3 (County): | $ 40.00 | $ 95.00 | |
| (3) **NYSDOS** | | | |
| (a) Release of 57 Jane Collateral/Saratoga Funding: | | | |
| NYSDOS -UCC3 (lot release) | $ 40.00 | | |
| NYSDOS -UCC3 (LOC Lot release) | $ 40.00 | $ 80.00 | |
| (4) **Goldberg Weprin Finkel Goldstein LLP IOLA** (KW Commission $10,950.00; Julie & Co. Realty $10,950.00), both subject to/ pending submission of an application or applications for allowance thereof under 11 U.S.C. § 330, per Court Order) | | $ 21,900.00 | ** |
| (5) Attorneys' Fee: **Mazzotta & Vagianelis, PC** | | $ 2,695.00 | |
| (6) **Spinnaker Management LLC**/ BPV HOA Dues to 2/3/2023 | | $ 436.35 | |
| (7) **Goldberg Weprin Finkel Goldstein LLP IOLA** – Infrastructure and Property security set-aside, per Court order | | $ 375,000.00 | *** |
| (8) **Boswell Engineering** – Payment on account, per Court order | | $ 6,592.00 | **** |
| (9) **Callanan Industries, Inc. and Edward R. Marinstein, Esq.** Base amount of Mechanic's Lien filed August 2020 and extended | | $ 3,049.50 | **** |
| (10) **Mazzotta & Vagianelis, PC IOLA** – Escrow reserve for Mechanic's Lien interest at 18% per annum (per lien), 8/2020 – 2/2023 | | $ 1,375.00 | **** |

EXHIBIT- B

(11) **Commissioner of Finance, City of Saratoga Springs** (penalties thru January 2023) *****

| | | | |
|---|---|---|---|
| 2020 City Tax Bill ["Lien bill"] | $ 569.01 | | |
| 2021 City Tax ["Lien bill"] | $ 705.62 | | |
| 2022 City Tax (w/penalty, 2021 water re-levy) | $1,266.15 | | |
| TOTAL FOR BACK CITY/COUNTY TAXES: | | $ | 2,540.78 |

(12) **Commissioner of Finance, City of Saratoga Springs** (penalties thru January 2023) *****

| | | | |
|---|---|---|---|
| 2019-20 School Tax ["Lien bill"] | $1,370.02 | | |
| 2020-21 School Tax ["Lien bill"] | $1,259.13 | | |
| 2021-22 School Tax (w/penalty) | $1,192.17 | | |
| TOTAL FOR BACK SCHOOL TAXES: | | $ | 3,821.32 |

(12)(a) *******Mazzotta & Vagianelis PC IOLA** – Escrow for add'l penalties due Feb. 2023 – Per "Yvette" at SS Finance Dept., 2/2023 penalty amounts will NOT be updated online until **2/6** or **2/7**/2023 (Total diff between 12/22 and 1/23 was appx. $57) $ 200.00

(13) **Commissioner of Finance, City of Saratoga Springs** (no penalties thru 2/3/2023):

| | | | |
|---|---|---|---|
| 1/15/2023 bill (household meter) | $ 86.00 | | |
| 1/15/2023 bill (sprinkler) | $ 336.93 | | |
| TOTAL FOR OUTSTANDING UNPAID WATER BILLS: | | $ | 422.93 |

| | | |
|---|---|---|
| (14) **Saratoga Springs City School District** (2022-23 Bill), w/1st ½ penalty | $ | 1,080.51 |
| (15) **Commissioner of Finance, City of Saratoga Springs** | | |
| 2023 City/County Taxes (w/ 2022 water re-levy) | $ | 1,889.59 |
| TOTAL SELLER'S EXPENSES/PAYOFFS: | $ | 421,177.98 |
| **BALANCE PAYABLE TO BLITMAN SARATOGA, LLC:** | **$** | **63,814.64** |
| **<u>DEPOSIT IN MV M&T BANK ESCROW:</u>** | | |
| **Contract Deposit: $43,800.00 + $108.40 interest)** | **$** | **<u>43,908.40</u>** |
| **TOTAL BALANCE PAYABLE TO SELLER** | **$** | **19,906.24** |

**HOA Dues:**
A separate check of **$88.40** <u>payable to</u> **Beaver Pond Village Homeowner's Association, Inc.** shall be due from <u>Purchaser</u> at closing for balance of February 2023 dues.

**<u>NOTES:</u>**
** Per Order of SDNY Bankruptcy Court dated, filed and entered December 23, 2022, brokers' commissions to be held in escrow with Debtor's counsel (segregated account), pending application pursuant to 11 U.S.C. § 330:
...... Debtor shall also establish an escrow with Debtor's counsel in an amount equal to all requested or proposed brokers' commissions (including direct brokers, sub-brokers and co-brokers) pending submission of an application or applications for allowance thereof under 11 U.S.C. § 330, which application(s) shall include a certification from the brokers involved as to the division of the respective commissions among them...

*** Per Court Order:
**ORDERED**, that following the closing, the Debtor shall deposit $375,000 into a separate DIP Account titled "DIP Infrastructure Account" to perform the following work, weather permitting, (a) winterize all existing construction and protect from further vandalism; (b) install butterfly fence; (c) start additional work on curbing and sidewalks; and (d) order streetlights; and it is further
**ORDERED**, that the residual net Sale proceeds generated from the Sale of the 57 Jane Property after payment, escrow or deposit of (i) reasonable closing costs and expenses; (ii) Boswell Engineering and Callanan Industries, Inc.; and (iii) the reserve for the amount of requested or proposed brokers' commissions, shall be used by the Debtor to resume construction of infrastructure to the extent of $375,000 as provided above and to continue construction of the Debtor's other houses under development, and to pay other aspects of the project (including the anticipated settlement with the Dorsey family in the sum of $30,000)

**** Per Court Order:
**ORDERED,** that the Debtor is authorized to pay all reasonable closing costs and expenses including outstanding real estate taxes at the closing, the bills owed to Boswell Engineering of $6,592.00 and the mechanic's lien of Callanan Industries, Inc. totaling $3,049.50 (with any amounts in excess of this sum to be held in reserve) ...

***** See comment in 12(a) on add'l penalties due in February 2023 on bills originally due in 2019-2022