## J. Ted Donovan

**From:** Thomas P Keaney <thomas.p.keaney@gmail.com>
**Sent:** Monday, May 1, 2023 9:40 AM
**To:** Kevin J. Nash
**Cc:** J. Ted Donovan; Jay Russ; James Goren
**Subject:** FW: Beaver Pond Village - Blitman Saratoga

Kevin … - see below schedule for this week – sent to the city for their knowledge / information. Let me know if there is anything specific that needs to be addressed before next week Tuesday May 9th's confirmation hearing.

We continue to be in regular conversation with the city. Contractors are onsite working. Boswell will have as built surveys end of this week.

I'll send a follow up email on Invoices / checks from the escrow account as well. - tk

Sent from Mail for Windows

---

**From:** Thomas Keaney
**Sent:** Monday, May 1, 2023 8:58 AM
**To:** Matt Zeno
**Cc:** Michael Phillips; Chris Schoroeder; Daniel Rancour
**Subject:** Beaver Pond Village - Blitman Saratoga

Matt Zeno - schedule for this week …

Site contractor onsite Tuesday - Thursday to complete site lighting infrastructure - pour concrete sonotubes (coordinate w weather)

(the new site lights are in - we can coordinate delivery with the completion of the site lighting infrastructure!)

walking w site contractor on Wednesday morning … to review and schedule curb and sidewalk work Phase 1-5 … (review w Boswell draft as builts … ) - let me know if you can be available - or what could work for you, we can be flexible.

Thursday - 11 am - meeting w site contractor , electrical contractor and Dan Rancour, City Electrician to review plan for Phase 1 and 2 site lighting. (If you can attend too ?)

Scheduling the delivery of street trees.

Boswell is expecting to have a "draft" asbuilt set of plans for your review at the end of this week.

I'm also working to coordinate the paving contractor for an onsite meeting this week, so we can review the remedy for the manhole at Pamela and Geyser (site contractor is helping) and his scope of work. I'll follow back w you or let me know - thank you - tk

Sent from my iPhone