**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x Chapter 11

In re:

Case No. 20-23177-shl

BLITMAN SARATOGA, LLC,

Debtor.

---------------------------------------------------------------------x

**DECLARATION OF IRA LEVINE, ESQ. ON BEHALF OF GARY PERESIPER, RESPONDING TO OBJECTION FILED BY ROBIN WINTER AS EXECUTOR OF THE ESTATE OF HOWARD N. BLITMAN**

IRA LEVINE, hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct:

1. I am an attorney admitted to practice in the Courts of the State of New York and in this Court. I represent Gary Peresiper in the lawsuit entitled *Blitman Saratoga, LLC v. Winter* (Index No. 611885/2022) pending in the Supreme Court of the State of New York, County of Suffolk (the "State Court Action").

2. Ms. Winter impleaded Mr. Peresiper into the State Court Action pursuant to a third-party summons and answer. The answer asserted third-party counterclaims against Mr. Peresiper. A copy of Ms. Winter's third-party summons and answer is annexed hereto as Exhibit "A".

3. Ms. Winter alleged in her answer at ¶¶ 110-124 that Mr. Peresiper was a "*de facto* managing member" of the Debtor. Mr. Peresiper, in his Reply to Counterclaim, denied the allegations. A copy of Mr. Peresiper's answer is annexed hereto as Exhibit "B".

4. ¶ 5 of Ms. Winter's Objection merely parrots her pleading allegations in State Court Action. No facts are asserted to support the conclusions that Mr. Peresiper was a "*de facto* managing member," or that he was "solely and exclusively responsible" to handle the Debtor's business operations.

5. Mr. Peresiper reiterates his denial those spurious allegations. The other members of Blitman Saratoga LLC, save, of course, Ms. Winter, also deny that Mr. Peresiper was a "*de facto* managing member" or that he was "solely and exclusively responsible" to handle the business operations of the Debtor. All of the members of the Debtor, save Ms. Winter, assert that Howard Blitman was the managing member of the Debtor until he was removed just prior to his death. The members assert that as Mr. Blitman advanced in years, he found himself under the malignant influence, control, and domination of Ms. Winter, and that at her insistence, Howard Blitman delegated an outsized responsibility to Ms. Winter which exceeded her capabilities and grasp.

6. This is not merely Mr. Peresiper's supposition. Ms. Winter's own brother, Leo Winter III, submitted a remarkable affidavit in the State Court Action Court setting forth in detail how Ms. Winter came to dominate Mr. Blitman and assumed Mr. Blitman's role as managing member. A copy of Leo Winter's affidavit is annexed hereto as Exhibit "C."

7. In sum, the allegations that Mr. Peresiper was a "de facto managing member" of the Debtor are false, and should be disregarded.

Dated: Massapequa, New York
May 4, 2023

IRA LEVINE