FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM 017

P

000008253 FIDS1548D01701143286 01 000000 019710 001

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]3440 | 01/01/23 - 01/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $4,123.22 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 119.14 |
| LESS SERVICE CHARGES | 38.17 |
| ENDING BALANCE | $3,965.91 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2023 | BEGINNING BALANCE | | | $4,123.22 |
| 01/09/2023 | ALLERDICE ACE HARDWAREBALLSTON SPA | | $10.86 | 4,112.36 |
| 01/10/2023 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 38.17 | 4,074.19 |
| 01/13/2023 | STAPLES 00104331ALBANY | | 42.10 | 4,032.09 |
| 01/26/2023 | PIZZA TIME BALLSTON SPBALLSTON SPA | | 66.18 | 3,965.91 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE (PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT. TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524