10:46 AM
04/24/23
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Ballston Spa Checking-Old** | | | | | | | | | 0.00 |
| Total Ballston Spa Checking-Old | | | | | | | | | 0.00 |
| **Ballston Spa Checking 5549** | | | | | | | | | 825.89 |
| Deposit | 02/08/2023 | DEP | | Unknown Payee | Deposit | M&T Checking 3440 | 0.00 | 825.89 | 0.00 |
| Total Ballston Spa Checking 5549 | | | | | | | 0.00 | 825.89 | 0.00 |
| **M&T Checking 3440** | | | | | | | | | 4,123.22 |
| Check | 01/09/2023 | DM | | Allerdice Hardware | | Site Costs Expense | | 10.86 | 4,112.36 |
| Check | 01/10/2023 | DM | | M&T Bank | | Bank Service Charges | | 38.17 | 4,074.19 |
| Check | 01/13/2023 | DM | | Staples | | Office Supplies | | 42.10 | 4,032.09 |
| Check | 01/26/2023 | DM | | Pizza Time Ballston Spa | | Meals and Entertainment | | 66.18 | 3,965.91 |
| Check | 02/03/2023 | 1669 | | Brian White | | 57 Jane Street | | 100.00 | 3,865.91 |
| Deposit | 02/06/2023 | DEP | | Mazzata & Vaganelis P.C. | sale of 57 Jane St | Sales-Basic | 106,523.04 | | 110,388.95 |
| Check | 02/06/2023 | DM | | USPS | | Postage | | 177.00 | 110,211.95 |
| Check | 02/07/2023 | 1670 | | Bredefeld & Associates | | -SPLIT- | | 5,000.00 | 105,211.95 |
| Deposit | 02/08/2023 | DEP | | Unknown Payee | Deposit | Ballston Spa Checking 5549 | 825.89 | | 106,037.84 |
| Check | 02/08/2023 | DM | | M&T Bank | | Bank Service Charges | | 39.93 | 105,997.91 |
| Check | 02/08/2023 | 1671 | | TPK Development | | Accrued Expenses-New | | 6,850.00 | 99,147.91 |
| Check | 02/08/2023 | 1672 | | TPK Development | | Accrued Expenses-New | | 13,700.00 | 85,447.91 |
| Check | 02/08/2023 | 1673 | | Sunshine Landscaping | | Accrued Expenses-New | | 1,900.00 | 83,547.91 |
| Check | 02/08/2023 | 1674 | | Sunshine Landscaping | butterfly fence grading | Accrued Expenses-New | | 950.00 | 82,597.91 |
| Deposit | 02/09/2023 | DM | | Stepen M and Susan Dor... | | Purchasers Deposits-Base Cont | | 30,000.00 | 52,597.91 |
| Check | 02/09/2023 | 1676 | | Tick & Co Inc. | | Insurance Expense | | 3,862.00 | 48,735.91 |
| Check | 02/09/2023 | 1675 | | Tick & Co Inc. | | Insurance Expense | | 14,674.12 | 34,061.79 |
| Check | 02/20/2023 | 1677 | | Daigle Cleaning | | -SPLIT- | | 1,370.00 | 32,691.79 |
| Check | 03/01/2023 | DM | | NYS PIT Tax Pmt | | State Income Tax | | 500.00 | 32,191.79 |
| Check | 03/07/2023 | DM | | ActionSeptic | | Miscellaneous Allocable Expense | | 428.00 | 31,763.79 |
| Check | 03/07/2023 | 1678 | | TPK Development | | Accrued Expenses-New | | 13,700.00 | 18,063.79 |
| Check | 03/08/2023 | DM | | M&T Bank | | Bank Service Charges | | 45.67 | 18,018.12 |
| Check | 03/10/2023 | DM | | National Grid | | Accrued Expenses-New | | 421.51 | 17,596.61 |
| Check | 03/10/2023 | DM | | National Grid | | Accrued Expenses-New | | 604.18 | 16,992.43 |
| Check | 03/10/2023 | DM | | National Grid | | Accrued Expenses-New | | 656.14 | 16,336.29 |
| Check | 03/27/2023 | DM | | Twin Bridges Waste | | Accrued Expenses-New | | 1,083.60 | 15,252.69 |
| Total M&T Checking 3440 | | | | | | | 107,348.93 | 96,219.46 | 15,252.69 |
| **Accounts Receivable** | | | | | | | | | 0.00 |
| Total Accounts Receivable | | | | | | | | | 0.00 |
| **Construction in Progress** | | | | | | | | | 0.00 |
| Total Construction in Progress | | | | | | | | | 0.00 |
| **Due from Checking** | | | | | | | | | 0.00 |
| Total Due from Checking | | | | | | | | | 0.00 |
| **Due from Escrow A/C** | | | | | | | | | 0.00 |
| Total Due from Escrow A/C | | | | | | | | | 0.00 |
| **Mechanics Lien Escrow** | | | | | | | | | 0.00 |
| General Journal | 02/03/2023 | 34 | * | | Sale of 57 Jane | Selling Expenses | 1,375.00 | | 1,375.00 |
| Total Mechanics Lien Escrow | | | | | | | 1,375.00 | 0.00 | 1,375.00 |
| **Preconfirmation Escrow** | | | | | | | | | 600,000.00 |
| General Journal | 02/03/2023 | 34 | * | | Sale of 57 Jane | Selling Expenses | 375,000.00 | | 975,000.00 |

Page 1

10:46 AM
04/24/23
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Preconfirmation Escrow | | | | | | | 375,000.00 | 0.00 | 975,000.00 |
| **Range Hood Escrow 57 Jane** | | | | | | | | | 0.00 |
| General Journal | 02/03/2023 | 34 | | | Sale of 57 Jane | Selling Expenses | 1,200.00 | | 1,200.00 |
| Total Range Hood Escrow 57 Jane | | | | | | | 1,200.00 | 0.00 | 1,200.00 |
| **Retainage Receivable** | | | | | | | | | 0.00 |
| Total Retainage Receivable | | | | | | | | | 0.00 |
| **Selling Commissions - Escrow** | | | | | | | | | 48,150.00 |
| General Journal | 02/03/2023 | 34 | * | | Sale of 57 Jane | Selling Expenses | 21,900.00 | | 70,050.00 |
| Total Selling Commissions - Escrow | | | | | | | 21,900.00 | 0.00 | 70,050.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Deferred Construction Costs** | | | | | | | | | 1,348,022.99 |
| **11 Jane Street** | | | | | | | | | 5,596.40 |
| Total 11 Jane Street | | | | | | | | | 5,596.40 |
| **4 Pamela Model Home** | | | | | | | | | 0.00 |
| Total 4 Pamela Model Home | | | | | | | | | 0.00 |
| **47 Jane Street** | | | | | | | | | 1,164.31 |
| Total 47 Jane Street | | | | | | | | | 1,164.31 |
| **49 Jane Street** | | | | | | | | | 2,288.56 |
| Total 49 Jane Street | | | | | | | | | 2,288.56 |
| **57 Jane Street** | | | | | | | | | 205,875.29 |
| Check | 02/03/2023 | 1669 | | Brian White | | M&T Checking 3440 | 100.00 | | 205,975.29 |
| Check | 02/20/2023 | 1677 | | Daigle Cleaning | | M&T Checking 3440 | 450.00 | | 206,425.29 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | | 206,425.29 | 0.00 |
| Total 57 Jane Street | | | | | | | 550.00 | 206,425.29 | 0.00 |
| **59 Jane Street** | | | | | | | | | 12,609.67 |
| Total 59 Jane Street | | | | | | | | | 12,609.67 |
| **6 Katie Lane** | | | | | | | | | 181,934.06 |
| Total 6 Katie Lane | | | | | | | | | 181,934.06 |
| **8 Katie Lane** | | | | | | | | | 119,100.37 |
| Total 8 Katie Lane | | | | | | | | | 119,100.37 |
| **9 Jane Street** | | | | | | | | | 187,352.02 |
| Total 9 Jane Street | | | | | | | | | 187,352.02 |
| **Deferred Construction Costs - Other** | | | | | | | | | 632,102.31 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 35,116.80 | 596,985.51 |
| Total Deferred Construction Costs - Other | | | | | | | 0.00 | 35,116.80 | 596,985.51 |
| Total Deferred Construction Costs | | | | | | | 550.00 | 241,542.09 | 1,107,030.90 |

10:46 AM
04/24/23
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Escrow-Attorney Account** | | | | | | | | | 134,500.00 |
| General Journal | 02/03/2023 | 34 | | | Sale of 57 Jane | Selling Expenses | 108.40 | | 134,608.40 |
| General Journal | 02/03/2023 | 34 | | | Sale of 57 Jane | Selling Expenses | | 43,908.40 | 90,700.00 |
| General Journal | 02/09/2023 | 35 | | | to record payback of Dorsay deposit... | Purchasers Deposits-Base Cont | | 59,600.00 | 31,100.00 |
| Total Escrow-Attorney Account | | | | | | | 108.40 | 103,508.40 | 31,100.00 |
| **Funds Held by Homestead** | | | | | | | | | 17,400.00 |
| Total Funds Held by Homestead | | | | | | | | | 17,400.00 |
| **Hard Site and Gen Cond** | | | | | | | | | 4,190,450.17 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 232,802.79 | 3,957,647.38 |
| Total Hard Site and Gen Cond | | | | | | | | 232,802.79 | 3,957,647.38 |
| **Land** | | | | | | | | | 440,006.72 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 24,444.82 | 415,561.90 |
| Total Land | | | | | | | | 24,444.82 | 415,561.90 |
| **Nat Grid Electric Deposit 6&7** | | | | | | | | | 87,611.64 |
| Total Nat Grid Electric Deposit 6&7 | | | | | | | | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | | | | | | | | 75,050.92 |
| Total Nat Grid Gas Deposit 6&7 | | | | | | | | | 75,050.92 |
| **Soft Costs** | | | | | | | | | 2,325,314.28 |
| **HOA Fees** | | | | | | | | | 284.61 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | | 15.81 | 268.80 |
| Total HOA Fees | | | | | | | | 15.81 | 268.80 |
| **Interest Expense** | | | | | | | | | 279,853.26 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 15,547.40 | 264,305.86 |
| Total Interest Expense | | | | | | | | 15,547.40 | 264,305.86 |
| **Management Fees** | | | | | | | | | 18,270.77 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 1,015.04 | 17,255.73 |
| Total Management Fees | | | | | | | | 1,015.04 | 17,255.73 |
| **Office Expense** | | | | | | | | | 14,220.91 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | | 790.05 | 13,430.86 |
| Total Office Expense | | | | | | | | 790.05 | 13,430.86 |
| **Property Taxes** | | | | | | | | | 139,235.99 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | 0.00 | 7,735.33 | 131,500.66 |
| Total Property Taxes | | | | | | | | 7,735.33 | 131,500.66 |
| **Water & Sewer** | | | | | | | | | 3,549.02 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | | 197.17 | 3,351.85 |
| Total Water & Sewer | | | | | | | | 197.17 | 3,351.85 |
| **Soft Costs - Other** | | | | | | | | | 1,869,899.72 |
| General Journal | 02/28/2023 | 36 | * | | 57 Jane deferred cost allocations | Deferred Costs-Sales | | 103,883.32 | 1,766,016.40 |

10:46 AM
04/24/23
Accrual Basis

## Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Soft Costs - Other | | | | | | | 0.00 | 103,883.32 | 1,766,016.40 |
| **Total Soft Costs** | | | | | | | 0.00 | 129,184.12 | 2,196,130.16 |
| **Step Basis Adjustment** | | | | | | | | | 102,459.00 |
| Total Step Basis Adjustment | | | | | | | | | 102,459.00 |
| **Accrued Expenses** | | | | | | | | | -178,858.73 |
| Total Accrued Expenses | | | | | | | | | -178,858.73 |
| **Accrued Expenses-New** | | | | | | | | | -65,728.54 |
| Check | 02/07/2023 | 1670 | | Bredefeld & Associates | | M&T Checking 3440 | 3,375.00 | | -62,353.54 |
| Check | 02/08/2023 | 1671 | | TPK Development | | M&T Checking 3440 | 6,850.00 | | -55,503.54 |
| Check | 02/08/2023 | 1672 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | -41,803.54 |
| Check | 02/08/2023 | 1673 | | Sunshine Landscaping | | M&T Checking 3440 | 1,900.00 | | -39,903.54 |
| Check | 02/08/2023 | 1674 | | Sunshine Landscaping | butterfly fence grading | M&T Checking 3440 | 950.00 | | -38,953.54 |
| Check | 02/20/2023 | 1677 | | Daigle Cleaning | | M&T Checking 3440 | 770.00 | | -38,183.54 |
| Check | 03/07/2023 | 1678 | | TPK Development | | M&T Checking 3440 | 13,700.00 | | -24,483.54 |
| Check | 03/10/2023 | DM | | National Grid | | M&T Checking 3440 | 421.51 | | -24,062.03 |
| Check | 03/10/2023 | DM | | National Grid | | M&T Checking 3440 | 604.18 | | -23,457.85 |
| Check | 03/10/2023 | DM | | National Grid | | M&T Checking 3440 | 656.14 | | -22,801.71 |
| Check | 03/27/2023 | DM | | Twin Bridges Waste | | M&T Checking 3440 | 1,083.60 | | -21,718.11 |
| Total Accrued Expenses-New | | | | | | | 44,010.43 | 0.00 | -21,718.11 |
| **Accrued Property Taxes-New** | | | | | | | | | -137,999.87 |
| Check | 02/20/2023 | 1677 | | Daigle Cleaning | | M&T Checking 3440 | 150.00 | | -137,849.87 |
| Total Accrued Property Taxes-New | | | | | | | 150.00 | 0.00 | -137,849.87 |
| **Due to Akker** | | | | | | | | | 0.00 |
| Total Due to Akker | | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| **Accrued Interest-Saratoga Fund** | | | | | | | | | -170,384.55 |
| Total Accrued Interest-Saratoga Fund | | | | | | | | | -170,384.55 |
| **Deposit-47 Jane Selections** | | | | | | | | | 0.00 |
| Total Deposit-47 Jane Selections | | | | | | | | | 0.00 |
| **Due to Goren Brothers** | | | | | | | | | -3,300,000.00 |
| Total Due to Goren Brothers | | | | | | | | | -3,300,000.00 |
| **Due to Goren Brothers LP** | | | | | | | | | -24,144.24 |
| Total Due to Goren Brothers LP | | | | | | | | | -24,144.24 |
| **Due to Goren Cousins LLC** | | | | | | | | | -1,700,000.00 |
| Total Due to Goren Cousins LLC | | | | | | | | | -1,700,000.00 |
| **Due to Saratoga Funding** | | | | | | | | | -2,456,873.59 |
| Total Due to Saratoga Funding | | | | | | | | | -2,456,873.59 |
| **Due to Saratoga Funding LLC** | | | | | | | | | 0.00 |
| Total Due to Saratoga Funding LLC | | | | | | | | | 0.00 |
| **Due to SV** | | | | | | | | | -563,667.00 |

Page 4

10:46 AM
04/24/23
Accrual Basis

## Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Due to SV | | | | | | | | | -563,667.00 |
| **Purchasers Deposits-Base Cont** | | | | | | | | | -234,500.00 |
| General Journal | 02/03/2023 | 34 | | | Sale of 57 Jane | Selling Expenses | 43,800.00 | | -190,700.00 |
| Check | 02/09/2023 | DM | * | Stepen M and Susan Dor.... | payment in satisfaction of 50k bonde... | M&T Checking 3440 | 30,000.00 | | -160,700.00 |
| General Journal | 02/09/2023 | 35 | * | | to record payback of Dorsay deposit... | -SPLIT- | 79,600.00 | | -81,100.00 |
| Total Purchasers Deposits-Base Cont | | | | | | | 153,400.00 | 0.00 | -81,100.00 |
| **Purchasers Deposits-Upgrades** | | | | | | | | | -99,469.00 |
| Total Purchasers Deposits-Upgrades | | | | | | | | | -99,469.00 |
| **Capital-GB** | | | | | | | | | 74,360.07 |
| Total Capital-GB | | | | | | | | | 74,360.07 |
| **Capital-GSP** | | | | | | | | | 64,123.62 |
| Total Capital-GSP | | | | | | | | | 64,123.62 |
| **Capital-HNB** | | | | | | | | | -883,432.04 |
| Total Capital-HNB | | | | | | | | | -883,432.04 |
| **Capital-SV** | | | | | | | | | 48,372.54 |
| Total Capital-SV | | | | | | | | | 48,372.54 |
| **Capital-TPK** | | | | | | | | | 45,597.22 |
| Total Capital-TPK | | | | | | | | | 45,597.22 |
| **Member 1 Draws** | | | | | | | | | 0.00 |
| Total Member 1 Draws | | | | | | | | | 0.00 |
| **Member 1 Equity** | | | | | | | | | 0.00 |
| Total Member 1 Equity | | | | | | | | | 0.00 |
| **Member 2 Draws** | | | | | | | | | 0.00 |
| Total Member 2 Draws | | | | | | | | | 0.00 |
| **Member 2 Equity** | | | | | | | | | 0.00 |
| Total Member 2 Equity | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | | 208,689.28 |
| Total Retained Earnings | | | | | | | | | 208,689.28 |
| **Construction Income** | | | | | | | | | 0.00 |
| Total Construction Income | | | | | | | | | 0.00 |
| **Sales-Basic** | | | | | | | | | 0.00 |
| General Journal | 02/03/2023 | 34 | | | Sale of 57 Jane | Selling Expenses | | 431,476.96 | -431,476.96 |
| Deposit | 02/06/2023 | DEP | | Mazzata & Vaganelis P.C. | sale of 57 Jane St | M&T Checking 3440 | | 106,523.04 | -538,000.00 |
| Total Sales-Basic | | | | | | | 0.00 | 538,000.00 | -538,000.00 |
| **Sales-Upgrades** | | | | | | | | | 0.00 |
| Total Sales-Upgrades | | | | | | | | | 0.00 |
| **Blueprints and Reproduction** | | | | | | | | | 0.00 |
| Total Blueprints and Reproduction | | | | | | | | | 0.00 |

Page 5

10:46 AM
04/24/23
Accrual Basis

## Blitman Saratoga, LLC
### General Ledger
As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Bond Expense** | | | | | | | | | 0.00 |
| Total Bond Expense | | | | | | | | | 0.00 |
| **Commissions Paid** | | | | | | | | | 0.00 |
| Total Commissions Paid | | | | | | | | | 0.00 |
| **Construction Materials Costs** | | | | | | | | | 0.00 |
| Total Construction Materials Costs | | | | | | | | | 0.00 |
| **Deferred Costs-Sales** | | | | | | | | | 0.00 |
| General Journal | 02/28/2023 | 36 | | | 57 Jane deferred cost allocations | -SPLIT- | 627,973.82 | | 627,973.82 |
| Total Deferred Costs-Sales | | | | | | | 627,973.82 | 0.00 | 627,973.82 |
| **Equipment Rental for Jobs** | | | | | | | | | 0.00 |
| Total Equipment Rental for Jobs | | | | | | | | | 0.00 |
| **Other Construction Costs** | | | | | | | | | 0.00 |
| Total Other Construction Costs | | | | | | | | | 0.00 |
| **Selling Expenses** | | | | | | | | | 0.00 |
| General Journal | 02/03/2023 | 34 | * | | Sale of 57 Jane | -SPLIT- | | 2,165.02 | -2,165.02 |
| General Journal | 02/03/2023 | 34 | * | | Sale of 57 Jane | Selling Expenses | 34,166.98 | | 32,001.96 |
| Total Selling Expenses | | | | | | | 34,166.98 | 2,165.02 | 32,001.96 |
| **Subcontractors Expense** | | | | | | | | | 0.00 |
| Total Subcontractors Expense | | | | | | | | | 0.00 |
| **Tools and Small Equipment** | | | | | | | | | 0.00 |
| Total Tools and Small Equipment | | | | | | | | | 0.00 |
| **Worker's Compensation Insurance** | | | | | | | | | 0.00 |
| Total Worker's Compensation Insurance | | | | | | | | | 0.00 |
| **Auto and Truck Expenses** | | | | | | | | | 0.00 |
| Total Auto and Truck Expenses | | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | | 0.00 |
| Check | 01/10/2023 | DM | | M&T Bank | | M&T Checking 3440 | 38.17 | | 38.17 |
| Check | 02/08/2023 | DM | | M&T Bank | | M&T Checking 3440 | 39.93 | | 78.10 |
| Check | 03/08/2023 | DM | | M&T Bank | | M&T Checking 3440 | 45.67 | | 123.77 |
| Total Bank Service Charges | | | | | | | 123.77 | 0.00 | 123.77 |
| **Bankruptcy Fees** | | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | | 0.00 |
| **Business Licenses and Permits** | | | | | | | | | 0.00 |
| Total Business Licenses and Permits | | | | | | | | | 0.00 |
| **Common Area Expenses** | | | | | | | | | |
| Electricity | | | | | | | | | 0.00 |
| Total Electricity | | | | | | | | | 0.00 |
| Engineering | | | | | | | | | 0.00 |
| Total Engineering | | | | | | | | | 0.00 |
| Gas | | | | | | | | | 0.00 |

Page 6

10:46 AM  
04/24/23  
Accrual Basis

## Blitman Saratoga, LLC
### General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Total Gas** | | | | | | | | | 0.00 |
| **Maintenance** | | | | | | | | | 0.00 |
| **Total Maintenance** | | | | | | | | | 0.00 |
| **Miscellaneous Allocable Expense** | | | | | | | | | |
| Check | 03/07/2023 | DM | | ActionSeptic | | M&T Checking 3440 | 428.00 | | 428.00 |
| **Total Miscellaneous Allocable Expense** | | | | | | | 428.00 | 0.00 | 428.00 |
| **Site Lighting Utilities** | | | | | | | | | 0.00 |
| **Total Site Lighting Utilities** | | | | | | | | | 0.00 |
| **Snowplowing** | | | | | | | | | 0.00 |
| **Total Snowplowing** | | | | | | | | | 0.00 |
| **Common Area Expenses - Other** | | | | | | | | | 0.00 |
| **Total Common Area Expenses - Other** | | | | | | | | | 0.00 |
| **Total Common Area Expenses** | | | | | | | 428.00 | 0.00 | 428.00 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| **Total Depreciation Expense** | | | | | | | | | 0.00 |
| **Expenses of Sales** | | | | | | | | | 0.00 |
| **Total Expenses of Sales** | | | | | | | | | 0.00 |
| **Finance Cost** | | | | | | | | | 0.00 |
| **Total Finance Cost** | | | | | | | | | 0.00 |
| **General Conditions** | | | | | | | | | 0.00 |
| **Total General Conditions** | | | | | | | | | 0.00 |
| **Hard Costs Expense** | | | | | | | | | 0.00 |
| **Total Hard Costs Expense** | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | |
| Check | 02/09/2023 | 1676 | | Tick & Co Inc. | | M&T Checking 3440 | 3,862.00 | | 3,862.00 |
| Check | 02/09/2023 | 1675 | | Tick & Co Inc. | | M&T Checking 3440 | 14,674.12 | | 18,536.12 |
| **Total Insurance Expense** | | | | | | | 18,536.12 | 0.00 | 18,536.12 |
| **Interest Expense** | | | | | | | | | 0.00 |
| **Total Interest Expense** | | | | | | | | | 0.00 |
| **Land Cost Expenses** | | | | | | | | | 0.00 |
| **Total Land Cost Expenses** | | | | | | | | | 0.00 |
| **Letter of Credit Fees** | | | | | | | | | 0.00 |
| **Total Letter of Credit Fees** | | | | | | | | | 0.00 |
| **Management Fees** | | | | | | | | | 0.00 |
| **Total Management Fees** | | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | | |
| Check | 01/26/2023 | DM | | Pizza Time Ballston Spa | | M&T Checking 3440 | 66.18 | | 66.18 |
| **Total Meals and Entertainment** | | | | | | | 66.18 | 0.00 | 66.18 |
| **Model Home Expenses** | | | | | | | | | 0.00 |

10:46 AM  
04/24/23  
Accrual Basis

**Blitman Saratoga, LLC**  
**General Ledger**  
**As of March 31, 2023**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Model Home Expenses | | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Check | 01/13/2023 | DM | | Staples | | M&T Checking 3440 | 42.10 | | 42.10 |
| Total Office Supplies | | | | | | | 42.10 | 0.00 | 42.10 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Postage** | | | | | | | | | 0.00 |
| Check | 02/06/2023 | DM | | USPS | | M&T Checking 3440 | 177.00 | | 177.00 |
| Total Postage | | | | | | | 177.00 | 0.00 | 177.00 |
| **Professional Fees** | | | | | | | | | 0.00 |
| Check | 02/07/2023 | 1670 | | Bredefeld & Associates | | M&T Checking 3440 | 1,625.00 | | 1,625.00 |
| Total Professional Fees | | | | | | | 1,625.00 | 0.00 | 1,625.00 |
| **Rent Expense** | | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **Site Costs Expense** | | | | | | | | | 0.00 |
| Check | 01/09/2023 | DM | | Allerdice Hardware | | M&T Checking 3440 | 10.86 | | 10.86 |
| Total Site Costs Expense | | | | | | | 10.86 | 0.00 | 10.86 |
| **Soft Cost Expense** | | | | | | | | | 0.00 |
| Total Soft Cost Expense | | | | | | | | | 0.00 |
| **State Income Tax** | | | | | | | | | 0.00 |
| Check | 03/01/2023 | DM | | NYS PIT Tax Pmt | | M&T Checking 3440 | 500.00 | | 500.00 |
| Total State Income Tax | | | | | | | 500.00 | 0.00 | 500.00 |
| **Telephone Expense** | | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Warranty Expenses** | | | | | | | | | 0.00 |
| Total Warranty Expenses | | | | | | | | | 0.00 |
| **Discharge of Indebtedness Inc.** | | | | | | | | | 0.00 |
| General Journal | 02/09/2023 | 35 | | | to record payback of Dorsay deposit... | Purchasers Deposits–Base Cont | | 20,000.00 | -20,000.00 |
| Total Discharge of Indebtedness Inc. | | | | | | | 0.00 | 20,000.00 | -20,000.00 |
| **Interest Income** | | | | | | | | | 0.00 |
| Total Interest Income | | | | | | | | | 0.00 |
| **Unassigned Activity** | | | | | | | | | 0.00 |
| Total Unassigned Activity | | | | | | | | | 0.00 |
| No accnt | | | | | | | | | 0.00 |

10:46 AM
04/24/23
Accrual Basis

# Blitman Saratoga, LLC
## General Ledger
### As of March 31, 2023

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | **1,388,692.59** | **1,388,692.59** | **0.00** |