# M&T Bank

**FOR INQUIRIES CALL:** TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM 117

000001592 FIDS154HG70401153923 01 000000 008202 003      P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████████3440 | 02/01/23 - 02/28/23 |
| BEGINNING BALANCE | $3,965.91 |
| DEPOSITS & CREDITS | 107,348.93 |
| LESS CHECKS & DEBITS | 78,583.12 |
| LESS SERVICE CHARGES | 39.93 |
| ENDING BALANCE | $32,691.79 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2023 | BEGINNING BALANCE | | | $3,965.91 |
| 02/06/2023 | DEPOSIT | $106,523.04 | | |
| 02/06/2023 | USPS PO 3534500084   GUILDERLAND | | $177.00 | 110,311.95 |
| 02/08/2023 | DEPOSIT | 825.89 | | |
| 02/08/2023 | CHECK NUMBER   1671 | | 6,850.00 | |
| 02/08/2023 | CHECK NUMBER   1672 | | 13,700.00 | |
| 02/08/2023 | SERVICE CHARGE FOR ACCOUNT ████████8440 | | 39.93 | 90,547.91 |
| 02/09/2023 | COUNTER WITHDRAWAL | | 30,000.00 | |
| 02/09/2023 | CHECK NUMBER   1673 | | 1,900.00 | |
| 02/09/2023 | CHECK NUMBER   1674 | | 950.00 | 57,697.91 |
| 02/10/2023 | CHECK NUMBER   1669 | | 100.00 | |
| 02/10/2023 | CHECK NUMBER   1670 | | 5,000.00 | 52,597.91 |
| 02/15/2023 | CHECK NUMBER   1676 | | 3,862.00 | |
| 02/15/2023 | CHECK NUMBER   1679 | | 14,674.12 | 34,061.79 |
| 02/27/2023 | CHECK NUMBER   1677 | | 1,370.00 | 32,691.79 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 9 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1669 | 02/10/23 | 100.00 | 1672 | 02/08/23 | 13,700.00 | 1676* | 02/15/23 | 3,862.00 |
| 1670 | 02/10/23 | 5,000.00 | 1673 | 02/09/23 | 1,900.00 | 1677 | 02/27/23 | 1,370.00 |
| 1671 | 02/08/23 | 6,850.00 | 1674 | 02/09/23 | 950.00 | 1679* | 02/15/23 | 14,674.12 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID       9
AMOUNT OF CHECKS PAID       $48,406.12

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE (PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT. TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524





## M&T Bank

| ACCOUNT | PAGE |
|---|---|
| ##########3440 | 4 OF 4 |



| | | | | | |
|---|---|---|---|---|---|
| **Check #1677** | **Paid :02/27/2023** | **$1370.00** | **Check #1677** | **Paid :02/27/2023** | **$1370.00** |
| **Check #1679** | **Paid :02/15/2023** | **$14674.12** | **Check #1679** | **Paid :02/15/2023** | **$14674.12** |

Check #1677 — BLITMAN SARATOGA LLC — Feb 20 2023 — Pay to: Dargle Cleaning Systems — $1370.00 — Thirteen hundred seventy & 00/100 — M&T Bank — For: 57 Jane Final Cleaning

Check #1675 — BLITMAN SARATOGA LLC — 2/10/23 — Pay to: Tick & Co — $14,674.12 — Fourteen thousand six hundred seventy four 12/100 — M&T Bank — For: Casualty Ins thru 6/23