[redacted]

**FOR INQUIRIES CALL:** TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

P

000002173 FIDS154HG70401166914 01 000000 008526 002

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]440 | 03/01/23 - 03/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $32,691.79 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 17,393.43 |
| LESS SERVICE CHARGES | 45.67 |
| ENDING BALANCE | $15,252.69 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2023 | BEGINNING BALANCE | | | $32,691.79 |
| 03/01/2023 | NYS DTF PIT Tax Paymnt 000000094677978 | | $500.00 | 32,191.79 |
| 03/07/2023 | ACTIONSEPTIC ROTOROOTE518-793-4949 | | 428.00 | |
| 03/07/2023 | CHECK NUMBER 1678 | | 13,700.00 | 18,063.79 |
| 03/08/2023 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 45.67 | 18,018.12 |
| 03/10/2023 | NGRID36 NGRID36TEL 4980312010 | | 421.51 | |
| 03/10/2023 | NGRID36 NGRID36TEL 2440171024 | | 604.18 | |
| 03/10/2023 | NGRID36 NGRID36TEL 0700176012 | | 656.14 | 16,336.29 |
| 03/27/2023 | TWIN BRIDGES WASTE AND518-8070220 | | 1,083.60 | 15,252.69 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1678 | 03/07/23 | 13,700.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID 1

AMOUNT OF CHECKS PAID $13,700.00

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS; PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
|---|---|
| [redacted]3440 | 2 OF 2 |



BLITMAN SARATOGA LLC

1678

DATE 3/7/23

PAY TO THE ORDER OF TEK Development $ 13,700

thirteen thousand seven hundred 00/100 DOLLARS

M&T Bank

FOR Nov. 2022

⑈001678⑈ ⑆022000046⑆ [redacted]440⑈

Check #1678 Paid :03/07/2023 $13700.00



3021303618<
M&T Bank #920
6641
0800806780

Check #1678 Paid :03/07/2023 $13700.00