UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BLITMAN SARATOGA LLC, | : | Case No. 20-23177 (SHL) |
| Debtors. | : | |

**ORDER GRANTING APPLICATION OF THE REAL ESTATE BROKERS FOR PAYMENT OF REAL ESTATE BROKERAGE COMMISSIONS**

Upon consideration of the *Application of the Real Estate Brokers for Payment of Real Estate Brokerage Commissions* (the "Application"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the deadline for filing objections to the relief requested therein having been provided; and a hearing having been held to consider the relief requested in the Application (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; it is hereby

ORDERED that the Application is granted to the extent set forth herein; and it is further

ORDERED that the Debtor is authorized and directed upon entry of this order to remit payment as follows for real estate brokerage commissions:

| Property | Broker | Amount |
|---|---|---|
| 4 Pamela Lane | Keller Williams | $18,125.00 |
| 57 Jane Street | Keller Williams | $16,425.00 |
| | Julie & Co | $5,475.00 |
| 47 Jane Street | Keller Williams | $10,950.00 |
| | Roohan Realty | $10,950.00 |
| 49 Jane Street | Keller Williams | $26,250.00 |

and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 1, 2023

***/s/ Sean H. Lane***
United States Bankruptcy Judge