12:17 PM
05/31/23
Accrual Basis

# Blitman Saratoga, LLC
## Profit & Loss
### January through April 2023

|  | Jan - Apr 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales-Basic | 538,000.00 |
| **Total Income** | 538,000.00 |
| **Cost of Goods Sold** | |
| Deferred Costs-Sales | 627,973.82 |
| Selling Expenses | 32,001.96 |
| **Total COGS** | 659,975.78 |
| **Gross Profit** | -121,975.78 |
| **Expense** | |
| Bank Service Charges | 167.67 |
| Bankruptcy Fees | 1,600.00 |
| **Common Area Expenses** | |
| Miscellaneous Allocable Expense | 428.00 |
| **Total Common Area Expenses** | 428.00 |
| Insurance Expense | 18,536.12 |
| Meals and Entertainment | 66.18 |
| Office Supplies | 42.10 |
| Postage | 177.00 |
| Professional Fees | 1,625.00 |
| Site Costs Expense | 10.86 |
| State Income Tax | 500.00 |
| **Total Expense** | 23,152.93 |
| **Net Ordinary Income** | -145,128.71 |
| **Other Income/Expense** | |
| **Other Income** | |
| Discharge of Indebtedness Inc. | 20,000.00 |
| **Total Other Income** | 20,000.00 |
| **Net Other Income** | 20,000.00 |
| **Net Income** | **-125,128.71** |