# M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00  0 00917M NM I17

000000851 FIDS154HG70429178645 01 000000 007422 002   P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ████8440 | 04/01/23 - 04/30/23 |
| BEGINNING BALANCE | $15,252.69 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 13,450.00 |
| LESS SERVICE CHARGES | 43.90 |
| ENDING BALANCE | $1,758.79 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2023 | BEGINNING BALANCE | | | $15,252.69 |
| 04/04/2023 | CHECK NUMBER  1686 | | $6,850.00 | 8,402.69 |
| 04/06/2023 | CHECK NUMBER  1682 | | 400.00 | |
| 04/06/2023 | CHECK NUMBER  1683 | | 400.00 | 7,602.69 |
| 04/10/2023 | SERVICE CHARGE FOR ACCOUNT ████8440 | | 43.90 | 7,558.79 |
| 04/11/2023 | CHECK NUMBER  1687 | | 5,000.00 | 2,558.79 |
| 04/13/2023 | CHECK NUMBER  1684 | | 400.00 | |
| 04/13/2023 | CHECK NUMBER  1685 | | 400.00 | 1,758.79 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 6 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1682 | 04/06/23 | 400.00 | 1684 | 04/13/23 | 400.00 | 1686 | 04/04/23 | 6,850.00 |
| 1683 | 04/06/23 | 400.00 | 1685 | 04/13/23 | 400.00 | 1687 | 04/11/23 | 5,000.00 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID  6
AMOUNT OF CHECKS PAID  $13,450.00

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS; PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.

**M&T Bank**

| ACCOUNT | PAGE |
|---|---|
| ▓▓▓▓▓5440 | 2 OF 3 |




