IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Blitman Saratoga LLC | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-23177 |
| Debtor. | ) | |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO F.R.B.P. RULE 3001(e)(2)

The undersigned hereby provides Notice of Transfer of Claim in the above-referenced bankruptcy proceeding. The scheduled claim has been transferred from Transferor to Transferee, with evidence of such transfer attached hereto as Exhibit A.

Transferee:

Guaranteed Claim Funding LLC
1000 Brickell Ave, Ste 715
DPT# 30044
Miami, FL 33131
Phone: 320-433-1183

Transferor:

Sunshine Landscaping
610 Tanner Rd.
Clifton Park, NY 12065

Dated: June 22, 2023

/s/ Nathalie Sar
By: Nathalie Sar, Manager
Guaranteed Claim Funding LLC

**EXHIBIT A**

ASSIGNMENT OF CLAIM

Sunshine Landscaping (the "Seller") is the original filer of a claim or claims in In re: BLITMAN SARATOGA LLC, Case No. 20-23177, United States Bankruptcy Court for the Southern District of New York (such claim(s) collectively referred to as the "Claim").

Seller, for value received, has knowingly decided to sell, transfer and assign any and all interest in the Claim to Guaranteed Claim Funding LLC (the "Buyer").

Seller grants all right, title and interest, including any funds that may be generated, in the Claim to Buyer pursuant to the terms of the Purchase Agreement between Seller and Buyer. (the "Agreement").

Seller has performed their obligations under the Agreement, and all representations and warranties of the Seller are true and correct.

Seller waives its right to receive notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure, waives any objection to the transfer of claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and consents to the substitution of Seller by Buyer for all purposes in the Bankruptcy Case with respect to the Claim.

By: _____

_____

Creditor:    Sunshine Landscaping

**Authorized Signatory**