8/2/2023

| | | | | |
|---|---|---|---|---|
| $ | 375,000 | Total Budget | | |
| $ | 22,470 | Street Lights 3,4,5 - 50% deposit | | Thorpe Electric - |
| $ | 7,544 | ButterFly Fence Install | | Afsco Fence |
| $ | 10,000 | Survey Work | | Boswell Engineering |
| $ | 22,470 | Street Lights 3,4,5 | | Thorpe Electric - |
| $ | 32,754 | $ 23,259 | Concrete, Conduits for Site Lights Phase 3,4 | ML Site Development |
| | | $ 8,832 | Street Trees - Phase 3,4,5 (trees / material | ML Site Development |
| | | $ 662 | grounding rods | ML Site Development |
| $ | 7,308 | Street Trees - Phase 3,4,5 (install cost) | | ML Site Development |
| $ | 5,000 | As Built Survey Work | | Boswell Engineering |
| $ | 7,900 | infrastructure for site light 16 Pamela and Sod | | ML Site Development |
| $ | 17,132 | Electrical Work for Street Lights - Phase 3,4,5 | | Sheft Electric |
| $ | 12,260 | Hydrant Risers - Relocation catchbasin / manhole | | ML Site Development |
| $ | 125,050 | Paving | | Peter Luizzi Paving |
| $ | 45,025 | $28,750 | Concrete sidewalks | ML Site Development |
| | | $13,250 | Concrete curbs | |
| | | $3,025 | Site - landscaping work | |
| $ | 5,000 | As Built Survey Work | | Boswell Engineering |
| **$** | **319,913** | **TOTAL BUDGET spent to date** | | |
| $ | 55,087 | *Balance Remaining* | | |
| $ | 25,000 | | Remedy Street Lights in Phase 1,2m (16 total) - TBD | |
| $ | 10,000 | | As Built Survey Work | |
| $ | 10,000 | | Contingency | |
| $ | 10,087 | | Remaining Balance on Escrow for Infrastructure | |