**BLITMAN SARATOGA LLC**
June 20.2023

| Code | Description | Amount | 8 Katie | 6 Katie | 9 Jane | 11 Jane |
|---|---|---|---|---|---|---|
| 2000 | Clearing - Trees | complete | | | | |
| | Clearing - Stumps | complete | | | | |
| 2001 | Grading & Excavation | complete | | | | |
| 2002 | Footings - Material | complete | | | | |
| 2002 | Footings - Labor | complete | | | | |
| 2002 | Footing - Pumping | complete | | | | |
| 2003 | Foundation Wall/Piers | complete | | | | |
| 2003 | Foundation Wall - Material | complete | | | | |
| 2003 | Foundation Wall - Labor | complete | | | | |
| 2003 | Foundation Wall - Pumping | complete | | | | |
| | Foundation - Waterproofing | complete | | | | |
| 2004 | Slabs | | | | | |
| | Slab - Basement | $3,500.00 | | $3,500.00 | $3,500.00 | $3,500.00 |
| | Slab - Garage | $1,650.00 | | $1,650.00 | $1,650.00 | $1,650.00 |
| | Slab - Porch | $950.00 | | $950.00 | $950.00 | $950.00 |
| | Slab - LABOR - Basement | $4,250.00 | | $4,250.00 | $4,250.00 | $4,250.00 |
| | Slab - LABOR - Garage | $1,650.00 | | $1,650.00 | $1,650.00 | $1,650.00 |
| | Slab - LABOR - Porch | $1,000.00 | | $1,000.00 | $1,000.00 | $1,000.00 |
| 2005 | Porches & Patios | n/a | | n/a | n/a | n/a |
| 2006 | Waterproofing | in above | | in above | in above | in above |
| 3001 | Dimensional Lumber | $62,500.00 | | $5,000.00 | $5,000.00 | $62,500.00 |
| 3002 | Roof Trusses | $22,500.00 | | $2,500.00 | $2,500.00 | $22,500.00 |
| 3006 | Exterior Windows | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| 3006 | Exterior Doors | $4,850.00 | $4,850.00 | $4,850.00 | $4,850.00 | $4,850.00 |
| 3007 | Patio Decks | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| 3008 | Stairs & Railings | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| | Main Stairs | $2,850.00 | | $2,850.00 | $2,850.00 | $2,850.00 |
| | Railings - Main Stair | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 |
| | Basement Stair / garage | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| 3009 | Interior Trim labor | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| 3009A | Interior Trim Door material | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| 3010 | Framing Labor | $22,500.00 | $5,000.00 | $7,500.00 | $7,500.00 | $22,500.00 |
| 3011 | Siding-Material | $12,500.00 | $2,500.00 | $5,500.00 | $12,500.00 | $12,500.00 |
| 3011a | Siding Labor | $9,500.00 | $1,500.00 | $5,000.00 | $9,500.00 | $9,500.00 |
| 3012 | Roofing - Material | $6,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $6,500.00 |
| 3012A | Roofing Labor | $4,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $4,000.00 |
| 3013 | Exterior Trim | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| 3014 | Exterior Painting | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| 3015 | Gutters & Leaders | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| 3016 | Garage Doors | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 |
| 3020 | Stone Venner - Material | $4,650.00 | $1,250.00 | $1,250.00 | $4,650.00 | $4,650.00 |
| | Stone Venner - Labor | $4,000.00 | $1,000.00 | $1,000.00 | $4,000.00 | $4,000.00 |
| 4000 | Plumbing Material - Rough | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| | Plumbing - Labor - Rough | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| 4001 | Plumbing Material - Trim | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| | Plumbing Labor - Trim | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| 4002 | Electrical | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| 4003 | H.V.A.C. | $21,500.00 | $21,500.00 | $21,500.00 | $21,500.00 | $21,500.00 |
| 4004 | Insulation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 4005 | Telecommunications | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| 4006 | Dumpsters & cleanup | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| 5001 | Drywall | $28,500.00 | $28,500.00 | $28,500.00 | $28,500.00 | $28,500.00 |
| 5002 | Cabinets - Material | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 |
| | Cabinets - Labor | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| | Counter Top | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| 5003 | Tile & Marble | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| 5004 | Interior Painting | $9,500.00 | $9,500.00 | $9,500.00 | $9,500.00 | $9,500.00 |
| 5005 | Fireplace | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| 5006 | Bath Accessories | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| 5007 | Appliances | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| 5008 | Floors | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| 6001 | Driveways | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| 6002 | Sidewalks | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 6003 | Punchlist | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| 6004 | Final Cleaning | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| 6005 | Repairs & Replacements | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| 6006 | Landscaping | $8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 |
| | Contigency | | $ 7,050.00 | $ 24,700.00 | $ 16,800.00 | $ 6,800.00 |
| **Total** | | **$1,360,000.00** | **$275,000.00** | **$325,000.00** | **$335,000.00** | **$425,000.00** |

**SOFT COSTS (thru 12/31/23 - 6 Months)**

| | |
|---|---|
| Insurance | $ 22,500.00 |
| Utilities | $ 3,000.00 |
| Dumpster | $ 10,000.00 |
| SWPPP Inspections | $ 7,500.00 |
| Engineering | $ 7,500.00 |
| Architectural | $ 9,500.00 |
| Accounting | $ 13,500.00 |
| Permit Fees (renewals) | $ 5,000.00 |
| Project Manager | $ 82,200.00 |
| Real Estate Taxes | $ 42,500.00 |
| Interest | $ 52,000.00 |
| Broker Commission 4 Pamela Sale | $ 18,125.00 |
| Repayment of Dep. Bond Lythe / Lesiak | $ 50,000.00 |
| | **$1,683,325.00** |