UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No. 20-23177 (SHL)

                              Debtor.

-------------------------------------------------------------x

### ORDER (i) APPROVING THE DEBTOR'S DISCLOSURE STATEMENT; (ii) APPROVING THE SOLICITATION AND VOTING PROCEDURES; AND (iii) SCHEDULING THE CONFIRMATION HEARING AND RELATED SUBMISSION DATES

Upon the motion Blitman Saratoga LLC (the "Debtor") for entry of an order approving the Debtor's Disclosure Statement [ECF No. 167] and related relief; and upon the record compiled at the hearing held on May 9, 2023 (the "Hearing"); and the Court having reviewed the Disclosure Statement; and any comments, objections and reservations having been addressed and resolved by the filing of a Second Revised Plan of Reorganization [ECF No. 190] (the "Plan") and a First Revised Disclosure Statement [ECF No. 191] (the "Disclosure Statement"); and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY FOUND THAT:

A.      The Disclosure Statement contains adequate information within the meaning of Section 1125 of the Bankruptcy Code.

B.      The procedures for the solicitation of votes to accept or reject the Plan provide for a fair and equitable voting process and are consistent with Section 1126 of the Bankruptcy Code.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Disclosure Statement is approved as containing adequate information within the meaning of Section 1125 of the Bankruptcy Code.

1

2.      By no later than five (5) business days after the entry of this Order, the Debtor is directed to serve, by regular mail, a solicitation package (the "Solicitation Package") containing a copy of (i) the Disclosure Statement with all exhibits; (ii) the Plan; (iii) this Order; and (iv) a ballot for voting on the Plan, to all known creditors, all persons who filed notices of appearance, and any other parties in interest known to the Debtor, including the U.S. Trustee.

3.      A hearing on confirmation of the Plan shall be held on **September 27, 2023 at 10:00 a.m.** (the "Confirmation Hearing") before the Honorable Sean H. Lane, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.  The Confirmation Hearing shall not be held in person but shall be held by video via the Zoom platform. Those intending to appear at the Confirmation Hearing must register with eCourt Appearances no later than two days prior to the confirmation Hearing. The phone number or video link for the Confirmation Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing.  Instructions  for  registering  with  eCourt  Appearances  can  be  found  at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.   Anyone  requiring  assistance  may contact the presiding Judge's Chambers or Court Services at (212) 284-4040.

4.      Objections, if any, to confirmation of the Plan shall be filed through the Court's ECF system on or before September 15, 2023.

5.      The Debtor shall file with the Court a reply, if any, to an Objection, together with all Declarations and other written submissions upon which the Debtor intends to rely in support of confirmation of the Plan no later than September 22, 2023.

6.      The form of ballot annexed hereto as Exhibit "A" is hereby approved (the "Ballot").  All Ballots for voting on the Plan shall be executed and delivered by mail or e-mail to counsel for the Debtor at:

Goldberg Weprin Finkel Goldstein, LLC
125 Park Avenue, 12th Floor
New York, New York 10017
E-mail: KNash@gwfglaw.com

so as to be actually received no later than September 15, 2025 at 5:00 p.m., prevailing Eastern

time.

7.      Counsel for the Debtor shall file the certification of the balloting on or before

September 22, 2023.

Dated: August 22, 2023
White Plains, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

Blitman Saratoga LLC,                               Case No. 20-23177 (SHL)

                        Debtor.
-------------------------------------------------------------x

## **BALLOT**

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time).  Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class __ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $_____.

/_____/  **ACCEPTS**

**(CHECK ONE BOX)**

/_____/  **REJECTS**

the Second Revised Plan of  Reorganization proposed by the Debtor.

Dated: _____ __, 2023            _____
                                     NAME OF CREDITOR

                                     _____
                                     AUTHORIZED SIGNATURE

4