M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM 017

000007536 FIDS1548D01701191457 01 000000 019292 001 P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]3440 | 05/01/23 - 05/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $1,758.79 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 719.28 |
| LESS SERVICE CHARGES | 41.44 |
| ENDING BALANCE | $998.07 |

00007536 06121 0001-0001 DIDS1548D01706191457 00 L 0019292

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2023 | BEGINNING BALANCE | | | $1,758.79 |
| 05/01/2023 | FEDEX OFFIC63400006346SARATOGA SPRI | | $21.84 | 1,736.95 |
| 05/02/2023 | IN *DIVERS ENTERPRISES518-8581492 | | 481.50 | 1,255.45 |
| 05/08/2023 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 41.44 | 1,214.01 |
| 05/17/2023 | PIZZA TIME BALLSTON SPBALLSTON SPA | | 73.22 | 1,140.79 |
| 05/19/2023 | FEDEX OFFIC63400006346SARATOGA SPRI | | 31.57 | |
| 05/19/2023 | STEWART'S SHOPS #495 SARATOGA SPRI | | 78.00 | 1,031.22 |
| 05/25/2023 | ALLERDICE ACE HARDWAREBALLSTON SPA | | 33.15 | 998.07 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524