1:28 PM
07/20/23
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of June 30, 2023

|  | Jun 30, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       M&T Checking 3440 | 35.04 |
|     **Total Checking/Savings** | 35.04 |
|     **Other Current Assets** | |
|       Infrastructure Escrow | 260,688.03 |
|       Mechanics Lien Escrow | 1,375.00 |
|       Preconfirmation Escrow | 600,000.00 |
|       Range Hood Escrow 57 Jane | 1,200.00 |
|       Selling Commissions - Escrow | 26,250.00 |
|     **Total Other Current Assets** | 889,513.03 |
|   **Total Current Assets** | 889,548.07 |
|   **Other Assets** | |
|     **Deferred Construction Costs** | |
|       11 Jane Street | 5,596.40 |
|       47 Jane Street | 1,164.31 |
|       49 Jane Street | 2,288.56 |
|       59 Jane Street | 12,609.67 |
|       6 Katie Lane | 181,934.06 |
|       8 Katie Lane | 119,100.37 |
|       9 Jane Street | 187,352.02 |
|       Deferred Construction Costs - Other | 596,985.51 |
|     **Total Deferred Construction Costs** | 1,107,030.90 |
|     **Escrow-Attorney Account** | 31,100.00 |
|     **Funds Held by Homestead** | 17,400.00 |
|     **Hard Site and Gen Cond** | 4,071,959.35 |
|     **Land** | 415,561.90 |
|     **Nat Grid Electric Deposit 6&7** | 87,611.64 |
|     **Nat Grid Gas Deposit 6&7** | 75,050.92 |
|     **Soft Costs** | |
|       HOA Fees | 268.80 |
|       Interest Expense | 264,305.86 |
|       Management Fees | 17,255.73 |
|       Office Expense | 13,430.86 |
|       Property Taxes | 131,500.66 |
|       Water & Sewer | 3,351.85 |
|       Soft Costs - Other | 1,766,016.40 |
|     **Total Soft Costs** | 2,196,130.16 |
|     **Step Basis Adjustment** | 102,459.00 |
|   **Total Other Assets** | 8,104,303.87 |
| **TOTAL ASSETS** | **8,993,851.94** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Accrued Expenses | 178,858.73 |
|         Accrued Expenses-New | 9,868.11 |
|         Accrued Property Taxes-New | 137,849.87 |
|       **Total Other Current Liabilities** | 326,576.71 |
|     **Total Current Liabilities** | 326,576.71 |
|     **Long Term Liabilities** | |
|       Accrued Interest-Saratoga Fund | 170,384.55 |
|       Due to Goren Brothers | 3,300,000.00 |
|       Due to Goren Brothers LP | 24,144.24 |

1:28 PM
07/20/23
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of June 30, 2023

|  | Jun 30, 23 |
|---|---:|
| Due to Goren Cousins LLC | 1,700,000.00 |
| Due to Saratoga Funding | 2,456,873.59 |
| Due to SV | 563,667.00 |
| Purchasers Deposits-Base Cont | 81,100.00 |
| Purchasers Deposits-Upgrades | 99,469.00 |
| **Total Long Term Liabilities** | 8,395,638.38 |
| **Total Liabilities** | 8,722,215.09 |
| **Equity** |  |
| Capital-GB | -178,704.71 |
| Capital-GSP | -95,427.01 |
| Capital-HNB | 852,128.65 |
| Capital-SV | -79,675.93 |
| Capital-TPK | -56,031.69 |
| Net Income | -170,652.46 |
| **Total Equity** | 271,636.85 |
| **TOTAL LIABILITIES & EQUITY** | **8,993,851.94** |