M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM I17

000000199 FIDS154HG70401204620 01 000000 006725 002 P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD UNIT 1506
GUILDERLAND NY 12084-6250

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]3440 | 06/01/23 - 06/30/23 |

| | |
|---|---|
| BEGINNING BALANCE | $998.07 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 923.05 |
| LESS SERVICE CHARGES | 39.98 |
| ENDING BALANCE | $35.04 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2023 | BEGINNING BALANCE | | | $998.07 |
| 06/01/2023 | CUMBERLAND FARMS 1590 BALLSTON SPA | | $82.51 | 915.56 |
| 06/05/2023 | STAPLES 00102558SARATOGA SPRI | | 1.20 | |
| 06/05/2023 | STAPLES 00102558SARATOGA SPRI | | 2.40 | 911.96 |
| 06/08/2023 | SERVICE CHARGE FOR ACCOUNT [redacted]3440 | | 39.98 | 871.98 |
| 06/22/2023 | SUNOCO 0042338401 SLOATSBURG | | 75.00 | |
| 06/22/2023 | IPARK 291 NEW YORK | | 72.00 | 724.98 |
| 06/26/2023 | STEWARTS SHOP 205 BALLSTON SPA | | 90.75 | 634.23 |
| 06/29/2023 | LAKE GEORGE OLDE LOG L518-3834804 | | 48.39 | |
| 06/29/2023 | CHECK NUMBER 1661 | | 550.80 | 35.04 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1661 | 06/29/23 | 550.80 | | | | | | |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 1 |
| AMOUNT OF CHECKS PAID | $550.80 |



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

M&T Bank

| ACCOUNT | PAGE |
| --- | --- |
| [redacted]3440 | 2 OF 2 |




Check #1661 Paid :06/29/2023 $550.80




Check #1661 Paid :06/29/2023 $550.80