9.22.23

| | Sitework | To Date Estimate SECTION I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A12-010 | | | Page 1 of 1 | |
| | | Project: | Beaver Pond Village | | | | |
| | | Location: | Saratoga Springs, NY | | | | |
| | | Date: | | | | | |
| Item # | Item/Remarks | | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total |
| | *Reference Sheet 14 from Boswell Engineering Plans* | | | | | | |
| 23 | Asphalt without Base (Top Coat - 1,100 lf x 28') | | 30800 | sf | | complete | 0 | |
| 28 | Street Lighting (rewire) | | 9 | est. | | complete | 0 | |
| 31 | Concrete R.O.W. monuments | | 9 | ea | | complete | 0 | |
| 32 | As-Built Survey | | 1 | est. | | complete | 0 | |
| 33 | Water Line Easement Resolution | | 13 | est. | | complete | 0 | |

**COMPLETE**

Letter of Credit Value - Expires May 1 2024    $221,500.00

| | Sitework | To Date Estimate SECTION II | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A12-010 | | | Page 1 of 1 | |
| | | Project: | Beaver Pond Village | | | | |
| | | Location: | Saratoga Springs, NY | | | | |
| | | Date: | | | | | |
| Item # | Item/Remarks | | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total |
| | *Reference Sheet 14 and 15 from Boswell Engineering Plans* | | | | | | |
| 18 | R.O.W. monuments | | 4 | ea | | complete | 0 | |
| 21 | Asphalt Pavement - Top 1 1/2" (1,250 lf x 28') | | 35000 | sf | | complete | 0 | |
| 22 | Street Lighting (rewire) | | 5 | est. | | complete | 0 | |
| 24 | Rain Garden | | 4 | ea | | complete | 0 | |
| 33 | Water Line Resolution | | 17 | ea | | complete | 0 | |
| | As-Builts | | 1 | ls | | complete | 0 | |
| 32 | Remedy Curb Sidewalk at Nat Grid crossing | | 1 | ls | | complete | 0 | |

| | *Reference Sheet 17 from Boswell Engineering Plans* | | | | | | |
|---|---|---|---|---|---|---|---|
| | R.O.W. monuments | 4 | ea | $250.00 | $1,000.00 | 0 | $0.00 |
| | Asphalt Pavement - Top 1 1/2" (2,000 lf x 28') | 56000 | sf | $1.15 | $64,400.00 | 0 | $0.00 |
| | Concrete Sidewalks (2,250 lf) | 11250 | sf | $9.00 | $101,250.00 | 0 | $0.00 |
| | Street Lighting - NEW | 4 | est. | $5,600.00 | $22,400.00 | 0 | $0.00 |
| | Rain Garden | 4 | ea | $2,000.00 | $8,000.00 | 0 | $0.00 |
| | Water Line Resolution | NA | ea | | | | |
| | As-Builts | 1 | ls | $12,000.00 | $12,000.00 | 0 | $0.00 |
| | | | | | $209,050.00 | | |

**$209,050.00**

Letter of Credit Value - Expires June 30 2024    $294,000.00

| | Sitework | To Date Estimate SECTION III, IV, V | | | | | |
|---|---|---|---|---|---|---|---|
| | | Project No.: | A03-058 | | | Page 1 of 1 | |
| | | Project: | Beaver Pond Village | | | | |
| | | Location: | Saratoga Springs, NY | | | | |
| | | Date: | | | | | |
| Item # | Item/Remarks | | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total |
| | SECTIONS III-V | | | | | | |
| 5 | Asphalt Pavement - Top 1 1/2" (1,500 lf x 28') | | 42000 | sf | | complete | 0 | |
| 25 | Concrete R.O.W. monuments | | 6 | ea | | complete | 0 | |
| 29 | Street Lighting (new) | | 10 | est. | | complete | 0 | |
| | Street Lighting (rewire) | | 2 | est. | | complete | 0 | |
| 30 | Street Trees | | 30 | ea | | complete | 0 | |
| 31 | Signage | | 1 | ls | | complete | 0 | |
| 32 | TopSoil and Seed ROW | | 1 | ls | | complete | 0 | |

| Item # | Item/Remarks | Quantity | Unit | | Status | | |
|---|---|---|---|---|---|---|---|
| 33 | Seeding of Disturbed Areas | 1 | ls | | complete | 0 | |
| 32 | As-Builts | 1 | est. | | complete | 0 | |

**COMPLETE**

Letter of Credit Value - Expires May 1, 2024  $136,250.00

| Sitework | To Date Estimate SECTION VI - VII | | | | | | |
|---|---|---|---|---|---|---|---|
| | Project No.: | A03-058 | | | Page 1 of 1 | | |
| | Project: | Beaver Pond Village | | | | | |
| | Location: | Saratoga Springs, NY | | | | | |
| | Date: | | | | | | |
| Item # | Item/Remarks | Quantity | Unit | Unit Cost | Subtotal | Completed | Pay Total |
| | SECTIONS VI - VII | | | | | | |
| 5 | Aphalt Pavement - Top 1 1/2" (2,250 lf) | 63000 | sf | $1.15 | $72,450.00 | 0 | $0.00 |
| 6 | Concrete Sidewalks - (2,550 lf) | 12750 | sf | $9.00 | $114,750.00 | 0 | $0.00 |
| 18 | R.O.W. monuments | 22 | ea | $250.00 | $5,500.00 | 0 | $0.00 |
| 19 | Street Lighting | 12 | est. | $5,600.00 | $67,200.00 | 0 | $0.00 |
| 20 | Street Trees | 61 | est. | $500.00 | $30,500.00 | 0 | $0.00 |
| 21 | Signage | 1 | ls | $1,000.00 | $1,000.00 | 0 | $0.00 |
| 24 | Seeding of Disturbed Areas | 1 | ls | $5,000.00 | $5,000.00 | 0 | $0.00 |
| 25 | Construction Entrances (individual homes) | 16 | ea | $1,000.00 | $16,000.00 | 0 | $0.00 |
| 26 | Rain Garden | 2 | ea | $2,000.00 | $4,000.00 | 0 | $0.00 |
| | As-Builts | 1 | ls | $18,000.00 | $18,000.00 | 0 | $0.00 |

$334,400.00

Letter of Credit Value - Expires July 6 2024  $268,000.00

Letter of Credit VALUE - (Phase 2 and 6,7)  $562,000.00
Letter of Credit - BUDGET (Phase 2(partial) Phase 6,7)  $543,450.00