UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                  Chapter 11

Blitman Saratoga LLC,                                                     Case No. 20-23177 (SHL)

                                              Debtor.
---------------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE
TO CONSIDER DEBTOR'S MOTION TO APPROVE EXIT FINANCING**

Upon the motion (the "Scheduling Motion") of Blitman Saratoga LLC (the "Debtor"), seeking an expedited hearing to consider the Debtor's separate motion (the "Exit Financing Motion") seeking approval of exit financing pursuant to 11 U.S.C. §364(c) and (d); and good cause appearing therefore; it is

ORDERED, that a hearing on the Exit Financing Motion shall be held on October 5, 2023 at 11:00 a.m. (the "Hearing") before the Honorable Sean H. Lane, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.  The Confirmation Hearing shall not be held in person but shall be held by video via the Zoom platform. Those intending to appear at the Confirmation Hearing must register with eCourt Appearances no later than two days prior to the confirmation Hearing. The phone number or video link for the Confirmation Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Anyone requiring assistance may contact the presiding Judge's Chambers or Court Services at (212) 284-4040; and it is further

ORDERED that objections, if any, to the Exit Financing Motion may be filed through the Court's ECF system and may be raised at the Hearing; and it is further

ORDERED, that notice of the Hearing shall be sufficient if a copy of this Order, together with the Exit Financing Motion and all exhibits thereto as served on all scheduled creditors, all creditors who filed proofs of claim, the U.S. Trustee, and all parties who filed notices of appearance and requests for service of documents with the Clerk of the Court by email where known, and otherwise by overnight delivery on or before September __, 2023.

Dated: White Plains, NY
       September __, 2023

                                                _____
                                                Hon. Sean H. Lane

2