**12:43 PM**

**09/19/23**

**Accrual Basis**

## Blitman Saratoga, LLC
# Balance Sheet
### As of July 31, 2023

|  | Jul 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| M&T Checking 3440 | 22,912.84 |
| | |
| **Total Checking/Savings** | 22,912.84 |
| | |
| **Other Current Assets** | |
| Infrastructure Escrow | 260,688.03 |
| Mechanics Lien Escrow | 1,375.00 |
| Preconfirmation Escrow | 600,000.00 |
| Range Hood Escrow 57 Jane | 1,200.00 |
| Selling Commissions - Escrow | 26,250.00 |
| | |
| **Total Other Current Assets** | 889,513.03 |
| | |
| **Total Current Assets** | 912,425.87 |
| | |
| **Other Assets** | |
| **Deferred Construction Costs** | |
| 11 Jane Street | 5,596.40 |
| 47 Jane Street | 1,164.31 |
| 49 Jane Street | 2,288.56 |
| 59 Jane Street | 12,609.67 |
| 6 Katie Lane | 181,934.06 |
| 8 Katie Lane | 119,100.37 |
| 9 Jane Street | 187,352.02 |
| Deferred Construction Costs - Other | 596,985.51 |
| | |
| **Total Deferred Construction Costs** | 1,107,030.90 |
| | |
| Escrow-Attorney Account | 31,100.00 |
| Funds Held by Homestead | 17,400.00 |
| Hard Site and Gen Cond | 4,071,959.35 |
| Land | 415,561.90 |
| Nat Grid Electric Deposit 6&7 | 87,611.64 |
| Nat Grid Gas Deposit 6&7 | 75,050.92 |
| **Soft Costs** | |
| HOA Fees | 268.80 |
| Interest Expense | 264,305.86 |
| Management Fees | 17,255.73 |
| Office Expense | 13,430.86 |
| Property Taxes | 131,500.66 |
| Water & Sewer | 3,351.85 |
| Soft Costs - Other | 1,766,016.40 |
| | |
| **Total Soft Costs** | 2,196,130.16 |
| | |
| **Step Basis Adjustment** | 102,459.00 |
| | |
| **Total Other Assets** | 8,104,303.87 |
| | |
| **TOTAL ASSETS** | **9,016,729.74** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accrued Expenses | 178,858.73 |
| Accrued Expenses-New | 9,868.11 |
| Accrued Property Taxes-New | 137,849.87 |
| | |
| **Total Other Current Liabilities** | 326,576.71 |
| | |
| **Total Current Liabilities** | 326,576.71 |
| | |
| **Long Term Liabilities** | |
| Accrued Interest-Saratoga Fund | 170,384.55 |
| Due to Goren Brothers | 3,300,000.00 |
| Due to Goren Brothers LP | 24,144.24 |

**12:43 PM**

**09/19/23**

**Accrual Basis**

**Blitman Saratoga, LLC**
# Balance Sheet
**As of July 31, 2023**

|  | Jul 31, 23 |
|---|---|
| **Due to Goren Cousins LLC** | 1,700,000.00 |
| **Due to Saratoga Funding** | 2,456,873.59 |
| **Due to Saratoga Funding LLC** | 22,877.80 |
| **Due to SV** | 563,667.00 |
| **Purchasers Deposits-Base Cont** | 81,100.00 |
| **Purchasers Deposits-Upgrades** | 99,469.00 |
| **Total Long Term Liabilities** | 8,418,516.18 |
| **Total Liabilities** | 8,745,092.89 |
| **Equity** | |
| **Capital-GB** | -178,704.71 |
| **Capital-GSP** | -95,427.01 |
| **Capital-HNB** | 852,128.65 |
| **Capital-SV** | -79,675.93 |
| **Capital-TPK** | -56,031.69 |
| **Net Income** | -170,652.46 |
| **Total Equity** | 271,636.85 |
| **TOTAL LIABILITIES & EQUITY** | **9,016,729.74** |