12:42 PM
09/19/23
Accrual Basis

# Blitman Saratoga, LLC
# Profit & Loss
### January through July 2023

|  | Jan - Jul 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales-Basic | 538,000.00 |
|   **Total Income** | 538,000.00 |
|   **Cost of Goods Sold** | |
|     Deferred Costs-Sales | 627,973.82 |
|     Selling Expenses | 75,801.96 |
|   **Total COGS** | 703,775.78 |
| **Gross Profit** | -165,775.78 |
|   **Expense** | |
|     Auto and Truck Expenses | 147.00 |
|     Bank Service Charges | 249.09 |
|     Bankruptcy Fees | 1,600.00 |
|     **Common Area Expenses** | |
|       Miscellaneous Allocable Expense | 428.00 |
|     **Total Common Area Expenses** | 428.00 |
|     Insurance Expense | 18,536.12 |
|     Meals and Entertainment | 439.05 |
|     Office Supplies | 1,111.15 |
|     Postage | 230.41 |
|     Professional Fees | 1,625.00 |
|     Site Costs Expense | 10.86 |
|     State Income Tax | 500.00 |
|   **Total Expense** | 24,876.68 |
| **Net Ordinary Income** | -190,652.46 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Discharge of Indebtedness Inc. | 20,000.00 |
|   **Total Other Income** | 20,000.00 |
| **Net Other Income** | 20,000.00 |
| **Net Income** | **-170,652.46** |