# M&T Bank

| FOR INQUIRIES CALL: | TARRYTOWN CRE<br>(914) 366-8500 |
|---|---|



00    0 00917M NM  017

000000                                              P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD # 1506
GUILDERLAND NY 12084

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ⬛⬛8440 | 07/01/23 - 07/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $35.04 |
| DEPOSITS & CREDITS | 22,877.80 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $22,912.84 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2023 | BEGINNING BALANCE | | | $35.04 |
| 07/28/2023 | INCOMING FEDWIRE FUNDS TRANSFER<br>SARATOGA FUNDING LLC | $22,877.80 | | 22,912.84 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

IMPORTANT INFORMATION REGARDING DEBIT CARD SPENDING LIMITS

ACCOUNT FUNDING TRANSACTIONS (AFTS) NOW HAVE SEPARATE DAILY LIMITS FROM PURCHASES: 10 TRANSACTIONS PER DAY OR $1,000.00 MAXIMUM. AFTS ARE NON-PURCHASE TRANSACTIONS USED TO FUND A DIGITAL WALLET, FUND PERSON-TO-PERSON (P2P) MONEY TRANSFERS, PURCHASE CRYPTOCURRENCY, OR RELOAD PREPAID CARDS. TO DISCUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL US AT 1-800-724-2440.

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524