12:42 PM
09/19/23
Accrual Basis

# Blitman Saratoga, LLC
# Profit & Loss
## January through August 2023

|  | Jan - Aug 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales-Basic | 538,000.00 |
| **Total Income** | 538,000.00 |
| **Cost of Goods Sold** | |
| Deferred Costs-Sales | 627,973.82 |
| Selling Expenses | 75,801.96 |
| **Total COGS** | 703,775.78 |
| **Gross Profit** | -165,775.78 |
| **Expense** | |
| Auto and Truck Expenses | 147.00 |
| Bank Service Charges | 307.04 |
| Bankruptcy Fees | 1,600.00 |
| **Common Area Expenses** | |
| Miscellaneous Allocable Expense | 428.00 |
| **Total Common Area Expenses** | 428.00 |
| Insurance Expense | 41,413.92 |
| Meals and Entertainment | 439.05 |
| Office Supplies | 1,061.15 |
| Postage | 230.41 |
| Professional Fees | 1,625.00 |
| Site Costs Expense | 10.86 |
| State Income Tax | 500.00 |
| **Total Expense** | 47,762.43 |
| **Net Ordinary Income** | -213,538.21 |
| **Other Income/Expense** | |
| **Other Income** | |
| Discharge of Indebtedness Inc. | 20,000.00 |
| **Total Other Income** | 20,000.00 |
| **Net Other Income** | 20,000.00 |
| **Net Income** | **-193,538.21** |