# M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00  0 00917M NM 017

000000                                P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD # 1506
GUILDERLAND NY 12084

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 8440 | 08/01/23 - 08/31/23 |
| BEGINNING BALANCE | $22,912.84 |
| DEPOSITS & CREDITS | 50.00 |
| LESS CHECKS & DEBITS | 22,877.80 |
| LESS SERVICE CHARGES | 57.95 |
| ENDING BALANCE | $27.09 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2023 | BEGINNING BALANCE | | | $22,912.84 |
| 08/08/2023 | SERVICE CHARGE FOR ACCOUNT 3440 | | $57.95 | 22,854.89 |
| 08/09/2023 | CHECK NUMBER 1662 | | 22,877.80 | (22.91) |
| 08/10/2023 | DEPOSIT | $50.00 | | 27.09 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1662 | 08/09/23 | 22,877.80 | | | | | | |

*- GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 1 |
|---|---|
| AMOUNT OF CHECKS PAID | $22,877.80 |





| | |
|---|---|
| Posting Date | 2023 Aug 09 |
| Research Seq # | 8131666928 |
| Account # | 3440 |
| Check/Store # | 1662 |
| DB/CR | DB |
| Dollar Amount | $22,877.80 |
| Bank # | 096 |
| Branch # | 00000 |
| Deposit Acct # | 0 |
| Record Type # | 01 |