UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                          Chapter 11

Blitman Saratoga LLC,                                                Case No. 20-23177 (SHL)

                                    Debtor.
---------------------------------------------------------------x

## AMENDED CERTIFICATION RE: BALLOTING

The undersigned, an associate with the law firm of Goldberg Weprin Finkel Goldstein LLP, counsel for Blitman Saratoga LLC (the "Debtor"), certifies the following with respect to the balloting on the Debtor's Second Revised Plan of Reorganization [ECF No. 80]:

1.  This Court entered an Order on August 22, 2023 (the "Scheduling Order") [ECF No 192], which, *inter alia*, conditionally approved the Debtors' Amended Disclosure Statement [ECF No. 191]; and directed that notice of confirmation and solicitation of ballots be served no later than August 29, 2023. An affidavit of timely service of the ballot, Plan, Disclosure Statement and Scheduling Order upon all creditors and parties in interest by regular mail on August 22, 2023 has been filed with the Court [ECF No. 204].

2.  The Scheduling Order fixed September 15, 2023 as the deadline for submission of ballots.

3.  The Plan created four classes of claims and interests, of which, Class 2, Non-Insider General Unsecured Claims, is the only impaired Class of Non-Insiders that was eligible to vote on the Plan.

1

4.    Nine (9) members of Class 2 submitted ballots, all of which accepted the Plan. Copies of the ballots are collectively attached hereto as Exhibit "A".[1]

5.    Based upon the foregoing, the sole impaired Class of non-insider creditors has unanimously accepted the Plan, and the Debtor is ready to proceed with confirmation.

Dated: New York, NY
October 1, 2023

                    Goldberg Weprin Finkel Goldstein LLP
                    Attorneys for the Debtor
                    1501 Broadway, 22nd Floor
                    New York, NY 10036
                    (212) 221-5700

                    By:    /s/ J. Ted Donovan, Esq.

---

[1] One of the ballots, from Callanan Industries LLC was inadvertently omitted from the original Certification, and is now included here.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                Chapter 11

Blitman Saratoga LLC,                                       Case No. 20-23177 (SHL)

                              Debtor.
-----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class __ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 1365.00 .

/ __X__ / ACCEPTS

**(CHECK ONE BOX)**

/ _____ / REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: 9, 07, 2023

_Lance Plumbing LLC._
NAME OF CREDITOR

_____
AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                          Chapter 11

Blitman Saratoga LLC,                                           Case No. 20-23177 (SHL)

                          Debtor.
----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class __ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 35,235.75.

/   X   / ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: Sept 01, 2023

Appolo Heating
NAME OF CREDITOR

Philip E. Cuddy, controller
AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              Chapter 11

Blitman Saratoga LLC,                               Case No. 20-23177 (SHL)

                      Debtor.
-----------------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class ___ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 51,100.05.

/ X / ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: 8/29 , 2023                     Town & Country Painting
                                       NAME OF CREDITOR

                                       [signature]
                                       AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                Chapter 11

Blitman Saratoga LLC,                                        Case No. 20-23177 (SHL)

                                            Debtor.
-----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash, Esq.
125 Park Avenue, 12th Floor
New York, NY 10017
KNash@gwfglaw.com

The undersigned, a holder of an impaired Class 2 claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 29,287.64

/ X / ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: Sept 7, 2023

Floor Source Inc
NAME OF CREDITOR

_____
AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

Blitman Saratoga LLC,                                           Case No. 20-23177 (SHL)

                        Debtor.
-------------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

    Goldberg Weprin Finkel Goldstein LLP
    Attn: Kevin J. Nash, Esq.
    125 Park Avenue, 12th Floor
    New York, NY 10017
    KNash@gwfglaw.com

The undersigned, a holder of an impaired Class __2__ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ __27,215.00__.

/__✓__/ ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: __August 31__, 2023

                                                                        __Northway Tile LLC__
                                                                         NAME OF CREDITOR

                                                                         AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

Blitman Saratoga LLC,                                    Case No. 20-23177 (SHL)

                        Debtor.
-----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class 2 claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 13,344.35.

/ X / ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: 9/11, 2023

Pro Tech Automatic Lawn Sprinkler
NAME OF CREDITOR

_____
AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                  Chapter 11

Blitman Saratoga LLC,                                         Case No. 20-23177 (SHL)

                                    Debtor.
-------------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

>   Goldberg Weprin Finkel Goldstein LLP
>   Attn: Kevin J. Nash, Esq.
>   125 Park Avenue, 12th Floor
>   New York, NY 10017
>   KNash@gwfglaw.com

The undersigned, a holder of an impaired Class ___ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ 53,200.00.

/  ✓  / ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: Sep 6, 2023

RYSZARD & BEATA LESIAK
NAME OF CREDITOR

_____
AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                  Chapter 11

Blitman Saratoga LLC,                                                      Case No. 20-23177 (SHL)

                    Debtor.
-----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time).  Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

        Goldberg Weprin Finkel Goldstein LLP
        Attn: Kevin J. Nash, Esq.
        125 Park Avenue, 12th Floor
        New York, NY 10017
        KNash@gwfglaw.com

The undersigned, a holder of an impaired Class _2_ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $ _13,040.00_.

/___X___/ ACCEPTS

**(CHECK ONE BOX)**

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: _August 31_, 2023

                                          Richard H. Mollnow, Jr.
                                          NAME OF CREDITOR

                                          AUTHORIZED SIGNATURE

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No. 20-23177 (SHL)

                            Debtor.
-----------------------------------------------------------x

## BALLOT

This ballot should be completed and returned to the address specified below, so as to be received no later than September 15, 2023, 5:00 p.m. (Prevailing Eastern Time). Ballots may be submitted by regular mail, email, overnight delivery or personal delivery to the address below.

> Goldberg Weprin Finkel Goldstein LLP
> Attn: Kevin J. Nash, Esq.
> 125 Park Avenue, 12th Floor
> New York, NY 10017
> KNash@gwfglaw.com

The undersigned, a holder of an impaired Class _2_ claim against Blitman Saratoga LLC (the "Debtor") in the amount of $_20,483.04_.

/___X___/ ACCEPTS

(CHECK ONE BOX)

/_____/ REJECTS

the Second Revised Plan of Reorganization proposed by the Debtor.

Dated: 09/_14_/2023            _Callanan Industries, Inc._
                               NAME OF CREDITOR

                               _____[signature]_____
                               AUTHORIZED SIGNATURE

1