**Daniel Fariello,** Division President
132 State Street, Albany, NY 12207
t. (518) 433-5826   f. (518) 434-1242



Member FDIC   Equal Housing Lender 🏠

August 29, 2023


Boulevard
Latham, NY 12110

Dear Mr. ▬▬

We are pleased to advise you that Chemung Canal Trust Company has approved your request for financing, subject to the following terms and conditions:

| | |
|---|---|
| **CO-BORROWERS:** | ▬▬Living LLC and ▬▬ |
| **AMOUNT:** | $4,150,000.00 |
| **PURPOSE:** | To pay off two existing Chemung Canal Trust Company loans #702141089 and #702142145 and provide cash out to Borrowers related to the development of 125 senior living lots in Rotterdam, NY for the 55+ subdivision known as The Village at Whispering Pines. |
| **INTEREST RATE:** | The interest rate will be adjusted daily with the rate equal to the Prime Rate plus 0.75%. The "Prime Rate" means, the rate identified as the Prime Rate by The Wall Street Journal in its table entitled "Money Rates". The interest rate will never be less than 6.00%. Interest will be calculated on a 360-day year and the actual number of days in a month. |
| **TERM:** | The note will mature two (2) years from the date of origination with an option to extend. |
| | *The Maturity would automatically be extended one (1) year if principal reduction of $2,100,000.00 has occurred (~32 lots) at month twenty-four (24). Thereafter, another one (1) year extension would be automatic if the debt amount is under $1,000,000.00. |
| **PAYMENTS:** | Monthly payments will be interest only; Principal will be repaid from the sale of 63 of the 125 lots ($65,875.00 per lot). |

**PREPAYMENT PENALTY:** There is no prepayment penalty on the loan for an advance payment against the principal balance.

**COLLATERAL:** The loan will be secured by:

1. A continued first mortgage on all assets of The Village at Whispering Pines subdivision located at 2200 Helderberg Avenue, Rotterdam, NY 12306.

**HAZARD AND FLOOD INSURANCE:** Borrowers will provide evidence of, and maintain at all times, hazard insurance coverage in an amount at least equal to the outstanding loan amount covering all collateral held for this loan. Chemung Canal Trust Company must be named as first mortgagee and loss payee on the policy, listed as follows:

Chemung Canal Trust Company
P.O Box 150
Northville, New York 12134
Fax: (518) 863-7399

Additionally, Borrowers may be required to provide evidence of Flood Insurance on the property if it is determined that the property is located in a Federally designated flood hazard area.

**TITLE INSURANCE:** Prior to closing Borrowers shall provide Bank and its attorneys with a title insurance policy in form and content, and from a company acceptable to lender; and UCC searches, indicating that Bank will have a first mortgage lien on the real and personal property at the time of closing, subject only to such encumbrances as Bank shall accept.

**FINANCIAL STATEMENTS:** ▓▓▓▓▓▓▓ **Living LLC** agrees to provide:

1. Unaudited business tax return on an annual basis within thirty (30) days after the end of each filing due date (as such date may be extended in accordance with property granted extensions).

▓▓▓▓▓▓ agrees to provide:

1. Unaudited personal federal income tax returns on an annual basis within 30 days after the end of each filing due date (as such date may be extended in accordance with properly granted extensions).
2. Complete personal financial statements to the Bank on an annual basis, within 120 days of the calendar year-end.
3. Global real estate cash flow statement on an annual basis within 120 days of the calendar year-end.
4. Other information as reasonably requested by the Bank.

2

**COMMITMENT FEE:** Waived.

**FEES AND CLOSING COSTS:** All fees and closing costs associated with this transaction, including but not limited to, appraisal fees, appraisal review fees, environmental assessment fees, legal fees, flood search fees, mortgage taxes and recording fees are the responsibility of the Borrowers. Should this transaction fail to close for any reason, the Borrowers will reimburse the Bank for any expenditure incurred by the Bank.

**LEGAL DOCUMENTS:** All legal documents relating to this loan shall be prepared by the Bank's attorney:

Kadan Sample
Lemery Greisler LLC
60 Railroad Place, Suite 502
Saratoga Springs, NY 12866

**SURVIVAL:** It is understood that the terms and conditions of this letter shall survive the execution and delivery of all documents evidencing or securing the loan.

**WARRANTY:** Borrowers warrant that all information, documents and instruments furnished to the Bank and upon which this commitment is based, including, without limitations, financial statements, are accurate and complete statements and that there have been no material misstatements therein or omissions therefrom.

**ASSUMABILITY:** This loan is not assumable and will be due in full upon any sale or conveyance of the real estate securing this loan.

**MATERIAL ADVERSE CHANGE:** The closing of the loan is subject to there being no material adverse change in the financial condition of the Borrowers prior to or as of the date of closing.

**CONDITIONS FOR CLOSING:**

1. Receipt and acceptance of an appraisal and appraisal review prepared by a New York State Certified General Appraiser approved by Chemung Canal Trust Company as to the value of The Village at Whispering Pines property located 2200 Helderberg Avenue, Rotterdam, NY.
2. A satisfactory Phase I Environmental Site Assessment on The Village at Whispering Pines property located at 2200 Helderberg Avenue, Rotterdam, NY by an engineer approved by Chemung Canal Trust Company. The report must ascertain that there are not significant environmental

3

issues with the real estate securing this loan (Satisfied).

3. A current survey approved by, and certified to, the title insurers and Bank showing the monuments, courses and distances of the Property, and structures thereon, encroachments, easements, rights-of-way and other customary and relevant information.

4. The deposit accounts of the Borrowers will be maintained at Chemung Canal Trust Company.

5. The Borrowers will provide to the Bank's attorney, prior to closing, a Certificate of Good Standing, Articles of Organization, Operating Agreement, the tax identification number and a borrowing resolution.

6. The Bank will require a minimum of one inspection prior to closing/funding to verify all required work is complete. The cost of this will be borne by the Borrowers. If all work is not complete per the Inspecting Engineer, the Bank will withhold funds as appropriate to allow final work to be completed. Further inspections may be required to allow for full funding to verify completion of work.

The terms of this commitment are valid until September 1, 2023 with closing to occur no later than September 30, 2023. In the event that this commitment is not accepted or this transaction is not closed by said dates, this commitment shall become null and void, unless it is further extended in writing by Chemung Canal Trust Company.

If you find these terms and conditions acceptable, please so indicate by signing the acceptance below and returning the original to my attention in the enclosed envelope at your earliest convenience.

If you have any questions, please feel free to contact me at 518-433-5826.

Very truly yours,

Daniel Fariello
Division President

DF:cd

4