# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
## ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◦

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA*
BRIAN A. KOHN
ELLIOT WEISELBERG*
M. BRIAN CRONK
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
JESSICA SPRAGUE
AMANDA ZIFCHAK

Kevin J. Nash, Esq.
Direct: 212-301-6944
KNash@gwfglaw.com

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◦   ALSO MEMBER OF CONNECTICUT BAR
♦   MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

September 21, 2023

*Via Email:jlebrou@rlglawny.com*
James J. LeBrou, Esq.
Rowlands, LeBrou & Griesmer, PLLC
11 British American Boulevard
Latham, NY 12110

Re:   Blitman Saratoga LLC
      Case No. 20-23177
      9 Jane Street with Eric & Laura Lyeth

Dear Mr. LeBrou:

As you may be aware, we are the attorneys for Blitman Saratoga LLC ("Blitman Saratoga") and are proceeding with confirmation of a plan of reorganization in Blitman Saratoga's Chapter 11 bankruptcy case that includes termination of the contract with your clients, Eric and Laura Lyeth for the sale of a home at 9 Jane Street and return of the deposit. Due to a number of financial issues, the house could not be timely built and there is now growing controversy as to whether it can ever be built.

We indicated in the Plan that we intended to terminate the contract. I would like to obtain your express consent to do so, whereupon the deposit will be returned. In reviewing the files, I understand that there were prior conversations about a voluntary termination.

If your client is amenable to the termination of the contract and return of the deposit, with a mutual waiver of all other claims, please sign your consent in the space provided below

Very truly yours,

/s/ Kevin J. Nash

Termination of Contract with Return of Deposit Consented to this 21st day of September 2023

By: _____
James J. LeBrou, Esq.

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH⸱⸱
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN⸱⸱

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA*
BRIAN A. KOHN
ELLIOT WEISELBERG*
M. BRIAN CRONK
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
JESSICA SPRAGUE
AMANDA ZIFCHAK

Kevin J. Nash, Esq.
Direct: 212-301-6944
KNash@gwfglaw.com

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
⸱⸱  ALSO MEMBER OF CONNECTICUT BAR
♦   MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

September 21, 2023

*Via Email: dlandonlaw@verizon.net*
Douglas E. Landon, Esq.
3 Market Street
Amsterdam, NY 12010

Re:   Blitman Saratoga LLC
      Case No. 20-23177
      6 Katie Lane with Beata & Ryszard Lesiak

Dear Mr. Landon:

As you may be aware, we are the attorneys for Blitman Saratoga LLC ("Blitman Saratoga") and are proceeding with confirmation of a plan of reorganization in Blitman Saratoga's Chapter 11 bankruptcy case that includes termination of the contract with your clients, Beata and Ryszard Lesiak for the sale of a home at 6 Katie Lane and return of the deposit. Due to a number of financial issues, the house could not be timely built and there is now growing controversy as to whether it can ever be built.

We indicated in the Plan that we intended to terminate the contract. I would like to obtain your express consent to do so, whereupon the deposit will be returned. In reviewing the files, I understand that there were prior conversations about a voluntary termination.

If your client is amenable to the termination of the contract and return of the deposit, with a mutual waiver of all other claims, please sign your consent in the space provided below

Very truly yours,

/s/ Kevin J. Nash

Termination of Contract with Return of Deposit Consented to this 22nd day of September 2023

By: _____
        Douglas E. Landon, Esq.

*Total deposit is #53,200*

2