10:55 AM
11/02/23
Accrual Basis

# Blitman Saratoga, LLC
# Balance Sheet
## As of September 30, 2023

| | | Sep 30, 23 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **M&T Checking 3440** | | 27.09 |
| **Total Checking/Savings** | | 27.09 |
| **Other Current Assets** | | |
| **Infrastructure Escrow** | | 63,090.53 |
| **Mechanics Lien Escrow** | | 1,375.00 |
| **Preconfirmation Escrow** | | 600,000.00 |
| **Range Hood Escrow 57 Jane** | | 1,200.00 |
| **Selling Commissions - Escrow** | | 26,250.00 |
| **Total Other Current Assets** | | 691,915.53 |
| **Total Current Assets** | | 691,942.62 |
| **Other Assets** | | |
| **Deferred Construction Costs** | | |
| **11 Jane Street** | 5,596.40 | |
| **47 Jane Street** | 1,164.31 | |
| **49 Jane Street** | 2,288.56 | |
| **59 Jane Street** | 12,609.67 | |
| **6 Katie Lane** | 181,934.06 | |
| **8 Katie Lane** | 119,100.37 | |
| **9 Jane Street** | 187,352.02 | |
| **Deferred Construction Costs - Other** | 596,985.51 | |
| **Total Deferred Construction Costs** | | 1,107,030.90 |
| **Escrow-Attorney Account** | | 31,100.00 |
| **Funds Held by Homestead** | | 17,400.00 |
| **Hard Site and Gen Cond** | | 4,269,556.85 |
| **Land** | | 415,561.90 |
| **Nat Grid Electric Deposit 6&7** | | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | | 75,050.92 |
| **Soft Costs** | | |
| **HOA Fees** | 268.80 | |
| **Interest Expense** | 264,305.86 | |
| **Management Fees** | 17,255.73 | |
| **Office Expense** | 13,430.86 | |
| **Property Taxes** | 131,500.66 | |
| **Water & Sewer** | 3,351.85 | |
| **Soft Costs - Other** | 1,766,016.40 | |
| **Total Soft Costs** | | 2,196,130.16 |
| **Step Basis Adjustment** | | 102,459.00 |
| **Total Other Assets** | | 8,301,901.37 |
| **TOTAL ASSETS** | | **8,993,843.99** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **Accrued Expenses** | | 178,858.73 |
| **Accrued Expenses-New** | | 9,868.11 |
| **Accrued Property Taxes-New** | | 137,849.87 |
| **Total Other Current Liabilities** | | 326,576.71 |
| **Total Current Liabilities** | | 326,576.71 |
| **Long Term Liabilities** | | |
| **Accrued Interest-Saratoga Fund** | | 170,384.55 |
| **Due to Goren Brothers** | | 3,300,000.00 |
| **Due to Goren Brothers LP** | | 24,144.24 |

10:55 AM
11/02/23
Accrual Basis

## Blitman Saratoga, LLC
# Balance Sheet
### As of September 30, 2023

| | Sep 30, 23 |
|---|---|
| Due to Goren Cousins LLC | 1,700,000.00 |
| Due to Saratoga Funding | 2,456,873.59 |
| Due to Saratoga Funding LLC | 22,877.80 |
| Due to SV | 563,667.00 |
| Purchasers Deposits-Base Cont | 81,100.00 |
| Purchasers Deposits-Upgrades | 99,469.00 |
| Total Long Term Liabilities | 8,418,516.18 |
| Total Liabilities | 8,745,092.89 |
| Equity | |
| Capital-GB | -178,704.71 |
| Capital-GSP | -95,427.01 |
| Capital-HNB | 852,128.65 |
| Capital-SV | -79,675.93 |
| Capital-TPK | -56,031.69 |
| Net Income | -193,538.21 |
| Total Equity | 248,751.10 |
| **TOTAL LIABILITIES & EQUITY** | **8,993,843.99** |