10:54 AM
11/02/23
Accrual Basis

# Blitman Saratoga, LLC
## Profit & Loss
### January through September 2023

| | Jan - Sep 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales-Basic** | 538,000.00 |
| **Total Income** | 538,000.00 |
| **Cost of Goods Sold** | |
| **Deferred Costs-Sales** | 627,973.82 |
| **Selling Expenses** | 75,801.96 |
| **Total COGS** | 703,775.78 |
| **Gross Profit** | -165,775.78 |
| **Expense** | |
| **Auto and Truck Expenses** | 147.00 |
| **Bank Service Charges** | 307.04 |
| **Bankruptcy Fees** | 1,600.00 |
| **Common Area Expenses** | |
| **Miscellaneous Allocable Expense** | 428.00 |
| **Total Common Area Expenses** | 428.00 |
| **Insurance Expense** | 41,413.92 |
| **Meals and Entertainment** | 439.05 |
| **Office Supplies** | 1,061.15 |
| **Postage** | 230.41 |
| **Professional Fees** | 1,625.00 |
| **Site Costs Expense** | 10.86 |
| **State Income Tax** | 500.00 |
| **Total Expense** | 47,762.43 |
| **Net Ordinary Income** | -213,538.21 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Discharge of Indebtedness Inc.** | 20,000.00 |
| **Total Other Income** | 20,000.00 |
| **Net Other Income** | 20,000.00 |
| **Net Income** | **-193,538.21** |