M&T Bank

FOR INQUIRIES CALL: TARRYTOWN CRE
(914) 366-8500

00 0 00917M NM 017

P

000007544 FIDS1548D01730242745 01 000000 019527 001

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD # 1506
GUILDERLAND NY 12084

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]440 | 09/01/23 - 09/30/23 |

| | |
|---|---|
| BEGINNING BALANCE | $27.09 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $27.09 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2023 | BEGINNING BALANCE | | | $27.09 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

0000754 08932 0001-0001 DIDS1548D01709242787 00 L 00019527



MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524