**Goldberg Weprin Finkel Goldstein LLP**
**125 Park Avenue, 12th Floor**
**New York, NY 10017**
**(212) 221-5700**

Page: 1
November 16, 2023

Mr. Thomas Keaney
222 Bloomingdale Road, Suite 404
White Plains NY 10605

Account No:   KEATH-42021
Statement No.         190881

Re: Blitman Saratoga LLC

**** DRAFT BILL ****

### For Professional Services Rendered

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/2020 | TD | Assist with finalizing petition and supporting papers (3.20); file same (.60) | 425.00 | 3.80 | 1,615.00 |
| | KJN | Meeting to coordinate execution of petition and all papers (2.0); conference with principals throughout the day (3x) (.70) | 550.00 | 2.70 | 1,485.00 |
| 11/09/2020 | TD | Prepare and file notices of bankruptcy. | 425.00 | 0.30 | 127.50 |
| 11/10/2020 | KJN | Calls/emails to and from Ken Lewis, counsel for daughter, Robin Winter re: status bank debt (.25) - follow-up with client (.50) | 575.00 | 0.75 | 431.25 |
| 11/11/2020 | TD | Prepare and file notice of bankruptcy. | 425.00 | 0.30 | 127.50 |
| | KJN | Emails and call with client re: construction budgets (.40); work on motion to approve DIP Financing (1.50) | 575.00 | 1.90 | 1,092.50 |
| 11/12/2020 | KV | Compiling documents for UST (.70); Drafting and revising email to U.S. Trustee; Emailing same to U.S. Trustee as per request (.30) | 225.00 | 1.00 | 225.00 |
| | TD | Assist with preparing financing motion and related papers | 425.00 | 3.00 | 1,275.00 |
| | KJN | Continue working on motion for DIP financing/draft loan documents (4.0); emails with lender - follow-up (.70) | 575.00 | 4.70 | 2,702.50 |
| 11/13/2020 | TD | Assist with financing application and proposed order | 425.00 | 3.20 | 1,360.00 |
| | KJN | Draft proposed order approving DIP loan motion (2.0); calls with Debtor (3x) (.60); Conference call with DIP Lender re: DIP loan motion and loan terms (1.0). | 575.00 | 3.60 | 2,070.00 |
| 11/16/2020 | TD | Review and revise DIP loan motion with updated information | 425.00 | 2.00 | 850.00 |
| | KJN | Calls with Tom Keaney (2x) re: budget numbers, documents needed for funding motion. | 575.00 | 0.50 | 287.50 |
| | KJN | Review documents from client (.50); update DIP Loan motion in light of additional information (.75) | 575.00 | 1.25 | 718.75 |

Mr. Thomas Keaney

Re:  Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/17/2020 | KJN | Calls and follow up emails (5x) with Tom Keaney re: loan documents and budgets | 575.00 | 1.00 | 575.00 |
| | TD | Review notices of appearance - add to service list and calendar 341 meeting | 425.00 | 0.30 | 127.50 |
| 11/18/2020 | KJN | Revise DIP Loan motion (1.20); calls with client to finalize loan amount numbers, make revisions in charts being included as exhibits to motion (3x) (.80) | 575.00 | 2.00 | 1,150.00 |
| | TD | Assist with DIP Loan motion (1.0); review and revise interim order (1.0); draft supplemental declaration Tom Keaney in support of DIP Loan motion (2.50) | 425.00 | 4.50 | 1,912.50 |
| 11/19/2020 | TD | Finalize DIP financing motion (2.50); finalize proposed DIP Loan Order (1.50); prepare proposed scheduling order and email to Judge Drain (2.0) | 425.00 | 6.00 | 2,550.00 |
| | KJN | Continue working on Debtor In Possession motion,order and note | 550.00 | 3.40 | 1,870.00 |
| 11/20/2020 | KJN | Conferences with Burgess of BSND (3x) re: terms of Debtor In Possession refinancing (1.0) - follow-up on objections | 550.00 | 1.60 | 880.00 |
| 11/24/2020 | TD | Call to chambers re: scheduling; prepare and file notice of hearing; arrange for service by Omni. | 425.00 | 1.40 | 595.00 |
| | KJN | Series of emails and calls scheduling IDI/follow-up | 575.00 | 0.30 | 172.50 |
| | KJN | Conference with Keaney re: financing | 550.00 | 0.50 | 275.00 |
| 11/27/2020 | KJN | Receive/review objections to Debtor In Possession financing filed by Estate of Blitman (.60); follow-up with Russ/Lewis (.60) | 550.00 | 1.20 | 660.00 |
| 11/29/2020 | TD | Prepare retention papers for GWFG | 425.00 | 0.70 | 297.50 |
| 11/30/2020 | KJN | Prepare for IDI; calls with Keaney, emails with UST re: same | 575.00 | 0.75 | 431.25 |
| | KJN | Conference with BSNB counsel - follow-up with counsel on objection to DIP Loan | 550.00 | 0.50 | 275.00 |
| 12/01/2020 | TD | Assist opposition to Ballston Bank's limited objection (.7); review and revise declaration by Gary Peresiper (.5); review and revise declaration by Jay Russ, put together exhibits (.6) | 425.00 | 1.80 | 765.00 |
| | KJN | Prepare reply papers to BSNB (.80); prepare declarations for Gary Peresiper and Jay Russ(2.0); reply to Ballston Spa Bank opposition (.40); follow-up with counsel/client (.30) | 575.00 | 3.50 | 2,012.50 |
| | KJN | Attend IDI/follow-up | 575.00 | 1.00 | 575.00 |
| 12/02/2020 | KJN | Call with client re: court hearing, opening DIP accounts. | 575.00 | 0.50 | 287.50 |
| | KJN | Attend Court hearing on DIP Financing Motion (2.5); Begin drafting interim order on DIP loan following hearing - conference with counsel (3x) (1.5) | 575.00 | 4.00 | 2,300.00 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 3
November 16, 2023
Account No: KEATH-42021
Statement No. 190881

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | KJN | Conference with Keaney re: Bankruptcy Court hearing | 550.00 | 0.40 | 220.00 |
| 12/03/2020 | KJN | Review and revise proposed order approving interim financing (1.0); Series of calls and emails with Ken Lewis re: comments on order/follow-up (.70) | 575.00 | 1.70 | 977.50 |
| 12/04/2020 | KJN | Review Lewis markup (.30); revised DIP financing order with additional changes (.40); follow-up with Ken Lewis | 575.00 | 0.80 | 460.00 |
| 12/06/2020 | TD | Assist with additional revisions to interim DIP order and terms of revised note. | 425.00 | 1.20 | 510.00 |
| | KJN | Series of calls with Ken Lewis, Burgess re: terms of revised order (6x) (.60); review and revise interim DIP order (.40); draft DIP Note - circulate and follow-up (1.0) | 575.00 | 2.00 | 1,150.00 |
| 12/07/2020 | TD | Review latest proposed revisions to interim DIP order and revised note from Ken Lewis; make additional changes (.4); call with Ken to clarify (.3); email submitting order and note to court for approval (.2). | 425.00 | 0.90 | 382.50 |
| 12/09/2020 | TD | Review interim order approving DIP loan; prepare notice of final hearing; update service list. | 425.00 | 0.70 | 297.50 |
| 12/10/2020 | KJN | Prepare for and attend Section 341 meeting (2.0); follow-up with counsel (.50) | 575.00 | 2.50 | 1,437.50 |
| | KJN | Conference with Keaney re: 341 meeting requests | 550.00 | 0.30 | 165.00 |
| 12/15/2020 | TD | Review and revise GWFG retention papers. | 425.00 | 0.40 | 170.00 |
| 12/17/2020 | KJN | Conference with Keaney/Russ re: financing | 550.00 | 0.50 | 275.00 |
| 12/22/2020 | KJN | Review/update emails and loan documents (.50); call with client/counsel re: closing on DIP loan (3x) (.60) | 575.00 | 1.10 | 632.50 |
| | KJN | Conference (2x) with Keaney/Russ re: DIP financing | 550.00 | 0.60 | 330.00 |
| 12/23/2020 | TD | Review financial information from client to update SOFA (1.40) - follow-up (.20) | 425.00 | 1.60 | 680.00 |
| 12/24/2020 | KJN | Conference (3x) with Keaney/BSNB re: financing | 550.00 | 1.00 | 550.00 |
| 12/28/2020 | TD | Review latest updated information from Tom Keaney (.20); call to verify certain numbers (.30); final edits to SOFA and initial operating report and prepare for filing (.40) | 425.00 | 0.90 | 382.50 |
| 12/29/2020 | TD | Prepare and File Statement of Financial Affair and First Monthly Operating Report | 425.00 | 2.30 | 977.50 |
| 01/21/2021 | KJN | Conference with Russ/Keaney re: financing | 550.00 | 0.30 | 165.00 |
| 01/22/2021 | TD | Call with Tom Keaney re: status of various matters. | 425.00 | 0.40 | 170.00 |
| | TD | Finalize retention papers. | 425.00 | 0.30 | 127.50 |

Mr. Thomas Keaney

Re:  Blitman Saratoga LLC

Page: 4
November 16, 2023
Account No:    KEATH-42021
Statement No.         190881

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | KJN | Conference with Keaney re: financing issues | 550.00 | 0.40 | 220.00 |
| 01/26/2021 | TD | Review and revise final DIP Loan Order. | 425.00 | 0.60 | 255.00 |
| | TD | Draft December operating report. | 425.00 | 1.40 | 595.00 |
| | KJN | Finalize GWFG retention papers. | 575.00 | 0.40 | 230.00 |
| | KJN | Draft final DIP Loan Order for final hearing | 575.00 | 0.50 | 287.50 |
| | KJN | Call with Ken Lewis (2x) re: comments on DIP Loan Order. | 575.00 | 0.25 | 143.75 |
| | KJN | Conferences with Ken Lewis (.30) re: terms of financing order - revise - follow-up with Tom (.60) | 550.00 | 0.90 | 495.00 |
| 01/27/2021 | TD | Final revisions to December operating report. | 425.00 | 0.60 | 255.00 |
| | TD | Prepare motion for bar order for filing claims, notice of presentment to serve on Committee. | 425.00 | 0.70 | 297.50 |
| | TD | Arrange for adjournment for final hearing on DIP loan; prepare and file notice. | 425.00 | 0.25 | 106.25 |
| | KJN | Draft letter to Judge Drain requesting rescheduling of final hearing on DIP loan (.40); follow-up with counsel (.30) | 575.00 | 0.70 | 402.50 |
| | KJN | Conference with Keaney re: status of construction (.70); review pending contracts; follow-up with Neidl on status - follow-up (.60) | 550.00 | 1.30 | 715.00 |
| 01/28/2021 | TD | Revise operating report; calls with Tom to explain/file | 425.00 | 0.60 | 255.00 |
| 01/29/2021 | KJN | Calls (3x) with Tom Keaney re: financing budgets | 575.00 | 0.50 | 287.50 |
| | KJN | Review status of all pre-petition sale contracts (.50) - follow-up with buyer's counsel (2x) (.40) | 550.00 | 0.90 | 495.00 |
| 02/02/2021 | KJN | Calls/conferences with counsel relating to pending contracts (3x) | 550.00 | 0.60 | 330.00 |
| 02/04/2021 | TD | Email to court transmitting proposed bar order/and final order | 425.00 | 0.20 | 85.00 |
| | TD | Prepare affidavits of service re: bar date | 425.00 | 0.30 | 127.50 |
| 02/05/2021 | TD | Series of emails with Ken Lewis re: revisions to bar order and notice in light of failure of Surrogate Court to appoint administrator for Blitman Estate. | 425.00 | 0.40 | 170.00 |
| | TD | Circulate order approving financing to DIP Lender (.20) - follow-up on loan administration issues (.40) | 425.00 | 0.60 | 255.00 |
| 02/06/2021 | KJN | Conference re: sale of 59 Jane St | 550.00 | 0.30 | 165.00 |
| 02/11/2021 | KJN | Conference with James Goren re: sales/pending contracts/financing | 550.00 | 0.40 | 220.00 |
| 02/15/2021 | KJN | Calls with Ben Neidl re: pending sale/contract | 575.00 | 0.50 | 287.50 |
| 02/16/2021 | KJN | Conference with Keaney - sale of 4 Pamela | 550.00 | 0.30 | 165.00 |
| 02/23/2021 | TD | Draft operating report (.80); calls/email with Thomas | | | |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 5
November 16, 2023
Account No:    KEATH-42021
Statement No.        190881

| Date | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Keaney re: real estate taxes (.20); update reports (.20) | 425.00 | 1.20 | 510.00 |
| 03/02/2021 | KJN | Conference with Keaney/buyers counsel (3x) re: Eastin/Colone/Akker sales contracts | 550.00 | 1.20 | 660.00 |
| 03/04/2021 | TD | Finalize MOR and file | 425.00 | 0.30 | 127.50 |
| 03/06/2021 | KJN | Conference with Goren/Keaney re: sales of 49 Jane/59 Jane and 11 Jane | 550.00 | 0.60 | 330.00 |
| 03/08/2021 | TD | Series of emails with James Goren re Lar Dan; revise LarDan declaration in light of death of Alex Goren. | 425.00 | 0.30 | 127.50 |
| | TD | Draft exclusivity motion to extend time on plan | 425.00 | 1.60 | 680.00 |
| | TD | Update service list – coordinate with claims agent | 425.00 | 0.40 | 170.00 |
| | KJN | Finalize Lardan (.20) and edits to exclusivity motion (.40) | 550.00 | 0.60 | 330.00 |
| 03/09/2021 | TD | Coordinate final withdrawal order | 425.00 | 0.30 | 127.50 |
| 03/10/2021 | TD | Upload retention papers | 425.00 | 0.20 | 85.00 |
| 03/12/2021 | KJN | Emails and conferences (3x)(.50) conference with Matera/Keaney re: Colone settlement (.60) | 550.00 | 1.10 | 605.00 |
| 03/15/2021 | TD | Calls with Tom (2x) re: status, claims bar date, exclusivity motion. | 425.00 | 0.25 | 106.25 |
| | KJN | Emails/calls with Keaney/Matera re: Colone settlement | 550.00 | 0.50 | 275.00 |
| 03/18/2021 | KJN | Review buyer proofs of claim | 550.00 | 0.20 | 110.00 |
| | KJN | Conference with Keaney re: insurance issues | 550.00 | 0.30 | 165.00 |
| 03/19/2021 | KJN | Conference with Varley re: sale activity | 550.00 | 0.40 | 220.00 |
| 03/23/2021 | TD | Calls with Tom Keaney re: status. | 425.00 | 0.20 | 85.00 |
| 03/24/2021 | KJN | Conference with Keaney re: sales/construction | 550.00 | 0.30 | 165.00 |
| 03/29/2021 | TD | Prepare February operating report - confernce with Tom Keaney | 425.00 | 1.40 | 595.00 |
| 04/05/2021 | TD | Attend Court hearing on exclusivity motion. | 425.00 | 1.60 | 680.00 |
| 04/06/2021 | TD | Draft order(0.3); call with Ken Lewis re: language charges (0.3) | 425.00 | 0.60 | 255.00 |
| 04/07/2021 | KJN | Call with Frank Brennan, incoming counsel for the Committee to review matter | 575.00 | 0.25 | 143.75 |
| 04/13/2021 | TD | Call from Keaney re: status of settlement papers, explanation of role of Committee in the case. | 425.00 | 0.25 | 106.25 |
| 04/14/2021 | KJN | Conference with Keaney re: DIP-financing issues | 550.00 | 0.30 | 165.00 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/2021 | KJN | Updates on construction with Keaney | 550.00 | 0.30 | 165.00 |
| 04/27/2021 | KJN | Calls and emails with Russ, Brennan re: carve out for committee counsel. | 575.00 | 0.50 | 287.50 |
| 04/28/2021 | TD | Draft March operating report/update/review | 425.00 | 1.40 | 595.00 |
| 05/11/2021 | TD | Review docket, determine exclusivity order was never entered; resubmit order. | 425.00 | 0.20 | 85.00 |
| 05/12/2021 | KJN | Emails with Tom Keaney/counsel re: status of sales. | 575.00 | 0.50 | 287.50 |
| 05/13/2021 | KJN | Calls/conferences with Keaney/Goren re: construction budget/availability of funds | 550.00 | 0.70 | 385.00 |
| 06/01/2021 | TD | Prepare April operating report | 425.00 | 0.50 | 212.50 |
| 06/02/2021 | TD | Revise April report. | 425.00 | 0.40 | 170.00 |
| 06/07/2021 | TD | Draft motion to further extend exclusivity (.75). Update service list. Prepare notice of hearing (.50) | 425.00 | 1.25 | 531.25 |
| | KJN | Emails and calls with Keaney re: status of settlements, open issues. | 575.00 | 0.50 | 287.50 |
| 06/15/2021 | KJN | Calls/conferences with counsel (2x) re: status of sales | 550.00 | 0.30 | 165.00 |
| 06/16/2021 | TD | Prepare May operating report. | 425.00 | 1.20 | 510.00 |
| 06/22/2021 | KJN | Conference/email with Varley re: status of sales (.60) - follow-up (.20) | 550.00 | 0.80 | 440.00 |
| | KJN | Conference with James Goren/Russ/Keaney re: DIP financing requests | 550.00 | 1.00 | 550.00 |
| 06/28/2021 | KJN | Conference with Keaney re: status of L/Cs for infrastructure | 550.00 | 0.80 | 440.00 |
| 07/14/2021 | TD | Review bank statement for June; email and follow up call with Keaney re:details needed for new form operating reports. | 425.00 | 0.30 | 127.50 |
| 07/21/2021 | TD | Reply to opposition filed by Dorsey. | 425.00 | 1.50 | 637.50 |
| | TD | Series of emails adjuring hearing. | 425.00 | 0.20 | 85.00 |
| | KJN | Conference on new construction schedule - review/revise (1.0); review/finalize response of Dorsey objection (.50) | 550.00 | 1.50 | 825.00 |
| 07/26/2021 | TD | Prepare June report. | 425.00 | 0.30 | 127.50 |
| 07/27/2021 | TD | Prepare operating report | 500.00 | 0.30 | 150.00 |
| 07/31/2021 | KJN | Emails and conference with Keaney re: sale of model | 685.00 | 0.50 | 342.50 |
| 08/04/2021 | TD | Review documents from client re: real estate taxes (.30); | | | |

Mr. Thomas Keaney

Re:  Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | call with Tom Keaney to verify information (.40); finalize June report and file (.70) | 500.00 | 1.40 | 700.00 |
| 08/10/2021 | KJN | Conference with Keaney/Varley - sale of model | 685.00 | 0.30 | 205.50 |
| 08/11/2021 | TD | Call with Kevin L. re: Court's request to reschedule hearing on exclusivity motion. | 500.00 | 0.25 | 125.00 |
| 08/12/2021 | TD | Call with Court re adjourned date for hearing; prepare and file notice. | 500.00 | 0.30 | 150.00 |
| | KJN | Review and revise Akker stipulation (.30); draft sale contract for Varley (2.0) | 685.00 | 2.30 | 1,575.50 |
| 08/13/2021 | TD | Draft motion to approve Akker settlement.  Prepare notice of hearing; update service list. | 500.00 | 1.70 | 850.00 |
| | KJN | Review and revise Varley contract following conference on price | 685.00 | 1.00 | 685.00 |
| | KJN | Review and revise motion to approve settlement. | 685.00 | 0.50 | 342.50 |
| 08/23/2021 | KJN | Calls/conference with Keaney - update on sales | 685.00 | 0.20 | 137.00 |
| 08/25/2021 | KJN | Review other objections to settlement | 685.00 | 0.20 | 137.00 |
| 08/26/2021 | KJN | Meeting in New York with Keaney on construction and sale issues | 685.00 | 2.40 | 1,644.00 |
| 09/09/2021 | TD | Prepare July report. | 500.00 | 0.30 | 150.00 |
| 09/20/2021 | TD | Review updated status of construction; prepare and file supplement to motion to approve settlement. | 500.00 | 0.25 | 125.00 |
| | KJN | Call with Tom Keaney re: updating status of construction. | 685.00 | 0.50 | 342.50 |
| | KJN | Review Colone stipulation - revise document (1.0); calls with Rosemarie and Keaney re: same. | 685.00 | 1.50 | 1,027.50 |
| 09/21/2021 | KJN | Calls/emails (4x) re: changes to Colone stipulation (1.0); continued negotiations (.40) | 685.00 | 1.40 | 959.00 |
| | KJN | Emails/calls with Brennan re: bonds on contracts/follow-up with Tom on copies of Bonds; forward same to Frank | 685.00 | 1.30 | 890.50 |
| 09/22/2021 | TD | Prepare and file August operating report - review all financials | 500.00 | 1.30 | 650.00 |
| | KJN | Appear before Bankruptcy Court on Hearing on exclusivity and Akker settlement. | 685.00 | 2.60 | 1,781.00 |
| 09/23/2021 | KJN | Prepare orders on settlements - coordinate with counsel | 685.00 | 0.80 | 548.00 |
| 09/27/2021 | KJN | Finalize orders - email to counsel - follow-up | 685.00 | 0.40 | 274.00 |
| 09/28/2021 | KJN | Field additional comments (7x) and revise orders | 685.00 | 0.70 | 479.50 |
| 10/01/2021 | KJN | Emails with Laurillard (2x) re: changes to orders | 685.00 | 0.30 | 205.50 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 8
November 16, 2023
Account No:   KEATH-42021
Statement No.   190881

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/2021 | KJN | Emails with Tom Keaney re: final resolution with sale to Colone | 685.00 | 0.30 | 205.50 |
| 10/05/2021 | KJN | Incorporate comments; update all orders and recirculate to counsel | 685.00 | 0.40 | 274.00 |
| 10/06/2021 | KJN | Conference re: Colone sale (.20); comment on revised settlment agreement (.80)- follow up (.30) | 685.00 | 1.30 | 890.50 |
| 10/13/2021 | KJN | Emails (7x) with Hayko/Keaney and buyer's counsel re: sale of 4 Pamela | 685.00 | 0.70 | 479.50 |
| | KJN | Emails/calls with Harwick re: Eastin contract | 685.00 | 0.30 | 205.50 |
| 10/14/2021 | KJN | Calls with Kevin L.  Review and revise Akker settlement stipulation. | 685.00 | 0.50 | 342.50 |
| | KJN | Review email from Keaney re: executed contract for sale of 4 Pamela; call re: next steps, relating to Scott Varley. | 685.00 | 0.50 | 342.50 |
| | TD | Review email from Robin Winter; pull 2020 K-1 and forward same to her. | 500.00 | 0.40 | 200.00 |
| | KJN | Emails with counsel re: Akker order | 685.00 | 0.30 | 205.50 |
| 10/15/2021 | KJN | Emails re: sale of 4 Pamela | 685.00 | 0.30 | 205.50 |
| | TD | Emails/calls with Winter/UST re: status of contracts and tax returns | 500.00 | 0.50 | 250.00 |
| 10/18/2021 | KJN | Calls/letter to counsel re: violation of stay based on Eastin demand on bond | 685.00 | 1.00 | 685.00 |
| 10/19/2021 | KJN | Conference calls (2x) with counsel/Tom re: sale of 4 Pamela and Varley issues | 685.00 | 0.70 | 479.50 |
| 10/21/2021 | KJN | Follow-up confernece on sale of 4 Pamela with counsel/Varley | 685.00 | 0.60 | 411.00 |
| 10/22/2021 | KJN | Emails with title company re: 4 Pamela Lane | 685.00 | 0.30 | 205.50 |
| 10/25/2021 | KJN | Emails/calls with Thomas Keaney on all sales (8x) | 685.00 | 0.80 | 548.00 |
| 10/26/2021 | KJN | Conferences (3x) Keaney/Ianniello/Varley re: sale of model | 685.00 | 0.90 | 616.50 |
| 10/27/2021 | TD | Draft motion to approve Colone settlement. | 500.00 | 2.40 | 1,200.00 |
| | TD | Prepare September report; call with Keaney with questions about the balance sheet. | 500.00 | 1.20 | 600.00 |
| | TD | Emails re: quarterly fees | 500.00 | | |
| 10/28/2021 | KJN | Calls/emails on Dorsey settlement | 685.00 | 0.30 | 205.50 |
| 10/29/2021 | KJN | Revise contract to but Varley land for $145,000 as part of sale of model (1.50); negotiate final terms (.30) | 685.00 | 1.80 | 1,233.00 |

Mr. Thomas Keaney

Account No:    KEATH-42021
Statement No.    190881

Re:  Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2021 | KJN | Calls/emails re: executed copies of settlements | 685.00 | 0.20 | 137.00 |
| | KJN | Coordinate execution of contract for Varley | 685.00 | 0.20 | 137.00 |
| 11/03/2021 | KJN | Emails with Streicher re: follow-up on demand on bond | 685.00 | 0.30 | 205.50 |
| 11/04/2021 | KJN | Coordinate implementation of Akker settlement and release of escrow | 685.00 | 0.30 | 205.50 |
| 11/08/2021 | KJN | Begin drafting the motion for sale of model | 685.00 | 1.40 | 959.00 |
| 11/09/2021 | TD | Assist with motion for sale of model | 500.00 | 1.70 | 850.00 |
| | KJN | Revise sale motion | 685.00 | 1.00 | 685.00 |
| | KJN | Emails (3x) with Laurillard re: winterizing homes | 685.00 | 0.30 | 205.50 |
| | KJN | Follow-up on release of escrow | 685.00 | 0.20 | 137.00 |
| 11/10/2021 | TD | Finalize sale motion. | 500.00 | 1.40 | 700.00 |
| | KJN | Work on sale motion for model; emails with counsel/Keaney - obtain authorization to file | 685.00 | 1.00 | 685.00 |
| 11/11/2021 | KJN | Conference with Keaney/Hayko re: pending sale and credits | 685.00 | 0.60 | 411.00 |
| 11/12/2021 | TD | Complete sale motion - assemble exhibits; verify service list; draft notice. | 500.00 | 1.60 | 800.00 |
| 11/17/2021 | KJN | Calls/emails (5x) re: Dorsey contract | 685.00 | 0.30 | 205.50 |
| 11/18/2021 | KJN | Review emails from Lewis on Varley sale to followup on closing costs (.30); follow-up with  Grace (.20) | 685.00 | 0.50 | 342.50 |
| 11/19/2021 | TD | Prepare October report. | 500.00 | 1.40 | 700.00 |
| | TD | Emails and call (2x) with Thomas Keaney re: information requested by Ken Lewis and committee counsel on Varley sale. | 500.00 | 0.40 | 200.00 |
| | KJN | Respond to counsel/committee on closing costs and computation of price and commissions | 685.00 | 0.80 | 548.00 |
| 11/22/2021 | KJN | Respond to inquiry regarding accountants | 685.00 | 0.30 | 205.50 |
| 11/24/2021 | TD | Prepare order granting motion to approve sale of model home, purchase of underlying land. | 500.00 | 0.40 | 200.00 |
| | TD | Prepare order granting motion to approve Colones settlement. | 500.00 | 0.25 | 125.00 |
| | TD | Prepare certification of no objection to motion to approve sale of model home, purchase of underlying land. | 500.00 | 0.30 | 150.00 |
| | TD | Prepare certification of no objection to motion to approve Colones settlement. | 500.00 | 0.30 | 150.00 |
| 11/29/2021 | KJN | Prepare for bankruptcy court hearing - respond to counsel on objections | 685.00 | 0.70 | 479.50 |
| 11/30/2021 | TD | Series of emails (3x) advising that hearing on sale motion | | | |

Mr. Thomas Keaney

Page: 10
November 16, 2023
Account No:    KEATH-42021
Statement No.         190881

Re:  Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | going forward tomorrow. | 500.00 | 0.30 | 150.00 |
| | KJN | Conference with Harwick re: Easton | 685.00 | 0.30 | 205.50 |
| 12/01/2021 | TD | Draft revised sale order. | 500.00 | 0.50 | 250.00 |
| | KJN | Prepare for and attend Bankruptcy Court hearing on sale of model | 685.00 | 2.00 | 1,370.00 |
| | KJN | Review and revise sale order as per emails (4x) | 685.00 | 0.50 | 342.50 |
| 12/02/2021 | TD | Review and revise sale order in light of comments from Lewis and Brennan.  Forward order to court. | 500.00 | 0.60 | 300.00 |
| | TD | Call with Keaney re: sale hearing, entry of order approving Colone stipulation. | 500.00 | 0.25 | 125.00 |
| 12/13/2021 | KJN | Calls/emails re: Dorsey adjustments | 685.00 | 0.20 | 137.00 |
| 12/16/2021 | KJN | Calls/emails re: storage of documents | 685.00 | 0.30 | 205.50 |
| 12/20/2021 | KJN | Calls/emails re: adjustments to sale of 50 Jane | 685.00 | 0.30 | 205.50 |
| 12/27/2021 | KJN | Emails/calls with DIP Lender and counsel (3x) re: payoff on Colone sale (59 Jane) | 685.00 | 0.70 | 479.50 |
| 12/28/2021 | KJN | Attend to title and financing issues on Colone sale | 685.00 | 0.50 | 342.50 |
| 12/29/2021 | KJN | Emails/calls with Brennan on sales and closing statement | 685.00 | 0.30 | 205.50 |
| | KJN | Calls/emails (6x) re: closing issues on 59 Jane | 685.00 | 0.70 | 479.50 |
| 12/30/2021 | TD | Assist with exclusivity motion. | 500.00 | 0.60 | 300.00 |
| | KJN | Review/revise exclusivity motion (.50); finalize closing statement (.20) | 685.00 | 0.70 | 479.50 |
| | TD | Prepare notice of presentment on exclusivity - serve and file | 500.00 | 0.30 | 150.00 |
| 01/03/2022 | KJN | Update to Eastin stipulation to terminate 49 Jane | 685.00 | 0.50 | 342.50 |
| 01/05/2022 | KJN | Finalize termination of 49 Jane - emails with counsel | 685.00 | 0.30 | 205.50 |
| 01/06/2022 | KJN | Emails with counsel re: sale of 49 Jane (5x) | 685.00 | 0.50 | 342.50 |
| 01/07/2022 | KJN | Emails with Laurillard on Dorsey contract | 685.00 | 0.20 | 137.00 |
| 01/19/2022 | KJN | Emails to and from Court on Dorsey contract | 685.00 | 0.20 | 137.00 |
| | KJN | Emails and calls with DIPLender - prepare status and agenda with Tom Keaney | 685.00 | 0.50 | 342.50 |
| 01/20/2022 | KJN | Conference re: sale of 49 Jane Street - follow-up with Hayco | 685.00 | 0.30 | 205.50 |
| | KJN | Conference call with Debtor In Possession Lender and counsel | 685.00 | 0.40 | 274.00 |
| 01/21/2022 | KJN | Conference re: new contract for 49 Jane Street | 685.00 | 0.30 | 205.50 |

Mr. Thomas Keaney

Re:  Blitman Saratoga LLC

Page: 11
November 16, 2023
Account No:   KEATH-42021
Statement No.   190881

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/24/2022 | TD | Assist with plan | 500.00 | 3.70 | 1,850.00 |
| | TD | Draft motion to approve settlement (Eastins) | 500.00 | 2.40 | 1,200.00 |
| | KJN | Call and email with Frank Brennan re: committee approval of 50% dividend under plan. | 685.00 | 0.25 | 171.25 |
| | KJN | Work on plan and Eastin settlement | 685.00 | 2.20 | 1,507.00 |
| 01/25/2022 | TD | Assist with omnibus motion (3.5); prepare notice of hearing (.3); call with chambers to arrange hearing (.4). | 500.00 | 2.20 | 1,100.00 |
| | TD | Call with Tom Keaney re: pending sales of 47 and 49 Jane | 500.00 | 0.25 | 125.00 |
| | KJN | Final edits to omnibus motion | 685.00 | 0.50 | 342.50 |
| | KJN | Draft omnibus motion to resell 49 Jane and sell 47 Jane | 685.00 | 2.40 | 1,644.00 |
| 01/26/2022 | TD | Prepare claim report and analysis for plan | 500.00 | 1.80 | 900.00 |
| | TD | Review and revise plan | 500.00 | 0.60 | 300.00 |
| 01/28/2022 | TD | Assist with plan. | 500.00 | 2.70 | 1,350.00 |
| | TD | Review and revise claim report. | 500.00 | 0.70 | 350.00 |
| | KJN | Revisions and edits to plan - circulate to Debtor/DIPLender | 685.00 | 1.50 | 1,027.50 |
| 01/31/2022 | TD | Final revisions to plan; call and email with Thomas Keaney re: his approval and execution of plan. | 500.00 | 0.70 | 350.00 |
| 02/03/2022 | KJN | Emails re: mechanic liens by Curtis Lumbe - follow-up | 685.00 | 0.40 | 274.00 |
| 02/10/2022 | KJN | Conference with Varley re: commissions and sales | 685.00 | 0.40 | 274.00 |
| 02/14/2022 | KJN | Review objections to omnibus motion (.50); draft response to Winter's objection to omnibus motion (3.0); follow-up with counsel (.30) | 685.00 | 3.80 | 2,603.00 |
| 02/15/2022 | TD | Verify proper filing of response; arrange for service. | 500.00 | 0.40 | 200.00 |
| | KJN | Conference with Varley re: sale activity | 685.00 | 0.30 | 205.50 |
| 02/18/2022 | KJN | Prepare for and attend Bankruptcy Court hearing on omnibus motion - motion approved | 685.00 | 2.00 | 1,370.00 |
| 02/25/2022 | KJN | Prepare order approving omnibus sales (.70); circulate and follow-up (.50) | 685.00 | 1.20 | 822.00 |
| 02/28/2022 | TD | Review emails from Akker's attorney demanding payment of admin claim; review stipulation of settlement; series of emails with counsel for the Committee, John Hayko and Tom Keaney re: same. | 500.00 | 0.60 | 300.00 |
| 03/05/2022 | KJN | Calls and emails with Jay Russ re: terms of sale order and stipulation. | 685.00 | 0.40 | 274.00 |
| 04/06/2022 | KJN | Conference with counsel (.30); Draft notice of report of sale closings (.30) | 685.00 | 0.60 | 411.00 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 12
November 16, 2023
Account No:   KEATH-42021
Statement No.        190881

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/10/2022 | KJN | Conference with Tom Keaney re: Lyeth/Lesinle contracts | 685.00 | 0.30 | 205.50 |
| 04/11/2022 | KJN | Conference with Ianniello re: dispute over commissions | 685.00 | 0.30 | 205.50 |
| 04/12/2022 | TD | Prepare January and February operating reports. | 500.00 | 0.70 | 350.00 |
| 04/20/2022 | TD | Updates to January and February reports. | 500.00 | 1.10 | 550.00 |
| 05/04/2022 | KJN | Emails with counsel for Lyeth on termination of contract | 685.00 | 0.30 | 205.50 |
| 05/05/2022 | KJN | Prepare for and attend Bankruptcy Court hearing | 685.00 | 1.50 | 1,027.50 |
| 05/09/2022 | KJN | Conference with Keaney re: funding requests/follow-up with James Goren | 685.00 | 0.50 | 342.50 |
| 05/11/2022 | TD | Research mechanics liens; calls with Jay Russ re: Ballston Bank loan documents; call with Ed Marinstein re: settlement of lien priority issues. | 500.00 | 0.90 | 450.00 |
| 05/16/2022 | TD | Prepare March report | 500.00 | 0.80 | 400.00 |
| 06/06/2022 | TD | Prepare April Report | 500.00 | 0.40 | 200.00 |
| 06/07/2022 | TD | Finalize April report. | 500.00 | 0.80 | 400.00 |
| | TD | Call with Tom Keaney re: need to include sales in operating report; discussion about closing statements. | 500.00 | 0.40 | 200.00 |
| | TD | Review and revise April report. | 500.00 | 1.60 | 800.00 |
| 06/14/2022 | TD | Prepare and file April Operating Report | 500.00 | 0.30 | 150.00 |
| 06/17/2022 | TD | Call with Tom Keaney re: financials, information needed to update balance sheet and prepare the May operating report. | 500.00 | 0.70 | 350.00 |
| 06/19/2022 | KJN | Conference re: funding of infrastructure | 685.00 | 0.40 | 274.00 |
| 06/22/2022 | KJN | Calls with Keaney/Russ re: funding infrastructure | 685.00 | 0.30 | 205.50 |
| 06/23/2022 | KJN | Emails re: updates to Dorsey stipulation with Laurillard | 685.00 | 0.30 | 205.50 |
| 06/25/2022 | KJN | Conference with Keaney re: Dorsey sale | 685.00 | 0.40 | 274.00 |
| 06/27/2022 | TD | Draft motion to authorize payment of brokerage commissions.  Draft declaration in support of motion. | 500.00 | 2.50 | 1,250.00 |
| | KJN | Review and revise motion to pay brokers | 685.00 | 1.50 | 1,027.50 |
| | KJN | Work on revisions to plan -circulate new version to DIPLender and Tom Keaney | 685.00 | 2.60 | 1,781.00 |
| 06/28/2022 | KJN | Conference re: revised plan and treatment of DIP Loan | 685.00 | 0.50 | 342.50 |
| 07/07/2022 | KJN | Emails with brokers re: commissions (5x) | 685.00 | 0.50 | 342.50 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/2022 | KJN | calls/emails re: updates to Blitman plan - follow-up with Keaney (.70) | 685.00 | 1.00 | 685.00 |
| 08/10/2022 | KJN | Conference with Jay Russ re: easements for infrastructure | 685.00 | 0.30 | 205.50 |
| 08/18/2022 | KJN | Conference with Ianiello re: commissions owed to Varley | 685.00 | 0.30 | 205.50 |
| 08/25/2022 | KJN | Emails re: offering plan - status | 685.00 | 0.30 | 205.50 |
| 08/30/2022 | KJN | Conference call with broker re: commissions and impact on sales | 685.00 | 0.50 | 342.50 |
| 09/08/2022 | KJN | Negotiations to terminate 8 Katie Lane with Laurillard | 685.00 | 0.50 | 342.50 |
| 09/24/2022 | KJN | Emails re: termination of 8 Katie Lane (.20); follow-up with DIPLender (.40) | 685.00 | 0.60 | 411.00 |
| 09/27/2022 | KJN | Update committee on sale activity | 685.00 | 0.20 | 137.00 |
| 09/29/2022 | KJN | Emails with counsel for brokers (3x) | 685.00 | 0.30 | 205.50 |
| 09/30/2022 | KJN | Follow-up on Dorsey termination | 685.00 | 0.30 | 205.50 |
| 10/14/2022 | KJN | Review HOA letter with Keaney | 685.00 | 0.30 | 205.50 |
| 10/19/2022 | KJN | Emails with Tom Keaney re: tax assessments (3x) | 685.00 | 0.30 | 205.50 |
| 10/20/2022 | KJN | Emails (2x) re: HOA issues | 685.00 | 0.20 | 137.00 |
| 10/21/2022 | KJN | Update committee | 685.00 | 0.20 | 137.00 |
| 10/27/2022 | TD | Prepare April, May, June, July, August and September reports.  Email to Keaney re: treatment of real estate taxes in reports. | 500.00 | 1.75 | 875.00 |
| | TD | Calls and emails with Erica Aisner re: status. | 500.00 | 0.40 | 200.00 |
| | KJN | Negotiate final sale terms on Guiffre sale | 685.00 | 0.30 | 205.50 |
| 10/28/2022 | KJN | Emails on Guiffre sale (3x) | 685.00 | 0.50 | 342.50 |
| 10/31/2022 | DK | Review docket (.25); draft motion to approve Guiffre sale; review emails (2.0); review contract and attorney letter re: price; draft application to shorten notice; draft proposed order (2.0) | 275.00 | 4.25 | 1,168.75 |
| | KJN | Edit and revise sale motion on Guiffre | 685.00 | 0.70 | 479.50 |
| 11/01/2022 | DK | Revise application to shorten notice (.50); draft/revise proposed scheduling order; prepare motion and exhibits; file motion (1.0); file request to shorten notice;/upload proposed order; draft email to courtroom deputy regarding request for expedited hearing (.50); review and respond to emails from court and prepare notice of | | | |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | hearing (.60); update service list; file notice; attend to service of motion and notice of hearing; emails with K. Nash re: same (.50) | 275.00 | 3.10 | 852.50 |
| | TD | Review tax statements, edit April through September reports. | 500.00 | 0.80 | 400.00 |
| | KJN | Call with Erica Aisner incoming counsel for City of Saratoga Springs re: open issues - follow-up | 685.00 | 0.50 | 342.50 |
| 11/07/2022 | KJN | Emails (2x) and calls with Laurillard on Dorsey termination | 685.00 | 0.30 | 205.50 |
| 11/08/2022 | DK | Attend to filing of affidavit of service re: notice of sale | 275.00 | 0.25 | 68.75 |
| 11/10/2022 | TD | Email and call with Frank B re: April report issues. | 500.00 | 0.25 | 125.00 |
| | TD | Review April report, prepare amended reports for May through September.  Call with Tom to explain amendments. | 500.00 | 0.80 | 400.00 |
| 11/22/2022 | KJN | Conference with Saratoga representatives | 685.00 | 0.60 | 411.00 |
| 11/23/2022 | TD | Prepare papers for meeting with Mayor next week. | 500.00 | 0.40 | 200.00 |
| 12/01/2022 | TD | Prepare October MOR. | 500.00 | 0.30 | 150.00 |
| 12/02/2022 | KJN | Review and revise reply to objections to sale motion. | 685.00 | 1.50 | 1,027.50 |
| | TD | Assist with reply to opposition to 57 Jane sale motion. | 500.00 | 1.30 | 650.00 |
| 12/05/2022 | KJN | Emails/calls with counsel (.50) attend court hearing for 57 Jane Street sale motion (1.30) | 685.00 | 1.80 | 1,233.00 |
| | KJN | Conference with Varley re: meeting in Saratoga with Mayan | 685.00 | 0.30 | 205.50 |
| 12/07/2022 | KJN | Prepare for meetings in Saratoga; updates from Tom Keaney, Erica and Varley | 685.00 | 2.50 | 1,712.50 |
| 12/08/2022 | KJN | Meetings in Saratoga with Mayor's office and engineers (2.0); tour property (2.0); meeting with Laurillard to finalize Dorsey contract (1.0) | 685.00 | 5.00 | 3,425.00 |
| 12/11/2022 | TD | Draft Order granting 57 Jane sale order. | 500.00 | 1.70 | 850.00 |
| | KJN | Review and revise sale order. | 685.00 | 0.30 | 205.50 |
| | KJN | Follow-up with Keaney on Saratoga infrastructure requirements (.80); update on order (.20) | 685.00 | 1.00 | 685.00 |
| 12/12/2022 | TD | Review and revise sale order. | 500.00 | 0.30 | 150.00 |
| | KJN | Conference with Keaney re: funding requirements and terms of order | 685.00 | 0.40 | 205.50 |
| 12/14/2022 | TD | Review and revise sale order. | 500.00 | 1.40 | 700.00 |
| 12/15/2022 | KJN | Negotiate credits on Guiffrie sale | 685.00 | 0.50 | 342.50 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 15
November 16, 2023
Account No:   KEATH-42021
Statement No.    190881

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/2022 | TD | Draft letter to court re: status, transmission of sale order. | 500.00 | 1.10 | 550.00 |
| | TD | Finalize sale order; file and email letter and order. | 500.00 | 0.25 | 125.00 |
| 12/19/2022 | KJN | Call with Kevin L. re: Dorsey settlement, scheduling, agreement to adjourn status conference and lift stay motion from tomorrow to January when settlement will be heard. | 685.00 | 0.25 | 171.25 |
| 01/05/2023 | KJN | Calls/email re: negotiate credits on Guiffrie sale (3x) | 685.00 | 0.60 | 411.00 |
| 01/06/2023 | TD | Assist with motion to approve Dorsey settlement - circulate to counsel | 500.00 | 1.60 | 800.00 |
| 01/07/2023 | KJN | Draft motion to approve Dorsey settlement. | 685.00 | 1.00 | 685.00 |
| 01/09/2023 | TD | Draft order shortening time for hearing on Dorsey settlement. | 500.00 | 0.40 | 200.00 |
| | KJN | Finalize dorsey settlement motion (1.0); obtain revisions/consent from counsel (.50) re: settlement motion | 685.00 | 1.50 | 1,027.50 |
| 01/10/2023 | TD | Update service list, add email addresses | 500.00 | 0.70 | 350.00 |
| 01/12/2023 | TD | Review signed scheduling order; review and revise mailing list; serve creditors by email | 500.00 | 0.40 | 200.00 |
| | KJN | Review committee response to Dorsey and follow-up on plan timing | 685.00 | 0.40 | 274.00 |
| 01/17/2023 | KJN | Conference with local counsel re: Guiffe sale | 685.00 | 0.30 | 205.50 |
| 01/25/2023 | TD | Email from court advising hearing being adjourned; emails and calls with chambers and counsel arranging new date. | 500.00 | 0.30 | 150.00 |
| 01/27/2023 | KJN | Prepare for and attend Bankruptcy Court hearing on Dorsey settlement/status | 685.00 | 1.70 | 1,164.50 |
| 02/02/2023 | TD | Draft Dorsey settlement order. | 500.00 | 0.50 | 250.00 |
| | TD | Call with Tom Keaney re: real estate taxes and other unpaid obligations. | 500.00 | 0.30 | 150.00 |
| | KJN | Review and revise Dorsey settlement order (.25); emails on closing (3x) .75 | 685.00 | 1.00 | 685.00 |
| | KJN | Call with Ken Lewis re: Dorsey Settlement order - follow-up with other counsel (.20) | 685.00 | 0.40 | 274.00 |
| 02/03/2023 | TD | Review comments from Kevin Lewis on proposed order re Dorseys (.50); finalize order and submit to Court for approval (.50) | 500.00 | 1.00 | 500.00 |
| | TD | Call with Keaney re: real estate taxes, other post-petition administrative payables to be dealt with after 57 Jane Street closing. | 500.00 | 0.30 | 150.00 |

Page: 16
November 16, 2023
Account No:   KEATH-42021
Statement No.              190881

Mr. Thomas Keaney

Re:  Blitman Saratoga LLC

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/06/2023 | TD | Call and emails with Tom re: escrow account. | 500.00 | 0.40 | 200.00 |
| | TD | Prepare November and December Reports | 500.00 | 1.70 | 850.00 |
| 02/07/2023 | TD | Call with Tom Keaney re: Guiffre funds and escrow. | 500.00 | 0.30 | 150.00 |
| 02/08/2023 | TD | Finalize reports for November and December | 500.00 | 0.90 | 450.00 |
| | KJN | Calls/emails (4x) re: establishing infrastructure reserve | 685.00 | 0.50 | 342.50 |
| 02/14/2023 | KJN | Inquire from City - follow-up with Tom on infrastructure | 685.00 | 0.70 | 479.50 |
| 02/18/2023 | KJN | Meeting with Keaney in Newburgh to revise schedule for infrastructure and hire Boswell Engineering | 685.00 | 4.10 | 2,808.50 |
| 02/23/2023 | KJN | Draft amended plan with modifications | 685.00 | 1.50 | 1,027.50 |
| 02/24/2023 | TD | Assist with amended plan. | 500.00 | 1.80 | 900.00 |
| 03/03/2023 | KJN | Continue drafting revised plan of reorganization | 685.00 | 2.00 | 1,370.00 |
| 03/06/2023 | TD | Review and edit revised plan. | 500.00 | 2.50 | 1,250.00 |
| | KJN | Zoom meeting to discuss revisions to plan (1.0) follow-up with more edits (1.50) | 685.00 | 2.50 | 1,712.50 |
| | KJN | Work with Keaney on developing infrastructure reserves/budgets (1.10); updates to plan and emails (4x) (.60) | 685.00 | 1.70 | 1,164.50 |
| 03/07/2023 | TD | Final edits to plan, assemble exhibits and file with Court | 500.00 | 2.20 | 1,100.00 |
| | TD | Obtain checks for construction deposits; letter to Keany transmitting checks to him for distribution to contractors | 500.00 | 0.60 | 300.00 |
| | KJN | Emails re: consent to file revised plan (3x) | 685.00 | 0.30 | 205.50 |
| 03/10/2023 | KJN | Emails (4x) re: Boswell retention and payments | 685.00 | 0.30 | 205.50 |
| 03/15/2023 | KJN | Emails re: payments out of infrastructure reserve | 685.00 | 0.30 | 205.50 |
| 03/20/2023 | KJN | Begin drafting revised disclosure statement for revised plan | 685.00 | 3.00 | 2,055.00 |
| 04/05/2023 | TD | Assist with revised disclosure statement to reflect changes in plan. | 500.00 | 1.70 | 850.00 |
| | KJN | Continue working on revised disclosure statement. | 685.00 | 2.00 | 1,370.00 |
| 04/06/2023 | KJN | Additional work on revised disclosure statement | 685.00 | 1.50 | 1,027.50 |
| 04/07/2023 | KJN | Work revised disclosure statement. | 685.00 | 3.00 | 2,055.00 |
| 04/10/2023 | TD | Edit revised disclosure statement (1.0); circulate to DIP Lender/follow-up (.30) | 500.00 | 1.30 | 650.00 |
| | TD | Draft notice of hearing. | 500.00 | 0.40 | 200.00 |
| | TD | Update service lists. | 500.00 | 0.40 | 200.00 |
| | KJN | Finalize disclosure statement. | 685.00 | 1.50 | 1,027.50 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 17
November 16, 2023
Account No:    KEATH-42021
Statement No.    190881

| Date | | Description | Rate | Hours | Amount |
|------|----|-------------|------|-------|--------|
| 04/11/2023 | TD | Series of emails and calls with Ken Lewis and chambers re: scheduling hearing on disclosure statement (4x) | 500.00 | 0.40 | 200.00 |
| 04/23/2023 | KJN | Emails with counsel on timing for disclosure statement | 685.00 | 0.30 | 205.50 |
| 05/03/2023 | TD | Review objections from Lewis (.50); begin response to opposition to disclosure statement (2.0); legal research on allocation issues (2.0) | 500.00 | 4.50 | 2,250.00 |
| 05/04/2023 | KJN | Work on Debtor's response to objections to disclosure statement filed by Lewis and others (2.0); conference with Russ (.30) | 685.00 | 2.30 | 1,575.50 |
| | KJN | Prepare party contentions relating to Blitman Estate for disclosure statement (1.0); emails with Keaney (8x) (1.0) | 685.00 | 2.00 | 1,370.00 |
| | TD | Assist with response to D/S objections and new insertions | 500.00 | 5.00 | 2,500.00 |
| | TD | Review email from Keaney re: checks needed for infrastructure; obtain checks; forward same. | 500.00 | 0.30 | 150.00 |
| 05/05/2023 | TD | Begin preparing operating reports for January, February and March.  Emails and calls with Tom Keaney re: additional information needed to complete the reports. | 500.00 | 1.60 | 800.00 |
| 05/09/2023 | KJN | Begin revisions to disclosure statement following hearing | 685.00 | 1.50 | 1,027.50 |
| | KJN | Prepare for and attend Bankruptcy Court hearing on amended disclosure statement and follow-up with DIPLender and counsel on allocations (4x) (1.2) | 685.00 | 3.60 | 2,466.00 |
| 05/12/2023 | KJN | Emails with counsel (5x) re: revisions to disclosure statement | 685.00 | 0.40 | 274.00 |
| 05/21/2023 | TD | Prepare January, February and March reports, update balance sheet information, include Guiffre sale figures | 500.00 | 2.30 | 1,150.00 |
| 05/24/2023 | TD | Call with counsel for the brokers; review documents to determine disposition of broker commissions for 4 Pamela Court; calls with Grace of Hayko's office and Tom Keany. | 500.00 | 1.40 | 700.00 |
| 05/25/2023 | TD | Prepare for and attend bankruptcy court hearing on open matters | 500.00 | 2.40 | 1,200.00 |
| 06/08/2023 | TD | Prepare April report | 500.00 | 1.40 | 700.00 |
| 06/15/2023 | KJN | Additional updates to revised disclosure statement to respond to objections (1.60) - review all emails from counsel (.40) - revise document (.30) | 685.00 | 2.30 | 1,575.50 |
| 06/16/2023 | KJN | Continue work on revised disclosure statement. | 685.00 | 1.00 | 685.00 |
| 07/03/2023 | TD | Review email from UST; forward information to Tom Keaney confirming that there is a credit balance of over | | | |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 18
November 16, 2023
Account No:    KEATH-42021
Statement No.        190881

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | $7,000 in quarterly fees due to overpayment. | 500.00 | 0.30 | 150.00 |
| 08/09/2023 | TD | Call with Keaney re: latest request for checks for construction; emails and meetings re: checks prepared and approved. | 500.00 | 1.30 | 650.00 |
| 08/14/2023 | KJN | Calls/emails with Brennan on Akker settlement - follow-up | 685.00 | 0.40 | 274.00 |
| 08/15/2023 | KJN | Meeting with Keaney in NY re: revised infrastructure budgets/prepare new budgets for updates to disclosure statement | 685.00 | 2.50 | 1,712.50 |
| 08/16/2023 | KJN | Drafting of revised plan and disclosure statement to deal with allocation issues and new budgets | 685.00 | 4.20 | 2,877.00 |
| 08/18/2023 | TD | Finalize review disclosure statement and plan - file and serve | 500.00 | 3.40 | 1,700.00 |
| 08/22/2023 | TD | Obtain Bankruptcy Court order for solicitation and coordinate service | 500.00 | 1.90 | 950.00 |
| 09/01/2023 | KJN | Adjourn Bankruptcy Court hearing - calls/emails | 685.00 | 0.30 | 205.50 |
| 09/06/2023 | TD | Emails with Brennan re: balloting. | 500.00 | 0.20 | 100.00 |
| 09/13/2023 | TD | Calls with Tom Keaney and Jessica of the HOA re: balloting procedures, explaining that HOA is received ballot as a party in intereat, but has no vote because it is not a creditor. | 500.00 | 0.40 | 200.00 |
| 09/19/2023 | TD | Prepare May and June reports | 500.00 | 1.20 | 600.00 |
| | TD | Exchange of emails with Keaney re: information needed (.1) prepare July and August report (.6) | 500.00 | 0.70 | 350.00 |
| 09/20/2023 | TD | Legal research; begin drafting motion to approving exit financing (3.0); prepare May and June MOR (1.50) | 500.00 | 4.50 | 2,250.00 |
| 09/21/2023 | TD | Assist with motion for exit financing. | 500.00 | 6.00 | 3,000.00 |
| | TD | Assist with letter to reject remaining pre-petition contracts | 500.00 | 0.60 | 300.00 |
| | KJN | Review and revise letter rejecting contracts - follow-up | 685.00 | 0.40 | 274.00 |
| | KJN | Work on motion for exit financing (4.0); calls/confernce with Russ/Goren/Tom Keaney (1.0) | 685.00 | 5.00 | 3,425.00 |
| | KJN | Conference with Tom Keane; review Lysieth and Lesiak contracts - prepare leter to counsel - follow-up | 685.00 | 2.20 | 1,507.00 |
| 09/22/2023 | TD | Updates to motion for exit financing. | 500.00 | 2.00 | 1,000.00 |
| | TD | Draft motion for order for expedited hearing on exit financing.  Draft order and declaration | 500.00 | 2.20 | 1,100.00 |
| | TD | Call with chambers re: adjourning confirmation; email to counsel requesting consent to adjournment.  Prepare and file notice. | 500.00 | 0.25 | 125.00 |

Page: 19
November 16, 2023

Mr. Thomas Keaney

Account No: KEATH-42021
Statement No. 190881

Re: Blitman Saratoga LLC

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | TD | Calls with creditors/Tom Keaney (3x) (.60); prepare certification of balloting (.50) | 500.00 | 1.10 | 550.00 |
| | KJN | Begin to draft declaration in support of confirmation - conference with Keaney | 685.00 | 4.00 | 2,740.00 |
| | KJN | Edit motion for expedited hearing on exit financing. | 685.00 | 0.30 | 205.50 |
| | KJN | Finalize motion on exit financing (1.30); obtain approvals from Russ on all terms (.30) | 685.00 | 1.60 | 1,096.00 |
| 09/24/2023 | KJN | Review all objections to plan - follow-up | 685.00 | 0.30 | 205.50 |
| 09/26/2023 | TD | Prepare and file notice of further adjournment of confirmation hearing and exit financing | 500.00 | 0.40 | 200.00 |
| 09/28/2023 | TD | Prepare reports for July and August. | 500.00 | 1.60 | 800.00 |
| 09/30/2023 | TD | Review email from counsel for Callanan; prepare amended certification of balloting to include Callanan ballot. | 500.00 | 0.25 | 125.00 |
| 10/11/2023 | KJN | Prepare supplemental declaration in support of confirmation - review with Keaney | 685.00 | 3.50 | 2,397.50 |
| 10/12/2023 | TD | Assist with memo of law; legal research | 500.00 | 3.10 | 1,550.00 |
| | KJN | Prepare memo of law in support of confirmation | 685.00 | 2.60 | 1,781.00 |
| | KJN | Conference with Frank Brennan for committee support | 685.00 | 0.40 | 274.00 |
| 10/19/2023 | KJN | Prepare for and attend Confirmation hearing (2.0) | 685.00 | 2.00 | 1,370.00 |
| 10/25/2023 | TD | Draft orders approving exit financing and confirmation | 500.00 | 1.50 | 750.00 |
| 10/27/2023 | TD | Revise order approving exit financing and confirmation - circulate | 500.00 | 1.20 | 600.00 |
| 11/02/2023 | TD | Call with Tim Keaney re: status of confirmation and exit financing orders, information about September transactions for the operating report. | 500.00 | 0.20 | 100.00 |
| | TD | Prepare operating report. | 500.00 | 0.20 | 100.00 |
| 11/15/2023 | KJN | Begin preparation of fee application | 685.00 | 3.20 | 2,192.00 |
| 11/16/2023 | KJN | Work on fee application/updates | 685.00 | 2.50 | 1,712.50 |
| | TD | Assist with fee application | 500.00 | 2.40 | 1,200.00 |
| | | **For Current Services Rendered** | | 440.45 | 250,271.75 |

### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kim Victor | 1.00 | $225.00 | $225.00 |
| Kevin J. Nash | 0.40 | 513.75 | 205.50 |
| Kevin J. Nash | 29.00 | 550.00 | 15,950.00 |
| Kevin J. Nash | 38.45 | 575.00 | 22,108.75 |
| Kevin J. Nash | 173.00 | 685.00 | 118,505.00 |
| Ted Donovan | 57.50 | 425.00 | 24,437.50 |

Mr. Thomas Keaney

Re: Blitman Saratoga LLC

Page: 20
November 16, 2023
Account No:    KEATH-42021
Statement No.    190881

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ted Donovan | 133.50 | 500.00 | 66,750.00 |
| Dena Kaufman | 7.60 | 275.00 | 2,090.00 |

## Expenses

| | | |
|---|---|---|
| 11/12/2021 | 11/12/2021 | 188.00 |
| | Preparation and Service of Eviction | 188.00 |
| 02/18/2022 | Messenger Service (FedEx, Success Express etc...) | 25.00 |
| | Messenger Service (FedEx, Success Express etc...) | 25.00 |
| 02/11/2021 | Postage | 98.00 |
| | Postage | 98.00 |
| 05/30/2023 | Transcript - Blitman Saratoga (Veritext Inv#6602443) Witness:  20-23177 | 484.00 |
| | Transcript | 484.00 |
| 09/30/2023 | Westlaw Charges | 31.60 |
| 10/31/2023 | Westlaw Charges | 25.17 |
| | Westlaw Charges | 56.77 |
| 11/06/2020 | Voluntary Chapter 11 Petition | 1,717.00 |
| | Voluntary Chapter 11 Petition | 1,717.00 |
| | **Total Expenses** | 2,568.77 |

**Balance Due**                                                                                            $252,840.52

### Billing History - Will Not Show On Final Bils

| Fees | Expenses | Disb. | Finance Charge | Payments |
|---|---|---|---|---|
| 250,271.75 | 2,568.77 | 0.00 | 0.00 | 15,000.00 |

**Please note our invoice number(s) when remitting payment. Thank you.**