# EXHIBIT "A"

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 21 Federal Express**

| 12430.000 | 08/24/2021 | FJB | P | 21 | | | 16.85 | Federal Express (233.001) Federal Express Corp.<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 1 |

| **Total for Tcode 21** | | | | | Billable | 0.00 | 16.85 | Federal Express | |

**Tcode 201 Case Administration**

| 12430.000 | 04/07/2021 | FJB | P | 201 | 375.00 | 2.00 | 750.00 | Case Administration - Review Chapter 11 petition, debtor's declaration; Motion and Order to obtain DIP financing and debtor's motion to extend exclusivity periods to file disclosure statement and plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 1 |
| 12430.000 | 04/07/2021 | FJB | P | 201 | 375.00 | 0.50 | 187.50 | Case Administration - Conference call with members of unsecured creditors committee regarding discussion of status of case and retention as committee counsel<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 3 |
| 12430.000 | 10/19/2022 | FJB | P | 201 | 375.00 | 0.50 | 187.50 | Case Administration - Receive and review correspondence of homeowner's association regarding status of construction<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 59 |
| 12430.000 | 05/24/2023 | FJB | P | 201 | 405.00 | 0.30 | 121.50 | Case Administration - Receive and review debtor's January 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 108 |
| 12430.000 | 05/24/2023 | FJB | P | 201 | 405.00 | 0.30 | 121.50 | Case Administration - Receive and review debtor's February 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 109 |
| 12430.000 | 05/24/2023 | FJB | P | 201 | 405.00 | 0.30 | 121.50 | Case Administration - Receive and review debtor's March 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 110 |
| 12430.000 | 06/08/2023 | FJB | P | 201 | 405.00 | 0.50 | 202.50 | Case Administration - Receive and review April 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 113 |
| 12430.000 | 09/20/2023 | FJB | P | 201 | 405.00 | 0.50 | 202.50 | Case Administration - Receive and review May 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 126 |
| 12430.000 | 09/20/2023 | FJB | P | 201 | 405.00 | 0.50 | 202.50 | Case Administration - Receive and review June 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 127 |
| 12430.000 | 09/24/2023 | FJB | P | 201 | 405.00 | 1.20 | 486.00 | Case Administration - Receive and review debtor's motion for exit financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 128 |
| 12430.000 | 09/28/2023 | FJB | P | 201 | 405.00 | 0.30 | 121.50 | Case Administration - Receive and review July 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 130 |
| 12430.000 | 09/28/2023 | FJB | P | 201 | 405.00 | 0.30 | 121.50 | Case Administration - Receive and review August 2023 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 131 |

| **Total for Tcode 201** | | | | | Billable | 7.20 | 2,826.00 | Case Administration | |

**Tcode 202 Plan and Disclosure Statement**

| 12430.000 | 06/10/2021 | FJB | P | 202 | 375.00 | 1.00 | 375.00 | Plan and Disclosure Statement - Receive and review | 9 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 202 Plan and Disclosure Statement**

| | | | | | | | | debtor's motion for further extension of exclusivity and to confirm plan; Forward to Mr. Golden (Chair of Creditors' Committee) Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 07/21/2021 | FJB | P | 202 | 375.00 | 1.00 | 375.00 | Plan and Disclosure Statement - Receive and review debtor's response to objection by Steven and Susan Dorsey to debtor's motion to extend time to file disclosure statement and plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 10 |
| 12430.000 | 12/30/2021 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Receive and review debtor's motion and proposed Order to further extend exclusivity with notice of presentment Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 33 |
| 12430.000 | 12/30/2021 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Draft, review and send email to Ms. Gorden (Chair of Creditors Committee) regarding status of case and property sales and discussion with debtor counsel regarding plan treatment for general unsecured creditors Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 34 |
| 12430.000 | 01/21/2022 | FJB | P | 202 | 375.00 | 0.20 | 75.00 | Plan and Disclosure Statement - Telephone call with Mr. Nash, Esq. (attorney for debtor) regarding discussion of proposed plan treatment for general unsecured creditors Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 35 |
| 12430.000 | 01/24/2022 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Draft, review and send email to Ms. Golden (Chair of Creditors Committee) summarizing discussions with debtor's counsel regarding proposed plan treatment of general unsecured claims Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 36 |
| 12430.000 | 01/31/2022 | FJB | P | 202 | 375.00 | 2.00 | 750.00 | Plan and Disclosure Statement - Review debtor's proposed Chapter 11 Plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 39 |
| 12430.000 | 01/31/2022 | FJB | P | 202 | 375.00 | 0.20 | 75.00 | Plan and Disclosure Statement - Telephone call with Mr. Nash, Esq. (attorney for debtor) regarding discussion of proposed Chapter 11 plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 40 |
| 12430.000 | 01/31/2022 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Review WIP to provide debtor's counsel with estimated administrative claim for NHKLLP as attorneys for Official Unsecured Creditors' Committee: Review and send email to Mr. Nash, Esq. regarding estimated NHKLLP administrative claim Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 41 |
| 12430.000 | 05/05/2022 | FJB | P | 202 | 375.00 | 0.20 | 75.00 | Plan and Disclosure Statement - Receive and review correspondence from attorney for debtor regarding status of case and amended plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 54 |
| 12430.000 | 09/27/2022 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Draft, review, and send email to Mr. Nash, Esq. (attorney for debtor) regarding follow up for status of hearings on disclosure statement and plan; respond to Mr. Nash Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 58 |
| 12430.000 | 12/19/2022 | FJB | P | 202 | 375.00 | 0.50 | 187.50 | Plan and Disclosure Statement - Receive and review | 85 |

Tcode 202 Plan and Disclosure Statement

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | correspondence from counsel to Beaver Pond Village HOA regarding objection to debtor's plan regarding infrastructure<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 01/11/2023 | FJB | P | 202 | 405.00 | 0.30 | 121.50 | Plan and Disclosure Statement - Receive, review and respond to email from creditor regarding status of plan confirmation and payment of unsecured creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 90 |
| 12430.000 | 02/08/2023 | FJB | P | 202 | 405.00 | 3.00 | 1,215.00 | Plan and Disclosure Statement - Research regarding carveout by secured creditor in favor of general, unsecured creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 101 |
| 12430.000 | 03/07/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review amended Chapter 11 plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 102 |
| 12430.000 | 03/08/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Review docket for status of Chapter 11 case; Draft, review, and send email to members of unsecured creditors committee advising of filing of Chapter 11 plan and confirmation process<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 103 |
| 12430.000 | 04/10/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review disclosure statement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 104 |
| 12430.000 | 04/28/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review objection by Robin Winter as executrix of the estate of Howard Blitman to disclosure statement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 105 |
| 12430.000 | 05/09/2023 | FJB | P | 202 | 405.00 | 1.50 | 607.50 | Plan and Disclosure Statement - Attend hearing on disclosure statement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 107 |
| 12430.000 | 07/03/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review redline comments by counsel to Blitman Estate and Robin Winter to Debtor's second revised plan of reorganization<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 114 |
| 12430.000 | 07/03/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review redline comments by counsel for Blitman Estate and Robin Winter to Debtor's first revised disclosure statement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 115 |
| 12430.000 | 07/17/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review revised disclosure statement and plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 116 |
| 12430.000 | 07/17/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review comments by counsel to Blitman estate to disclosure statement and plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 117 |
| 12430.000 | 08/16/2023 | FJB | P | 202 | 405.00 | 1.50 | 607.50 | Plan and Disclosure Statement - Receive and review debtor's Second Amended Disclosure Statement and Second Amended Plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC | 118 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 202 Plan and Disclosure Statement** | | | | | | | | | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 08/16/2023 | FJB | P | 202 | 405.00 | 0.20 | 81.00 | Plan and Disclosure Statement - Receive and review proposed order approving disclosure statement Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 119 |
| 12430.000 | 09/14/2023 | FJB | P | 202 | 405.00 | 1.00 | 405.00 | Plan and Disclosure Statement - Receive and review objection by Blitman Estate to confirmation of plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 120 |
| 12430.000 | 09/14/2023 | FJB | P | 202 | 405.00 | 1.50 | 607.50 | Plan and Disclosure Statement - Research regarding carve out by secured creditor to unsecured creditors through Chapter 11 plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 121 |
| 12430.000 | 09/15/2023 | FJB | P | 202 | 405.00 | 0.20 | 81.00 | Plan and Disclosure Statement - Receive and review objection by Michael and Lisa Akker to confirmation of chapter 11 plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 122 |
| 12430.000 | 09/15/2023 | FJB | P | 202 | 405.00 | 0.20 | 81.00 | Plan and Disclosure Statement - Receive and review amended objection by Howard Blitman Estate to confirmation of plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 123 |
| 12430.000 | 09/15/2023 | FJB | P | 202 | 405.00 | 1.50 | 607.50 | Plan and Disclosure Statement - Continue research regarding carve out by secured creditor to administrative creditors and general unsecured creditors and absolute priority rule issues Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 124 |
| 12430.000 | 09/18/2023 | FJB | P | 202 | 405.00 | 0.80 | 324.00 | Plan and Disclosure Statement - Receive and review objection by Beaver Pond Village Homeowners Association to confirmation of plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 125 |
| 12430.000 | 09/24/2023 | FJB | P | 202 | 405.00 | 0.50 | 202.50 | Plan and Disclosure Statement - Review certification of ballots Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 129 |
| 12430.000 | 10/12/2023 | FJB | P | 202 | 405.00 | 4.00 | 1,620.00 | Plan and Disclosure Statement - Draft response by Committee in support of plan confirmation and exit financing; file same Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 134 |
| 12430.000 | 10/12/2023 | FJB | P | 202 | 405.00 | 0.20 | 81.00 | Plan and Disclosure Statement - Receive and review debtor's supplemental Memorandum of Law in further support of exit financing and in opposition to Blitman Estate objection Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 135 |
| 12430.000 | 10/19/2023 | FJB | P | 202 | 405.00 | 2.00 | 810.00 | Plan and Disclosure Statement - Attend hearings on debtor's motion for exit financing and hearing on confirmation of plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 136 |
| 12430.000 | 10/25/2023 | FJB | P | 202 | 405.00 | 0.30 | 121.50 | Plan and Disclosure Statement - Receive and review proposed order confirming chapter 11 plan Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 138 |
| 12430.000 | 10/25/2023 | FJB | P | 202 | 405.00 | 0.30 | 121.50 | Plan and Disclosure Statement - Review plan for timing of distributions to creditors; Draft, review, and send email to creditor committee members advising of plan confirmation and timing for distributions Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 140 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 202 Plan and Disclosure Statement** | | | | | | | | | |
| 12430.000 | 10/26/2023 | FJB | P | 202 | 405.00 | 0.30 | 121.50 | Plan and Disclosure Statement - Receive and review proposed revisions to order confirming second amended plan and order granting motion for exit financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 143 |
| 12430.000 | 10/27/2023 | FJB | P | 202 | 405.00 | 0.20 | 81.00 | Plan and Disclosure Statement - Review revisions to order confirming chapter 11 plan and order approving exit financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 145 |
| **Total for Tcode 202** | | | | | Billable | 35.10 | 13,987.50 | Plan and Disclosure Statement | |
| **Tcode 203 Relief From Stay Proceedings** | | | | | | | | | |
| 12430.000 | 11/21/2022 | FJB | P | 203 | 375.00 | 1.50 | 562.50 | Relief From Stay Proceedings - Receive and review motion by Dorsey to reject lease, for relief from stay, or dismissal of case<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 67 |
| 12430.000 | 11/21/2022 | FJB | P | 203 | 375.00 | 1.80 | 675.00 | Relief From Stay Proceedings - Review provisions of New York General Business Law Sections 352-e(2-b) and 352-h regarding escrow and trust provisions for deposits on real estate contracts<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 68 |
| 12430.000 | 11/29/2022 | FJB | P | 203 | 375.00 | 2.00 | 750.00 | Relief From Stay Proceedings - Research regarding escrowed funds and property of bankruptcy estate, payment bond, and property of estate issues<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 70 |
| 12430.000 | 11/30/2022 | FJB | P | 203 | 375.00 | 2.00 | 750.00 | Relief From Stay Proceedings - Complete draft response to Dorsey Motion to Reject contract and for Relief from Stay<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 71 |
| 12430.000 | 12/16/2022 | FJB | P | 203 | 375.00 | 0.50 | 187.50 | Relief From Stay Proceedings - Receive and review proposed stipulation settling Dorsey motion to reject contract<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 83 |
| 12430.000 | 12/16/2022 | FJB | P | 203 | 375.00 | 0.50 | 187.50 | Relief From Stay Proceedings - Receive, review, and respond to email from Mr. Laurilliard, Esq. (attorney for Dorsey) regarding proposed stipulation settling Dorsey motion<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 84 |
| 12430.000 | 01/09/2023 | FJB | P | 203 | 405.00 | 1.00 | 405.00 | Relief From Stay Proceedings - Receive and review motion to approve compromise with the Dorseys<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 88 |
| 12430.000 | 01/10/2023 | FJB | P | 203 | 405.00 | 1.00 | 405.00 | Relief From Stay Proceedings - Draft, review, and file response by Creditor's Committee to motion to reject Dorsey contract and settle claim<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 89 |
| 12430.000 | 01/27/2023 | FJB | P | 203 | 405.00 | 0.80 | 324.00 | Relief From Stay Proceedings - Attend hearing on debtor's motion to approve Dorsey settlement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 91 |
| 12430.000 | 02/02/2023 | FJB | P | 203 | 405.00 | 0.30 | 121.50 | Relief From Stay Proceedings - Receive and review proposed order approving Dorsey settlement<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 93 |
| 12430.000 | 02/03/2023 | FJB | P | 203 | 405.00 | 0.20 | 81.00 | Relief From Stay Proceedings - Receive and review | 94 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 203 Relief From Stay Proceedings**

proposed revisions to order approving settlement of Dorsey claim
Official Comm. of Unsec Cr - Blitman Saratoga LLC
Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC

| **Total for Tcode 203** | | | | | Billable | 11.60 | 4,449.00 | Relief From Stay Proceedings | |

**Tcode 204 Business Operations**

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 12430.000 | 04/07/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Review debtor's November 2020; December 2020; January 2021 and February 2021 Operating Reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 2 |
| 12430.000 | 05/10/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Review debtor's March 2021 operating reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 6 |
| 12430.000 | 06/04/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review April 2021 operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 7 |
| 12430.000 | 06/18/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review May 2021 operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 8 |
| 12430.000 | 08/04/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review debtor's June 2021 operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 11 |
| 12430.000 | 09/13/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review debtor's July 2021 Operating Report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 16 |
| 12430.000 | 11/19/2021 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review debtor's October 2021 operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 23 |
| 12430.000 | 04/20/2022 | FJB | P | 204 | 375.00 | 1.00 | 375.00 | Business Operations - Receive and review January 2022 and February 2022 monthly operating reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 53 |
| 12430.000 | 05/16/2022 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review March 2022 monthly operating report<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 55 |
| 12430.000 | 06/14/2022 | FJB | P | 204 | 375.00 | 0.50 | 187.50 | Business Operations - Receive and review debtor's April 2022 monthly financial reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 56 |
| 12430.000 | 11/10/2022 | FJB | P | 204 | 375.00 | 2.00 | 750.00 | Business Operations - Receive and review debtor's monthly operating reports for April 2022 through September 2022<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 63 |
| 12430.000 | 11/10/2022 | FJB | P | 204 | 375.00 | 0.20 | 75.00 | Business Operations - Telephone call with Mr. Donovan, Esq. (attorney for debtor) regarding discussion of amendments to monthly operating reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 65 |
| 12430.000 | 11/23/2022 | FJB | P | 204 | 375.00 | 1.00 | 375.00 | Business Operations - Review Amended May 2022 through September 2022 Monthly Operating Reports<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 69 |
| 12430.000 | 12/02/2022 | FJB | P | 204 | 375.00 | 1.00 | 375.00 | Business Operations - Receive and review October | 73 |

Detailed Transaction List
Nahum - Jelles Kauffman LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 204 Business Operations**

| | | | | | | | | 2022 monthly operating report Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 02/08/2023 | FJB | P | 204 | 405.00 | 0.50 | 202.50 | Business Operations - Receive and review November 2022 monthly operating report Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 98 |
| 12430.000 | 02/08/2023 | FJB | P | 204 | 405.00 | 0.50 | 202.50 | Business Operations - Receive and review December 2022 monthly operating report Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 99 |
| **Total for Tcode 204** | | | | | Billable | 10.70 | 4,042.50 | Business Operations | |

**Tcode 207 Litigation**

| 12430.000 | 08/16/2021 | FJB | P | 207 | 375.00 | 1.50 | 562.50 | Litigation - Receive and review debtor's motion to approve settlement with Akker Family Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 12 |
| 12430.000 | 08/19/2021 | FJB | P | 207 | 375.00 | 3.00 | 1,125.00 | Litigation - Research regarding effect of rejection of executory contract on equitable vendor's lien; Research basis for vendor's lien under New York law Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 13 |
| 12430.000 | 08/19/2021 | FJB | P | 207 | 375.00 | 2.00 | 750.00 | Litigation - Draft affirmation in opposition to debtor's motion to approve settlement of Akker contact Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 14 |
| 12430.000 | 08/31/2021 | FJB | P | 207 | 375.00 | 2.00 | 750.00 | Litigation - Review objections to debtor's motion to settle Akkers' contract; Review Akker response to creditor committee objection Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 15 |
| 12430.000 | 09/21/2021 | FJB | P | 207 | 375.00 | 0.30 | 112.50 | Litigation - Telephone call with Mr. Nash, Esq. (attorney for debtor) regarding discussion of Akker settlement Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 17 |
| 12430.000 | 09/21/2021 | FJB | P | 207 | 375.00 | 0.30 | 112.50 | Litigation - Draft, review and file notice withdrawing Committee's objection to Akker settlement Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 18 |
| 12430.000 | 11/03/2021 | FJB | P | 207 | 375.00 | 1.00 | 375.00 | Litigation - Receive and review motion to approve settlement of Colone contract Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 19 |
| 12430.000 | 11/08/2021 | FJB | P | 207 | 375.00 | 1.00 | 375.00 | Litigation - Draft affirmation in support of motion by debtor to approve settlement regarding Colone contract Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 21 |
| 12430.000 | 11/30/2021 | FJB | P | 207 | 375.00 | 1.00 | 375.00 | Litigation - Receive and review proposed orders approving Colone Settlement and sale of model home property Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 24 |
| **Total for Tcode 207** | | | | | Billable | 12.10 | 4,537.50 | Litigation | |

**Tcode 211 Asset Disposition**

| 12430.000 | 11/15/2021 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review debtor's motion to sell property Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 22 |
| 12430.000 | 11/16/2021 | FJB | P | 211 | 375.00 | 1.50 | 562.50 | Asset Disposition - Review motion to sell model | 25 |

**Tcode 211 Asset Disposition**

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | home | |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 11/16/2021 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Draft, review and send emails to Ms. Golden regarding motion to sell model home; Receive, review and respond to Ms. Golden | 26 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 11/16/2021 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Revise affirmation on behalf of committee regarding debtor's motion to sell model home | 27 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 12/01/2021 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Appear on hearing on debtor's motion to purchase property and sell model home | 29 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 12/29/2021 | FJB | P | 211 | 375.00 | 0.30 | 112.50 | Asset Disposition - Telephone call with Mr. Nash, Esq. (attorney for debtor) regarding discussion of further extension of exclusivity and potential plan treatment for unsecured creditors | 30 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 12/30/2021 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review Statement of Sale for 59 Jane Street; Follow-up with Mr. Hayko, Esq. (attorney for Blitman Saratoga); Receive and review updated statement of sale | 31 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 12/30/2021 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review emails from Mr. Hayko, Esq. (attorney for Blitman Saratoga) regarding proposed statement of sale for closing of 59 Jane Street (Colone Property) | 32 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 01/25/2022 | FJB | P | 211 | 375.00 | 0.30 | 112.50 | Asset Disposition - Telephone call with Mr. Nash, Esq. (attorney for debtor) regarding discussion of motion to settle Eastin contract and sell 47 and 49 Jane Street | 37 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 01/25/2022 | FJB | P | 211 | 375.00 | 2.00 | 750.00 | Asset Disposition - Receive and review debtor's motion to settle claims and terminate Eastin contract; and approve sales of 47 Jane Street and 49 Jane Street; Review Eastin settlement agreement and sale contracts | 38 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 02/03/2022 | FJB | P | 211 | 375.00 | 2.00 | 750.00 | Asset Disposition - Draft affirmation on behalf of Unsecured Creditors Committee in support of debtor's omnibus motion seeking approval of settlement of Eastin contract claims and sales of 47 Jane Street and 49 Jane Street | 42 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 02/16/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review debtor's response to objection by Robin Winter to settlement and sale motion | 43 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 02/18/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Appear on hearing on debtor's motion for approval of Eastin settlement and sale of properties | 44 |
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC | |
| | | | | | | | | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |

Tcode 211 Asset Disposition

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 12430.000 | 03/09/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review proposed order approving sales of 47 Jane Street, 49 Jane Street and settlement of Eastin claims<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 45 |
| 12430.000 | 03/10/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review comments by counsel for Blitman Estate to Order granting sale and settlement motion and stipulation with DIP lender<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 46 |
| 12430.000 | 03/17/2022 | FJB | P | 211 | 375.00 | 0.20 | 75.00 | Asset Disposition - Telephone call with Mr. Marinstein, Esq. regarding discussion of Callanan Industries' mechanics liens and payment from sale proceeds<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 47 |
| 12430.000 | 03/23/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review email from counsel to Blitman Saratoga regarding statement of sale and disbursements from proceeds of sale of 49 Jane Street<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 48 |
| 12430.000 | 03/24/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive, review and respond to emails regarding closing statement for sale of 49 Jane Street, discontinuance of state court action and disposition of sale proceeds<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 49 |
| 12430.000 | 03/25/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review email from Mr. Hayko, Esq. (attorney for Blitman Saratoga as seller) and Statement of Sale for 49 Jane Street<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 51 |
| 12430.000 | 03/29/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review revised Statement of Sale (47 Jane Street); Respond to Mr. Hayko, Esq. regarding revisions<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 50 |
| 12430.000 | 04/06/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review notice of closing of 47 Jane and 49 Jane Properties and funding of escrow for plan<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 52 |
| 12430.000 | 11/01/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review motion to sell property and application to shorten time for notice of hearing on motion to sell property<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 62 |
| 12430.000 | 11/02/2022 | FJB | P | 211 | 375.00 | 0.20 | 75.00 | Asset Disposition - Telephone call with Ms. Aisner, Esq. (attorney for City of Saratoga Springs) regarding discussion of status of cas and pending sale<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 60 |
| 12430.000 | 11/02/2022 | FJB | P | 211 | 375.00 | 1.50 | 562.50 | Asset Disposition - Draft response by Committee of Unsecured Creditors to debtor's motion to sell 57 Jane St. property<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 61 |
| 12430.000 | 11/10/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Revise affirmation of Creditors' Committee in support of Motion to sell 57 Jane Street<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 64 |
| 12430.000 | 11/16/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review limited objection by Blitman Estate to motion to sell 57 Jane | 66 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 211 Asset Disposition** | | | | | | | | | |
| | | | | | | | | Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 12/02/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Receive and review debtor's response to objection to motion to sell 57 Jane Street; review draft closing statement and budget for infrastructure work Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 72 |
| 12430.000 | 12/05/2022 | FJB | P | 211 | 375.00 | 1.00 | 375.00 | Asset Disposition - Appear for hearing on debtor's motion to sell property (57 Jane Street) Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 74 |
| 12430.000 | 12/05/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Review responses to debtor's motion to sell 57 Jane Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 75 |
| 12430.000 | 12/12/2022 | FJB | P | 211 | 375.00 | 0.80 | 300.00 | Asset Disposition - Receive and review order approving sale of 57 James Street with funding of escrow for infrastructure improvements Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 76 |
| 12430.000 | 12/12/2022 | FJB | P | 211 | 375.00 | 0.80 | 300.00 | Asset Disposition - Receive and review comments from counsel for Blitman Estate to order approving sale of 57 Jane Street; review prior sale order for terms regarding attachment of liens to proceeds Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 77 |
| 12430.000 | 12/12/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review emails regarding proposed terms of order approving sale of 57 Jane Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 78 |
| 12430.000 | 12/13/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review letter from HOA members regarding additional terms for proposed order approving sale of 57 Jane Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 79 |
| 12430.000 | 12/14/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Review proposed revisions to order approving sale of 57 Jane Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 80 |
| 12430.000 | 12/14/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Review further proposed revisions to order approving sale of 57 Jane Street Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 81 |
| 12430.000 | 12/14/2022 | FJB | P | 211 | 375.00 | 0.50 | 187.50 | Asset Disposition - Receive and review proposed statement of sale Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 82 |
| 12430.000 | 02/02/2023 | FJB | P | 211 | 405.00 | 0.50 | 202.50 | Asset Disposition - Receive and review proposed statement of sale for 57 Jane Street; respond to email from Mr. Brownell, Esq. (attorney for Curtis Lumber) regarding status of closing and continuing work on remaining projects Official Comm. of Unsec Cr - Blitman Saratoga LLC Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 92 |
| **Total for Tcode 211** | | | | | Billable | 28.60 | 10,740.00 | Asset Disposition | |
| | | | | | | | | | |
| **Tcode 212 Fee/Employment Applications** | | | | | | | | | |
| 12430.000 | 04/29/2021 | FJB | P | 212 | 375.00 | 2.70 | 1,012.50 | Fee/Employment Applications - Draft NHK Retention Application as counsel to the Committee of Unsecured Creditors Official Comm. of Unsec Cr - Blitman Saratoga LLC | 5 |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 212 Fee/Employment Applications**

|  |  |  |  |  |  |  |  | Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC |  |
|---|---|---|---|---|---|---|---|---|---|
| 12430.000 | 02/03/2023 | FJB | P | 212 | 405.00 | 0.50 | 202.50 | Fee/Employment Applications - Review Local Rules of court for procedures for professional fee applications<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 95 |
| 12430.000 | 02/03/2023 | FJB | P | 212 | 405.00 | 4.00 | 1,620.00 | Fee/Employment Applications - Draft final fee application for NHK LLP as counsel to Official Committee of Unsecured Creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 96 |
| 12430.000 | 02/07/2023 | FJB | P | 212 | 405.00 | 1.50 | 607.50 | Fee/Employment Applications - Receive and review WIP to update for project billing format<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 97 |
| 12430.000 | 02/13/2023 | FJB | P | 212 | 405.00 | 2.00 | 810.00 | Fee/Employment Applications - Review and revise draft final fee application of NHK LLP as counsel for Official Committee of Unsecured Creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 100 |
| 12430.000 | 05/01/2023 | FJB | P | 212 | 405.00 | 0.50 | 202.50 | Fee/Employment Applications - Receive and review application by real estate brokers for payment of commissions on real property estate sales<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 106 |
| 12430.000 | 05/25/2023 | FJB | P | 212 | 405.00 | 0.50 | 202.50 | Fee/Employment Applications - Attend hearing on motion to pay broker's commissions<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 111 |
| 12430.000 | 10/25/2023 | FJB | P | 212 | 405.00 | 0.80 | 324.00 | Fee/Employment Applications - Review WIP; draft Nolan Heller Kauffman LLP final fee application<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 141 |
| 12430.000 | 10/25/2023 | FJB | P | 212 | 405.00 | 0.80 | 324.00 | Fee/Employment Applications - Review and revise final Nolan Heller Kauffman LLP fee application as counsel to Official Committee to Unsecured Creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 142 |
| 12430.000 | 10/26/2023 | FJB | P | 212 | 405.00 | 1.20 | 486.00 | Fee/Employment Applications - Continue drafting Nolan Heller Kauffman LLP final fee application as counsel for official committee of unsecured creditors<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 144 |

| **Total for Tcode 212** | | | | | Billable | 14.50 | 5,791.50 | Fee/Employment Applications | |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 213 Fee/Employment Objections**

| 12430.000 | 12/30/2022 | FJB | P | 213 | 375.00 | 1.00 | 375.00 | Fee/Employment Objections - Review objections to payment of broker's commissions<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 86 |
|---|---|---|---|---|---|---|---|---|---|
| 12430.000 | 12/30/2022 | FJB | P | 213 | 375.00 | 0.40 | 150.00 | Fee/Employment Objections - Telephone call with Ms. Frakja, Esq. (attorney for Scott Varley) regarding discussion of objections to payment of broker's commissions<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 87 |

| **Total for Tcode 213** | | | | | Billable | 1.40 | 525.00 | Fee/Employment Objections | |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 215 Cash Collateral and other Secured Creditor**

| 12430.000 | 04/29/2021 | FJB | P | 215 | 375.00 | 0.30 | 112.50 | Cash Collateral and other Secured Creditor Issues - Telephone conference with Mr. Russ, Esq. (attorney for DIP lender) and Mr. Nash, Esq. (attorney for debtor) regarding discussion of carveout for Committee Counsel and status of case | 4 |
|---|---|---|---|---|---|---|---|---|---|

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Tcode 215 Cash Collateral and other Secured Creditor**

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | |
| 12430.000 | 10/10/2023 | FJB | P | 215 | 405.00 | 0.60 | 243.00 | Cash Collateral and other Secured Creditor Issues - Receive and review objection by Robin Winter to debtor's motion for financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 132 |
| 12430.000 | 10/11/2023 | FJB | P | 215 | 405.00 | 1.20 | 486.00 | Cash Collateral and other Secured Creditor Issues - Receive and review debtor's declaration in support of confirmation and exit financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 133 |
| 12430.000 | 10/19/2023 | FJB | P | 215 | 405.00 | 0.50 | 202.50 | Cash Collateral and other Secured Creditor Issues - Review motion for exit financing objection by Blitman estate and objection to confirmation; review debtor's responses to objections<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 137 |
| 12430.000 | 10/25/2023 | FJB | P | 215 | 405.00 | 0.20 | 81.00 | Cash Collateral and other Secured Creditor Issues - Receive and review proposed order granting motion to obtain exit financing<br>Official Comm. of Unsec Cr - Blitman Saratoga LLC<br>Counsel to Unsecured Creditors Committee of Blitman Saratoga LLC | 139 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total for Tcode 215** | | | | | Billable | 2.80 | 1,125.00 | Cash Collateral and other Secured Creditor | |

| | | GRAND TOTALS | | |
|---|---|---|---|---|
| | Billable | 124.00 | 48,040.85 | |