UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
In re:

Blitman Saratoga LLC,

Debtor.  
------------------------------------------------------------x

Hearing Date and Time:  
December 12, 2023 at 10:00 a.m.

Chapter 11

Case No. 20-23177–SHL

**ORDER GRANTING APPLICATION OF GOLDBERG WEPRIN  
FINKEL GOLDSTEIN LLP AND NOLAN HELLER KAUFFMAN LLP  
FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon reading and filing the final applications for compensation filed by Goldberg Weprin Finkel Goldstein LLP (ECF #218) and Nolan Heller Kauffman LLP (ECF No. 222) (collectively the "Applications") for legal services rendered to Blitman Saratoga LLC (the "Debtor") and the Official Committee of Unsecured Creditors, respectively; and good and sufficient notice of the Application having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and (c)(2); and a hearing having been held before the undersigned on December 13, 2023; and based upon the record compiled at the hearing; and the U.S. Trustee having indicated no objection; and the Court finding that the respective Applications are reasonable; it is

ORDERED, that the requested fees of Goldberg Weprin Finkel Goldstein LLP are awarded in the total reduced net sum of $210,000 (net of the unapplied $7,000 pre-petition retainer and a voluntary reduction of $33,217.75), together with expenses of $2,568.77, for a total net award of $212,568.77; and it is further

ORDERED, that the requested fees of Nolan Heller Kauffman LLP are awarded in the total amount of $50,049, together with expenses of $16.86, for a total award of $50,065.85; and it is further

ORDERED, that Goldberg Weprin Finkel Goldstein LLP, as Disbursing Agent under the Debtor's confirmed plan is authorized to pay the awarded compensation upon entry of this Order.

Dated: White Plains, New York
December 21, 2023

*/s/ Sean H. Lane*
United States Bankruptcy Judge

**SCHEDULE A**

Case No.: Case No. 20-23177–SHL
Case Name: Blitman Saratoga LLC

**CURRENT INTERIM FEE PERIOD**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Goldberg Weprin Finkel Goldstein, LLP | 11/16/2023 ECF No. 218 | $210,000* | $210,000* | $210,000* | $0.00 | $210,000* | $2,568.77 | $2,568.77 |
| Nolan Heller Kauffman LLP | 11/17/2023 ECF No. 222 | $50,049 | $50,049 | $50,049 | $0.00 | $50,049 | $16.85 | $16.85 |
| | | | | | | | | |

*Net of unapplied retainer of $7,000 plus voluntary reduction of $33,271.75.  Total actual time charges before adjustments were $250,271.75

DATE ON WHICH ORDER WAS SIGNED: 12-21-2023                    INITIALS: SHL USBJ

**SCHEDULE B**

Case No.:  Case No. 20-23177–SHL
Case Name: Blitman Saratoga LLC

**FINAL FEE APPLICATION TOTALS**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Goldberg Weprin Finkel Goldstein, LLP | $210,000* | $210,000* | $2,568.77 | $2,568.77 |
| Nolan Heller Kauffman LLP | $50,049 | $50,049 | $16.85 | $16.85 |
|  |  |  |  |  |

*Net of unapplied retainer of $7,000 plus voluntary reduction of $33,271.75.  Total actual time charges before adjustments were $250,271.75

DATE ON WHICH ORDER WAS SIGNED: 12-21-2023                    INITIALS: SHL USBJ