**11:26 AM**

**01/22/24**

**Accrual Basis**

## Blitman Saratoga, LLC
# Balance Sheet
### As of November 30, 2023

|  | Nov 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **M&T Checking 3440** | 27.09 |
| **Total Checking/Savings** | 27.09 |
| **Other Current Assets** | |
| **Infrastructure Escrow** | 23,622.88 |
| **Mechanics Lien Escrow** | 1,375.00 |
| **Preconfirmation Escrow** | 600,000.00 |
| **Range Hood Escrow 57 Jane** | 1,200.00 |
| **Total Other Current Assets** | 626,197.88 |
| **Total Current Assets** | 626,224.97 |
| **Other Assets** | |
| **Deferred Construction Costs** | |
| **11 Jane Street** | 5,596.40 |
| **47 Jane Street** | 1,164.31 |
| **49 Jane Street** | 2,288.56 |
| **59 Jane Street** | 12,609.67 |
| **6 Katie Lane** | 181,934.06 |
| **8 Katie Lane** | 119,100.37 |
| **9 Jane Street** | 187,352.02 |
| **Deferred Construction Costs - Other** | 596,985.51 |
| **Total Deferred Construction Costs** | 1,107,030.90 |
| **Escrow-Attorney Account** | 31,100.00 |
| **Funds Held by Homestead** | 17,400.00 |
| **Hard Site and Gen Cond** | 4,309,024.50 |
| **Land** | 415,561.90 |
| **Nat Grid Electric Deposit 6&7** | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | 75,050.92 |
| **Soft Costs** | |
| **HOA Fees** | 268.80 |
| **Interest Expense** | 264,305.86 |
| **Management Fees** | 17,255.73 |
| **Office Expense** | 13,430.86 |
| **Property Taxes** | 131,500.66 |
| **Water & Sewer** | 3,351.85 |
| **Soft Costs - Other** | 1,766,016.40 |
| **Total Soft Costs** | 2,196,130.16 |
| **Step Basis Adjustment** | 102,459.00 |
| **Total Other Assets** | 8,341,369.02 |
| **TOTAL ASSETS** | **8,967,593.99** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Accrued Expenses** | 178,858.73 |
| **Accrued Expenses-New** | 9,868.11 |
| **Accrued Property Taxes-New** | 137,849.87 |
| **Total Other Current Liabilities** | 326,576.71 |
| **Total Current Liabilities** | 326,576.71 |
| **Long Term Liabilities** | |
| **Accrued Interest-Saratoga Fund** | 170,384.55 |
| **Due to Goren Brothers** | 3,300,000.00 |
| **Due to Goren Brothers LP** | 24,144.24 |
| **Due to Goren Cousins LLC** | 1,700,000.00 |

**11:26 AM**

**01/22/24**

**Accrual Basis**

**Blitman Saratoga, LLC**
# Balance Sheet
**As of November 30, 2023**

|  | Nov 30, 23 |
|---|---|
| **Due to Saratoga Funding** | 2,456,873.59 |
| **Due to Saratoga Funding LLC** | 22,877.80 |
| **Due to SV** | 563,667.00 |
| **Purchasers Deposits-Base Cont** | 81,100.00 |
| **Purchasers Deposits-Upgrades** | 99,469.00 |
| **Total Long Term Liabilities** | 8,418,516.18 |
| **Total Liabilities** | 8,745,092.89 |
| **Equity** | |
| **Capital-GB** | -178,704.71 |
| **Capital-GSP** | -95,427.01 |
| **Capital-HNB** | 852,128.65 |
| **Capital-SV** | -79,675.93 |
| **Capital-TPK** | -56,031.69 |
| **Net Income** | -219,788.21 |
| **Total Equity** | 222,501.10 |
| **TOTAL LIABILITIES & EQUITY** | **8,967,593.99** |