3:26 PM
02/08/24
Accrual Basis

# Blitman Saratoga, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| M&T Checking 3440 | 210,821.05 |
| **Total Checking/Savings** | 210,821.05 |
| **Other Current Assets** | |
| Infrastructure Escrow | 25,392.77 |
| Mechanics Lien Escrow | 8,325.50 |
| Preconfirmation Escrow | 600,000.00 |
| **Total Other Current Assets** | 633,718.27 |
| **Total Current Assets** | 844,539.32 |
| **Other Assets** | |
| **Deferred Construction Costs** | |
| 11 Jane Street | 5,596.40 |
| 6 Katie Lane | 183,865.21 |
| 8 Katie Lane | 118,100.37 |
| 9 Jane Street | 187,614.52 |
| Deferred Construction Costs - Other | 888,844.26 |
| **Total Deferred Construction Costs** | 1,384,020.76 |
| **Escrow-Attorney Account** | 31,100.00 |
| **Hard Site and Gen Cond** | 4,307,254.61 |
| **Land** | 415,561.90 |
| **Nat Grid Electric Deposit 6&7** | 87,611.64 |
| **Nat Grid Gas Deposit 6&7** | 75,050.92 |
| **Soft Costs** | |
| HOA Fees | 268.80 |
| Interest Expense | 344,472.03 |
| Management Fees | 17,255.73 |
| Office Expense | 13,430.86 |
| Property Taxes | 155,074.53 |
| Water & Sewer | 3,351.85 |
| Soft Costs - Other | 1,766,016.40 |
| **Total Soft Costs** | 2,299,870.20 |
| **Step Basis Adjustment** | 102,459.00 |
| **Total Other Assets** | 8,702,929.03 |
| **TOTAL ASSETS** | **9,547,468.35** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accrued Expenses-New | 661,400.00 |
| Accrued Property Taxes-New | 161,573.74 |
| **Total Other Current Liabilities** | 822,973.74 |
| **Total Current Liabilities** | 822,973.74 |
| **Long Term Liabilities** | |
| Accrued Interest-Saratoga Fund | 250,550.72 |
| Due to GB LP- Exit Financing | 300,000.00 |
| Due to Goren Brothers | 3,300,000.00 |
| Due to Goren Brothers LP | 40,191.32 |
| Due to Goren Cousins LLC | 1,700,000.00 |
| Due to Saratoga Funding | 2,479,751.39 |
| Due to SV | 563,667.00 |
| Purchasers Deposits-Base Cont | 81,100.00 |

**3:26 PM**
**02/08/24**
**Accrual Basis**

# Blitman Saratoga, LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---:|
| **Total Long Term Liabilities** | 8,715,260.43 |
| **Total Liabilities** | 9,538,234.17 |
| **Equity** | |
|     **Capital-GB** | -178,704.71 |
|     **Capital-GSP** | -95,427.01 |
|     **Capital-HNB** | 852,128.65 |
|     **Capital-SV** | -79,675.93 |
|     **Capital-TPK** | -56,031.69 |
|     **Net Income** | -433,055.13 |
| **Total Equity** | 9,234.18 |
| **TOTAL LIABILITIES & EQUITY** | **9,547,468.35** |