**3:26 PM**

**02/08/24**

**Accrual Basis**

## Blitman Saratoga, LLC
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales-Basic | 538,000.00 |
| **Total Income** | 538,000.00 |
| **Cost of Goods Sold** | |
| Commissions Paid | 70,050.00 |
| Deferred Costs-Sales | 544,404.82 |
| Other Construction Costs | 1,200.00 |
| Selling Expenses | 25,051.46 |
| **Total COGS** | 640,706.28 |
| **Gross Profit** | -102,706.28 |
| **Expense** | |
| Auto and Truck Expenses | 147.00 |
| Bank Service Charges | 347.04 |
| Bankruptcy Fees | 1,600.00 |
| Common Area Expenses | |
| Miscellaneous Allocable Expense | 325.42 |
| **Total Common Area Expenses** | 325.42 |
| Insurance Expense | 8,282.56 |
| Letter of Credit Fees | 16,047.08 |
| Management Fees | 32,880.00 |
| Meals and Entertainment | 500.79 |
| Office Supplies | 411.15 |
| Postage | 310.11 |
| Professional Fees | 288,986.84 |
| Site Costs Expense | 10.86 |
| State Income Tax | 500.00 |
| **Total Expense** | 350,348.85 |
| **Net Ordinary Income** | -453,055.13 |
| **Other Income/Expense** | |
| **Other Income** | |
| Discharge of Indebtedness Inc. | 20,000.00 |
| **Total Other Income** | 20,000.00 |
| **Net Other Income** | 20,000.00 |
| **Net Income** | **-433,055.13** |