# M&T Bank

| FOR INQUIRIES CALL: | TARRYTOWN CRE |
|---|---|
| | (914) 366-8500 |

00  0 00917M NM 017

000000                P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD # 1506
GUILDERLAND NY 12084

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3440 | 12/01/23 - 12/31/23 |
| BEGINNING BALANCE | $27.09 |
| DEPOSITS & CREDITS | 300,000.00 |
| LESS CHECKS & DEBITS | 89,166.04 |
| LESS SERVICE CHARGES | 40.00 |
| ENDING BALANCE | $210,821.05 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2023 | BEGINNING BALANCE | | | $27.09 |
| 12/04/2023 | INCOMING FEDWIRE FUNDS TRANSFER GOREN BROTHERS LIMITED PARTNERSHIP | $300,000.00 | | 300,027.09 |
| 12/06/2023 | CHECK NUMBER    1688 | | $68,500.00 | 231,527.09 |
| 12/08/2023 | USPS PO 3534500084   GUILDERLAND | | 79.70 | |
| 12/08/2023 | SERVICE CHARGE FOR ACCOUNT            '3440 | | 40.00 | 231,407.39 |
| 12/14/2023 | TWIN BRIDGES WASTE AND802-7722227 | | 1,083.60 | 230,323.79 |
| 12/15/2023 | CHECK NUMBER    1689 | | 13,750.00 | 216,573.79 |
| 12/18/2023 | TWIN BRIDGES WASTE AND802-7722227 | | 647.35 | 215,926.44 |
| 12/22/2023 | CHECK NUMBER    1690 | | 1,850.00 | 214,076.44 |
| 12/26/2023 | CARDONAS MARKET  SARATSARATOGA SPRI | | 61.74 | |
| 12/26/2023 | CRANESVILLE BLOCK CO R518-6846000 | | 1,668.65 | 212,346.05 |
| 12/29/2023 | MADSEN OVERHEAD DOORS WWW.MADSENOVE | | 1,525.00 | 210,821.05 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 3 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1688 | 12/06/23 | 68,500.00 | 1689 | 12/15/23 | 13,750.00 | 1690 | 12/22/23 | 1,850.00 |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 3 |
|---|---|
| AMOUNT OF CHECKS PAID | $84,100.00 |

EFFECTIVE JANUARY 1,2024, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES
PRICING IS CHANGING. VISIT MTB.COM/BBUPDATE2024 FOR DETAILS. YOU'LL ALSO
RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE
MAILING.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3:

**STEP 1** — Place a checkmark ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — Enter on this line the **Ending Balance** shown in the summary on the front of this statement. $ _____

**STEP 6** — Enter the total of any **deposits or other credits** shown on your register which are not shown on this statement. $ _____

**STEP 7** — Enter the total of STEPS 5 & 6. $ _____

**STEP 8** — Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4). $ _____

**STEP 9** — Subtract STEP 8 from STEP 7 and enter the difference here. $ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank