000000                                          P

BLITMAN SARATOGA LLC
DIP ACCOUNT
11 NEW KARNER RD # 1506
GUILDERLAND NY 12084

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████440 | 01/01/24 - 01/31/24 |

| | |
|---|---|
| BEGINNING BALANCE | $210,821.05 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 87,943.37 |
| LESS SERVICE CHARGES | 55.11 |
| ENDING BALANCE | $122,822.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2024 | BEGINNING BALANCE | | | $210,821.05 |
| 01/02/2024 | CHECK NUMBER    1691 | | $1,100.00 | 209,721.05 |
| 01/03/2024 | CHECK NUMBER    1692 | | 2,870.00 | |
| 01/03/2024 | CHECK NUMBER    1693 | | 4,020.00 | |
| 01/03/2024 | CHECK NUMBER    1695 | | 20,900.00 | |
| 01/03/2024 | CHECK NUMBER    1697 | | 4,172.00 | 177,759.05 |
| 01/05/2024 | CHECK NUMBER    1700 | | 18,000.00 | |
| 01/05/2024 | CHECK NUMBER    1701 | | 17,000.00 | |
| 01/05/2024 | CHECK NUMBER    1702 | | 15,000.00 | 127,759.05 |
| 01/09/2024 | SERVICE CHARGE FOR ACCOUNT ████████440 | | 55.11 | 127,703.94 |
| 01/12/2024 | CRANESVILLE BLOCK CO R518-6846000 | | 1,799.73 | 125,904.21 |
| 01/18/2024 | CHECK NUMBER    1696 | | 455.00 | |
| 01/18/2024 | CHECK NUMBER    1698 | | 650.00 | |
| 01/18/2024 | CHECK NUMBER    1699 | | 585.00 | |
| 01/18/2024 | CHECK NUMBER    1703 | | 791.12 | 123,423.09 |
| 01/19/2024 | USPS PO 3534500084    GUILDERLAND | | 354.00 | 123,069.09 |
| 01/26/2024 | CHECK NUMBER    1706 | | 158.30 | 122,910.79 |
| 01/30/2024 | USPS PO 3534500084    GUILDERLAND | | 23.45 | 122,887.34 |
| 01/31/2024 | STAPLES    00104331ALBANY | | 64.77 | 122,822.57 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 13 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1691 | 01/02/24 | 1,100.00 | 1697 | 01/03/24 | 4,172.00 | 1701 | 01/05/24 | 17,000.00 |
| 1692 | 01/03/24 | 2,870.00 | 1698 | 01/18/24 | 650.00 | 1702 | 01/05/24 | 15,000.00 |
| 1693 | 01/03/24 | 4,020.00 | 1699 | 01/18/24 | 585.00 | 1703 | 01/18/24 | 791.12 |
| 1695* | 01/03/24 | 20,900.00 | 1700 | 01/05/24 | 18,000.00 | 1706* | 01/26/24 | 158.30 |
| 1696 | 01/18/24 | 455.00 | | | | | | |

\* - GAP IN CHECK SEQUENCE
R- CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 13 |
| AMOUNT OF CHECKS PAID | $85,701.42 |

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524

BLITMAN SARATOGA LLC
11 NEW KARNER RD S 1806
GUILDERLAND NY 12084

| | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| AVERAGE LEDGER BALANCE | $133,803.00 | $133,803.00 |
| LESS AVERAGE FLOAT | $0.00 | $0.00 |
| AVERAGE COLLECTED BALANCE | $133,803.00 | $133,803.00 |
| AVG NEGATIVE AVAILABLE BAL | $0.00 | $0.00 |
| AVG POSITIVE COLLECTED BAL | $133,803.00 | $133,803.00 |
| LESS RESERVE REQUIREMENT | $0.00 | $0.00 |
| NET AVG POS COLLECTED BAL | $133,803.00 | $133,803.00 |

| | |
|---|---|
| NEGATIVE AVAILABLE BAL RATE | 15.00% |
| EARNINGS CREDIT RATE | 0.20% |

PLEASE CAREFULLY REVIEW THIS STATEMENT PROMPTLY. WE
WILL GLADLY CORRECT ERRORS WITHIN 90 DAYS OF THIS
STATEMENT DATE. AFTER 90 DAYS, THIS ACCOUNT ANALYSIS
STATEMENT IS DEEMED TO BE ACCURATE AND FINAL.

**CURRENT SERVICE CHARGE PERIOD ANALYSIS SUMMARY**

| BALANCE REQUIRED TO: | |
|---|---|
| OFFSET $1 IN BALANCE COMPENSATED CHARGES | $5,903.22 |
| OFFSET ALL BALANCE COMPENSATED CHARGES | $605,552.90 |
| TOTAL BALANCE COMPENSATED CHARGES | $102.58 |
| EARNINGS ALLOWANCE | $22.66 |
| NET SERVICE CHARGE | $79.92 |
| TOTAL NON-BALANCE COMPENSATED CHARGES | $0.00 |
| TOTAL SERVICE CHARGE PERIOD CHARGES DEBITED | $79.92 |

| SERVICE DESCRIPTION | VOLUME | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| **BALANCE COMPENSATED SERVICES:** | | | |
| **GENERAL DEPOSIT SERVICES** | | | |
| 000230 DEPOSIT SERVICES FEE | 133 | $ 0.15200 | $ 20.33 |
| 010000 PAPER STATEMENT DELIVERY | 1 | 7.00000 | 7.00 |
| 010000 ACCOUNT MAINTENANCE | 1 | 32.00000 | 32.00 |
| 150420 STOP PAYMENTS | 1 | 35.00000 | 35.00 |
| | | SUBTOTAL: | 94.33 |
| **CHECK PAYMENT SERVICES** | | | |
| 150102 CHECKS PAID - TRUNCATED | 13 | 0.25000 | 3.25 |
| 151350 CHECK IMAGE FRONT & BACK - MO MAINT | 1 | 5.00000 | 5.00 |
| | | SUBTOTAL: | 8.25 |
| **TOTAL BALANCE COMPENSATED CHARGES** | | | $ 102.58 |

YOUR BALANCE COMPENSATED SERVICES ARE CHARGED MONTHLY

M&T OFFERS A VARIETY OF INNOVATIVE TREASURY MANAGEMENT SERVICES DESIGNED TO HELP
MAKE YOUR MONEY WORK FOR YOU. TO FIND OUT MORE, SIMPLY CALL YOUR RELATIONSHIP
MANAGER OR ONE OF OUR TREASURY MANAGEMENT CONSULTANTS AT (800)724-2240.

1AH

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND, FISHKILL, NY 12524

01/01/24 - 01/31/24

BLITMAN SARATOGA LLC

SERVICE CHARGE SUMMARY:

TOTAL CHARGES DEBITED TO ACCOUNT                    $ 79.92

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND, FISHKILL, NY 12524

**Check 1692**

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1504
GUILDERLAND, NY 12084

DATE 12/29/23

PAY TO THE ORDER OF: JPM1 LLC                    $2870.00

Two thousand eight hundred seventy 00/100 DOLLARS

M&T Bank

FOR: B Kater - electric/alarm

#001692# #022000046# 

---



**Check 1693**

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1504
GUILDERLAND, NY 12084

DATE 12/29/23

PAY TO THE ORDER OF: JPM1 LLC                    $4020.00

Four thousand and twenty 00/100 DOLLARS

M&T Bank

FOR: B Kater electric window

#001693# #022000046#

---



**Check 1695**

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1504
GUILDERLAND, NY 12084

DATE 1/3/24

PAY TO THE ORDER OF: JPK Development Inc          $20,900.00

Twenty thousand nine hundred DOLLARS

M&T Bank

FOR: JPK - draw 23

#001695# #022000046#

---



**Check 1697**

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1504
GUILDERLAND, NY 12084

DATE 12/29/23

PAY TO THE ORDER OF: JPM1 LLC                    $4172.00

Four thousand one hundred seventy two 00/100 DOLLARS

M&T Bank

FOR: 9 Jane electric window

#001697# #022000046#

---



**Check 1700**

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1504
GUILDERLAND, NY 12084

DATE 1/4/24

PAY TO THE ORDER OF: Curtis Lumber                $18000.00

eighteen thousand 00/100 DOLLARS

M&T Bank

FOR: B Kater - cabinets

#001700# #022000046#

BLITMAN SARATOGA LLC
GUILDERLAND, NY 12084

1702

PAY TO THE ORDER OF: Curtis Lumber

DATE: 1/4/24

$ 15,000

Fifteen thousand 00/100 DOLLARS

M&T Bank

FOR: 5 Jane Cabinets

#001702# :022000046:

---

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1508
GUILDERLAND, NY 12084

1696

PAY TO THE ORDER OF: Commissioner of Finance

DATE: 1/4/24

$ 455

Four hundred fifty five 00/100 DOLLARS

M&T Bank

FOR: 9 Jane 130x3 + 65

#001696# :022000046:

---

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1508
GUILDERLAND, NY 12084

1698

PAY TO THE ORDER OF: Commissioner of Finance

DATE: 1/4/24

$ 650

six hundred fifty 00/100 DOLLARS

M&T Bank

FOR: 8 Kate 130x5 Permit

#001698# :022000046:

---

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1508
GUILDERLAND, NY 12084

1699

PAY TO THE ORDER OF: Commissioner of Finance

DATE: 1/4/24

$ 585

Five hundred eighty five 00/100 DOLLARS

M&T Bank

FOR: 6 Kate - 130x4 + 65 Permit

#001699# :022000046:

---

BLITMAN SARATOGA LLC
11 NEW KARNER RD # 1508
GUILDERLAND, NY 12084

1703

PAY TO THE ORDER OF: Commissioner of Finance

DATE: 1/12/24

$ 791.12

seven hundred ninety one 12/100 DOLLARS

M&T Bank

FOR:

#001703# :022000046:

BLITMAN SARATOGA LLC
11 MEADOWBROOK RD # 1590
GUILDERLAND, NY 12084

1711

12-4/220

DATE 1/29/24

PAY TO THE ORDER OF  Albani Landscaping                    | $ 600 00

six hundred 00/100                                         DOLLARS

M&T Bank

FOR Snow plowing House 617

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1710

10-4/220

DATE 1/29/24

PAY TO THE ORDER OF National Grid

$ 2030.26

two thousand and thirty 26/100 ———————— DOLLARS

**M&T Bank**

FOR Lot not energized 4/5 - Gas.

⑈001710⑈ ⑈022000046⑈ ⬛⬛⬛3440⑈ ⑈000203026⑈

JPMORGANCHASE BK NA     CR TO NMD
021224  >074909962<     PAYEE ALL
00000123    0029794     RTS RSVD
000065772_0005   0000000777149642

**3 of 11**



1705

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

10-4/220

DATE 1/18/24

PAY TO THE ORDER OF _Keller Williams_ $ 18,125

eighteen thousand one hundred twenty five _DOLLARS_

**M&T** Bank

FOR 4 Pamela-Michelle DeCoteau

⑈00⥄1705⥄⑈ ⑆022000046⑆ ⑈825834440⑈



>221373383<
Broadview FCU #169
2024-02-02
0169806766
Batch 231515562



ENDORSE HERE
Keller Williams Realty
Capital District
For Deposit Only
Commission Account
DATE
CHECK HERE
NOT NEGOTIABLE IF BELOW THIS LINE
NOT DEPOSIT ONLY

1709

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

DATE 1/29/24    10-4/220

PAY TO THE ORDER OF National Grid    $ 2,039 12

two thousand and thirty nine 12/100 _____ DOLLARS

**M&T** Bank

FOR 1 lot not energized 4/5 - elec

⑆001709⑆ ⑆022000046⑆    ⬛⬛⬛⬛⬛440⑆    ⑆0000203912⑆

JPMORGANCHASE BK NA    CR TO NMD
021224    >074909962<    PAYEE ALL
00000123    0029794    RTS RSVD
000065772_0006    0000000777149642

1708

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

DATE 1/29/24

10-4/220

PAY TO THE ORDER OF Tick 2 Co Inc

$ 13,643 78

thirdeen thousand six hundred forty three 78/100 DOLLARS

**M&T Bank**

FOR General liability - June 24

⑈001708⑈ ⑈022000046⑈ 1878 3440⑈

1707

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

DATE 1/2?/24

10-4/220

PAY TO THE ORDER OF ___Tick 2 Co Inc___ $ 3693 04

three thousand six hundred ninety three 04/100 DOLLARS

**M&T Bank**

FOR Bld Risk - thru June 24

TCopley

⑈001707⑈ ⑈022000046⑈ 987983440⑈



**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 150G
GUILDERLAND, NY 12084

1711

10-4/220

DATE 1/29/24

PAY TO THE ORDER OF _Altenis Landscaping_ | $ 600 00

_sixhundred xx/100_ DOLLARS

M&T Bank

FOR _Snow remove Phase 6/7_

‖⁚001711‖⁚ ⁚022000046⁚ 78798⸳3440⁚

# M&T Bank

FOR INQUIRIES CALL:   TARRYTOWN CRE
(914) 366-8500

00   0 00917M NM  017

000000                                    P

**BLITMAN SARATOGA LLC**
**DIP ACCOUNT**
**11 NEW KARNER RD # 1506**
**GUILDERLAND NY 12084**

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 3440 | 02/01/24 - 02/29/24 |

| | |
|---|---|
| BEGINNING BALANCE | $122,822.57 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 122,742.65 |
| LESS SERVICE CHARGES | 79.92 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2024 | BEGINNING BALANCE | | | $122,822.57 |
| 02/01/2024 | TWIN BRIDGES WASTE AND802-7722227 | | $332.43 | 122,490.14 |
| 02/02/2024 | CHECK NUMBER     1711 | | 600.00 | 121,890.14 |
| 02/05/2024 | CHECK NUMBER     1705 | | 18,125.00 | 103,765.14 |
| 02/08/2024 | CHECK NUMBER     1707 | | 3,693.04 | |
| 02/08/2024 | CHECK NUMBER     1708 | | 13,643.78 | |
| 02/08/2024 | SERVICE CHARGE FOR ACCOUNT          40 | | 79.92 | 86,348.40 |
| 02/12/2024 | CHECK NUMBER     1709 | | 2,039.12 | |
| 02/12/2024 | CHECK NUMBER     1710 | | 2,030.26 | |
| 02/12/2024 | CHECK NUMBER     1712 | | 1,219.00 | |
| 02/12/2024 | CHECK NUMBER     1713 | | 1,414.00 | |
| 02/12/2024 | CHECK NUMBER     1714 | | 1,575.00 | 78,071.02 |
| 02/14/2024 | CHECK NUMBER     1716 | | 20,900.00 | 57,171.02 |
| 02/16/2024 | CHECK NUMBER     1715 | | 81.67 | 57,089.35 |
| 02/22/2024 | FINAL ANALYSIS CHARGE | | 46.36 | |
| 02/22/2024 | CLOSEOUT | | 57,042.99 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 11 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1705 | 02/05/24 | 18,125.00 | 1710 | 02/12/24 | 2,030.26 | 1714 | 02/12/24 | 1,575.00 |
| 1707* | 02/08/24 | 3,693.04 | 1711 | 02/02/24 | 600.00 | 1715 | 02/16/24 | 81.67 |
| 1708 | 02/08/24 | 13,643.78 | 1712 | 02/12/24 | 1,219.00 | 1716 | 02/14/24 | 20,900.00 |
| 1709 | 02/12/24 | 2,039.12 | 1713 | 02/12/24 | 1,414.00 | | | |

\* -  GAP IN CHECK SEQUENCE
R-  CHECK RETURNED

| NUMBER OF CHECKS PAID | 11 |
|---|---|
| AMOUNT OF CHECKS PAID | $65,320.87 |

PAGE 1 OF 2

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  Place a checkmark ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  Enter on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).**

$ 

**STEP 9**  Subtract **STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/16)                                    ©2016 M&T Bank. Member FDIC

**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1714

10-4/220

DATE 2/2/24

PAY TO THE ORDER OF   JPM1                                    $ 1,575—00

one thousand five hundred seventy five XX/100  DOLLARS

**M&T Bank**

FOR 9 Jane — Bargu Concrete

⑈001714⑈ ⑆022000046⑆ ⬛⬛⬛⬛3440⑈

>021912928< 20240209
CATSKILL HUDSON BANK
Drawer#/Trans#: 11602/0011
HIN: 880567510000033

ENDORSE HERE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY



**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1713

10-4/220

DATE 2/2/24

PAY TO THE ORDER OF ___JIM 1_____ $ 1414.00

one thousend four hundred fourteen _____ DOLLARS

**M&T Bank**

FOR 6 Katie - Electrical Panel

⑈004713⑈ ⑆022000046⑈ ⎯⎯⎯⎯⎯⎯ 1440⑈

>021912928< 20240209
CATSKILL HUDSON BANK
Drawer#/Trans#: 11602/0011
HIN: 880567510000032



**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1712

10-4/220

DATE 2/7/24

PAY TO THE ORDER OF   JPM1   $ 1219.00

one thousand two hundred nineteen xx/100 —   DOLLARS

**M&T** Bank

FOR 8 Katie - Electric Panel

⑈00 1712⑈ ⑉022000046⑉ 440⑈



>021912928< 20240209
CATSKILL HUDSON BANK
Drawer#/Trans#: 11602/0011
HIN: 880567510000031

CHECK HERE

MOBILE OR REMOTE DEPOSIT ONLY



**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1715

10-4/220

DATE 2/13/24

PAY TO THE ORDER OF _Mazzotta & Vagianelis PC_     $ 81.67

_eishty one_ 67/100                                         DOLLARS

**M&T Bank**

FOR _Attorney Misc 2023_

⑈001715⑈ ⑈022000046⑈



**BLITMAN SARATOGA LLC**
11 NEW KARNER RD # 1506
GUILDERLAND, NY 12084

1716

10-4/220

DATE 2/13/24

PAY TO THE ORDER OF  TP K Development                    $ 20,900⁰⁰

twenty thousand nine hundred XX/100                           DOLLARS

M&T Bank

FOR Balance 2023

⑈001716⑈ ⑊022000046⑊ 9827963440⑈



CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

IP8314  662202/13/2416:06:21**64044007007605743

>021303618<
NBT Bank #920
6641

0800360828

20900.0002/13/24



# CAPITAL BANK

A division of Chemung Canal Trust Company
P.O. Box 1522, Elmira, New York 14902

**Statement Ending 03/29/2024**

BLITMAN SARATOGA LLC

Page 1 of 2

**Customer Number: XXXXXXXX5370**

BLITMAN SARATOGA LLC
102 CHRISTOPHER LN
ALTAMONT NY 12009-4200

## Managing Your Accounts

| | | |
|---|---|---|
|  | Mailing Address | PO Box 1522 Elmira, NY 14902 |
| | Contact Center | 800-836-3711 |
| | Web Banking | chemungcanal.com / capitalbank.com |
| | Mobile Banking | iPhone, iPad, and Android users |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXXXX5370 | $34,250.01 |

## BUSINESS CHECKING - XXXXXXXX5370

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/23/2024 | Beginning Balance | $0.00 |
| | 1 Credit(s) This Period | $57,042.99 |
| | 4 Debit(s) This Period | $22,792.98 |
| 03/29/2024 | Ending Balance | $34,250.01 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/23/2024 | Beginning Balance | | | $0.00 |
| 03/15/2024 | DEPOSIT | | $57,042.99 | $57,042.99 |
| 03/19/2024 | NYS DTF PIT Tax Paymnt 000000110669019 | $1,500.00 | | $55,542.99 |
| 03/19/2024 | CHECK # 9999 | $13,700.00 | | $41,842.99 |
| 03/20/2024 | CHECK # 9999 | $7,500.00 | | $34,342.99 |
| 03/21/2024 | MAIN STREET CHKS CHECK CHGS XXXXX1179 | $92.98 | | $34,250.01 |
| 03/29/2024 | Ending Balance | | | $34,250.01 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9999 | 03/19/2024 | $13,700.00 | 9999 | 03/20/2024 | $7,500.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/15/2024 | $57,042.99 | 03/20/2024 | $34,342.99 |
| 03/19/2024 | $41,842.99 | 03/21/2024 | $34,250.01 |



**Member FDIC**

EQUAL HOUSING LENDER

# How to Balance Your Account

Use these simple steps to bring your checkbook balance into agreement with this statement.

  A. Adjust your checkbook balance for any charges, automatic transfers, or interest credited to your account (see reverse side)
  B. Compare all transactions with your records.
  C. Complete the SCHEDULE at the right.
  D. Follow the steps outlined below.

1. Enter here the ENDING BALANCE shown on this statement.

2. Compare the deposits shown on this statement with your records. If a recent deposit does not show on this statement, record the amount(s) here.

3. Total of lines 1 and 2.

4. Enter the GRAND TOTAL from the schedule at the right.

5. Subtract line 4 from line 3. This should be your present checkbook balance. If not, the most common mistake is an error in arithmetic. If you need further assistance, please bring this statement to one of our banking offices along with your checkbook and register.

The checks and other debit transactions listed below have been issued but have not reached the bank for payment.

| SCHEDULE OF CHECKS OUTSTANDING | | |
|---|---|---|
| CHECK NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OUTSTANDING | | |

STATEMENTS: You must examine your statement of account with "reasonable care and promptness." If you discover any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will bear the entire loss. Your loss could include items on the statement, or other items with unauthorized signatures or alterations by the same wrongdoer which we pay after the time for "reasonable care and promptness" expires and before we receive notice from you. You agree that the time that you have to examine the statement and report to us depends on the circumstances, but that such time will not, in any circumstance, exceed 14 days from when the statement is first made available to you. We lose these protections if you establish that we failed to exercise ordinary care in paying an item with an unauthorized signature or alteration. You further agree that if you fail to report any unauthorized signatures, alterations, forgeries or any other errors within 60 days of when we first make the statement available to you, you cannot assert a claim against us on any item in the statement. This 60-day limitation is without regard to whether we exercised ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

In case of errors or questions about your electronic transfers
Call us at (607) 737-3711 or write us at Banking Operations Center, P.O. Box 1522, Elmira, NY 14902-1522 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

  1. Tell us your name and account number (if any)
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
  3. Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transfers) to investigate your complaint or questions. If we decide to do this, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we will not provisionally credit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.



# CHECKING DEPOSIT

DATE _3/15/24_

NAME _Bitsrn Szategen_

☑ CASH ►

57042.99

ACKNOWLEDGE RECEIPT OF CASH RETURNED BY SIGNING ABOVE

Deposits may not be available for immediate withdrawal

ACCOUNT NUMBER

SUB TOTAL ►

_1 00 0 75 370_

LESS CASH RECEIVED ►

$ 57042.99

⑆5105⑈0004⑆ ⑈00⑈07537⑈0⑈ 009

>021301115<
Chemung Canal Trust 051
2024-03-15
0051064131
Batch 414558042

0051064131

NAME: Blitman Saratoga LLC

ACCT NO.: _____

50-111/213

3/18/24
DATE

PAY TO THE ORDER OF: TPK Development Inc.    $ 13,700 00

thirteen thousand seven hundred XX/100 DOLLARS

**CAPITAL BANK**
A division of Chemung Canal Trust Company

FOR Jan 24

MP

⑈021301115⑈   ⑈00⑈07537⑈0⑈

"FEDERAL RESERVE BOARD OF GOVERNORS REG. CC"

"the security features listed below, as well as those

not listed, exceed industry guidelines.

ENDORSE HERE

X

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FOR MOBILE DEPOSIT ONLY TO

>02131 18<
NBT B #664
2024- 18
06646 54
Batch 4919715
0910159873
2024-03-19

NAME: Blitman Saratoga LLC

ACCT NO.: ____________

3/19/24
DATE

50-111/213

PAY TO THE ORDER OF Sunshine Landscaping $ 7500 00

seven thousand five hundred xx/100 —— DOLLARS Security features included. Details on back.

CAPITAL BANK
A division of Chemung Canal Trust Company

FOR Trail / Material move

[signature]

⑆021301115⑆ [redacted]

---

ENDORSE HERE

X

☐ CHECK HERE IF MOBILE DEPOSIT

FOR MOBILE DEPOSIT ONLY TO ______ FINANCIAL INSTITUTION

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

Credit To The Account Of
The Within Named Payee.
Absence Endorsment Guarantee
The Bank of Greene County
Catskill, NY

0910203474
2024-03-20

03-19-2024 > [redacted]
244791207490001 1 [redacted]
5170 9039 5202512994

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Microprint Signature Line and Separator Lines: Small type in lines appears as dotted lines when photocopied

Chemically Sensitive Paper: Stains or spots may appear with chemical alteration

Invisible Fluorescent Fibers: Cannot be reproduced on photocopiers

Heat Sensitive Ink: Red image will fade with heat. Rub, hold between thumb & finger or breathe on image for reaction

Security Screen: Absence of "Original Document" verbiage on back of check when photocopied

Padlock design is a certification mark of the Check Payment Systems Association

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC