| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date and Time:<br>June 24, 2024 @ 12:00 noon |

---------------------------------------------------------x

In re:                                          Chapter 11

Blitman Saratoga LLC,                           Case No. 20-23177 (SHL)

                                              Debtor.

---------------------------------------------------------x

## NOTICE OF PRESENTMENT OF FINAL DECREE

**PLEASE TAKE NOTICE** that the annexed is a true copy of a proposed Order and Final Decree, together with the application therefor, which shall be presented for settlement to the Honorable Sean H. Lane in his chambers at the U.S. Bankruptcy Court, One Bowling Green, New York, NY 10004 on June 24, 2024 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that any objection and request for a hearing must be filed with the Court in accordance with the Court's ECF system so as to be received no later than June 24, 2024 at 12:00 noon. In the event of the timely filing of an objection and request for hearing, a hearing shall be scheduled on notice to the Objectant.

Dated: New York, New York
       June 7, 2024

                                                **GOLDBERG WEPRIN**
                                                **FINKEL GOLDSTEIN LLP**
                                                Attorneys for the Debtor
                                                125 Park Avenue, 12th Floor
                                                New York, New York 10017
                                                (212) 221-5700

                                                By:    /s/ J. Ted Donovan