UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 11

Blitman Saratoga LLC,                                              Case No. 20-23177 (SHL)

                                      Debtor.
-------------------------------------------------------------x

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the Declaration of J. Ted Donovan in support of the application of Blitman Saratoga LLC (the "Debtor") seeking entry of the pre-fixed Final Decree; and the Court finding that the case has been fully administered; and good cause appearing therefore; it is hereby

ORDERED, that pursuant to the provisions of Bankruptcy Rule 3022, the above Chapter 11 case be, and the same is closed, and a final decree is issued; and it is further

ORDERED, within ten (10) days following the date this Order, the Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930 and provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period(s) since the last post-confirmation report.

Dated:  White Plains, NY
            June __, 2024

                                                                    _____
                                                                    Hon. Sean H. Lane