UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

Blitman Saratoga LLC,                                     Case No. 20-23177 (SHL)


                              Debtor.
-------------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$210,000        FEE for ATTORNEY for DEBTOR

$2,568.77       OTHER PROFESSIONAL FEES and ALL EXPENSES
_____

N/A             TRUSTEE FEE (if applicable)

N/A             FEE for ATTORNEY for TRUSTEE (if applicable)


_____

37%             DIVIDEND PAID/TO BE PAID

0%              FUTURE DIVIDENDS (check if % of future dividend under plan not yet
                   able to be determined)
_____

Yes             INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____ OTHER: (explain)

_____
DATE: 06/07/2024              APPLICANT: Blitman Saratoga, LLC

                              BY: /s/ J. Ted Donovan